FILED
TARRANT COUNTY
7/1/2015 11:36:40 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 231-538847-13

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
7/1/2015 4:17:52 PM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | **231ST JUDICIAL DISTRICT** |
| **ELENA K. MCCOY** | § | |
| **AND** | § | **TARRANT COUNTY, TEXAS** |
| **DONALD JASON MCCOY** | § | |

### RESPONDENT'S  NOTICE OF APPEAL

To the Honorable Judge of this Court:

Pursuant to Texas Rule of Appellate Procedure 25.1, **DONALD JASON MCCOY**, respondent in the above-styled and numbered action (Respondent), files this notice of appeal to the Court of Appeals Second Distrct of Texas Fort Worth.  Respondent desires to appeal from that portion of the judgment rendered against Respondent by the 231st Judicial District Court of Tarrant County, Texas, on April 9, 2015, denying Respondent (1) annulment of marriage to Elena K. McCoy (Petitioner), (2) relief for Common Law Fraud committed by Petitoner against Respondent, (3) relief against Petitioner for Quantum Meruit claims, and (4) relief against Petitioner for Respondent's right to collect reimbursement pursuant to divorce.

Respectfully submitted,

/S/ D. Jason McCoy
D. Jason McCoy
*Pro Se* Party (Respondent)
Texas Bar No. 24088008
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206

Ofc: (214) 272-2297
Fax: (214) 363-9979
Jason@mccoylawpllc.com

Respondent's Notice of Appeal

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of July, 2015 a true and correct copy of the foregoing document was served, pursuant to the Texas Rules of Civil Procedure, on all counsel of record in this case.

/S/ D. Jason McCoy

D. Jason McCoy
*Pro Se* Party (Respondent)
Texas Bar No. 24088008
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206

Ofc: (214) 272-2297
Fax: (214) 363-9979
Jason@mccoylawpllc.com

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT OF |
| THE MARRIAGE OF | § | |
| | § | |
| ELENA K. MCCOY | § | 231ST JUDICIAL DISTRICT |
| AND | § | |
| DONALD J. MCCOY | § | TARRANT COUNTY, TEXAS |

## FINAL DECREE OF DIVORCE

*Date of Hearing*

On March 13, 2015 the Court heard this case.

*Appearances*

Petitioner, ELENA K. MCCOY, appeared in person and through attorney of record, Robert D. Hoover, and announced ready for trial.

Respondent, DONALD J. MCCOY, appeared in person and through attorney of record, Kenneth L. McAlister, and announced ready for trial.

*Record*

The record of testimony was duly reported by the court reporter for the 231st District Court.

*Jurisdiction*

The Court finds that the pleadings of Petitioner are in due form and contain all the allegations, information, and prerequisites required by law. The Court, after receiving evidence, finds that it has jurisdiction of this case and of all the parties and that at least sixty days have elapsed since the date the suit was filed.

*Jury*

A jury was waived, and questions of fact and of law were submitted to the Court.

*Divorce*

IT IS ORDERED AND DECREED that ELENA K. MCCOY, Petitioner, and DONALD J. MCCOY, Respondent, are divorced and that the marriage between them is dissolved .

COURT'S MINUTES
TRANSACTION # 115

*Division of Marital Estate*

The Court finds that the following is a just and right division of the parties' marital estate, having due regard for the rights of each party.

IT IS ORDERED AND DECREED that the husband, DONALD JASON MCCOY, is awarded the following as his sole and separate property, and the wife is divested of all right, title, interest, and claim in and to that property:

H-1.  All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the husband or subject to his sole control.

H-2.  All clothing, jewelry, and other personal effects in the possession of the husband or subject to his sole control.

H-3.  All sums of cash in the possession of the husband or subject to his sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the husband's sole name or from which the husband has the sole right to withdraw funds or which are subject to the husband's sole control.

H-4.  The motor vehicle, together with all prepaid insurance, keys, and title documents in the possession of the husband or subject to his sole control.

IT IS ORDERED AND DECREED that the wife, ELENA K. MCCOY, is awarded the following as her sole and separate property, and the husband is divested of all right, title, interest, and claim in and to that property:

W-1.  All household furniture, furnishings, fixtures, goods, art objects, collectibles, appliances, and equipment in the possession of the wife or subject to her sole control.

W-2.  All clothing, jewelry, and other personal effects in the possession of the wife or subject to her sole control.

W-3.  All sums of cash in the possession of the wife or subject to her sole control, including funds on deposit, together with accrued but unpaid interest, in banks, savings institutions, or other financial institutions, which accounts stand in the wife's sole name or from which the wife has the sole right to withdraw funds or which are subject to the wife's sole control.

W-4.  The motor vehicle, together with all prepaid insurance, keys, and title documents in the possession of the wife or subject to her sole control.

IT IS ORDERED AND DECREED that the husband, DONALD JASON MCCOY, shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold the wife and her property harmless from any failure to so discharge, these items:

H-1.    All student loans and debts solely in husband's name.

H-2.    All debts, charges, liabilities, and other obligations incurred solely by the husband from and after May 14, 2013 unless express provision is made in this decree to the contrary.

H-3.    Husband's attorneys' fees.

IT IS ORDERED AND DECREED that the wife , ELENA K. MCCOY shall pay, as a part of the division of the estate of the parties, and shall indemnify and hold the husband and his property harmless from any failure to so discharge, these items:

W-1.    All student loans and debts solely in wife's name.

W-2.    All debts, charges, liabilities, and other obligations incurred solely by the wife from and after May 14, 2013 unless express provision is made in this decree to the contrary.

W-3.    Wife's attorneys' fees.

IT IS ORDERED AND DECREED that each party shall send to the other party, within three days of its receipt, a copy of any correspondence from a creditor or taxing authority concerning any potential liability of the other party.

IT IS ORDERED AND DECREED that any assets of the parties not awarded or divided by this Final Decree of Divorce are subject to future division as provided in the Texas Family Code.

*Separate Property*

IT IS ORDERED AND DECREED that the following described property is confirmed as the separate property of ELENA K. MCCOY:

Her diamond engagement/wedding ring given to her by DONALD JASON MCCOY in March, 2010.

IT IS ORDERED AND DECREED that no provision of this decree shall be construed as alimony under the Internal Revenue Code, except as this decree expressly provides for payment of maintenance or alimony under the Internal Revenue Code.

*Change of Name*

IT IS ORDERED AND DECREED that Petitioner's name is changed to **Elena Yevgenievna Khorokhorina.**

*Court Costs*

IT IS ORDERED AND DECREED that costs of court are to be borne by the party who incurred them.

*Discharge from Discovery Retention Requirement*

IT IS ORDERED AND DECREED that the parties and their respective attorneys are discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

*Clarifying Orders*

Without affecting the finality of this Final Decree of Divorce, this Court expressly reserves the right to make orders necessary to clarify and enforce this decree.

*Relief Not Granted*

IT IS ORDERED that DONALD JAMES MCCOY'S claims for Annulment, Common Law Fraud, Quantum Meruit and Right to Reimbursement are DENIED.

IT IS ORDERED that ELENA K. MCCOY'S claims for frivolous lawsuit under Chapter 9, Rule 13 of the TRCP and Chapter 10, CPRC, are DENIED.

IT IS ORDERED AND DECREED that all relief requested in this case and not expressly granted is denied. This is a final judgment, for which let execution and all writs and processes necessary to enforce this judgment issue. This judgment finally disposes of all claims and all parties and is appealable.

*Date of Judgment*

This divorce judicially PRONOUNCED AND RENDERED in court at Fort Worth, Tarrant County, Texas, on March 13, 2015 and further noted on the court's docket sheet on the same date, but signed on the ____9____ day of __*April*__, 2015.

_____
JUDGE PRESIDING

de'Atty Hoover

APPROVED AS TO FORM ONLY:

_Robert D. Hoover_

ROBERT D. HOOVER
Attorney for ELENA K. MCCOY
State Bar No.: 09967500
113 North Houston Street
Fort Worth, Texas 76102
817-335-3399
817-335-9595 Facsimile
robertdhoover@sbcglobal.net

KENNETH L. McALISTER
Attorney for DONALD JASON MCCOY
State Bar No.: 13319600
2800 South Hulen Street, Suite 210
Fort Worth, Texas 76109
817-335-5455
817-335-7110 Facsimile
ken@kenmcalister.net

231-538847-13

FILED
TARRANT COUNTY
4/29/2015 3:28:07 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 231-538847-13

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | 231ST JUDICIAL DISTRICT |
| ELENA K. MCCOY | § | |
| AND | § | TARRANT COUNTY, TEXAS |
| DONALD JASON MCCOY | § | |

## REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES DONALD JASON MCCOY, Respondent in the above entitled and styled case, pursuant to Rule 296 of the Texas Rules of Civil Procedure, and respectfully requests the Court state in writing the findings of fact found by him separately from his conclusions of law, and file those finding of fact and conclusions of law with the clerk of the Court in order that they constitute part of the record of the cause.

Plaintiff files this request on April 29, 2015, within 20 days of the date the Court signed the Final Decree of Divorce.

Plaintiff requests the Court to enter written Findings of Fact and Conclusions of Law and mail copies to all parties.

Respectfully submitted,

D. Jason McCoy
*Pro Se* Party

By: _____
D. Jason McCoy
Texas Bar No. 24088008
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206

Ofc: (214) 272-2297
Fax: (214) 363-9979
Jason@mccoylawpllc.com

*Pro Se* Party

Request for Findings of Fact and Conclusions of Law

Page 1 of 1

FILED
TARRANT COUNTY
5/8/2015 3:31:30 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 231-538847-13

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | 231ST JUDICIAL DISTRICT |
| ELENA K. MCCOY | § | |
| AND | § | TARRANT COUNTY, TEXAS |
| DONALD JASON MCCOY | § | |

### RESPONDENT'S MOTION FOR NEW TRIAL

To the Honorable Judge of this Court:

Pursuant to the Texas Rules of Civil Procedure, Respondent **Donald Jason McCoy** ("Mr. McCoy"), as a *pro se* litigant acting as his own attorney of record, files this **Motion for New Trial** and in support shows the Court as follows:

### Facts & Procedural History

1. On March 13, 2015 the Court heard this case—a divorce action between Mr. McCoy and Elena K. McCoy ("Ms. McCoy"). The Final Decree of Divorce was not singed until April 9, 2015.

2. This motion is presented within the time limits prescribed by the Texas Rules of Civil Procedure for making a motion for new trial.

3. In response to Ms. McCoy's petition for divorce, Mr. McCoy filed a counter claim seeking, *inter alia*, the following:

    (i) an annulment on grounds that Ms. McCoy had fraudulently induced Mr. McCoy into the marriage by marrying him under false pretenses;

    (ii) various damages arising from the foregoing fraud; and

    (iii) as alternative to annulment, Mr. McCoy sought reimbursement from Ms. McCoy for money he had borrowed to pay Ms. McCoy's living expenses so she could attend law school.

4. In preparing for trial, Mr. McCoy provided his trial attorney, Kenneth McAlister ("Mr. McAlister") with the following documents to use for the purpose of arguing Mr. McCoy's case:

Respondent's Motion for New Trial

(i)   Ms. McCoy's Response to Mr. McCoy's Request for Admissions ("Admissions") (See **Exhibit A**); and

(ii)  bank statements provided by Mr. McCoy referencing all the expenses that he incurred during the marriage that were at least fifty percent (50%) attributable to Ms. McCoy's living expenses while she attended law school (See **Exhibit B**);

Exhibits A and B are attached hereto and incorporated by reference. Ms. McCoy's Admissions were crucial to Mr. McCoy's case because they establish that the expenses for which Mr. McCoy sought reimbursement were attributable to Ms. McCoy. Mr. McCoy's bank statements were crucial to his case because they established the amounts of the expenses he incurred to support Ms. McCoy while she attended law school.

5.    Despite the crucial role of these documents, on the morning of the trial, Mr. McAlister surprised Mr. McCoy informing him that (i) he did not intend to submit the Admissions into evidence, because he did not think they would be helpful; and (ii) he did not intend to introduce the bank statements into evidence, because it would be sufficient to submit a summary of such statements drafted by Mr. McCoy. The Summary of Mr. McCoy's bank statements is also attached hereto in Exhibit B and incorporated by reference.

6.    Also in preparing Mr. McCoy's case, Mr. McAlister took the deposition of Dr. Monte Mitchell ("Dr. Mitchell"). Dr. Mitchell's deposition was transcribed by certified shorthand reporter, Katharene McCulley, and a copy thereof is attached hereto as **Exhibit C** and incorporated by reference.

7.    Dr. Mitchell's deposition provided evidence that, among other things, Ms. McCoy misrepresented to Mr. McCoy the circumstances surrounding her first divorce. Ms. McCoy alleged that she was a victim of spousal abuse and attempted to support her allegation by showing that she visited a doctor where she claimed her first husband abused her, and that she called the police to file a report also claiming abuse. At trial, she entered photographs into evidence reflecting bruises she alleged to have been caused by her first husband. Notably, other than her own testimony, Ms. McCoy failed to offer any evidence supporting her claim that her injuries were caused by her first husband. On the other hand, Dr. Mitchell's deposition testimony showed that, in his professional opinion, Ms. McCoy's bruises were not consistent with someone who had suffered spousal abuse. Instead, Dr. Mitchell believed her injuries were likely self-inflicted. See Exhibit C, p. 47-48.

8.    Dr. Mitchell could not be present to testify at trial. Accordingly, his testimony was provided constructively by Mr. McCoy and Mr. McAlister reading parts of his deposition into the record of the Court. Although most of Dr. Mitchell's testimony was read into the record, Mr. McAlister chose to omit the portion of Dr. Mitchell's testimony where he asserted his opinion about Ms. McCoy's injuries being self-inflicted. Mr. McCoy was surprised by Mr. McAlister's decision to omit this portion of the testimony, as Mr. McCoy

Respondent's Motion for New Trial

believed it to be a crucial component to his case. Mr. McCoy was also surprised that Mr. McAlister did not assert hearsay objections against the photographs of Ms. McCoy's alleged injuries. Particularly, in light of the fact that Ms. McCoy claimed the photo represented injuries caused by her first husband, yet failed to produce any other evidence (aside from her own testimony) to suggest her husband actually abused her.

9. Mr. McCoy did not authorize Mr. McAlister to make these various omissions. In fact, at trial, during private, off-the-record discussions between Mr. McCoy and Mr. McAlister, Mr. McCoy protested the omissions. However, Mr. McCoy's protests were silenced when Mr. McAlister assured Mr. McCoy that he had "been doing this for a long time," and that these were the right strategic decisions. Accordingly, for these reasons, no on-the-record objections were made to these omissions.

10. At trial, in order to prove that Ms. McCoy fraudulently induced Mr. McCoy into the marriage, Mr. McCoy testified that Ms. McCoy misrepresented the reasons for her first divorce. Specifically, Mr. McCoy testified that Ms. McCoy told him that she divorced her first husband because he raped her. To prove Ms. McCoy's claims were false, Mr. McCoy provided a copy of the divorce decree showing that Ms. McCoy did not divorce her first husband; but instead, he divorced her. Mr. McCoy also provided evidence through Dr. Mitchell's testimony showing that Ms. McCoy had motive to make false claims of spousal abuse in order to keep her citizenship, and that Ms. McCoy's claim of abuse was most likely bogus.

11. To defend against Mr. McCoy's claim that she misrepresented the reasons underlying her first divorce, Ms. McCoy alleged to the Court that she never told Mr. McCoy whether it was her or her first husband who had filed for divorce. In other words, Ms. McCoy implied that, although she did tell Mr. McCoy she got divorced due to spousal abuse, she never told Mr. McCoy that it was her husband who filed for divorce. To support her claims that she did not fake the spousal abuse allegations, the only evidence Ms. McCoy introduced was her own testimony claiming that her "injuries" were caused by her first husband. Notably, other than her own testimony, she does not provide any evidence showing that her husband was the cause of her injuries. Further, Ms. McCoy never offered any testimony to explain the bizarre assertion that her first husband divorced her because he abused her.

12. At trial, Mr. McCoy also offered evidence to prove that Ms. McCoy married him for other reasons besides fulfilling her vows, thereby misrepresenting her reasons for marrying Mr. McCoy. Specifically, Mr. McCoy showed that just before she filed for divorce, she told Mr. McCoy that he was "such a wonderful husband," and constantly showered him with sentiments of her love and affection. Mr. McCoy further showed that amidst her feelings of love and affection, Ms. McCoy's attitude abruptly changed. Mr. McCoy offered that the only explanation could be Ms. McCoy's response to a conversation, where Mr. McCoy conveyed his financial concerns over the fact that he had not yet found a job and he would no longer be eligible for student loans after laws school. Mr. McCoy explained to Ms. McCoy that, during her last year of law school, she would need to increase the amount she requested for student loans, because he did not think he could provide her with the financial support she

Respondent's Motion for New Trial

had grown accustom to. Notably, at trial, Ms. McCoy even admitted having the conversation. Approximately two weeks after this conversation, the couple's law school semester ended and Ms. McCoy returned to her home in Euless, Texas and began preparing to file for divorce. It was approximately one month after that conversation, when Ms. McCoy actually filed. In summary, Mr. McCoy's assertion was that, Ms. McCoy's sudden and drastic change of satisfaction about the marriage was caused by Mr. McCoy's change in financial circumstances, which proves that she married Mr. McCoy for financial reasons—not to fulfill her wedding vows.

13.    To refute Mr. McCoy's assertion, Ms. McCoy alleged that her sudden change of heart was due to the fact that Mr. McCoy became abusive—a claim asserted for the first time at trial.

14.    As mentioned, Ms. McCoy had never before claimed that Mr. McCoy had abused her, nor did she ever offer any evidence of her claim other than her surprise testimony. Because Mr. McCoy was surprised by Ms. McCoy's claims of abuse, he was not prepared to refute her allegations at trial despite the fact that Mr. McCoy had never abused Ms. McCoy. Notwithstanding, Mr. McCoy offered evidence to refute Ms. McCoy's claim with a thread of text messages sent by Ms. McCoy, where she sends Mr. McCoy numerous messages that are completely inconsistent with things that a wife being abused by her husband might say.

15.    At trial, Mr. McCoy testified that he would not have married Ms. McCoy if he had known the truth behind her misrepresentations.

16.    At trial, Mr. McCoy also showed that he was owed various reimbursements by Ms. McCoy. Specifically, Mr. McCoy submitted a summary of the couples joint living expenses, and showed which expenses were attributable to Ms. McCoy and which ones she had already paid reimbursement for. Notably, Ms. McCoy did not refute any of Mr. McCoy's claims as to which expenses were attributable to her. Instead, Ms. McCoy's only defense to Mr. McCoy's claim for reimbursement was that she should not have to pay these claims on grounds that she had requested to move to a smaller house, where her living expenses would have been presumably lower. Debunking this defense, Mr. McCoy showed that moving to a cheaper house would have not saved the couple any money, because they would have then had to incur additional costs associated with (i) various moving expenses, and (ii) purchasing a second vehicle, because less expensive housing would have required the couple to move outside of walking distance from the law school. Evidence also showed that Ms. McCoy was already unable to pay her share of their existing expenses; therefore, Mr. McCoy would have been required to offset any savings from moving to a cheaper house or apartment with these additional costs.

17.    Ultimately, the Court acknowledged that, according to principles of equity, Mr. McCoy was likely owed some kind of reimbursement. Notwithstanding Mr. McCoy's evidence of expenses attributable to Ms. McCoy, Ms. McCoy's failure to refute such evidence, and Ms. McCoy's flimsy defense as to why she should not be accountable for reimbursement, the

Court refused to grant Mr. McCoy reimbursement on grounds that he failed to show exactly what the amount of reimbursement owed should be.

18. The Court provided no reason for denying the annulment.

19. In support of this motion, Plaintiff directs the Court's attention to the Affidavit of Donald Jason McCoy attached hereto as **Exhibit D** and incorporated by reference.

## Grounds for New Trial

20. Based on good cause established by the foregoing facts, as well as the facts in the record of this case, Mr. McCoy seeks a new trial of this action on the following grounds:

21. **Surprise.** An application for a new trial and to set aside a judgment on equitable grounds, is addressed to the sound discretion of the court, and should in all cases be granted when the substantial rights of the parties have been so violated as to make it reasonably clear that a fair trial was not had. *McMillan v. McMillan*, 72 S.W.2d 611, 612-13 (Tex. Civ. App.—Dallas 1934, no writ). A parity's rights to a fair trial are upset in light of surprises that operate to the prejudice of the party surprised. *See Chambers v. Fisk*, 15 Tex. 335, 343-344 (1855) (holding that a new trial should be ordered in light of such surprise). In this case, there are two instances of surprise that prejudiced Mr. McCoy's case: (i) Mr. McAlister's various unauthorized omissions, and (ii) Ms. McCoy's surprise testimony where she alleged to have been abused by Mr. McCoy.

Mr. McCoy was surprised by Mr. McAlister's decision to make various omissions that caused the Court to deny Mr. McCoy's claims seeking annulment and reimbursement. Where a party's rights have been substantially violated and a fair trial was not had because of an unauthorized compromise by the party's attorney, a new trial is properly granted. *McMillan*, 72 S.W.2d at 612. In this case, Mr. McAlister (Mr. McCoy's attorney) made unauthorized compromises with regard to how he tried the case. He compromised by limiting the evidence of Mr. McCoy's expenses paid on behalf of Ms. McCoy by refusing to introduce Mr. McCoy's bank statements. He compromised by refusing to introduce Ms. McCoy's admissions. He compromised by refusing to introduce the most significant portion of Dr. Mitchell's testimony. Finally, he compromised by refusing to object to hearsay evidence that was crucial to the opposing party's case. It is clear that Mr. McCoy would not have authorized Mr. McAlister to make such crucial omissions which could have such a profound effect on the outcome of the case—especially in light of the fact that Mr. McCoy had already paid Mr. McAlister for legal services required to gather the evidence that was ultimately omitted. Although the negligence of one's attorney usually affords no relief, because Mr. McAlister's negligence was so connected with his unauthorized acts, Mr. McCoy's motion for new trial should be granted.

A new trial may also be awarded because of prejudicial surprise resulting from unexpected testimony. *Jordan v. Robson*, 27 Tex. 612, 612-14 (1864). Mr. McCoy's right

Respondent's Motion for New Trial

to a fair trial was upset by Ms. McCoy's surprise testimony claiming that she was abused by Mr. McCoy. This false allegation was Ms. McCoy's only defense to the evidence Mr. McCoy provided to prove that Ms. McCoy married him for financial reasons.

For the foregoing reasons, the Court should grant Mr. McCoy's Motion for New Trial on grounds of surprise, because Mr. McCoy had meritorious causes of action, and the inequities arising from the surprise were not caused by lack of diligence.

22.     **Improper Ruling.**   Improper rulings of the court also constitute grounds for new trial. Here, the Court ruled improperly for the following two reasons:

(i)     *Fraudulent Inducement*

Typically, an annulment is granted where one spouse has fraudulently induced another spouse into marriage. *Desta v. Anyaoha*, 371 S.W.3d 596, 600 (Tex. App.— Dallas 2012, no pet.). The linchpin of nearly every annulment action involving fraudulent inducement focuses on whether a material misrepresentation was made by one spouse to the other. In this case, Ms. McCoy made two material misrepresentations. First, she misrepresented material circumstances surrounding her first marriage and divorce. Second, she misrepresented her reasons for marrying Mr. McCoy.

Ms. McCoy told Mr. McCoy that she divorced her first husband because he abused her. The first part of this statement—that Ms. McCoy divorced her first husband—was disproven by a divorce decree showing that Ms. McCoy's first husband divorced her. To refute Mr. McCoy's claim that Ms. McCoy misrepresented this fact, Ms. McCoy would have the Court believe that she never told Mr. McCoy who actually filed for her first divorce. Specifically, Ms. McCoy alleges that the only thing she ever told Mr. McCoy about the demise of her first marriage was that it ended because her husband abused her, and she contends that the facts about who filed for divorce were never brought to bear. Ultimately, if the Court is to rely on Ms. McCoy's testimony, it must presume that either (i) Mr. McCoy falsified his testimony that he inquired about whether Ms. McCoy or her first husband sought the divorce, or (ii) that Mr. McCoy was content with Ms. McCoy refusing to answer such an inquiry. Because it is unreasonable to contend that Mr. McCoy would never have asked Ms. McCoy who filed for divorce from her first marriage, and because it is unreasonable to contend that Mr. McCoy would have been content with his wife refusing to answer such an important question, the Court should not rely on Ms. McCoy's testimony in this regard. Without more, Ms. McCoy's claim is spurious and fails to provide sufficient evidence contradicting Mr. McCoy's claim that she misrepresented the circumstances underlying her first divorce.

In addition to showing Ms. McCoy's misrepresentation about who filed for her first divorce, Mr. McCoy also showed that Ms. McCoy misrepresented the reason for

her first divorce. As mentioned, Ms. McCoy told Mr. McCoy that the reason for her first divorce was due to her first husband's physical abuse. Dr. Mitchell's testimony provides strong evidence that Ms. McCoy divorced her first husband over financial matters, and then she self-inflicted injuries to allow her to claim abuse. This notion is further substantiated by Ms. McCoy's motive to undertake such a scheme, as she would likely have lost her citizenship if she had not been eligible for the "abuse" exception. Ultimately, Ms. McCoy contends that her first husband divorced her because he abused her. Notwithstanding, Ms. McCoy offered no explanation to the Court or to Mr. McCoy as to the circumstances that might explain such a bizarre situation.

The only evidence Ms. McCoy offers to show that she was abused by her first husband is her own testimony and hearsay photographs of injuries she claims to have been caused by her husband. Indeed, other than her own testimony motivated by a need to game the system in order to keep her citizenship, Ms. McCoy offers no evidence that she was abused by her first husband. Accordingly, it is unreasonable to contend that Ms. McCoy did not make misrepresentations to Mr. McCoy about the reason for her first divorce. In summary, testimony that her husband divorced her because he abused her is simply too strange to be trusted without further explanation.

Courts have also held that a misrepresentation where a wife marries her husband for reasons other than fulfilling her wedding vows is also material misrepresentation that arises to the level of fraudulent inducement. Here, Mr. McCoy showed that the most likely reason Ms. McCoy filed for divorce was due to the fact he could not financially support her through her last year of law school. Specifically, Mr. McCoy showed that just prior to Ms. McCoy filing for divorce, Ms. McCoy was constantly telling Mr. McCoy how much she loved him and what a great husband he was. Mr. McCoy also established that the only significant event that could have triggered a change in Ms. McCoy's feelings, was a conversation where Mr. McCoy explained that he would be unable to support her through her last year of law school. Notably, Ms. McCoy even recalled the conversation while on the stand.

Ultimately, as Ms. McCoy's only explanation for her sudden and drastic change in her feelings about the marriage, Ms. McCoy launched a surprise defense alleging that she filed for divorce because Mr. McCoy was abusive to her. Ms. McCoy offered no other evidence of Mr. McCoy's abuse, nor did she assert it in any of her discovery responses, her petition, or any other filing with the Court. Indeed, her first allegation of Mr. McCoy's abuse came while on the stand under oath.

Ultimately, Mr. McCoy offers ample evidence that Ms. McCoy filed for divorce because Mr. McCoy could no longer provide her with financial support while she attended law school. It follows, that someone who is capable of divorcing someone over financial reasons, did not develop such a mindset overnight. Thus, Ms. McCoy likely knew when she married Mr. McCoy that she would leave him if he could not meet her financial demands. Because Ms. McCoy did not intend to fulfill her

Respondent's Motion for New Trial

wedding vows at the time of marriage, this is fraudulent misrepresentation, and Ms. McCoy's spontaneous defense that Mr. McCoy abused her is spurious and offers little to refute Mr. McCoy's evidence. Should the Court wish to entertain Ms. McCoy's claims of abuse, it should, at least, order a new trial on grounds of undue surprise as discussed further below. Accordingly, the Court improperly ruled that Ms. McCoy did not fraudulently misrepresent that she married Mr. McCoy to fulfill her wedding vows.

(ii)    *Reimbursement*

According to Texas Family Code Section 3.402, "[t]he court shall resolve a claim for reimbursement using equitable principles…" Section 7.007 further provides that

> In a decree of divorce or annulment, the court shall determine the rights of both spouses in a claim for reimbursement as provided by Subchapter E, Chapter 3, and shall apply equitable principles to:
>
> (1)    determine whether to recognize the claim after taking into account all the relative circumstances of the spouses; and
>
> (2)    order a division of the claim for reimbursement, if appropriate, in a manner that the court considers just and right, having due regard for the rights of each party and any children of the marriage.

Based on these statues, claims for reimbursement should not be denied simply because the requesting party did not show the precise amount of reimbursement he was owed. Instead, if a court believes a reimbursement is owed, it should consider the available evidence and order reimbursement "in a manner that the court considers just and right, having due regard for the rights of each party."

In this case, unless the Court believed that Mr. McCoy's summary of expenses misrepresented the expenses reflected in his actual bank accounts, his summary should have been sufficient to prove the reimbursements owed by Ms. McCoy. Ms. McCoy failed to introduce any evidence showing that these expenses were not attributable to her. Indeed, Ms. McCoy's only defense to Mr. McCoy's claim of reimbursement was that she should not have to pay because she suggested moving into less expensive housing. Because moving would have caused Mr. McCoy to have to incur expenses associated with purchasing another vehicle as well as those expenses associated with the move itself, Ms. McCoy failed to show that moving to a cheaper house would have had any effect on the reimbursement she owes.

As mentioned, the Court noted at trial that equitable principles likely entitled Mr. McCoy to reimbursements to be paid by Ms. McCoy. However, the Court refused to

Respondent's Motion for New Trial

grant such reimbursements on grounds that Mr. McCoy failed to prove the exact amount of what was owed. Because the Court did not use the available evidence to make a determination on the amount of reimbursement owed by Ms. McCoy, its ruling was improper.

23. Granting of a new trial would not prejudice the other parties because Mr. McCoy (the movant) is ready and willing to proceed without further discovery.

24. Accordingly, based on the foregoing, Respondent and Movant **Donald Jason McCoy** respectfully requests that the court issue an order granting Respondent a **new trial**, and that the Court grant Respondent any other relief to which he is entitled.

If necessary, Movant requests that this Motion be set for oral hearing on the proposed order submitted herewith.

Respectfully submitted,

D. Jason McCoy
*Pro Se* Party

By: _____
D. Jason McCoy
Texas Bar No. 24088008
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206

Ofc: (214) 272-2297
Fax: (214) 363-9979
Jason@mccoylawpllc.com

*Pro Se* Party

Respondent's Motion for New Trial

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of May, 2015, a true and correct copy of the foregoing document was served, pursuant to the Rules of Civil Procedure, on all counsel of record in this case.

_____
D. Jason McCoy

# Exhibit A

## Petitioner's Response to Respondent's Request for Admissions

# THE LAW OFFICE OF
# ROBERT D. HOOVER
### 113 North Houston Street, Fort Worth, Texas 76102
--------------
### (817) 335-3399, (817) 429-2000 Metro, (817) 335-9595 Facsimile

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this fax message is attorney-client privileged and confidential, intended for the use of the intended recipient named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, except to the intended recipient, is prohibited. If you have received this communication in error, please immediately notify us by collect telephone and return the original message to us at the above address at our expense.

## FACSIMILE COVER SHEET/MEMO

**DATE:**                           January 20, 2014

**RE:**                             Cause No. 231-538847-13, In the Matter of the Marriage of
                                    Elena K. McCoy and Donald J. McCoy

**TO:**                             Jon Michael Franks, Attorney

**FACSIMILE NUMBER:**               817-421-1078

**FROM:**                           Robert D. Hoover, Attorney

**COMMENTS:**                       Attached are the following documents for your responses:

  a)  Certificate of Written Discovery which will be filed with the court; and

  b)  Response to Request for Admissions.

Thank you for your consideration in this matter.

**NUMBER OF PAGES (Including Cover Sheet): 12**

Please call (817) 335-3399 if you are not receiving all of the pages being sent.

cc:   Elena K. McCoy

CAUSE NO. 231-538847-13

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § | IN THE DISTRICT COURT OF |
| | § | |
| ELENA K. MCCOY AND | § | 231ST JUDICIAL DISTRICT |
| DONALD J. MCCOY | § | TARRANT COUNTY, TEXAS |

## CERTIFICATE OF WRITTEN DISCOVERY

ELENA K. MCCOY, Petitioner, files this Certificate of Written Discovery and states that on January 20, 2014 a true and correct copy of the following documents were served upon all parties or attorneys of record in the above-styled and number cause:

1.    Response to Request for Admissions.

Respectfully submitted,

*Robert D. Hoover*

ROBERT D. HOOVER
State Bar No: 09967500
113 North Houston Street
Fort Worth, Texas 76102
(817) 335-3399
(817) 335-9595 Facsimile
ATTORNEY FOR ELENA K. MCCOY

## Certificate of Service

I hereby certify that a true copy of the foregoing document has been delivered, in accordance with Texas Rules of Civil Procedure, to Jon Michael Franks, this 20th day of January, 2014.

*Robert D. Hoover*

ROBERT D. HOOVER

CERTIFICATE OF WRITTEN DISCOVERY                                    PAGE 1

CAUSE NO. 231-538847-13

IN THE MATTER OF        §        IN THE DISTRICT COURT OF
THE MARRIAGE OF         §
                        §
ELENA K. MCCOY          §        231ST JUDICIAL DISTRICT
AND                     §
DONALD J. MCCOY         §        TARRANT COUNTY, TEXAS

## RESPONSE TO REQUEST FOR ADMISSIONS

ELENA K. MCCOY, Petitioner, provides this attached Response to Request for Admissions either admitting or denying specifically the matters of which an admission is requested or setting forth in detail the reasons she cannot truthfully either admit or deny those matters.

ROBERT D. HOOVER
Attorney for ELENA K. MCCOY
State Bar No.: 00967500
113 North Houston Street
Fort Worth, Texas 76102
817-335-3399
817-335-9595 Facsimile

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on January _22_, 2014.

ROBERT D. HOOVER
Attorney for ELENA K. MCCOY

1.    *Admit or Deny*

that, At the time you married Respondent you were aware that the Respondent would be attending law school until May 2013, and, during this time, the Respondent would have no other significant source of financial support besides student loans.

*Answer:*
    Petitioner admits that Respondent would attend law school until May, 2013, however, denies the rest of the request.

2.    *Admit or Deny*

that, besides the four months immediately following the date of your marriage to the Respondent, during the marriage, you attended law school and had no other significant source of financial support besides student loans.

*Answer:*
    Admit

3.    *Admit or Deny*
that, you entered into the Lease as a co-signor for the property located at 3312 25th Street, Lubbock, Texas 79410.

*Answer:*
    Admit

4.    *Admit or Deny*
that, the original term of the Lease was for one year beginning on or about August 17, 2010 at a rate of $1,100.00 per month.

*Answer:*
    Cannot admit or deny because I cannot remember.

5.    *Admit or Deny*
that, the Lease was renewed for two consecutive one-year terms following the original term at a rate of $1,150 per month.

*Answer:*
    Cannot admit or deny because I cannot remember.

**RESPONSE TO REQUEST FOR ADMISSIONS**                                          PAGE 2

6.   *Admit or Deny*
that, the property subject to the Lease was your principal residence during the original term of the lease, as well as the two subsequent renewal terms.

*Answer:*
   Admit

7.   *Admit or Deny*
that, during the period of time covered by the Lease and the Lease renewals, you used or enjoyed the following services and utilities at the subject property: 1. Internet, 2 monitored security protection, 3 renter's insurance, 4 electricity, 5 gas, 6 trash pick up, 7 municipal water supply, an 8 satellite television.

*Answer:*
   Admit as to 1, 4, 5, 6, 7 and 8
   Deny as to 2
   Cannot admit or deny as to 3 because I cannot remember.

8.   *Admit or Deny*
that, during the marriage the Respondent paid the full amount of the Lease payments each month.

*Answer:*
   Deny

9.   *Admit or Deny*
that, during the marriage the Respondent paid the full amount of property insurance premiums for coverage that included community property, as well as items that were your personal property.

*Answer:*
   Cannot admit or deny because I do not know.

10.   *Admit or Deny*
that, during the marriage the Respondent paid the full amount of auto insurance premiums for coverage of a white Cadillas Escalade that you frequently used.

*Answer:*
   Deny

11.   *Admit or Deny*
that, during the marriage the Respondent paid the full amount for internet service at your

RESPONSE TO REQUEST FOR ADMISSIONS                                    PAGE 3

principal residence that you frequently used.

*Answer:*
    Deny


12.    *Admit or Deny*
that, during the marriage the Respondent paid the full amount for security monitoring services at your principal residence.

*Answer:*
    Deny


13.    *Admit or Deny*
that, during the marriage the Respondent paid the full amount for all utility services at your principal residence including water, gas, electricity, and trash pick- up.

*Answer:*
    Deny


14.    *Admit or Deny*
that, during the marriage the Respondent paid the full amount for satellite television services that your frequently used at your principal residence.

*Answer:*
    Deny


15.    *Admit or Deny*
that, during the marriage, with a few limited exceptions, the Respondent was primarily responsible for your travel and entertainment expenses.

*Answer:*
    Deny


16.    *Admit or Deny*
that, during the marriage the Respondent often purchased groceries and other consumables that you used or enjoyed.

*Answer:*
    Deny


RESPONSE TO REQUEST FOR ADMISSIONS                                                PAGE 4

17.   *Admit or Deny*
that, during the marriage, after beginning law school, you informed the Respondent that the most you could afford to contribute to help offset the Respondent's financial burden related to the foregoing expenses was $700 per month.

*Answer:*
      Deny


18.   *Admit or Deny*
that, during the marriage, at least three to four months of each year, you were unable to contribute $700 ( or any amount ) to help offset the Respondent's financial burden related to the foregoing joint expenses.

*Answer:*
      Petitioner objects to this request in that it requests multiple facts and cannot be admitted or denied.


19.   *Admit or Deny*
that, during the marriage the actual amount of your cash contributions to joint expenses averaged much less than $700 per month.

*Answer:*
      Deny


20.   *Admit or Deny*
that, during the marriage, although you purchased food and other consumables to be shared jointly with the Respondent, a significant portion of these purchases included alcohol, which was rarely ( if ever ) consumed by the Respondent.

*Answer:*
      Deny


21.   *Admit or Deny*
that, during the marriage, a significant matter of contention between you and the Respondent was the Respondent's inability to pay for all of your travel and entertainment expenses.

*Answer:*
      Deny


RESPONSE TO REQUEST FOR ADMISSIONS                                                    PAGE 5

22.  *Admit or Deny*
that, during the marriage, you were aware that it was necessary for the Respondent to incur supplemental student loans to cover a significant portion of your share of the foregoing expenses.

*Answer:*
Deny

23.  *Admit or Deny*
that, during the marriage the Respondent requested that you take supplemental student loans so that you could make a more even contribution to the foregoing joint expenses.

*Answer:*
Deny

24.  *Admit or Deny*
that, you did not take supplemental student loans, because you refused to ask your parents or any other party to co-sign, as required by the lender.

*Answer:*                    S
Deny

25.  *Admit or Deny*
that, you are aware that the wedding ring given to you by the Respondent was purchased using a loan where the Respondent borrowed the purchase amount and secured the Note with the ring.

*Answer:*
Deny

26.  *Admit or Deny*
that, you received notice from the lender that the ring is secured as collateral for the Note, as filed and perfected with the Texas Secretary of State, that the Note is in default, and the lender seeks to recover the ring accordingly.

*Answer:*
          Petitioner object to this request in that it requests multiple facts and asks to admit to matters that are hearsay.

27.  *Admit or Deny*
that, you witnessed a verbal agreement, where Nataliya Khorkorinn ( your mother ) offered to pay $25,000 of the cost incurred by the Respondent's parents for the wedding celebration of your

PAGE 6

RESPONSE TO REQUEST FOR ADMISSIONS

marriage to the Respondent, and your mother agreed to make this payment when she and/or your father sold real estate holding located in Moscow, Russia.

*Answer:*
Petitioner objects to this request in that it requests multiple facts and asks to admit to matters that are hearsay.

28.    *Admit or Deny*
that, your parents have sold some of their Russian real estate holding, since entering into the verbal agreement mentioned above.

*Answer:*
Petitioner objects to this request in that it requests multiple facts and asks to admit to matters that are hearsay.

29.    *Admit or Deny*
that, prior to your marriage to the Respondent, you were married to Eric Carlson (Mr. Carlson).

*Answer:*
Admit

30.    *Admit or Deny*
that, prior to your marriage to the Respondent , you stated to the Respondent that you divorced Mr. Carlson because he was brutally, physically, and sexually abusive towards you.

*Answer:*
Admit to physically and sexually
Deny brutally

31.    *Admit or Deny*
that, you married Mr. Carlson for personal financial gain or to gain citizenship or residency within the United States.

*Answer:*
Deny

32.    *Admit or Deny*
that, after separating from the Respondnet, you moved into a home located at 106 Park Haven Boulevard, Euless, Texas 76039 ( the Euless House), where Nataliya Khorkorinn ( your mother ) is listed as the owner of record by the Tarrant County Appraisal District.

RESPONSE TO REQUEST FOR ADMISSIONS                                    PAGE 7

*Answer:*
    Admit

33.    *Admit or Deny*
that, while living at the Euless House you did not pay rent or share in a meaningful way in the payment of the mortgage or the cost of ownership of the Euless House.

*Answer:*
    Admit

34.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for internet service provided there, which you enjoyed.

*Answer:*
    Admit

35.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for monitored security service provided there, which you enjoyed.

*Answer:*
    Deny

36.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for property insurance that covered your personal items located there.

*Answer:*
    Admit

37.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for electric utility service provided there, which you enjoyed.

*Answer:*
    Admit

38.    *Admit or Deny*

RESPONSE TO REQUEST FOR ADMISSIONS                                                    PAGE 8

that, while living at the Euless House you did not share in the payment for gas utility service provided there, which you enjoyed.

*Answer:*
Admit

39.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for municipal water service provided there, which you enjoyed.

*Answer:*
Admit

40.    *Admit or Deny*
that, while living at the Euless House you did not share in the payment for satellite television service provided there, which you enjoyed.

*Answer:*
Admit

41.    *Admit or Deny*
that, after residing at the Euless House for no less than four months, you moved into a leased apartment ( the Apartment).

*Answer:*
Deny

42.    *Admit or Deny*
that, your name is on the lease of the Apartment.

*Answer:*
Admit

43.    *Admit or Deny*
that, you make payment on the lease of the apartment.

*Answer:*
Admit

RESPONSE TO REQUEST FOR ADMISSIONS                                        PAGE 9

*44.    Admit or Deny*
that, your name is on the accounts related to the utilities and services provided at the Apartment.

*Answer:*
    Admit


*45.    Admit or Deny*
that, you pay for the utilities and service provided at the Apartment.

*Answer:*
    Admit


*46.    Admit or Deny*
that, In order to pay your leasing expenses for the Apartment, and the expenses for the utilities and services provided therein, you were required to see student loans in amounts larger that what you were required to incur during the Marriage .

*Answer:*
    Deny


*47.    Admit or Deny*
that, in order to pay your leasing expense for the Apartment, and the expenses for the utilities and services provided therein, you were required to seek a source of income or finances ( other than student loans).

*Answer:*
    Admit

## Exhibit B

## Summary of Expenses and Bank Statements Proving the Same

***Please note the following references on bank and credit card statements:

1. Charges market with an "●" indicate shared expenses, half of which are attributable to Ms. McCoy.

2. Deposits marked with an "*" indicate reimbursements already paid by Ms. McCoy which served to offset the total amount of reimbursement claimed by Mr. McCoy.

| Shared Expenses Paid by Jason McCoy | |
|---|---|
| Category | Amount |
| Total Rent Expenses | $ 31,771.00 |
| Total Dining Expenses | $ 9,420.95 |
| Total Grocery and Household Goods Expenses | $ 8,947.31 |
| Total Travel & Entertainment | $ 8,474.28 |
| Total Electric Utility Expenses | $ 5,615.32 |
| Total Fuel & Auto Repair Expenses | $ 4,153.58 |
| Total Auto Insurance Expenses | $ 1,866.93 |
| Total Renter's Insurance Expense | $ 1,651.57 |
| Total Internet Expenses | $ 1,452.93 |
| Total Gas Utility Expenses | $ 1,043.18 |
| Total Water Service Expense | $ 804.55 |
| Total Telephone Expenses | $ 165.77 |
| **Total Shared Expenses for Jason & Elena** | **$ 75,367.37** |

| Shared Expenses Attributable to Elena (By Category) | |
|---|---|
| Category | Amount |
| Total Rent Expenses | $ 15,885.50 |
| Total Dining Expenses | $ 4,710.48 |
| Total Grocery and Household Goods Expenses | $ 4,473.66 |
| Total Travel & Entertainment | $ 4,237.14 |
| Total Electric Utility Expenses | $ 2,807.66 |
| Total Fuel & Auto Repair Expenses | $ 2,076.79 |
| Total Auto Insurance Expenses | $ 933.47 |
| Total Renter's Insurance Expense | $ 825.79 |
| Total Internet Expenses | $ 726.47 |
| Total Gas Utility Expenses | $ 521.59 |
| Total Water Service Expense | $ 402.28 |
| Total Telephone Expenses | $ 82.89 |
| *Total Shared Expenses Attributable to Elena* | *$ 37,683.69* |
| *Total Reimbursements Paid by Elena* | *$ (11,000.00)* |
| **Remaining Reimbursements Owed By Elena** | **$ 26,683.69** |

| Gifts Purchased By Jason for Elena Under Fraudulent Pretenses | |
|---|---|
| Item | Amount Paid |
| Sig Sauer P238 Pistol (Lady Edition) | $ 499.00 |
| Tag Huer Sunglasses | $ 169.00 |
| Gucci Hobo Hand Bag | $ 464.95 |
| Apple MacBook Air | $ 1,011.55 |
| Tag Huer Watch | $ 1,646.63 |
| Gucci Book Bag | $ 375.00 |
| Jura S9 One Touch Coffee Maker | $ 1,800.00 |
| Neiman Marcus Aquamarine Bracelet | $ 700.00 |
| Zale's Aquamarine Necklace | $ 328.00 |
| **Total Gifts to Elena Given By Jason Under Fraudulent Pretenses** | **$ 6,994.13** |

| **TOTAL OWED BY ELENA FOR REIMBURSEMENTS AND ILL-GOTTEN GIFTS** | **$ 33,677.82** |
|---|---|

Note: "Grocery and Household Goods Expenses" include leasehold improvements made to the house we shared.

Exhibit B-Respondent's Motion for New Trial



RESPONDENT
EXHIBIT
3

### Shared Auto Insurance Expense

| Date | Type | Amount | Bank |
|---|---|---|---|
| 9/13/2011 | Auto Insurance | $ 52.75 | CitiBank |
| 10/13/2011 | Auto Insurance | $ 81.07 | CitiBank |
| 11/14/2011 | Auto Insurance | $ 81.07 | CitiBank |
| 1/13/2012 | Auto Insurance | $ 81.07 | CitiBank |
| 2/13/2012 | Auto Insurance | $ 81.07 | CitiBank |
| 3/13/2012 | Auto Insurance | $ 81.08 | CitiBank |
| 5/3/2012 | Auto Insurance | $ 186.16 | CitiBank |
| 7/13/2012 | Auto Insurance | $ 81.08 | CitiBank |
| 8/13/2012 | Auto Insurance | $ 81.08 | CitiBank |
| 9/13/2012 | Auto Insurance | $ 86.66 | CitiBank |
| 10/13/2012 | Auto Insurance | $ 86.66 | CitiBank |
| 11/13/2012 | Auto Insurance | $ 86.66 | CitiBank |
| 12/13/2012 | Auto Insurance | $ 86.66 | CitiBank |
| 1/14/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 2/13/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 3/13/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 4/13/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 5/14/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 6/13/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 7/10/2013 | Auto Insurance | $ 86.67 | CitiBank |
| 8/13/2013 | Auto Insurance | $ 107.17 | CitiBank |
| **Total Auto Insurance** | | **$ 1,866.93** | |

### Shared Dining Expenses

| Date | Type | Amount | Bank |
|---|---|---|---|
| 8/9/2011 | Dining | $ (20.29) | Chase |
| 12/4/2012 | Dining | $ 20.40 | CitiBank |
| 4/1/2011 | Dining | $ 26.47 | Chase |
| 5/13/2011 | Dining | $ 22.79 | Chase |
| 5/16/2011 | Dining | $ 40.65 | Chase |
| 5/19/2011 | Dining | $ 41.92 | Chase |
| 5/23/2011 | Dining | $ 80.00 | Chase |
| 5/23/2011 | Dining | $ 28.41 | Chase |
| 5/27/2011 | Dining | $ 19.57 | Chase |
| 5/31/2011 | Dining | $ 27.02 | Chase |
| 6/13/2011 | Dining | $ 47.91 | Chase |
| 6/13/2011 | Dining | $ 32.20 | Chase |
| 7/1/2011 | Dining | $ 21.29 | Chase |
| 7/5/2011 | Dining | $ 28.58 | Chase |
| 7/8/2011 | Dining | $ 34.00 | Chase |
| 7/25/2011 | Dining | $ 17.50 | Chase |
| 8/5/2011 | Dining | $ 22.47 | Chase |
| 8/9/2011 | Dining | $ 20.29 | Chase |
| 8/22/2011 | Dining | $ 27.87 | Chase |
| 9/12/2011 | Dining | $ 44.61 | Chase |
| 9/16/2011 | Dining | $ 13.07 | Chase |
| 9/20/2011 | Dining | $ 54.02 | Chase |
| 10/24/2011 | Dining | $ 80.21 | Chase |
| 11/7/2011 | Dining | $ 123.24 | Chase |
| 11/7/2011 | Dining | $ 20.66 | Chase |
| 11/14/2011 | Dining | $ 24.12 | Chase |
| 11/14/2011 | Dining | $ 23.46 | Chase |
| 11/15/2011 | Dining | $ 18.22 | Chase |
| 11/21/2011 | Dining | $ 30.60 | Chase |
| 12/5/2011 | Dining | $ 31.50 | Chase |

### Shared Electric Utility Expenses

| Date | Type | Amount | Bank |
|---|---|---|---|
| 4/4/2011 | Electric Utilities | $ 148.76 | CitiBank |
| 5/5/2011 | Electric Utilities | $ 189.59 | CitiBank |
| 6/6/2011 | Electric Utilities | $ 192.34 | CitiBank |
| 7/5/2011 | Electric Utilities | $ 370.77 | CitiBank |
| 8/5/2011 | Electric Utilities | $ 355.69 | CitiBank |
| 9/6/2011 | Electric Utilities | $ 316.18 | CitiBank |
| 10/5/2011 | Electric Utilities | $ 276.16 | CitiBank |
| 11/7/2011 | Electric Utilities | $ 172.66 | CitiBank |
| 12/5/2011 | Electric Utilities | $ 144.63 | CitiBank |
| 1/5/2012 | Electric Utilities | $ 171.32 | CitiBank |
| 2/6/2012 | Electric Utilities | $ 119.43 | CitiBank |
| 3/5/2012 | Electric Utilities | $ 163.02 | CitiBank |
| 5/7/2012 | Electric Utilities | $ 103.05 | CitiBank |
| 6/5/2012 | Electric Utilities | $ 197.22 | CitiBank |
| 7/5/2012 | Electric Utilities | $ 136.97 | CitiBank |
| 8/6/2012 | Electric Utilities | $ 117.33 | CitiBank |
| 9/5/2012 | Electric Utilities | $ 132.10 | CitiBank |
| 10/5/2012 | Electric Utilities | $ 260.50 | CitiBank |
| 11/5/2012 | Electric Utilities | $ 174.87 | CitiBank |
| 12/5/2012 | Electric Utilities | $ 177.51 | CitiBank |
| 1/7/2013 | Electric Utilities | $ 146.67 | CitiBank |
| 3/5/2013 | Electric Utilities | $ 150.41 | CitiBank |
| 4/5/2013 | Electric Utilities | $ 150.47 | CitiBank |
| 4/30/2013 | Electric Utilities | $ 183.06 | CitiBank |
| 6/5/2013 | Electric Utilities | $ 193.77 | CitiBank |
| 7/5/2013 | Electric Utilities | $ 237.60 | CitiBank |
| 8/7/2013 | Electric Utilities | $ 215.81 | CitiBank |
| 9/5/2013 | Electric Utilities | $ 115.43 | CitiBank |
| 4/23/2012 | Electric Utilities | $ 302.00 | Chase |
| **Total Electric** | | **$ 5,615.32** | |

### Shared Grocery & Household Goods Expenses*

| Date | Type | Amount | Bank |
|---|---|---|---|
| 9/14/2011 | Groceries/Household Goods | $ (103.56) | Chase |
| 3/28/2011 | Groceries/Household Goods | $ 39.14 | Chase |
| 3/28/2011 | Groceries/Household Goods | $ 21.88 | Chase |
| 3/28/2011 | Groceries/Household Goods | $ 11.58 | Chase |
| 3/28/2011 | Groceries/Household Goods | $ 17.45 | Chase |
| 3/29/2011 | Groceries/Household Goods | $ 11.86 | Chase |
| 5/9/2011 | Groceries/Household Goods | $ 38.93 | Chase |
| 6/20/2011 | Groceries/Household Goods | $ 145.52 | Chase |
| 7/11/2011 | Groceries/Household Goods | $ 5.81 | Chase |
| 7/11/2011 | Groceries/Household Goods | $ 78.95 | Chase |
| 7/22/2011 | Groceries/Household Goods | $ 7.42 | Chase |
| 8/1/2011 | Groceries/Household Goods | $ 8.65 | Chase |
| 8/2/2011 | Groceries/Household Goods | $ 33.91 | Chase |
| 8/30/2011 | Groceries/Household Goods | $ 13.60 | Chase |
| 8/30/2011 | Groceries/Household Goods | $ 53.85 | Chase |
| 9/6/2011 | Groceries/Household Goods | $ 249.19 | Chase |
| 9/6/2011 | Groceries/Household Goods | $ 25.95 | Chase |
| 9/6/2011 | Groceries/Household Goods | $ 31.36 | Chase |
| 9/6/2011 | Groceries/Household Goods | $ 305.54 | Chase |
| 9/16/2011 | Groceries/Household Goods | $ 17.08 | Chase |
| 9/21/2011 | Groceries/Household Goods | $ 40.22 | Chase |
| 9/26/2011 | Groceries/Household Goods | $ 4.23 | Chase |

231-538847-13

| Date | Category | Amount | Bank | Date | Category | Amount | Bank |
|---|---|---|---|---|---|---|---|
| 12/122011 | Dining | $ 59.30 | Chase | 10/24/2011 | Groceries/Household Goods | $ 156.87 | Chase |
| 12/20/2011 | Dining | $ 46.49 | Chase | 11/8/2011 | Groceries/Household Goods | $ 35.19 | Chase |
| 12/27/2011 | Dining | $ 114.38 | Chase | 12/21/2011 | Groceries/Household Goods | $ 12.16 | Chase |
| 1/3/2012 | Dining | $ 115.65 | Chase | 12/27/2011 | Groceries/Household Goods | $ 14.78 | Chase |
| 1/3/2012 | Dining | $ 28.00 | Chase | 12/30/2011 | Groceries/Household Goods | $ 34.77 | Chase |
| 1/3/2012 | Dining | $ 151.64 | Chase | 1/9/2012 | Groceries/Household Goods | $ 44.36 | Chase |
| 1/3/2012 | DIning | $ 102.25 | Chase | 1/9/2012 | Groceries/Household Goods | $ 25.53 | Chase |
| 1/3/2012 | Dining | $ 25.80 | Chase | 1/10/2012 | Groceries/Household Goods | $ 107.66 | Chase |
| 1/3/2012 | Dining | $ 77.84 | Chase | 1/11/2012 | Groceries/Household Goods | $ 13.34 | Chase |
| 1/3/2012 | Dining | $ 14.16 | Chase | 1/11/2012 | Groceries/Household Goods | $ 51.81 | Chase |
| 1/3/2012 | Dining | $ 106.97 | Chase | 1/13/2012 | Groceries/Household Goods | $ 76.25 | Chase |
| 1/3/2012 | Dining | $ 61.58 | Chase | 1/19/2012 | Groceries/Household Goods | $ 60.23 | Chase |
| 1/3/2012 | Dining | $ 103.99 | Chase | 1/20/2012 | Groceries/Household Goods | $ 112.26 | Chase |
| 1/3/2012 | Dining | $ 58.27 | Chase | 1/20/2012 | Groceries/Household Goods | $ 188.50 | Chase |
| 1/4/2012 | DIning | $ 36.00 | Chase | 1/20/2012 | Groceries/Household Goods | $ 204.59 | Chase |
| 1/5/2012 | DIning | $ 39.50 | Chase | 1/23/20212 | Groceries/Household Goods | $ 50.78 | Chase |
| 1/6/2012 | Dining | $ 45.00 | Chase | 1/23/2012 | Groceries/Household Goods | $ 19.87 | Chase |
| 1/9/2012 | Dining | $ 123.90 | Chase | 1/27/2012 | Groceries/Household Goods | $ 31.91 | Chase |
| 1/9/2012 | Dining | $ 14.40 | Chase | 2/3/2012 | Groceries/Household Goods | $ 6.48 | Chase |
| 1/9/2012 | Dining | $ 37.62 | Chase | 2/15/2012 | Groceries/Household Goods | $ 99.11 | Chase |
| 1/9/2012 | Dining | $ 13.00 | Chase | 2/15/2012 | Groceries/Household Goods | $ 102.84 | Chase |
| 1/9/2012 | Dining | $ 12.00 | Chase | 2/21/2012 | Groceries/Household Goods | $ 93.59 | Chase |
| 1/9/2012 | Dining | $ 13.99 | Chase | 2/21/2012 | Groceries/Household Goods | $ 24.25 | Chase |
| 1/11/2012 | Dining | $ 10.00 | Chase | 3/5/2012 | Groceries/Household Goods | $ 46.53 | Chase |
| 1/11/2012 | Dining | $ 20.73 | Chase | 3/9/2012 | Groceries/Household Goods | $ 20.68 | Chase |
| 1/11/2012 | Dining | $ 39.94 | Chase | 3/12/2012 | Groceries/Household Goods | $ 75.00 | Chase |
| 1/17/2012 | Dining | $ 9.69 | Chase | 3/12/2012 | Groceries/Household Goods | $ 325.84 | Chase |
| 1/17/2012 | Dining | $ 118.45 | Chase | 3/16/2012 | Groceries/Household Goods | $ 7.29 | Chase |
| 1/17/2012 | Dining | $ 19.35 | Chase | 3/30/2012 | Groceries/Household Goods | $ 11.32 | Chase |
| 1/30/2012 | Dining | $ 58.32 | Chase | 4/16/2012 | Groceries/Household Goods | $ 61.56 | Chase |
| 2/13/2012 | Dining | $ 166.44 | Chase | 5/14/2012 | Groceries/Household Goods | $ 9.98 | Chase |
| 3/1/2012 | Dining | $ 31.88 | Chase | 5/15/2012 | Groceries/Household Goods | $ 119.02 | Chase |
| 3/12/2012 | Dining | $ 17.89 | Chase | 5/21/2012 | Groceries/Household Goods | $ 35.86 | Chase |
| 3/15/2012 | Dining | $ 60.68 | Chase | 5/29/2012 | Groceries/Household Goods | $ 61.90 | Chase |
| 3/15/2012 | Dining | $ 51.84 | Chase | 7/5/2012 | Groceries/Household Goods | $ 34.59 | Chase |
| 3/16/2012 | Dining | $ 69.26 | Chase | 7/16/2012 | Groceries/Household Goods | $ 45.96 | Chase |
| 3/16/2012 | Dining | $ 119.44 | Chase | 7/20/2012 | Groceries/Household Goods | $ 30.28 | Chase |
| 3/16/2012 | Dining | $ 12.68 | Chase | 7/23/2012 | Groceries/Household Goods | $ 84.44 | Chase |
| 3/16/2012 | Dining | $ 35.03 | Chase | 7/27/2012 | Groceries/Household Goods | $ 15.00 | Chase |
| 3/16/2012 | Dining | $ 112.81 | Chase | 8/8/2012 | Groceries/Household Goods | $ 99.83 | Chase |
| 3/16/2012 | Dining | $ 25.46 | Chase | 8/9/2012 | Groceries/Household Goods | $ 17.77 | Chase |
| 3/16/2012 | Dining | $ 31.39 | Chase | 8/10/2012 | Groceries/Household Goods | $ 19.16 | Chase |
| 4/9/2012 | Dining | $ 53.08 | Chase | 8/13/2012 | Groceries/Household Goods | $ 18.53 | Chase |
| 4/23/2012 | Dining | $ 52.78 | Chase | 8/20/2012 | Groceries/Household Goods | $ 138.86 | Chase |
| 4/30/2012 | DIning | $ 17.76 | Chase | 8/20/2012 | Groceries/Household Goods | $ 30.30 | Chase |
| 5/7/2012 | Dining | $ 100.17 | Chase | 8/20/2012 | Groceries/Household Goods | $ 57.36 | Chase |
| 5/16/2012 | Dining | $ 3.25 | Chase | 8/21/2012 | Groceries/Household Goods | $ 22.49 | Chase |
| 5/18/2012 | Dining | $ 33.98 | Chase | 8/23/2012 | Groceries/Household Goods | $ 15.00 | Chase |
| 5/21/2012 | Dining | $ 11.75 | Chase | 8/27/2012 | Groceries/Household Goods | $ 115.81 | Chase |
| 6/16/2012 | Dining | $ 35.00 | Chase | 8/28/2012 | Groceries/Household Goods | $ 40.60 | Chase |
| 6/18/2012 | Dining | $ 65.82 | Chase | 9/24/2012 | Groceries/Household Goods | $ (115.81) | Chase |
| 7/30/2012 | Dining | $ 101.26 | Chase | 10/4/2012 | Groceries/Household Goods | $ (8.09) | Chase |
| 8/2/2012 | Dining | $ 8.96 | Chase | 10/1/2012 | Groceries/Household Goods | $ (21.58) | Chase |
| 8/6/2012 | Dining | $ 137.31 | Chase | 9/24/2012 | Groceries/Household Goods | $ 64.97 | Chase |
| 8/13/2012 | Dining | $ 110.20 | Chase | 10/1/2012 | Groceries/Household Goods | $ 47.61 | Chase |
| 8/13/2012 | Dining | $ 57.00 | Chase | 10/1/2012 | Groceries/Household Goods | $ 32.39 | Chase |
| 8/13/2012 | Dining | $ 62.18 | Chase | 2/22/2013 | Groceries/Household Goods | $ 46.28 | Chase |
| 8/13/2012 | Dining | $ 77.75 | Chase | 2/25/2013 | Groceries/Household Goods | $ 143.01 | Chase |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/20/2012 | Dining | $ | 90.79 | Chase | 3/15/2013 | Groceries/Household Goods | $ | 19.15 | Chase |
| 8/28/2012 | Dining | $ | 25.44 | Chase | 3/18/2013 | Groceries/Household Goods | $ | 35.43 | Chase |
| 9/24/2012 | Dining | $ | 134.02 | Chase | 3/29/2013 | Groceries/Household Goods | $ | 20.29 | Chase |
| 10/1/2012 | Dining | $ | 25.54 | Chase | 5/8/2013 | Groceries/Household Goods | $ | 74.54 | Chase |
| 10/1/2012 | Dining | $ | 11.71 | Chase | 5/8/2013 | Groceries/Household Goods | $ | 63.61 | Chase |
| 10/2/2012 | Dining | $ | 20.83 | Chase | 3/25/2011 | Groceries/Household Goods | $ | 235.30 | CitiBank |
| 10/9/2012 | Dining | $ | 6.71 | Chase | 5/20/2011 | Groceries/Household Goods | $ | 18.31 | CitiBank |
| 10/9/2012 | Dining | $ | 15.56 | Chase | 7/15/2011 | Groceries/Household Goods | $ | 15.56 | CitiBank |
| 10/12/2012 | Dining | $ | 26.73 | Chase | 7/21/2011 | Groceries/Household Goods | $ | 36.28 | CitiBank |
| 12/6/2012 | Dining | $ | 30.06 | Chase | 7/21/2011 | Groceries/Household Goods | $ | 25.33 | CitiBank |
| 12/7/2012 | Dining | $ | 7.56 | Chase | 7/21/2011 | Groceries/Household Goods | $ | 38.78 | CitiBank |
| 12/13/2012 | Dining | $ | 42.79 | Chase | 8/25/2011 | Groceries/Household Goods | $ | 67.88 | CitiBank |
| 3/12/2013 | Dining | $ | 146.61 | Chase | 9/3/2011 | Groceries/Household Goods | $ | 17.32 | CitiBank |
| 3/13/2013 | Dining | $ | 27.25 | Chase | 9/3/2011 | Groceries/Household Goods | $ | 20.22 | CitiBank |
| 3/14/2013 | Dining | $ | 22.00 | Chase | 9/3/2011 | Groceries/Household Goods | $ | 74.06 | CitiBank |
| 3/16/2013 | Dining | $ | 65.00 | Chase | 9/5/2011 | Groceries/Household Goods | $ | 39.42 | CitiBank |
| 3/15/2013 | Dining | $ | 109.00 | Chase | 9/5/2011 | Groceries/Household Goods | $ | 113.47 | CitiBank |
| 3/15/2013 | Dining | $ | 129.10 | Chase | 9/21/2011 | Groceries/Household Goods | $ | 33.38 | CitiBank |
| 3/29/2013 | Dining | $ | 17.05 | Chase | 9/24/2011 | Groceries/Household Goods | $ | 12.97 | CitiBank |
| 4/1/2013 | Dining | $ | 10.26 | Chase | 9/24/2011 | Groceries/Household Goods | $ | 13.28 | CitiBank |
| 4/30/2013 | Dining | $ | 48.06 | Chase | 10/21/2011 | Groceries/Household Goods | $ | 50.00 | CitiBank |
| 4/25/2011 | Dining | $ | 26.65 | CitiBank | 12/19/2011 | Groceries/Household Goods | $ | 54.19 | CitiBank |
| 5/31/2011 | Dining | $ | 16.50 | CitiBank | 1/30/2012 | Groceries/Household Goods | $ | 63.00 | CitiBank |
| 6/1/2011 | Dining | $ | 31.15 | CitiBank | 4/22/2012 | Groceries/Household Goods | $ | 109.67 | CitiBank |
| 6/26/2011 | Dining | $ | 22.34 | CitiBank | 5/22/2012 | Groceries/Household Goods | $ | 5.11 | CitiBank |
| 7/1/2011 | Dining | $ | 53.66 | CitiBank | 5/22/2012 | Groceries/Household Goods | $ | 29.95 | CitiBank |
| 8/5/2011 | Dining | $ | 20.00 | CitiBank | 5/22/2012 | Groceries/Household Goods | $ | 149.79 | CitiBank |
| 8/13/2011 | Dining | $ | 22.00 | CitiBank | 5/25/2012 | Groceries/Household Goods | $ | 20.57 | CitiBank |
| 8/13/2011 | Dining | $ | 87.92 | CitiBank | 5/25/2012 | Groceries/Household Goods | $ | 27.05 | CitiBank |
| 8/13/2011 | Dining | $ | 179.37 | CitiBank | 6/11/2012 | Groceries/Household Goods | $ | 248.26 | CitiBank |
| 9/15/2011 | Dining | $ | 60.00 | CitiBank | 6/23/2012 | Groceries/Household Goods | $ | 16.50 | CitiBank |
| 9/18/2011 | Dining | $ | 31.23 | CitiBank | 6/27/2012 | Groceries/Household Goods | $ | 17.67 | CitiBank |
| 9/16/2011 | Dining | $ | 212.68 | CitiBank | 7/4/2012 | Groceries/Household Goods | $ | 33.99 | CitiBank |
| 9/29/2011 | Dining | $ | 110.00 | CitiBank | 7/4/2012 | Groceries/Household Goods | $ | 45.00 | CitiBank |
| 10/1/2011 | Dining | $ | 39.28 | CitiBank | 7/26/2012 | Groceries/Household Goods | $ | 54.24 | CitiBank |
| 10/8/2011 | Dining | $ | 77.66 | CitiBank | 9/2/2012 | Groceries/Household Goods | $ | 19.99 | CitiBank |
| 10/17/2011 | Dining | $ | 30.19 | CitiBank | 9/11/2012 | Groceries/Household Goods | $ | 19.11 | CitiBank |
| 11/23/2011 | Dining | $ | 31.23 | CitiBank | 9/11/2012 | Groceries/Household Goods | $ | 121.03 | CitiBank |
| 12/3/2011 | Dining | $ | 21.61 | CitiBank | 9/13/2012 | Groceries/Household Goods | $ | 211.26 | CitiBank |
| 12/11/2011 | Dining | $ | 11.14 | CitiBank | 10/17/2012 | Groceries/Household Goods | $ | (40.07) | CitiBank |
| 12/18/2011 | Dining | $ | 8.00 | CitiBank | 10/3/2012 | Groceries/Household Goods | $ | 127.69 | CitiBank |
| 12/18/2011 | Dining | $ | 68.94 | CitiBank | 10/9/2012 | Groceries/Household Goods | $ | 123.91 | CitiBank |
| 12/19/2011 | Dining | $ | 59.39 | CitiBank | 10/12/2012 | Groceries/Household Goods | $ | 45.03 | CitiBank |
| 5/25/2012 | Dining | $ | 161.06 | CitiBank | 10/22/2012 | Groceries/Household Goods | $ | (16.38) | CitiBank |
| 6/2/2012 | Dining | $ | 52.07 | CitiBank | 10/20/2012 | Groceries/Household Goods | $ | 29.31 | CitiBank |
| 6/15/2012 | Dining | $ | 37.00 | CitiBank | 10/24/2012 | Groceries/Household Goods | $ | 29.78 | CitiBank |
| 6/23/2012 | Dining | $ | 13.00 | CitiBank | 10/27/2012 | Groceries/Household Goods | $ | 80.05 | CitiBank |
| 7/7/2012 | Dining | $ | 140.00 | CitiBank | 10/31/2012 | Groceries/Household Goods | $ | 10.81 | CitiBank |
| 7/8/2012 | Dining | $ | 33.01 | CitiBank | 11/12/2012 | Groceries/Household Goods | $ | 195.90 | CitiBank |
| 7/9/2012 | Dining | $ | 20.05 | CitiBank | 11/21/2012 | Groceries/Household Goods | $ | 57.42 | CitiBank |
| 7/15/2012 | Dining | $ | 24.00 | CitiBank | 11/21/2012 | Groceries/Household Goods | $ | 175.90 | CitiBank |
| 9/9/2012 | Dining | $ | 167.32 | CitiBank | 12/8/2012 | Groceries/Household Goods | $ | 143.42 | CitiBank |
| 9/12/2012 | Dining | $ | 61.20 | CitiBank | 12/18/2012 | Groceries/Household Goods | $ | 129.78 | CitiBank |
| 9/13/2012 | Dining | $ | 12.08 | CitiBank | 1/8/2013 | Groceries/Household Goods | $ | 99.95 | CitiBank |
| 9/30/2012 | Dining | $ | 15.99 | CitiBank | 1/12/2013 | Groceries/Household Goods | $ | 365.02 | CitiBank |
| 10/4/2012 | Dining | $ | 30.84 | CitiBank | 1/13/2013 | Groceries/Household Goods | $ | 13.46 | CitiBank |
| 10/5/2012 | Dining | $ | 17.50 | CitiBank | 1/25/2013 | Groceries/Household Goods | $ | 66.44 | CitiBank |
| 10/13/2012 | Dining | $ | 29.55 | CitiBank | 1/31/2013 | Groceries/Household Goods | $ | 32.45 | CitiBank |

| Date | Type | Amount | Bank | | Date | Type | Amount | Bank |
|---|---|---|---|---|---|---|---|---|
| 10/14/2012 | Dining | $ 32.79 | CitiBank | | 2/14/2013 | Groceries/Household Goods | $ 51.70 | CitiBank |
| 10/21/2012 | Dining | $ 14.75 | CitiBank | | 3/6/2013 | Groceries/Household Goods | $ 57.44 | CitiBank |
| 10/26/2012 | Dining | $ 95.00 | CitiBank | | 3/15/2013 | Groceries/Household Goods | $ 23.56 | CitiBank |
| 10/29/2012 | Dining | $ 29.09 | CitiBank | | 3/23/2013 | Groceries/Household Goods | $ (26.04) | CitiBank |
| 10/31/2012 | Dining | $ 16.45 | CitiBank | | 3/22/2013 | Groceries/Household Goods | $ 9.37 | CitiBank |
| 11/27/2012 | Dining | $ 10.37 | CitiBank | | 3/22/2013 | Groceries/Household Goods | $ 42.59 | CitiBank |
| 12/3/2012 | Dining | $ 28.09 | CitiBank | | 3/23/2013 | Groceries/Household Goods | $ 27.25 | CitiBank |
| 12/18/2012 | Dining | $ 50.24 | CitiBank | | 5/7/2013 | Groceries/Household Goods | $ 52.22 | CitiBank |
| 12/18/2012 | Dining | $ 23.65 | CitiBank | | 6/15/2013 | Groceries/Household Goods | $ 142.00 | CitiBank |
| 12/22/2012 | Dining | $ 18.00 | CitiBank | | 6/15/2013 | Groceries/Household Goods | $ 142.00 | CitiBank |
| 12/22/2012 | Dining | $ 42.00 | CitiBank | | 6/1/2011 | Groceries/Household Goods | $ 54.89 | Chase |
| 12/26/2012 | Dining | $ 76.83 | CitiBank | | 6/20/2011 | Groceries/Household Goods | $ 54.07 | Chase |
| 12/30/2012 | Dining | $ 48.00 | CitiBank | | **Total Groceries & HH Goods** | | **$ 8,947.31** | |
| 1/6/2013 | Dining | $ 42.53 | CitiBank | | | | | |
| 1/14/2013 | Dining | $ 186.29 | CitiBank | | | | | |
| 1/26/2013 | Dining | $ 19.41 | CitiBank | | | | | |

| | Shared Gas Utility Expenses | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 4/11/2011 | Gas Utility | $ 56.01 | CitiBank |

| Date | Type | Amount | Bank |
|---|---|---|---|
| 1/30/2013 | Dining | $ 12.97 | CitiBank |
| 2/2/2013 | Dining | $ 39.02 | CitiBank |
| 2/13/2013 | Dining | $ 29.04 | CitiBank |
| 2/16/2013 | Dining | $ 26.18 | CitiBank |
| 2/16/2013 | Dining | $ 177.10 | CitiBank |
| 3/11/2013 | Dining | $ 51.49 | CitiBank |
| 3/11/2013 | Dining | $ 110.64 | CitiBank |
| 3/12/2013 | Dining | $ 70.85 | CitiBank |
| 3/12/2013 | Dining | $ 13.00 | CitiBank |
| 3/12/2013 | Dining | $ 39.96 | CitiBank |
| 3/12/2013 | Dining | $ 166.42 | CitiBank |
| 3/25/2013 | Dining | $ 23.36 | CitiBank |
| 5/7/2013 | Dining | $ 58.15 | CitiBank |
| 5//14/2013 | Dining | $ 15.45 | CitiBank |
| 7/3/2013 | Dining | $ 134.45 | CitiBank |
| 8/13/2013 | Dining | $ 16.00 | CitiBank |
| 8/13/2013 | Dining | $ 18.46 | CitiBank |
| 8/17/2013 | Dining | $ 28.00 | CitiBank |
| 8/17/2013 | Dining | $ 233.23 | CitiBank |
| 9/14/2013 | Dining | $ 15.00 | CitiBank |
| 5/16/2012 | Dining | $ 16.99 | Chase |
| **Total Dining** | | **$ 9,420.95** | |

| | Shared Gas Utility Expenses | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 4/11/2011 | Gas Utility | $ 56.01 | CitiBank |
| 5/11/2011 | Gas Utility | $ 33.74 | CitiBank |
| 6/12/2011 | Gas Utility | $ 17.37 | CitiBank |
| 7/12/2011 | Gas Utility | $ 17.29 | CitiBank |
| 8/13/2011 | Gas Utility | $ 17.02 | CitiBank |
| 9/12/2011 | Gas Utility | $ 15.47 | CitiBank |
| 10/11/2011 | Gas Utility | $ 20.43 | CitiBank |
| 11/9/2011 | Gas Utility | $ 39.24 | CitiBank |
| 1/11/2012 | Gas Utility | $ 125.89 | CitiBank |
| 2/11/2012 | Gas Utility | $ 74.33 | CitiBank |
| 3/12/2012 | Gas Utility | $ 100.94 | CitiBank |
| 9/25/2012 | Gas Utility | $ 44.57 | CitiBank |
| 10/13/2012 | Gas Utility | $ 19.86 | CitiBank |
| 11/11/2012 | Gas Utility | $ 36.94 | CitiBank |
| 12/11/2012 | Gas Utility | $ 60.39 | CitiBank |
| 1/13/2013 | Gas Utility | $ 66.56 | CitiBank |
| 3/11/2013 | Gas Utility | $ 96.25 | CitiBank |
| 4/7/2013 | Gas Utility | $ 64.12 | CitiBank |
| 5/10/2013 | Gas Utility | $ 59.32 | CitiBank |
| 6/10/2013 | Gas Utility | $ 22.64 | CitiBank |
| 7/13/2013 | Gas Utility | $ 19.27 | CitiBank |
| 8/10/2013 | Gas Utility | $ 18.99 | CitiBank |
| 8/17/2013 | Gas Utility | $ 16.54 | CitiBank |
| **Total Gas** | | **$ 1,043.18** | |

| | Shared Fuel/Auto Repair Expenses | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 5/20/2011 | Fuel/Auto Repair | $ 85.23 | Chase |
| 7/8/2011 | Fuel/Auto Repair | $ 1,172.00 | Chase |
| 7/11/2011 | Fuel/Auto Repair | $ 51.71 | Chase |
| 8/31/2011 | Fuel/Auto Repair | $ 17.86 | Chase |
| 12/20/2011 | Fuel/Auto Repair | $ 108.25 | Chase |

| Date | Type | Amount | Bank |
|---|---|---|---|
| 12/21/2011 | Fuel/Auto Repair | $ 61.38 | Chase |
| 1/11/2012 | Fuel/Auto Repair | $ 10.15 | Chase |
| 1/11/2012 | Fuel/Auto Repair | $ 5.62 | Chase |
| 1/11/2012 | Fuel/Auto Repair | $ 63.37 | Chase |
| 1/11/2012 | Fuel/Auto Repair | $ 40.15 | Chase |
| 1/17/2012 | Fuel/Auto Repair | $ 48.78 | Chase |
| 2/6/2012 | Fuel/Auto Repair | $ 51.85 | Chase |
| 2/6/2012 | Fuel/Auto Repair | $ 81.06 | Chase |
| 7/26/2012 | Fuel/Auto Repair | $ 80.71 | Chase |
| 4/5/2013 | Fuel/Auto Repair | $ 35.74 | Chase |
| 5/9/2013 | Fuel/Auto Repair | $ 49.40 | Chase |
| 7/16/2011 | Fuel/Auto Repair | $ 18.34 | CitiBank |
| 5/22/2012 | Fuel/Auto Repair | $ 10.78 | CitiBank |
| 5/22/2012 | Fuel/Auto Repair | $ 73.61 | CitiBank |
| 6/13/2012 | Fuel/Auto Repair | $ 62.90 | CitiBank |
| 7/6/2012 | Fuel/Auto Repair | $ 303.10 | CitiBank |
| 7/13/2012 | Fuel/Auto Repair | $ 15.24 | CitiBank |
| 9/13/2012 | Fuel/Auto Repair | $ 36.14 | CitiBank |
| 10/3/2012 | Fuel/Auto Repair | $ 80.50 | CitiBank |
| 10/20/2012 | Fuel/Auto Repair | $ 39.89 | CitiBank |
| 12/12/2012 | Fuel/Auto Repair | $ 60.25 | CitiBank |
| 2/2/2013 | Fuel/Auto Repair | $ 31.15 | CitiBank |
| 5/14/2013 | Fuel/Auto Repair | $ 1,396.37 | CitiBank |
| 5/16/2013 | Fuel/Auto Repair | $ 62.05 | CitiBank |
| **Total Fuel & Auto Repair** | | **$ 4,153.58** | |

| Shared Internet Service Expenses | | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 4/4/2011 | Internet Service | $ 43.72 | CitiBank |
| 5/4/2011 | Internet Service | $ 46.80 | CitiBank |
| 6/6/2011 | Internet Service | $ 46.80 | CitiBank |
| 7/4/2011 | Internet Service | $ 46.80 | CitiBank |
| 8/1/2011 | Internet Service | $ 46.80 | CitiBank |
| 9/2/2011 | Internet Service | $ 46.80 | CitiBank |
| 10/3/2011 | Internet Service | $ 46.80 | CitiBank |
| 11/2/2011 | Internet Service | $ 46.80 | CitiBank |
| 12/5/2011 | Internet Service | $ 46.80 | CitiBank |
| 1/2/2012 | Internet Service | $ 46.80 | CitiBank |
| 2/1/2012 | Internet Service | $ 46.80 | CitiBank |
| 3/2/2012 | Internet Service | $ 50.08 | CitiBank |
| 5/2/2012 | Internet Service | $ 100.16 | CitiBank |
| 6/2/2012 | Internet Service | $ 50.08 | CitiBank |
| 9/1/2012 | Internet Service | $ 69.21 | CitiBank |
| 10/1/2012 | Internet Service | $ 50.08 | CitiBank |
| 10/30/2012 | Internet Service | $ 50.08 | CitiBank |
| 12/1/2012 | Internet Service | $ 50.08 | CitiBank |
| 1/1/2013 | Internet Service | $ 50.08 | CitiBank |
| 1/31/2013 | Internet Service | $ 50.08 | CitiBank |
| 3/4/2013 | Internet Service | $ 53.34 | CitiBank |

| Shared Rent Expense | | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 3/25/2011 | Rent | $ 1,100.00 | Chase |
| 4/26/2011 | Rent | $ 1,100.00 | Chase |
| 5/31/2011 | Rent | $ 1,100.00 | Chase |
| 6/24/2011 | Rent | $ 1,100.00 | Chase |
| 8/9/2011 | Rent | $ 1,100.00 | Chase |
| 8/26/2011 | Rent | $ 1,100.00 | Chase |
| 9/26/2011 | Rent | $ 1,100.00 | Chase |
| 10/26/2011 | Rent | $ 1,100.00 | Chase |
| 11/25/2011 | Rent | $ 1,100.00 | Chase |
| 1/6/2012 | Rent | $ 1,100.00 | Chase |
| 1/26/2012 | Rent | $ 1,100.00 | Chase |
| 2/24/2012 | Rent | $ 1,100.00 | Chase |
| 4/1/2012 | Rent | $ 1,100.00 | Chase |
| 4/25/2012 | Rent | $ 1,100.00 | Chase |
| 5/24/2012 | Rent | $ 1,100.00 | Chase |
| 6/25/3012 | Rent | $ 1,100.00 | Chase |
| 7/26/2012 | Rent | $ 1,150.00 | Chase |
| 8/24/2012 | Rent | $ 1,150.00 | Chase |
| 9/25/2012 | Rent | $ 1,150.00 | Chase |
| 10/26/2012 | Rent | $ 1,150.00 | Chase |
| 12/24/2012 | Rent | $ 1,150.00 | Chase |
| 1/25/2013 | Rent | $ 1,150.00 | Chase |
| 2/25/2013 | Rent | $ 1,150.00 | Chase |
| 2/25/2013 | Rent | $ 1,150.00 | Chase |
| 4/25/2013 | Rent | $ 1,150.00 | Chase |
| 4/25/2013 | Rent | $ 1,150.00 | Chase |
| 6/25/2013 | Rent | $ 1,150.00 | Chase |
| 7/24/2013 | Rent | $ 1,150.00 | Chase |
| 8/24/2013 | Rent | $ 371.00 | Chase |
| **Total Rent** | | **$ 31,771.00** | |

| Shared Telephone Expenses | | | |
|---|---|---|---|
| Date | Type | Amount | Bank |
| 9/19/2012 | Telephone Utility | $ 15.07 | Chase |
| 10/18/2012 | Telephone Utility | $ 15.07 | Chase |
| 11/19/2012 | Telephone Utility | $ 15.07 | Chase |
| 1/16/2013 | Telephone Utility | $ 15.07 | Chase |
| 2/15/2013 | Telephone Utility | $ 15.07 | Chase |
| 3/16/2013 | Telephone Utility | $ 15.07 | Chase |
| 3/18/2013 | Telephone Utility | $ 15.07 | Chase |
| 4/16/2013 | Telephone Utility | $ 15.07 | Chase |
| 6/17/2013 | Telephone Utility | $ 15.07 | Chase |
| 7/14/2013 | Telephone Utility | $ 15.07 | Chase |
| 8/14/2013 | Telephone Utility | $ 15.07 | Chase |
| **Total Telephone** | | **$ 165.77** | |

| 4/1/2013 | Internet Service | $ | 53.34 | CitiBank |
|----------|------------------|---|-------|----------|
| 4/1/2013 | Internet Service | $ | 53.34 | CitiBank |
| 5/31/2013 | Internet Service | $ | 53.34 | CitiBank |
| 6/31/2013 | Internet Service | $ | 53.34 | CitiBank |
| 7/30/2013 | Internet Service | $ | 53.34 | CitiBank |
| 8/31/2013 | Internet Service | $ | 53.34 | CitiBank |
| 8/20/2012 | Internet Service | $ | 47.90 | Chase |
| **Total Internet** | | **$ 1,452.93** | | |

| Shared Renter's Insurance Expenses | | | | |
|------|------|---|------|------|
| Date | Type | | Amount | Bank |
| 4/13/2011 | Renter's Insurance | $ | 30.08 | CitiBank |
| 5/14/2011 | Renter's Insurance | $ | 30.08 | CitiBank |
| 6/13/2011 | Renter's Insurance | $ | 30.08 | CitiBank |
| 7/13/2011 | Renter's Insurance | $ | 30.08 | CitiBank |
| 8/15/2011 | Renter's Insurance | $ | 32.00 | CitiBank |
| 9/13/2011 | Renter's Insurance | $ | 32.00 | CitiBank |
| 10/13/2011 | Renter's Insurance | $ | 53.74 | CitiBank |
| 11/14/2011 | Renter's Insurance | $ | 53.75 | CitiBank |
| 12/13/2011 | Renter's Insurance | $ | 53.75 | CitiBank |
| 1/13/2012 | Renter's Insurance | $ | 53.75 | CitiBank |
| 2/13/2012 | Renter's Insurance | $ | 53.75 | CitiBank |
| 3/13/2012 | Renter's Insurance | $ | 53.75 | CitiBank |
| 5/3/2012 | Renter's Insurance | $ | 131.50 | CitiBank |
| 6/13/2012 | Renter's Insurance | $ | 53.75 | CitiBank |
| 7/13/2012 | Renter's Insurance | $ | 53.75 | CitiBank |
| 8/13/2012 | Renter's Insurance | $ | 53.76 | CitiBank |
| 9/13/2012 | Renter's Insurance | $ | 61.16 | CitiBank |
| 10/13/2012 | Renter's Insurance | $ | 61.16 | CitiBank |
| 11/13/2012 | Renter's Insurance | $ | 61.16 | CitiBank |
| 12/13/2012 | Renter's Insurance | $ | 61.16 | CitiBank |
| 1/14/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 2/13/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 3/13/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 4/13/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 5/14/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 6/10/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 7/10/2013 | Renter's Insurance | $ | 61.17 | CitiBank |
| 8/13/2013 | Renter's Insurance | $ | 86.67 | CitiBank |
| 9/13/2013 | Renter's Insurance | $ | 92.50 | CitiBank |
| **Total Rent Insurance** | | **$ 1,651.57** | | |

| Shared Water Expense | | | | |
|------|------|---|------|------|
| Date | Type | | Amount | Bank |
| 4/6/2011 | Water | $ | 27.50 | Chase |
| 5/6/2011 | Water | $ | 27.50 | Chase |
| 6/7/2011 | Water | $ | 27.50 | Chase |
| 7/6/2011 | Water | $ | 27.50 | Chase |
| 8/8/2011 | Water | $ | 27.50 | Chase |
| 9/7/2011 | Water | $ | 27.50 | Chase |
| 10/6/2011 | Water | $ | 27.50 | Chase |
| 11/8/2011 | Water | $ | 27.50 | Chase |
| 12/6/2011 | Water | $ | 27.50 | Chase |
| 1/6/2012 | Water | $ | 27.50 | Chase |
| 1/6/2012 | Water | $ | 27.50 | Chase |
| 3/6/2012 | Water | $ | 27.50 | Chase |

| Shared Internet Service Expenses | | | | |
|------|------|---|------|------|
| Date | Type | | Amount | Bank |
| 3/22/2011 | Travel & Entertainment | $ | 100.00 | Chase |
| 3/22/2011 | Travel & Entertainment | $ | 60.00 | Chase |
| 6/13/2011 | Travel & Entertainment | $ | 203.75 | Chase |
| 6/13/2011 | Travel & Entertainment | $ | 163.75 | Chase |
| 1/4/2012 | Travel & Entertainment | $ | (87.58) | Chase |
| 1/4/2012 | Travel & Entertainment | $ | (87.58) | Chase |
| 12/30/2011 | Travel & Entertainment | $ | 300.00 | Chase |
| 1/3/2012 | Travel & Entertainment | $ | 180.00 | Chase |
| 1/3/2012 | Travel & Entertainment | $ | 175.16 | Chase |
| 1/3/2012 | Travel & Entertainment | $ | 87.58 | Chase |
| 1/11/2012 | Travel & Entertainment | $ | 169.50 | Chase |
| 3/5/2012 | Travel & Entertainment | $ | 335.50 | Chase |
| 3/12/2012 | Travel & Entertainment | $ | 680.00 | Chase |
| 5/21/2012 | Travel & Entertainment | $ | 3.25 | Chase |
| 6/4/2012 | Travel & Entertainment | $ | 22.00 | Chase |
| 8/16/2012 | Travel & Entertainment | $ | 14.00 | Chase |
| 3/11/2013 | Travel & Entertainment | $ | 500.00 | Chase |
| 5/3/2011 | Travel & Entertainment | $ | 12.98 | CitiBank |
| 5/31/2011 | Travel & Entertainment | $ | 1.26 | CitiBank |
| 6/3/2011 | Travel & Entertainment | $ | 25.97 | CitiBank |
| 6/9/2011 | Travel & Entertainment | $ | 96.76 | CitiBank |
| 6/24/2011 | Travel & Entertainment | $ | 233.10 | CitiBank |
| 7/3/2011 | Travel & Entertainment | $ | 25.97 | CitiBank |
| 8/2/2011 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 8/17/2011 | Travel & Entertainment | $ | 15.16 | CitiBank |
| 9/3/2011 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 10/1/2011 | Travel & Entertainment | $ | 63.27 | CitiBank |
| 10/1/2011 | Travel & Entertainment | $ | 172.98 | CitiBank |
| 10/3/2011 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 11/3/2011 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 12/3/2011 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 12/22/2011 | Travel & Entertainment | $ | 750.21 | CitiBank |
| 12/22/2011 | Travel & Entertainment | $ | 750.21 | CitiBank |
| 1/3/2012 | Travel & Entertainment | $ | 8.65 | CitiBank |
| 3/16/2012 | Travel & Entertainment | $ | 267.57 | CitiBank |
| 6/16/2012 | Travel & Entertainment | $ | 177.42 | CitiBank |
| 6/23/2012 | Travel & Entertainment | $ | 131.78 | CitiBank |
| 9/10/2012 | Travel & Entertainment | $ | 4.87 | CitiBank |
| 9/10/2012 | Travel & Entertainment | $ | 4.87 | CitiBank |
| 9/30/2012 | Travel & Entertainment | $ | 3.25 | CitiBank |
| 1/15/2013 | Travel & Entertainment | $ | 636.40 | CitiBank |
| 1/15/2013 | Travel & Entertainment | $ | 636.40 | CitiBank |
| 1/16/2013 | Travel & Entertainment | $ | 938.72 | CitiBank |
| 3/12/2013 | Travel & Entertainment | $ | (704.04) | CitiBank |
| 3/10/2013 | Travel & Entertainment | $ | 174.50 | CitiBank |
| 3/10/2013 | Travel & Entertainment | $ | 116.31 | CitiBank |
| 3/12/2013 | Travel & Entertainment | $ | 49.74 | CitiBank |
| 3/14/2013 | Travel & Entertainment | $ | 948.39 | CitiBank |
| 8/17/2013 | Travel & Entertainment | $ | 32.00 | CitiBank |
| 8/18/2013 | Travel & Entertainment | $ | 37.00 | CitiBank |
| **Total Travel & Ent** | | **$ 8,474.28** | | |

| | | | | |
|---|---|---|---|---|
| 4/1/2012 | Water | $ | 27.50 | Chase |
| 5/8/2012 | Water | $ | 27.50 | Chase |
| 6/6/2012 | Water | $ | 27.50 | Chase |
| 7/6/2012 | Water | $ | 29.50 | Chase |
| 8/7/2012 | Water | $ | 29.50 | Chase |
| 9/6/2012 | Water | $ | 29.50 | Chase |
| 10/9/2012 | Water | $ | 29.50 | Chase |
| 11/6/2012 | Water | $ | 29.50 | Chase |
| 1/9/2013 | Water | $ | 29.50 | Chase |
| 2/6/2013 | Water | $ | 29.50 | Chase |
| 3/6/2013 | Water | $ | 29.50 | Chase |
| 3/6/2013 | Water | $ | 29.50 | Chase |
| 4/6/2013 | Water | $ | 29.50 | Chase |
| 6/25/2013 | Water | $ | 29.50 | Chase |
| 6/6/2013 | Water | $ | 29.50 | Chase |
| 7/7/2013 | Water | $ | 29.50 | Chase |
| 8/5/2013 | Water | $ | 8.55 | Chase |
| **Total Water** | | **$** | **804.55** | |





## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $3,144.10 |
| Deposits and Additions | 3,285.67 |
| Checks Paid | - 25.00 |
| ATM & Debit Card Withdrawals | - 818.79 |
| Electronic Withdrawals | - 2,159.42 |
| Fees and Other Withdrawals | - 91.23 |
| Ending Balance | $3,335.33 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.27 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/17 | Paypal | Transfer | PPD ID: Paypalsd11 | $2,150.98 |
| 03/25 | Paypal | Transfer | PPD ID: Paypalsd11 | 80.86 |
| 04/08 | Paypal | Transfer | PPD ID: Paypalsd11 | 53.81 |
| 04/13 | Remote Online Deposit | 1 | | 1,000.00 |
| 04/14 | Interest Payment | | | 0.02 |
| **Total Deposits and Additions** | | | | **$3,285.67** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 800 ^ | | 03/30 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/16 | Card Purchase 03/14 C A* Topgolf Dallas F&B # Dallas TX Card 7552 | $23.00 |
| 03/16 | Card Purchase With Pin 03/16 Walgreen Compa New Orleans LA Card 7552 | 5.45 |
| 03/16 | ATM Withdrawal 03/16 134 Royal St New Orleans LA Card 7552 | 100.00 |
| 03/16 | Card Purchase With Pin 03/16 Walgreen Compa New Orleans LA Card 7552 | 7.12 |
| 03/18 | Card Purchase 03/16 C A* Compac New Orleans LA Card 7552 | 47.95 |
| 03/21 | Card Purchase 03/17 C A* Dixieland New Orleans LA Card 7552 | 18.51 |
| 03/21 | Card Purchase 03/17 C A* Mardi Gras Wholesale Gretna LA Card 7552 | 76.13 |
| 03/21 | Card Purchase 03/19 C A* Ye Olde Ship St New Orleans LA Card 7552 | 70.85 |
| 03/22 | Card Purchase 03/19 C A* Royal Sonesta H New Orleans LA Card 7552 | 143.30 |
| 03/22 | Card Purchase 03/20 C A* Royal Carriages New Orleans LA Card 7552 | 100.00 |
| 03/22 | Card Purchase 03/21 C A* Rps Airport Parking Lubbock TX Card 7552 | 60.00 |
| 03/24 | Card Purchase 03/23 C A* Vend At Coca Col 8668995849 PA Card 7552 | 1.25 |
| 03/25 | Card Purchase 03/24 C A* Vend At Coca Col 8668995849 PA Card 7552 | 1.25 |
| 03/28 | Card Purchase 03/25 C A* Office Depot #196 Lubbock TX Card 7552 | 39.14 |
| 03/28 | Card Purchase 03/25 C A* The Home Depot #682 Lubbock TX Card 7552 | 21.88 |
| 03/28 | Card Purchase With Pin 03/25 The Home Depot #6827 Lubbock TX Card 7552 | 11.58 |
| 03/28 | Card Purchase With Pin 03/26 The Home Depot #6827 Lubbock TX Card 7552 | 17.45 |
| 03/29 | Card Purchase With Pin 03/29 E-Z Mart #241 Lubbock TX Card 7552 | 5.37 |
| 03/29 | Card Purchase With Pin 03/29 Radio Shack Lubbock TX Card 7552 | 11.86 |
| 03/30 | Card Purchase 03/29 C A* Snack Soda Vendi 8668995849 PA Card 7552 | 1.75 |
| 04/01 | Card Purchase 03/30 C A* One Guy From Italy Lubbock TX Card 7552 | 26.47 |
| 04/04 | Card Purchase With Pin 04/02 Usps 485396049 Lubbock TX Card 7552 | 13.48 |
| 04/04 | Card Purchase 04/02 C A* Walgreens #4821 Lubbock TX Card 7552 | 15.00 |

Total ATM & Debit Card Withdrawals | | $818.79

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/15 | Citi Card Online Payment 110378224878893 Web ID: Citictp | $200.00 |
| 03/15 | Paypal Inst Xfer 4T4224Sztee6J Web ID: Paypalsi66 | 43.57 |
| 03/17 | Paypal Inst Xfer 4T4224T5HSA8G Web ID: Paypalsi66 | 12.49 |
| 03/24 | Paypal Inst Xfer 4T4224Tng4Qwq Web ID: Paypalsi66 | 32.98 |
| 03/24 | Paypal Inst Xfer 4T4224Tna26Xu Web ID: Paypalsi66 | 12.97 |
| 03/24 | Paypal Inst Xfer 4T4224Tnaarmg Web ID: Paypalsi66 | 12.97 |
| 03/24 | Paypal Inst Xfer 4T4224Tnbq6Zw Web ID: Paypalsi66 | 9.98 |
| 03/24 | Paypal Inst Xfer 4T4224Tnbqagq Web ID: Paypalsi66 | 5.03 |
| 03/25 | 03/25 Online Payment 1039113372 To Leslie Hoskins | 1,100.00 |
| 03/25 | 03/25 Online Payment 1039038325 To Frost Bank-Galveston-Student Loa | 100.00 |
| 03/25 | Paypal Inst Xfer 4T4224Tp95Tta Web ID: Paypalsi66 | 60.64 |
| 03/28 | Paypal Inst Xfer 4T4224Tvj9Dq4 Web ID: Paypalsi66 | 160.98 |
| 03/28 | Paypal Inst Xfer 4T4224Tvfw7S2 Web ID: Paypalsi66 | 40.55 |
| 03/28 | Cheng GU lat Paypal 4T4224Tvfy5Q6 Web ID: 770510487C | 28.49 |
| 03/28 | Paypal Inst Xfer 4T4224Tvfy7Qe Web ID: Paypalsi66 | 26.29 |
| 03/29 | American Express ACH Pmt A5308 Web ID: 9493560001 | 5.00 |
| 03/30 | Paypal Inst Xfer 4T4224U2Ur8Jw Web ID: Paypalsi66 | 3.99 |
| 04/01 | Paypal Inst Xfer 4T4224U6Qrzme Web ID: Paypalsi66 | 40.99 |

Exhibit B-Respondent's Motion for New Trial



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/06 | Culligan of Lubb 1104050857 | PPD ID: 5330903620 | 27.50 |
| 04/07 | 04/07 Online Payment 1051380486 To Dell Financial | | 190.57 |
| 04/07 | 4C Trade    Iat Paypal 4T4224Uldplqs   Web ID: 770510487C | | 5.58 |
| 04/11 | Paypal    Inst Xfer 4T4224Urtn5Tc   Web ID: Paypalsi66 | | 38.85 |
| **Total Electronic Withdrawals** | | | **$2,159.42** |



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/04 | Reverse Debit Dispute | $91.23 |
| **Total Fees & Other Withdrawals** | | **$91.23** |

A monthly Service Fee was **not** charged to your account. You can continue to avoid this fee by having at least one direct deposit of $500.00 or more during your statement period.

## REWARDS SUMMARY   Continental Airlines

Continental
Airlines

MILES

| DATE | DESCRIPTION |
|---|---|
| 04/14 | Purchases shown above with a CA* earn miles. |
| | Purchases made with your PIN do not earn miles. |

Get the most out of your Chase Continental Airlines
Debit Card. Simply visit continental.com/CardMember
for special offers and to learn about all of the benefits
of your debit card.

Miles from Card ending in 7552 credited OnePass # HU185025
Continental Airline Card ending in 7552 Miles from Qualifying purchase          323

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1.01 |
| Ending Balance | $1.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you
ad a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial

# CHASE

ACCOUNT # 000301104984965

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

003170617277 MAR 30 #0000000800 $25.00

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 15, 2011 through May 13, 2011
Primary Account: **000301104984965**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



Hlladlluddulladlhaudlladlalllndudualllahlulul
00011532 DRI 201 141 13411 - NNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

## Important Information About Your Chase Debit Rewards Annual Fee

By now you should have received a letter about upcoming changes to your debit rewards programs. Chase is no longer charging an annual fee for your debit card rewards programs. Since you paid your annual fee to cover some time beyond the program end date, we deposited your refund directly into your checking account on April 19, 2011 [1].

To take advantage of other great ways to get more value from your everyday banking, just stop by any branch and talk to a banker for details.

[1] In order to receive your refund, your Chase checking account must have been open at the end of the business day on April 19, 2011.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,335.33 | $2,495.16 |
| Chase Money Market Savings | 000301104984901 | 1.01 | 1.01 |
| Total | | $3,336.34 | $2,496.17 |

| TOTAL ASSETS | | | |
|---|---|---|---|
| | | $3,336.34 | $2,496.17 |

**All Summary Balances** shown are as of May 13, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

                                                          Step 2 Total: $_____

                                                          Step 3 Total: $_____

3. Add Step 2 Total to Step 1 Balance.

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

                                                          Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial                    Page 15 of 269



April 15, 2011 through May 13, 2011
Primary Account: **000301104984965**



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $3,335.33 |
| Deposits and Additions | 1,295.26 |
| ATM & Debit Card Withdrawals | - 355.94 |
| Electronic Withdrawals | - 1,767.49 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $2,495.16 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.28 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/18 | Remote Online Deposit | 1 | $270.00 |
| 04/18 | Remote Online Deposit | 1 | 120.00 |
| 04/19 | Partial Refund: Annual Fee, Continental Card Ending IN 7552 | | 5.25 |
| 04/25 | Remote Online Deposit | 1 | 100.00 |
| 05/12 | Remote Online Deposit | 1 | 800.00 |
| 05/13 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$1,295.26** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | Card Purchase     04/25 C A* Thomson West*Tc 800-328-488 MN Card 7552 | $294.22 |
| 05/09 | Card Purchase W/Cash   05/07 Walgreen Compa Lubbock TX Card 7552 Purchase $18.93 Cash Back $20.00 | 38.93 |
| 05/13 | Card Purchase     05/11 C A* Fuzzy's Taco Shop - Lubbock TX Card 7552 | 22.79 |
| **Total ATM & Debit Card Withdrawals** | | **$355.94** |

Exhibit B-Respondent's Motion for New Trial



CHASE

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | $300.00 |
| 04/15 | Citi Card Online Payment   110404943371803 Web ID: Citictp | |
| | | 1,100.00 |
| 04/26 | 04/26 Online Payment 1064028431 To Leslie Hoskins | |
| | | 100.00 |
| 04/26 | 04/26 Online Payment 1063897865 To Frost Bank-Galveston-Student Loa | |
| | | 5.00 |
| 04/28 | American Express ACH Pmt   A2878      Web ID: 9493560001 | |
| | | 44.42 |
| 04/29 | Fileape        lat Paypal 4T4224W3Gjttq  Web ID: 770510487C | |
| | | 27.50 |
| 05/06 | Culligan of Lubb 1105051047          PPD ID: 5330903620 | |
| | | 190.57 |
| 05/09 | 05/09 Online Payment 1075454952 To Dell Financial | |
| | | $1,767.49 |

Total Electronic Withdrawals

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | $12.00 |
| 05/13 | Service Fee | |
| | | $12.00 |

Total Fees & Other Withdrawals

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your account. You can avoid this fee by having at least one direct deposit of $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)
*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

## REWARDS SUMMARY   Continental Airlines


Continental Airlines
MILES

| DATE | DESCRIPTION |
|------|-------------|
| 05/13 | Purchases shown above with a CA* earn miles. |
| | Purchases made with your PIN do not earn miles. |

Get the most out of your Chase Continental Airlines
Debit Card. Simply visit continental.com/CardMember
for special offers and to learn about all of the benefits
of your debit card.

Miles from Card ending in 7552 credited OnePass # HU185025
Continental Airline Card ending in 7552 Miles from Qualifying purchase                    159

Exhibit B-Respondent's Motion for New Trial



# CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901



## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1.01 |
| Ending Balance | $1.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of  Chase Workplace Checking account.

You earned a higher interest rate on your  Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio. TX 78265 -9754

May 14, 2011 through June 14, 2011
Primary Account: **000301104984965**



|||..||.||..||.||..||..||..||.||..|||..||.||.||.||.||
00011421 DRI 201 141 15611 - NNNNNNNYNNN P 1 000000000 10 0000
DONALD J MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

**REMINDER!** After July 12, 2011, you will no longer earn Continental OnePass ® miles when you use your Chase Continental Airlines ® Debit Card:

- After July 12, 2011 [1], when you make purchases with your Chase Continental Airlines Debit Card you will no longer earn Continental OnePass miles.
- You will no longer be charged an annual fee for your Chase Continental Airlines Debit Card.
- All the miles you earn with your debit card until July 12, 2011 will be automatically deposited directly into your Continental OnePass account.

[1] To earn miles, all purchases must be posted by July 15, 2011. In most cases, the posting date of the purchase will not be the same as the date when the purchase was made. If you make your purchases by July 12, 2011, it is likely they will post to your account in time to earn your miles. However, depending on the merchant, it may take several days for a purchase to post to your deposit account. Some qualifying purchases, such as online purchases or transactions made outside the United States, may take longer to be posted. We will award Continental OnePass ® miles through July 15, 2011. Additional bonuses such as 2,500 mile new card activation bonus will no longer be awarded after July 15, 2011.

© 2011 JPMorgan Chase & Co.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $2,495.16 | $5,323.85 |
| Chase Money Market Savings | 000301104984901 | 1.01 | 1.01 |
| Total | | $2,496.17 | $5,324.86 |

| TOTAL ASSETS | | |
|---|---|---|
| | $2,496.17 | $5,324.86 |

**All Summary Balances** shown are as of June 14, 2011 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial





## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                              Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $2,495.16 |
| Deposits and Additions | 10,990.07 |
| Checks Paid | - 1,100.00 |
| ATM & Debit Card Withdrawals | - 6,500.21 |
| Electronic Withdrawals | - 540.67 |
| Fees and Other Withdrawals | - 20.50 |
| Ending Balance | $5,323.85 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.30 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/17 | ATM Check Deposit | $125.00 |
| 05/27 | Card Purchase Return     05/26 C A* Varsity Bookstore Lubbock TX Card 7552 | 164.22 |
| 06/01 | Remote Online Deposit        1 | 500.00 |
| 06/01 | Remote Online Deposit        1 | 200.00 |
| 06/02 | Deposit     241436429 | 6,000.00 |
| 06/02 | JPMorgan Chase   Auth Crdt          PPD ID: 9200502233 | 0.24 |
| 06/02 | JPMorgan Chase   Auth Crdt          PPD ID: 9200502233 | 0.12 |
| 06/09 | Card Purchase Return    06/07 C A* Sharp Shooters Kni Lubbock TX Card 7552 | 4,000.47 |
| 06/14 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$10,990.07** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 801  ^ | | 06/10 | $1,100.00 |
| **Total Checks Paid** | | | **$1,100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial



CHASE ○

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| | | | $40.65 |
| 05/16 | Card Purchase | 05/15 C A* State & Allen Dallas TX Card 7552 | 400.00 |
| 05/17 | ATM Withdrawal | 05/17 9401 L B J Fwy Dallas TX Card 7552 | 41.92 |
| 05/19 | Card Purchase | 05/18 C A* LA Gourmet Pizza Dallas TX Card 7552 | 85.23 |
| 05/20 | Card Purchase | 05/19 C A* Exxonmobil  471861 Dallas TX Card 7552 | 34.98 |
| 05/23 | Card Purchase | 05/18 C A* IRA A Mcgraw Jr S Go Dallas TX Card 7552 | 10.87 |
| 05/23 | Card Purchase | 05/18 C A* IRA A Mcgraw Jr S Gr Dallas TX Card 7552 | 80.00 |
| 05/23 | Card Purchase | 05/20 C A* Victor Tango Dallas TX Card 7552 | 28.41 |
| 05/23 | Card Purchase | 05/21 C A* Nodding Donkey Dallas TX Card 7552 | 1.75 |
| 05/24 | Card Purchase | 05/23 C A* Snack Soda Vendi 8668995849 PA Card 7552 | 1.25 |
| 05/24 | Card Purchase | 05/23 C A* Vend At Coca Col 8668995849 PA Card 7552 | 216.18 |
| 05/24 | Card Purchase | 05/23 C A* Varsity Bookstore Lubbock TX Card 7552 | 52.40 |
| 05/25 | Card Purchase | 05/25 C A* Williams-Sonoma 800-541-126 CA Card 7552 | 101.21 |
| 05/25 | Card Purchase | 05/25 C A* Williams-Sonoma 800-541-126 CA Card 7552 | 35.00 |
| 05/25 | Card Purchase W/Cash   05/25 Walgreens Lubbock TX Card 7552 Purchase $15.00 Cash Back $20.00 | | 16.95 |
| 05/26 | Card Purchase | 05/25 C A* Pro Cuts 12218 Lovington TX Card 7552 | 55.00 |
| 05/26 | Card Purchase | 05/25 C A* City of Dallas 866-2471951 TX Card 7552 | 92.02 |
| 05/26 | Card Purchase | 05/25 C A* Macy*S East #01 800-289-622 OH Card 7552 | 32.46 |
| 05/26 | Card Purchase | 05/25 C A* Macy*S East #01 800-289-622 OH Card 7552 | 19.57 |
| 05/27 | Card Purchase | 05/26 C A* Joe's Crab-Lubbock Lubbock TX Card 7552 | 8.00 |
| 05/31 | Card Purchase | 05/27 C A* Stone Gate Golf Cou Lubbock TX Card 7552 | 12.90 |
| 05/31 | Card Purchase | 05/27 C A* Stone Gate Golf Cou Lubbock TX Card 7552 | 27.02 |
| 05/31 | Card Purchase | 05/28 C A* Abuelos Lubbock Lubbock TX Card 7552 | 54.89 |
| 06/01 | Card Purchase | 06/01 C A* Red*Envelope CO 877-733-368 CA Card 7552 | 203.00 |
| 06/06 | Non-Chase ATM Withdraw 06/06 4402 19th St Lubbock TX Card 7552 | | 4,000.47 |
| 06/08 | Card Purchase | 06/07 C A* Sharp Shooters Kni Lubbock TX Card 7552 | 400.47 |
| 06/08 | Card Purchase | 06/07 C A* Sharp Shooters Kni Lubbock TX Card 7552 | 203.75 |
| 06/13 | Non-Chase ATM Withdraw 06/11 300 Block Bourbon New Orleans LA Card 7552 | | 163.75 |
| 06/13 | Non-Chase ATM Withdraw 06/11 300 Block Bourbon New Orleans LA Card 7552 | | 47.91 |
| 06/13 | Card Purchase | 06/12 C A* Oceana Grill New Orleans LA Card 7552 | 32.20 |
| 06/13 | Card Purchase | 06/12 C A* Dallas Love Food & B Dallas TX Card 7552 | |
| | | | $6,500.21 |

**Total ATM & Debit Card Withdrawals**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| | | | $8.00 |
| 05/24 | Zhang Bo | Iat Paypal 4T4224Xq8Nkta  Web ID: 770510487C | 44.99 |
| 05/25 | Paypal | Inst Xfer 4T4224Xu6Ahrj  Web ID: Paypalsi66 | 12.95 |
| 05/25 | Paypal | Inst Xfer 4T4224Xu67Dh8  Web ID: Paypalsi66 | 100.00 |
| 05/26 | 05/26 Online Payment 1089876425 To Frost Bank-Galveston-Student Loa | | 15.43 |
| 05/27 | Paypal | Inst Xfer 4T4224Xxjwxnl  Web ID: Paypalsi66 | 14.98 |
| 05/27 | Paypal | Inst Xfer 4T4224Xxjwwag  Web ID: Paypalsi66 | 9.99 |
| 05/27 | Paypal | Inst Xfer 4T4224Xwl5Nfq  Web ID: Paypalsi66 | 9.95 |
| 05/27 | Paypal | Inst Xfer 4T4224Xxju58A  Web ID: Paypalsi66 | 23.90 |
| 05/31 | Paypal | Inst Xfer 4T4224Xzg7Ls6  Web ID: Paypalsi66 | 14.74 |
| 05/31 | Paypal | Inst Xfer 4T4224Xzg7Kbq  Web ID: Paypalsi66 | 5.00 |
| 05/31 | American Express ACH Pmt  A7840     Web ID: 9493560001 | | |

 CHASE

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.  Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


EQUAL HOUSING LENDER   JPMorgan Chase Bank, N.A. Member FDIC

# CHASE &#9673;

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/02 | JPMorgan Chase Auth Debit | PPD ID: 9200502233 | 0.36 |
| 06/06 | Paypal Inst Xfer 4T4224Ykaanyw Web ID: Paypalsi66 | | 15.98 |
| 06/06 | Paypal Inst Xfer 4T4224Yjww3L6 Web ID: Paypalsi66 | | 8.39 |
| 06/07 | Culligan of Lubb 1106060915 | PPD ID: 5330903620 | 27.50 |
| 06/07 | Paypal Inst Xfer 4T4224Ym24Ppu Web ID: Paypalsi66 | | 19.00 |
| 06/07 | Paypal Inst Xfer 4T4224Ymumula Web ID: Paypalsi66 | | 18.94 |
| 06/09 | 06/09 Online Payment 1101310787 To Dell Financial | | 190.57 |

**Total Electronic Withdrawals** $540.67



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01 | Failed Payment Fee | $6.00 |
| 06/13 | Non-Chase ATM Fee-With | 2.50 |
| 06/14 | Service Fee | 12.00 |

**Total Fees & Other Withdrawals** $20.50

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your account. You can avoid this fee by having at least one direct deposit of $500.00 or more during your statement period.
(You did not have one direct deposit of $500.00 or more)

*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

## REWARDS SUMMARY  Continental Airlines

**Continental Airlines**  MILES

| DATE | DESCRIPTION | |
|------|-------------|---|
| 06/14 | Purchases shown above with a CA* earn miles. | |
| | Purchases made with your PIN do not earn miles. | |

Get the most out of your Chase Continental Airlines
Debit Card. Simply visit continental.com/CardMember
for special offers and to learn about all of the benefits
of your debit card.

Miles from Card ending in 7552 credited OnePass # HU185025
Continental Airline Card ending in 7552 Miles from Qualifying purchase   665

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1.01 |
| Ending Balance | $1.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

ACCOUNT # 000301104984965

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

002370560406 JUN 10 #0000000801 $1,100.00

Exhibit B-Respondent's Motion for New Trial



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 15, 2011 through July 15, 2011
Primary Account: **000301104984965**

Ilᵤᵤlᵈlᵤᵤᵇlᵤllᵤᵤllᵤᵤllᵈlᵤllllᵤᵤlᵤlᵤᵤlᵈllᵤᵇlᵈlᵤl
00011341 DRI 201 141 19711 - NNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## We are making changes to the "Longer Delays May Apply" section of our Funds Availability Policy for personal accounts (excluding Chase Access Checking).

Effective July 17, 2011, at least the first $200 of your deposits will be available on the first business day after the day of your deposit. All other terms of your account remain the same. If you have any questions, please call us at 1-800-935-9935.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $5,323.85 | $5,809.48 |
| Chase Money Market Savings | 000301104984901 | 1.01 | 1.01 |
| Total | | $5,324.86 | $5,810.49 |

| TOTAL ASSETS | | | |
|---|---|---|---|
| | | $5,324.86 | $5,810.49 |

All Summary Balances shown are as of July 15, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance: $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.        Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER   JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial





## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                  Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $5,323.85 |
| Deposits and Additions | 10,625.06 |
| Checks Paid | - 285.00 |
| ATM & Debit Card Withdrawals | - 2,415.31 |
| Electronic Withdrawals | - 7,439.12 |
| Ending Balance | $5,809.48 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.06 |
| Interest Paid Year-to-Date | $0.36 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/16 | Remote Online Deposit | 1 | $700.00 |
| 06/17 | Deposit      258908898 | | 200.00 |
| 06/30 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | 9,225.00 |
| 07/11 | Remote Online Deposit | 1 | 500.00 |
| 07/15 | Interest Payment | | 0.06 |
| Total Deposits and Additions | | | $10,625.06 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 802   ^ | | 07/07 | $285.00 |
| Total Checks Paid | | | $285.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial

 **CHASE**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 06/17 | Card Purchase | 06/17 C A* Williams-Sonoma 800-541-126 CA Card 7552 | $397.44 |
| 06/17 | Card Purchase | 06/17 C A* Williams-Sonoma 800-541-126 CA Card 7552 | 112.45 |
| 06/20 | Card Purchase | 06/18 C A* Williams-Sonoma 800-541-126 CA Card 7552 | 12.61 |
| 06/20 | Card Purchase | 06/19 C A* Intuit *Turbota 800-446-884 CA Card 7552 | 54.07 |
| 06/20 | Card Purchase | 06/19 C A* Lowes #00271* Lubbock TX Card 7552 | 145.52 |
| 06/22 | Card Purchase | 06/21 C A* Vend At Coca Col 8668995849 PA Card 7552 | 1.25 |
| 06/22 | Card Purchase | 06/21 C A* Mpre Registrati 319-3412500 IA Card 7552 | 63.00 |
| 06/23 | Card Purchase | 06/22 C A* Snack Soda Vendi 8668995849 PA Card 7552 | 3.00 |
| 06/30 | Card Purchase | 06/30 C A* Williams-Sonoma 800-541-126 CA Card 7552 | 57.48 |
| 07/01 | Card Purchase | 06/29 C A* Burger House - Lubb Lubbock TX Card 7552 | 21.29 |
| 07/05 | Card Purchase | 07/02 C A* Lone Star Oyster Ba Lubbock TX Card 7552 | 28.58 |
| 07/08 | Card Purchase | 07/06 C A* Meineke 1903  14619 Lubbock TX Card 7552 | 1,172.16 |
| 07/08 | Card Purchase | 07/07 C A* The Really Reall Sweetwater TX Card 7552 | 34.00 |
| 07/11 | Card Purchase | 07/07 C A* Texaco 0352440 Goldthwaite TX Card 7552 | 72.99 |
| 07/11 | Card Purchase | 07/07 C A* 7-Eleven 24002 Austin TX Card 7552 | 51.71 |
| 07/11 | Card Purchase | 07/09 C A* Kwik Pantry II Brownwood TX Card 7552 | 5.81 |
| 07/11 | Card Purchase | 07/09 C A* Kwik Pantry II Brownwood TX Card 7552 | 78.95 |
| 07/11 | Non-Chase ATM Withdraw 07/11 4402 19th St Lubbock TX Card 7552 | | 103.00 |
| | | | $2,415.31 |

**Total ATM & Debit Card Withdrawals**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 06/20 | Paypal          Inst Xfer  4T4224Zk3Dvpe   Web ID: Paypalsi66 | | $4.58 |
| 06/24 | 06/24 Online Payment 2073771761 To Leslie Hoskins | | 1,100.00 |
| 06/24 | 06/24 Online Payment 2073638584 To Frost Bank-Galveston-Student Loa | | 100.00 |
| 06/24 | Paypal          Inst Xfer  4T4224Zt5Gelj   Web ID: Paypalsi66 | | 6.47 |
| 06/28 | American Express ACH Pmt    A2068        Web ID: 9493560001 | | 5.00 |
| 07/06 | Culligan of Lubb 1107050950         PPD ID: 5330903620 | | 27.50 |
| 07/07 | 07/07 Online Payment 2085701547 To Dell Financial | | 190.57 |
| 07/12 | 07/12 Online Payment 2112776410 To Citibank - Choicemastercard | | 6,000.00 |
| 07/12 | American Express Web Remit  110712065561649 Web ID: 2005032111 | | 5.00 |
| | | | $7,439.12 |

**Total Electronic Withdrawals**

A monthly Service Fee was **not** charged to your account. You can continue to avoid this fee by having at least one direct deposit of $500.00 or more during your statement period.

## REWARDS SUMMARY    Continental Airlines

**Continental Airlines.**

MILES

| DATE | DESCRIPTION | |
|------|-------------|--|
| 07/15 | Get the most out of your Chase Continental Airlines Debit Card. Simply visit continental.com/CardMember | |
| | For customer service, call Chase at 1-800-935-9935 | |
| | Miles from Card ending in 7552 credited OnePass # HU185025 Continental Airline Card ending in 7552 Miles from Qualifying purchase | 1,156 |

Page 4 of 6



## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901



## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1.01 |
| Ending Balance | $1.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



002870159605 JUL 07 #0000000802 $285.00

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 16, 2011 through August 12, 2011
Primary Account: **000301104984965**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIₙₒₗIIₕₗₐₗₐₗₐₒₗIIIIₙₒₒₐₗₐₗₐₒₗIIₐₗIIₕₗₐₗₒₒₙIIₐₗₐₗₒₗII
00011144 DRI 201 141 22511 - NNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $5,809.48 | $1,514.28 |
| Chase Money Market Savings | 000301104984901 | 1.01 | 1.01 |
| Total | | $5,810.49 | $1,515.29 |
| **TOTAL ASSETS** | | $5,810.49 | $1,515.29 |

**All Summary Balances** shown are as of August 12, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |

Step 2 Total: $ _____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total: -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial        Page 33 of 269

# CHASE

## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                      Account Number: 000301104984965



## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $5,809.48 |
| Deposits and Additions | 720.31 |
| Checks Paid | - 1,143.25 |
| ATM & Debit Card Withdrawals | - 1,339.29 |
| Electronic Withdrawals | - 1,620.97 |
| Fees and Other Withdrawals | - 912.00 |
| Ending Balance | $1,514.28 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.38 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/28 | Remote Online Deposit          1 | $700.00 |
| 08/09 | Card Purchase Return    08/08 Great Wall Lubbock TX Card 8280 | 20.29 |
| 08/12 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$720.31** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 804  ^ | | 07/19 | $525.00 |
| 805  ^ | | 07/29 | 618.25 |
| **Total Checks Paid** | | | **$1,143.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/22 | Card Purchase With Pin 07/22 Walgreens Lubbock TX Card 8280 | $7.42 |
| 07/25 | Card Purchase 07/23 Cafe J Lubbock TX Card 8280 | 17.50 |
| 07/27 | Card Purchase 07/25 Euro Optics Ltd Montoursville PA Card 8280 | 525.00 |
| 07/27 | Card Purchase 07/25 Gilberts Gun Shop Frankfort KY Card 8280 | 134.14 |
| 08/01 | Card Purchase 07/29 Market Street #502 Lubbock TX Card 8280 | 8.65 |
| 08/02 | Card Purchase 08/01 Lowes 82 00339390 Lubbock TX Card 8280 | 33.91 |
| 08/04 | Card Purchase 08/03 Snack Soda Vending 8668995849 PA Card 8280 | 2.00 |
| 08/04 | Non-Chase ATM Withdraw 08/04 3331 34Ths St Lubbock TX Card 8280 | 202.00 |
| 08/05 | Card Purchase 08/03 Pizza Hut 144702544732 Lubbock TX Card 8280 | 22.47 |
| 08/09 | Card Purchase 08/08 Great Wall Lubbock TX Card 8280 | 20.29 |
| 08/09 | Card Purchase With Pin 08/09 Usps 485396955 Lubbock TX Card 8280 | 1.08 |
| 08/10 | Card Purchase 08/08 Burger House - Lubbock Lubbock TX Card 8280 | 7.40 |
| 08/10 | Card Purchase W/Cash 08/10 Walgreens Lubbock TX Card 8280 Purchase $4.99 Cash Back $20.00 | 24.99 |
| 08/11 | Card Purchase 08/09 Subway 00019604 Lubbock TX Card 8280 | 9.41 |
| 08/12 | Card Purchase 08/11 Google *Outlines Llc Google.Com/ CA Card 8280 | 5.95 |
| 08/12 | Card Purchase 08/11 Google *Outlines Llc Google.Com/ CA Card 8280 | 5.95 |
| 08/12 | Card Purchase 08/11 Sonic Drive IN #3496 Lubbock TX Card 8280 | 11.13 |
| 08/12 | ATM Withdrawal 08/12 12875 Josey Lane Farmer Branch TX Card 8280 | 300.00 |
| | | **$1,339.29** |

Total ATM & Debit Card Withdrawals

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/22 | JPMorgan Chase Ext Trnsfr PPD ID: 9200502231 | $192.00 |
| 07/27 | 07/27 Online Payment 2097494604 To Frost Bank-Galveston-Student Loa | 100.00 |
| 08/05 | Paypal Inst Xfer 4T42254Njacc4 Web ID: Paypalsi66 | 10.90 |
| 08/08 | Culligan of Lubb 1108051415 PPD ID: 5330903620 | 27.50 |
| 08/09 | 08/08 Online Payment 2136655785 To Leslie Hoskins | 1,100.00 |
| 08/09 | 08/09 Online Payment 2108786785 To Dell Financial | 190.57 |
| | | **$1,620.97** |

Total Electronic Withdrawals

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/18 | 07/16 Withdrawal | $900.00 |
| 08/12 | Service Fee | 12.00 |
| | | **$912.00** |

Total Fees & Other Withdrawals

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your account. You can avoid this fee by having at least one direct deposit of $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)
*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1.01 |
| Ending Balance | $1.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



002970747026 JUL 19 #0000000804 $525.00



007390219738 JUL 29 #0000000805 $618.25

002180919457 JUL 18 #0000000000 $900.00

Exhibit B-Respondent's Motion for New Trial


CHASE

This Page Intentionally Left Blank



CHASE ◑

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 13, 2011 through September 15, 2011
Primary Account: **000301104984965**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

Ilıılllılıılıılıllllıaaıllaalllılllılaılıaıllllalılll
00011302 DRI 201 141 25911 - NNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## Important Information for Chase Workplace<sup>SM</sup> Checking Accounts

We have improved how you can waive the monthly Service Fee with direct deposit on Chase Workplace Checking accounts.

With statement periods beginning on or after August 24, 2011, if you have direct deposits totaling $500 or more made to this account in a statement period your monthly Service Fee will be waived for that period. (In addition, a single direct deposit of $500 or more to this account during the statement period will continue to waive the monthly Service Fee for that period). The direct deposits, each of which must be an ACH credit, may include payroll, pension or government benefit payments, such as Social Security.

Otherwise the monthly Service Fee will apply, which remains at $12. All other terms and conditions will remain the same. If you have questions, call us at 1-800-935-9935.

## IMPORTANT CHANGES TO YOUR CHASE MONEY MARKET SAVINGS<sup>SM</sup> ACCOUNT(S)

Beginning November 21, 2011 we are making the following changes:

· The Savings Withdrawal Limit Fee will be lowered to $5 from $12.
· Any withdrawal or transfer out of your account over 6 within a monthly statement period, including branch and ATM withdrawals, will be charged the Savings Withdrawal Limit Fee. The first 6 withdrawals within a monthly statement period remain free.

As a reminder, there is <u>no limit</u> on the number of deposits or transfers that can be made <u>into your account</u>. This and all other terms on your account remain the same. If you have any questions about these changes, please talk to one of our bankers.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,514.28 | $2,009.40 |
| Chase Money Market Savings | 000301104984901 | 1.01 | 26.01 |
| Total | | $1,515.29 | $2,035.41 |

| | | | |
|---|---|---|---|
| TOTAL ASSETS | | $1,515.29 | $2,035.41 |

Exhibit B-Respondent's Motion for New Trial

# CHASE

## BALANCING YOUR CHECKBOOK

Note: **Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial





All **Summary Balances** shown are as of September 15, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $1,514.28 |
| Deposits and Additions | 8,457.39 |
| Checks Paid | - 110.10 |
| ATM & Debit Card Withdrawals | - 2,970.85 |
| Electronic Withdrawals | - 4,881.32 |
| Ending Balance | $2,009.40 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.41 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15 | Texas Tech Unive SBS Rfnd          PPD ID: 3756002622 | $6,641.90 |
| 08/29 | Card Purchase Return    08/28 Google *Outlines Llc Google.Com/ CA Card 8280 | 5.95 |
| 08/29 | Card Purchase Return    08/28 Google *Outlines Llc Google.Com/ CA Card 8280 | 5.95 |
| 09/06 | Remote Online Deposit          1 | 800.00 |
| 09/13 | Online Transfer From  Mma Xxxxxxxx4901 Transaction#: 2145020016 | 900.00 |
| 09/14 | Card Purchase Return    09/14 Lowes #00271* Lubbock TX Card 8280 | 103.56 |
| 09/15 | Interest Payment | 0.03 |
| **Total Deposits and Additions** | | **$8,457.39** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 808  ^ | | 09/12 | $110.10 |
| **Total Checks Paid** | | | **$110.10** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial

 CHASE ○

August 13, 2011 through September 15, 2011
Primary Account: 000301104984965

# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/15 | Card Purchase 08/12 Sally Beauty #0216 Lubbock TX Card 8280 | $6.48 |
| 08/15 | Card Purchase 08/12 Taco Bell 15420015420 Sweetwater TX Card 8280 | 7.13 |
| 08/15 | Non-Chase ATM Withdraw 08/12 2603 Routh St. Dallas TX Card 8280 | 163.00 |
| 08/22 | Card Purchase 08/19 Caprock Cafe Lubbock TX Card 8280 | 27.87 |
| 08/22 | Card Purchase 08/21 B & H Photo-Video.CO 800-9479950 NY Card 8280 | 154.95 |
| 08/23 | Card Purchase 08/22 Optics Planet Inc 08005045897 IL Card 8280 | 48.99 |
| 08/23 | Card Purchase 08/21 Chegg Textbook Renta 08889924344 CA Card 8280 | 19.22 |
| 08/23 | Card Purchase 08/22 A Book Company 877-322-6787 KY Card 8280 | 70.10 |
| 08/23 | Card Purchase 08/22 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 08/23 | Card Purchase 08/22 Vend At Coca Cola 8668995849 PA Card 8280 | 1.25 |
| 08/24 | Card Purchase 08/23 Subway 00011775 Lubbock TX Card 8280 | 9.67 |
| 08/24 | Card Purchase 08/23 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 08/29 | Card Purchase 08/26 Blue Force Gear Inc. Savannah GA Card 8280 | 112.45 |
| 08/29 | Card Purchase 08/27 Midway USA 800-2433220 MO Card 8280 | 83.00 |
| 08/29 | Card Purchase With Pin 08/28 Lowe's #271 Lubbock TX Card 8280 | 1.13 |
| 08/29 | Card Purchase With Pin 08/29 Usps 485396049 Lubbock TX Card 8280 | 34.16 |
| 08/30 | Card Purchase 08/28 AR15.Com Farmington NY Card 8280 | 84.00 |
| 08/30 | Card Purchase 08/28 Sally Beauty #0216 Lubbock TX Card 8280 | 13.60 |
| 08/30 | Card Purchase 08/28 Ulta 232 Lubbock TX Card 8280 | 53.85 |
| 08/30 | Card Purchase 08/28 Sutherland 5204 Lubbock TX Card 8280 | 1.62 |
| 08/30 | Card Purchase 08/29 Www Outlinedepot Com 310-7026952 CA Card 8280 | 12.99 |
| 08/31 | Card Purchase 08/29 Diamond 1446 Shamroc Lubbock TX Card 8280 | 17.08 |
| 08/31 | Card Purchase 08/30 Www Outlinedepot Com 03107026952 CA Card 8280 | 12.99 |
| 09/01 | Card Purchase 08/31 Midway USA 800-2433220 MO Card 8280 | 30.42 |
| 09/02 | Card Purchase 08/27 Joeboboutfitters Hays KS Card 8280 | 114.95 |
| 09/02 | Card Purchase With Pin 09/02 Paypal *Davesa San Jose CA Card 8280 | 85.64 |
| 09/02 | Card Purchase With Pin 09/02 Paypal *Andrea San Jose CA Card 8280 | 375.00 |
| 09/06 | Card Purchase 09/02 Leatherbags 4052858170 OK Card 8280 | 168.00 |
| 09/06 | Card Purchase 09/03 Lowes #00271* Lubbock TX Card 8280 | 249.19 |
| 09/06 | Card Purchase 09/03 Lowes #00271* Lubbock TX Card 8280 | 25.95 |
| 09/06 | Card Purchase 09/03 The Home Depot #6827 Lubbock TX Card 8280 | 31.36 |
| 09/06 | Card Purchase 09/05 Lowes #00271* Lubbock TX Card 8280 | 305.54 |
| 09/07 | Card Purchase 09/05 The Home Depot #6827 Lubbock TX Card 8280 | 2.53 |
| 09/08 | Card Purchase 09/06 Brownells Inc 641-6235401 IA Card 8280 | 188.91 |
| 09/08 | Card Purchase 09/07 Vend At Coca Cola 8668995849 PA Card 8280 | 1.25 |
| 09/09 | Card Purchase 09/07 Legal Transfers Llc Hampton NH Card 8280 | 89.00 |
| 09/09 | Card Purchase 09/08 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 09/09 | Card Purchase 09/08 Vend At Coca Cola 8668995849 PA Card 8280 | 1.25 |
| 09/12 | Card Purchase 09/09 Slide Fire Solutions Moran TX Card 8280 | 21.51 |
| 09/12 | Card Purchase 09/10 Lubbock Shooters Group Lubbock TX Card 8280 | 203.29 |
| 09/12 | Card Purchase 09/11 Texas Rdhse/Lubbock Lt Lubbock TX Card 8280 | 44.61 |
| 09/14 | Card Purchase 09/12 Gilberts Gun Shop Frankfort KY Card 8280 | 89.82 |
| 09/15 | Card Purchase 09/14 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 09/15 | Card Purchase 09/14 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 09/15 | Card Purchase 09/14 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| | | 1.15 |

**Total ATM & Debit Card Withdrawals** $2,970.85

Exhibit B-Respondent's Motion for New Trial

# CHASE ⬡

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/15 | Atf Nfa    Payment    0806    CCD ID: 1507000104 | $200.00 |
| 08/17 | Citi Card Online Payment    130512749374799 Web ID: Citictp | 1,000.00 |
| 08/25 | Paypal    Inst Xfer  4T422564Axxye  Web ID: Paypalsi66 | 52.00 |
| 08/26 | 08/26 Online Payment 2136656748 To Leslie Hoskins | 1,100.00 |
| 08/26 | 08/26 Online Payment 2125049407 To Frost Bank-Galveston-Student Loa | 100.00 |
| 08/26 | Paypal    Inst Xfer  4T42256679Mbn   Web ID: Paypalsi66 | 125.00 |
| 08/29 | Paypal    Inst Xfer  4T42256B9Pupl  Web ID: Paypalsi66 | 34.20 |
| 08/29 | American Express ACH Pmt   A3566    Web ID: 9493560001 | 5.00 |
| 08/31 | Paypal    Inst Xfer  4T42256Ghtcvn  Web ID: Paypalsi66 | 775.00 |
| 08/31 | JPMorgan Chase  Ext Trnsfr    PPD ID: 9200502231 | 136.12 |
| 09/01 | JPMorgan Chase  Ext Trnsfr    PPD ID: 9200502231 | 136.12 |
| 09/06 | Xusheng Shen    lat Paypal 4T42256Psysnq  Web ID: 770510487C | 163.99 |
| 09/06 | Paypal    Inst Xfer  4T42256Qwxdc2  Web ID: Paypalsi66 | 29.98 |
| 09/07 | Culligan of Lubb 1109060926    PPD ID: 5330903620 | 27.50 |
| 09/08 | 09/08 Online Payment 2136837894 To Dell Financial | 190.51 |
| 09/08 | Paypal    Inst Xfer  4T4225749Tny4  Web ID: Paypalsi66 | 25.00 |
| 09/12 | Paypal    Inst Xfer  4T42257Anmljy  Web ID: Paypalsi66 | 216.49 |
| 09/14 | Citi Card Online Payment    130536899458943 Web ID: Citictp | 500.00 |
| 09/14 | Paypal    Inst Xfer  4T42257Ge3Ppy  Web ID: Paypalsi66 | 35.71 |
| 09/14 | Paypal    Inst Xfer  4T42257H6569Y  Web ID: Paypalsi66 | 28.70 |
| **Total Electronic Withdrawals** | | **$4,881.32** |



A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having at least one direct deposit of $500.00 or more during your statement period. (You had a Direct Deposit this period of $6,641.90 on 08/15/11)

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $1.01 |
| Deposits and Additions | 925.00 |
| Electronic Withdrawals | - 900.00 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of  Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | Beginning Balance | | | $1.01 |
| 09/02 | Remote Online Deposit | 1 | 800.00 | 801.01 |
| 09/02 | Remote Online Deposit | 1 | 125.00 | 926.01 |
| 09/13 | 09/13 Online Transfer To Chk Xxxxxxxx4965 Transaction#: 2145020016 | | - 900.00 | 26.01 |
| | Ending Balance | | | $26.01 |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

ACCOUNT # 000301104984965

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

005690310106 SEP 12 #0000000808 $110.10

Exhibit B-Respondent's Motion for New Trial

# CHASE 🔘

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 16, 2011 through October 17, 2011
Primary Account: **000301104984965**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

IIII.III.I..I.I..I.III.....I.I..II...II.II.I.I..II.I.I.II

00011193 DRI 201 14129111 NNNNNNNNNYN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

### Checking & Savings

| | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $2,009.40 | $6,907.78 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $2,035.41 | $6,933.79 |

| TOTAL ASSETS | | $2,035.41 | $6,933.79 |
|---|---|---|---|

**All Summary Balances** shown are as of October 17, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



CHASE

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total: $_____

Step 3 Total: $_____

3. Add Step 2 Total to Step 1 Balance.

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial

CHASE



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $2,009.40 |
| Deposits and Additions | 12,354.10 |
| Checks Paid | - 160.00 |
| ATM & Debit Card Withdrawals | - 868.22 |
| Electronic Withdrawals | - 6,427.50 |
| Ending Balance | $6,907.78 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.41 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 09/26 | Remote Online Deposit | 1 | | $700.00 |
| 09/26 | Remote Online Deposit | 1 | | 35.00 |
| 09/28 | Paypal Transfer | | PPD ID: Paypalsd11 | 106.40 |
| 10/11 | Paypal Transfer | | PPD ID: Paypalsd11 | 437.07 |
| 10/14 | Deposit 294642714 | | | 11,000.00 |
| 10/17 | Paypal Transfer | | PPD ID: Paypalsd11 | 75.63 |
| Total Deposits and Additions | | | | $12,354.10 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 769 ^ | | 10/11 | $160.00 |
| Total Checks Paid | | | $160.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial

 CHASE

September 16, 2011 through October 17, 2011

Primary Account: 000301104984965

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/16 | Card Purchase | 09/14 Taco Bell #21407814445 Lubbock TX Card 8280 | $13.07 |
| 09/16 | Card Purchase | 09/15 Market Street #502 Lubbock TX Card 8280 | 17.08 |
| 09/19 | Card Purchase | 09/15 Caine & Weiner CO IN Woodland HI CA Card 8280 | 199.27 |
| 09/19 | Card Purchase | 09/16 Food Court Lbb20533006 Lubbock TX Card 8280 | 10.16 |
| 09/19 | Card Purchase | 09/16 Dallas Love Food & Bev Dallas TX Card 8280 | 4.54 |
| 09/19 | Card Purchase | 09/16 Dallas Love Food & Bev Dallas TX Card 8280 | 2.65 |
| 09/19 | Card Purchase | 09/17 Aramark Southern Metho Dallas TX Card 8280 | 14.00 |
| 09/20 | Card Purchase | 09/17 Brackets Dallas Dallas TX Card 8280 | 54.02 |
| 09/20 | Card Purchase | 09/19 American Defense Manu New Berlin WI Card 8280 | 97.15 |
| 09/21 | Card Purchase | 09/20 Samsclub 8270 Gas Lubbock TX Card 8280 | 40.22 |
| 09/26 | Card Purchase With Pin | 09/24 The Home Depot #6827 Lubbock TX Card 8280 | 4.23 |
| 10/03 | Card Purchase | 10/02 Hudson News Okaloosa Eglin AFB FL Card 8280 | 14.04 |
| 10/05 | Card Purchase | 10/04 Acf-NY Poughkeepsie NY Card 8280 | 7.00 |
| 10/06 | Card Purchase | 10/04 Fastenal Company01 Winona MN Card 8280 | 9.08 |
| 10/07 | Card Purchase | 10/06 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 10/07 | Card Purchase | 10/06 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 10/07 | Card Purchase With Pin | 10/07 Usps 485396049 Lubbock TX Card 8280 | 13.08 |
| 10/11 | Card Purchase | 10/07 The UPS Store 1207 Lubbock TX Card 8280 | 19.63 |
| 10/13 | Card Purchase | 10/12 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 10/17 | Card Purchase | 10/14 Maui Jim Sunglasses 800-444-0248 IL Card 8280 | 70.00 |
| 10/17 | Card Purchase | 10/16 Area 51 Products 908-6861383 AL Card 8280 | 19.95 |
| 10/17 | Card Purchase W/Cash | 10/17 Usps 485396049 Lubbock TX Card 8280 Purchase $2.20 Cash Back $253.00 | 255.20 |

**Total ATM & Debit Card Withdrawals** **$868.22**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/23 | 09/23 Online Payment 2150339825 To Leslie Hoskins | | $1,100.00 |
| 09/28 | American Express ACH Pmt  A3438  Web ID: 9493560001 | | 100.00 |
| 10/06 | Culligan of Lubb 1110050915  PPD ID: 5330903620 | | 27.50 |
| 10/14 | JPMorgan Chase  Ext Trnsfr  PPD ID: 9200502231 | | 200.00 |
| 10/17 | Citi Card Online Payment  110564834583849 Web ID: Citictp | | 5,000.00 |

**Total Electronic Withdrawals** **$6,427.50**

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $619.10. Note: some deposits may be listed on your previous statement)

 CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901



## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



009870940905 OCT 11 #0000000769 $160.00

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

October 18, 2011 through November 15, 2011
Primary Account: **000301104984965**

Ilıullluılıılıılıılıllllluuılılıalllalllllılıluulllulllulılll
00011041 DRI 201 141 32011 YNNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $6,907.78 | $7,072.57 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $6,933.79 | $7,098.58 |
| | | | |
| TOTAL ASSETS | | $6,933.79 | $7,098.58 |

**All Summary Balances** shown are as of November 15, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

Step 1 Balance: $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total: $ _____

Step 3 Total: $ _____

3. Add Step 2 Total to Step 1 Balance.

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total: -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial



October 18, 2011 through November 15, 2011
Primary Account: **000301104984965**



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $6,907.78 |
| Deposits and Additions | 6,808.65 |
| Checks Paid | - 60.00 |
| ATM & Debit Card Withdrawals | - 2,537.51 |
| Electronic Withdrawals | - 4,046.35 |
| Ending Balance | $7,072.57 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.42 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/18 | Remote Online Deposit | 1 | $29.44 |
| 10/25 | Remote Online Deposit | 1 | 150.00 |
| 11/04 | Remote Online Deposit | 1 | 700.00 |
| 11/04 | Remote Online Deposit | 1 | 700.00 |
| 11/14 | Paypal        Transfer        PPD ID: Paypalsd11 | | 117.00 |
| 11/15 | Texas Tech Unive SBS Rfnd        PPD ID: 3756002622 | | 5,112.20 |
| 11/15 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$6,808.65** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 772 ^ | | 10/24 | $15.00 |
| 773 ^ | | 10/25 | 25.00 |
| 774 ^ | | 11/15 | 20.00 |
| **Total Checks Paid** | | | **$60.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check  As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/18 | Card Purchase    10/15 Bargain Sales Outlet Reno NV Card 8280 | $44.95 |
| 10/18 | Card Purchase    10/17 Usps 48539695520602686 Lubbock TX Card 8280 | 7.12 |
| 10/18 | Card Purchase    10/17 Sonic Drive IN #3496 Lubbock TX Card 8280 | 6.37 |
| 10/18 | Card Purchase W/Cash    10/18 Usps 485396049 Lubbock TX Card 8280 Purchase $2.65 Cash Back $1500.00 | 1,502.65 |
| 10/21 | Card Purchase With Pin  10/21 GM412 Lubbock TX Card 8280 | 35.02 |
| 10/21 | Card Purchase With Pin  10/21 Usps 485396955 Lubbock TX Card 8280 | 5.20 |
| 10/24 | Card Purchase    10/21 Academy Sports #49 Lubbock TX Card 8280 | 59.51 |
| 10/24 | Card Purchase    10/21 Lubbock Shooters Group Lubbock TX Card 8280 | 10.77 |
| 10/24 | Card Purchase    10/22 Cvs Pharmacy #8343 Q03 Lubbock TX Card 8280 | 2.99 |
| 10/24 | Card Purchase    10/22 Manna Bread & Wine Lubbock TX Card 8280 | 80.21 |
| 10/24 | Card Purchase    10/23 Market Street #502 Lubbock TX Card 8280 | 156.87 |
| 10/27 | Card Purchase    10/26 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 10/27 | Card Purchase    10/26 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 10/27 | Card Purchase    10/26 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 11/03 | Card Purchase    11/02 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 11/03 | Card Purchase    11/02 Vend At Coca Cola 8668995849 PA Card 8280 | 1.75 |
| 11/04 | Card Purchase    11/03 Snack Soda Vending 8668995849 PA Card 8280 | 2.30 |
| 11/07 | Card Purchase    11/02 The Vine - TX Lubbock TX Card 8280 | 123.24 |
| 11/07 | Card Purchase    11/04 Midway USA 800-2433220 MO Card 8280 | 172.00 |
| 11/07 | Card Purchase    11/04 U.W.S. Bethlehem CT Card 8280 | 97.70 |
| 11/07 | Card Purchase    11/05 The Garage & Roof Top Lubbock TX Card 8280 | 20.66 |
| 11/07 | Card Purchase    11/06 Defensivedriving.Com 07134884000 TX Card 8280 | 51.18 |
| 11/08 | Card Purchase    11/07 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 11/08 | Card Purchase    11/07 Snack Soda Vending 8668995849 PA Card 8280 | 2.40 |
| 11/08 | Card Purchase With Pin  11/08 Usps 485396955 Lubbock TX Card 8280 | 5.20 |
| 11/09 | Card Purchase With Pin  11/08 Walgreens Lubbock TX Card 8280 | 35.19 |
| 11/10 | Card Purchase    11/08 Usps 48539695520602686 Lubbock TX Card 8280 | 10.46 |
| 11/14 | Card Purchase    11/09 Snack Soda Vending 8668995849 PA Card 8280 | 1.15 |
| 11/14 | Card Purchase    11/10 Usps 48539604930611669 Lubbock TX Card 8280 | 23.37 |
| 11/14 | Card Purchase    11/10 Snack Soda Vending 8668995849 PA Card 8280 | 2.30 |
| 11/14 | Card Purchase    11/10 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 11/14 | Card Purchase    11/10 Lucky Chen Lubbock TX Card 8280 | 24.12 |
| 11/14 | Card Purchase    11/11 Snack Soda Vending 8668995849 PA Card 8280 | 2.30 |
| 11/14 | Card Purchase    11/11 Vend At Coca Cola 8668995849 PA Card 8280 | 1.35 |
| 11/15 | Card Purchase    11/11 Stellas Restaurant And Lubbock TX Card 8280 | 23.46 |
| | Card Purchase    11/13 Domino's 6870 806-698-8801 TX Card 8280 | 18.22 |

**Total ATM & Debit Card Withdrawals**    $2,537.51

Exhibit B-Respondent's Motion for New Trial



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/19 | JPMorgan Chase  Ext Trnsfr | PPD ID: 9200502231 | $2,500.00 |
| 10/19 | Paypal        Inst Xfer  4T4225A94Sh6E   Web ID: Paypalsi66 | | 87.99 |
| 10/26 | 10/26 Online Payment 2174096614 To Leslie Hoskins | | 1,100.00 |
| 10/26 | Paypal        Inst Xfer  4T4225Aucer78   Web ID: Paypalsi66 | | 250.00 |
| 10/26 | Paypal        Inst Xfer  4T4225Auca83A   Web ID: Paypalsi66 | | 39.87 |
| 10/26 | Paypal        Inst Xfer  4T4225Auca9Sy   Web ID: Paypalsi66 | | 35.99 |
| 10/31 | American Express ACH Pmt   A9030        Web ID: 9493560001 | | 5.00 |
| 11/08 | Culligan of Lubb 1111071021 | PPD ID: 5330903620 | 27.50 |
| **Total Electronic Withdrawals** | | | **$4,046.35** |



A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $5,304.83. Note: some deposits may be listed on your previous statement)

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of  Chase Workplace Checking account.

You earned a higher interest rate on your  Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial

# CHASE

ACCOUNT # 000301104984965

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

002280512588 OCT 24 #0000000772 $15.00

004580435844 OCT 25 #0000000773 $25.00

008490167298 NOV 15 #0000000774 $20.00

Exhibit B-Respondent's Motion for New Trial



CHASE 🞔

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

November 16, 2011 through December 14, 2011
Primary Account: **000301104984965**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00011000 DRI 201 14134911 YNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

We are making some changes that affect Chase personal and business checking, savings and Certificate of Deposit (CD) accounts, including retirement accounts*. Enclosed with this statement is a rewritten Deposit Account Agreement (formerly known as the Account Rules and Regulations). The new design of this booklet will make it easier for you to read and find the information you need quickly.

Please review the information and keep this as reference with your other financial documents.

Please note: If you would like to receive the Deposit Account Agreement in Spanish, they will be available at your nearest Chase branch, starting February 1, 2012.

*For checking and savings accounts, all changes are effective on February 1, 2012. For CD accounts, the changes are effective on the first CD maturity date occurring on or after February 1, 2012.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $7,072.57 | $343.09 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $7,098.58 | $369.10 |

| | | | |
|---|---|---|---|
| TOTAL ASSETS | | $7,098.58 | $369.10 |

**All Summary Balances** shown are as of December 14, 2011 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

# CHASE

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:

Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |

Step 2 Total: $_____

Step 3 Total: $_____

3. Add Step 2 Total to Step 1 Balance.

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965



### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $7,072.57 |
| Deposits and Additions | 1,939.03 |
| Checks Paid | - 25.00 |
| ATM & Debit Card Withdrawals | - 336.17 |
| Electronic Withdrawals | - 8,282.34 |
| Fees and Other Withdrawals | - 25.00 |
| Ending Balance | $343.09 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.45 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/21 | Remote Online Deposit | 1 | $700.00 |
| 12/01 | Remote Online Deposit | 1 | 700.00 |
| 12/02 | Remote Online Deposit | 1 | 400.00 |
| 12/02 | Remote Online Deposit | 1 | 139.00 |
| 12/14 | Interest Payment | | 0.03 |
| **Total Deposits and Additions** | | | **$1,939.03** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 775 ^ | | 12/01 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/16 | Card Purchase | 11/15 Usps 48539695520602686 Lubbock TX Card 8280 | $2.56 |
| 11/17 | Card Purchase | 11/16 Ammunition To Go 979-2779676 TX Card 8280 | 65.76 |
| 11/18 | Card Purchase | 11/17 Cactus Tatical 623-4348372 AZ Card 8280 | 36.93 |
| 11/21 | Card Purchase | 11/18 Lubbock Shooters Group Lubbock TX Card 8280 | 34.04 |
| 11/21 | Card Purchase | 11/18 Usps 48539695520602686 Lubbock TX Card 8280 | 14.05 |
| 11/21 | Card Purchase | 11/20 Walgreens #5996 Lubbock TX Card 8280 | 15.00 |
| 11/22 | Card Purchase | 11/20 Home Cafe 3131 34th St TX Card 8280 | 30.60 |
| 11/23 | Card Purchase | 11/22 White Oak Armament Carlock IL Card 8280 | 35.00 |
| 12/05 | Card Purchase | 12/01 Crickets Grill/Drft Lubbock TX Card 8280 | 31.50 |
| 12/12 | Card Purchase | 12/08 Law School Kiosk Lubbock TX Card 8280 | 3.55 |
| 12/12 | Card Purchase | 12/09 Stellas Restaurant And Lubbock TX Card 8280 | 59.30 |
| 12/12 | Card Purchase | 12/10 Taco Bell #24200024273 Lubbock TX Card 8280 | 7.88 |
| | | | **$336.17** |

Total ATM & Debit Card Withdrawals

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 11/16 | Citi Card Online Payment | 130585743049648 Web ID: Citictp | $500.00 |
| 11/23 | Paypal | Inst Xfer 4T4225D9Lmbqq Web ID: Paypalsi66 | 7.07 |
| 11/25 | 11/25 Online Payment 2251278505 To Leslie Hoskins | | 1,100.00 |
| 11/28 | American Express ACH Pmt A4410 Web ID: 9493560001 | | 5.00 |
| 11/29 | JPMorgan Chase Ext Trnsfr PPD ID: 9200502231 | | 1,000.00 |
| 12/05 | 12/05 Online Wire Transfer Via: Firstrust Sav Phil/236073801 A/C: Dmitry Margolin Richboro PA 18954 US Ref: Sako, Uso, Acw & Accsys/Bnf/Payment For Trg 22, Uso, Awc &Accsrysimad: 1205B1Qgc05C003173 Trn: 0844800339Es | | 5,575.00 |
| 12/06 | Culligan of Lubb 1112051015 PPD ID: 5330903620 | | 27.50 |
| 12/12 | Citi Payment Payment PPD ID: Citigpuibs | | 67.77 |
| | | | **$8,282.34** |

Total Electronic Withdrawals

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/05 | Wire Online Domestic Fee | $25.00 |
| | | **$25.00** |

Total Fees & Other Withdrawals

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $5,229.20. Note: some deposits may be listed on your previous statement)

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.



### IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



009470085304 DEC 01 #0000000775 $25.00

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 15, 2011 through January 17, 2012
Primary Account: **000301104984965**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

Il..llil..l.luu.lll....l.l..ll.ll.l.l.uu.ll.l.l.l.ll
00011167 DRI 201 14101812 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138



Important Information about Chase Personal Checking and Savings Accounts

We are working to simplify our Chase checking and savings accounts by eliminating or reducing some of our fees. The following changes to the Additional Banking Services and Fees for Chase personal checking and savings accounts are effective December 14, 2011. All other terms of your Deposit Account Agreement remain the same. If you have any questions, please call us at 1-800-935-9935 or visit your branch.

We will no longer charge fees for the following services:
- No fees for Check/Item Copies and Urgent Item Copies -for example, we will not charge you when you need a copy of a cancelled check or deposit slip.
- No fees for Immediate Notification of wire transfers
- No fees for Account Reconciliation

- No fees for Account Research
- No fees for a Failed Payment when using Chase Online Bill Pay or Quick Pay
- No fees for Online Banking Services - Financial Management Software Service

We are also reducing the Non-Chase ATM fee charged by Chase for using another institutions ATM to $2.00 per transaction for each Inquiry, Transfer or Withdrawal at a non-Chase ATM within the United States, Puerto Rico and the US Virgin Islands(1)(2)

(1) Chase does not charge a Non-Chase ATM fee for Inquiries, Transfer and Withdrawals for using another institutions ATM as follows: the first two each statement period for Chase Workplace(SM) Checking; the first four each statement period for Chase Premier Plus Checking(SM) and Chase Premier Checking(SM); and an unlimited number for and Chase Premier Platinum Checking(SM), Chase Private Client Checking(SM), Chase Plus Savings(SM), Chase Private Client Savings(SM) and Chase Premier Platinum Savings(SM)

(2) Usage Fee may be charged by the institution that owns the ATM. Additional fees may apply when using an ATM outside the United States, Puerto Rico and the US Virgin Islands.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $343.09 | $3,173.28 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $369.10 | $3,199.29 |
| | | | |
| TOTAL ASSETS | | $369.10 | $3,199.29 |

Exhibit B-Respondent's Motion for New Trial



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance:  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.        Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



December 15, 2011 through January 17, 2012
Primary Account: **000301104984965**

All Summary Balances shown are as of January 17, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $343.09 |
| Deposits and Additions | 14,513.53 |
| Checks Paid | - 200.00 |
| ATM & Debit Card Withdrawals | - 5,149.80 |
| Electronic Withdrawals | - 6,333.54 |
| Ending Balance | $3,173.28 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.03 |

Interest paid in 2011 for account 000301104984965 was $0.45.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | Remote Online Deposit           1 | $1,500.00 |
| 12/27 | ATM Cash Deposit | 160.00 |
| 12/27 | Amazon.Com      Retail Dis Viiu8V2Uo0H0Ygr CCD ID: 2710938319 | 195.30 |
| 12/29 | ATM Check Deposit | 10,000.00 |
| 12/29 | Remote Online Deposit           1 | 2,000.00 |
| 01/04 | Card Purchase Return    01/01 Royal Sonesta Hotel New Orleans LA Card 8280 | 87.58 |
| 01/04 | Card Purchase Return    01/01 Royal Sonesta Hotel New Orleans LA Card 8280 | 87.58 |
| 01/06 | Amazon.Com      Retail Dis Gsn4Z5T8Agayrh3 CCD ID: 2710938319 | 483.04 |
| 01/17 | Interest Payment | 0.03 |
| **Total Deposits and Additions** | | **$14,513.53** |

Page 3 of 8

# CHASE

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 770 ^ | | 12/20 | $200.00 |
| **Total Checks Paid** | | | **$200.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | Card Purchase 12/17 Supercuts TX 80493 Lubbock TX Card 8280 | $15.50 |
| 12/19 | Card Purchase With Pin 12/19 Usps 482231023 Dallas TX Card 8280 | 16.00 |
| 12/20 | Card Purchase 12/18 Milo Butterfingers Inc Dallas TX Card 8280 | 46.49 |
| 12/20 | Card Purchase 12/19 Usps 48223195520202396 Dallas TX Card 8280 | 16.95 |
| 12/20 | Card Purchase With Pin 12/20 Autozone 5802 Dallas TX Card 8280 | 108.25 |
| 12/21 | Card Purchase 12/20 Exxonmobil 47186150 Dallas TX Card 8280 | 61.38 |
| 12/21 | Card Purchase With Pin 12/21 Academy Ltd Dallas TX Card 8280 | 101.44 |
| 12/21 | Card Purchase With Pin 12/21 The Home Depot 6503 Dallas TX Card 8280 | 12.16 |
| 12/22 | Card Purchase 12/21 Exxonmobil 453499 Douglassvil TX Card 8280 | 17.05 |
| 12/27 | Card Purchase 12/23 The Common Table Dallas TX Card 8280 | 114.38 |
| 12/27 | Card Purchase 12/24 Target 00017848 Dallas TX Card 8280 | 14.78 |
| 12/27 | Card Purchase W/Cash 12/26 Kroger Brownwood TX Card 8280 Purchase $50.00 Cash Back $40.00 | 90.00 |
| 12/27 | Card Purchase 12/26 Mccoys #07 Brownwood TX Card 8280 | 18.00 |
| 12/28 | Card Purchase 12/26 Texaco 0305987 Q61 Glen Rose TX Card 8280 | 10.13 |
| 12/28 | Card Purchase 12/26 Master Blasters Fire 512-7874584 TX Card 8280 | 55.00 |
| 12/29 | Card Purchase With Pin 12/29 Exxonmobil Eastland TX Card 8280 | 3.88 |
| 12/30 | Card Purchase With Pin 12/30 Wal-Mart #2427 Dallas TX Card 8280 | 34.77 |
| 12/30 | ATM Withdrawal 12/30 240 Royal St New Orleans LA Card 8280 | 300.00 |
| 01/03 | Card Purchase 12/29 The Common Table Dallas TX Card 8280 | 115.65 |
| 01/03 | Card Purchase 12/30 Mcdonald's F15141 Dallas TX Card 8280 | 7.82 |
| 01/03 | Card Purchase 12/30 Nighthawk And Jet Gretna LA Card 8280 | 36.00 |
| 01/03 | Card Purchase 12/30 Chris Owens New Orleans LA Card 8280 | 28.00 |
| 01/03 | Card Purchase 12/30 Irenes Cuisine New Orleans LA Card 8280 | 151.64 |
| 01/03 | Card Purchase 12/31 The Alibi New Orleans LA Card 8280 | 102.25 |
| 01/03 | Card Purchase 12/31 Oceana Grill New Orleans LA Card 8280 | 25.80 |
| 01/03 | Card Purchase 12/31 Swamp Adventures Llc Luling LA Card 8280 | 180.00 |
| 01/03 | Card Purchase 12/31 Pat Obriens Bar New Orleans LA Card 8280 | 77.84 |
| 01/03 | Card Purchase 12/31 New Orleans Gift Cen New Orleans LA Card 8280 | 14.16 |
| 01/03 | Card Purchase 12/31 Hilton Dragos New Orleans LA Card 8280 | 106.97 |
| 01/03 | Card Purchase 01/01 Royal Sonesta Hotel New Orleans LA Card 8280 | 175.16 |
| 01/03 | Card Purchase 01/01 Royal Sonesta Hotel New Orleans LA Card 8280 | 87.58 |
| 01/03 | Card Purchase 01/01 Port of Call New Orleans LA Card 8280 | 61.58 |
| 01/03 | Non-Chase ATM Withdraw 01/01 444 Canal St. New Orleans LA Card 8280 | 103.99 |
| 01/03 | ATM Withdrawal 01/02 1301 S Bowen Rd Arlington TX Card 8280 | 400.00 |
| 01/03 | Card Purchase 01/02 Masami Restaurant Richardson TX Card 8280 | 58.27 |

Exhibit B-Respondent's Motion for New Trial



CHASE ◯

December 15, 2011 through January 17, 2012
Primary Account: 000301104984965

## ATM & DEBIT CARD WITHDRAWALS (continued)



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/03 | Card Purchase With Pin  01/03 7-Eleven Farmers Branc TX Card 8280 | | 7.83 |
| 01/04 | Card Purchase | 01/03 Central 214 Dallas TX Card 8280 | 36.00 |
| 01/04 | ATM Withdrawal | 01/04 10501N Central Expressway Dallas TX Card 8280 | 400.00 |
| 01/05 | Card Purchase | 01/03 Naan Sushi Uptown Dallas TX Card 8280 | 39.50 |
| 01/05 | Card Purchase | 01/03 Lukes Locker Dallas Dallas TX Card 8280 | 140.25 |
| 01/05 | Card Purchase With Pin  01/05 Academy Ltd Dallas TX Card 8280 | | 108.22 |
| 01/06 | Card Purchase | 01/04 Callisto Bar And G Richardson TX Card 8280 | 45.00 |
| 01/06 | Card Purchase With Pin  01/06 Usps 482230020 Dallas TX Card 8280 | | 3.64 |
| 01/09 | Card Purchase | 01/05 Tmgm Keeton Park Golf Dallas TX Card 8280 | 61.45 |
| 01/09 | Card Purchase | 01/05 Tmgm Keeton Park Golf Dallas TX Card 8280 | 7.00 |
| 01/09 | Card Purchase | 01/05 Tmgm Keeton Park Golf Dallas TX Card 8280 | 3.75 |
| 01/09 | Card Purchase | 01/06 Gui Koreanjapn Bistro Dallas TX Card 8280 | 123.90 |
| 01/09 | Card Purchase | 01/07 The Den Dallas TX Card 8280 | 14.40 |
| 01/09 | Card Purchase | 01/08 Katy Trail Ice House Dallas TX Card 8280 | 37.62 |
| 01/09 | Card Purchase | 01/07 Brackets Dallas Dallas TX Card 8280 | 13.00 |
| 01/09 | Card Purchase | 01/07 Brackets Dallas Dallas TX Card 8280 | 12.00 |
| 01/09 | Card Purchase | 01/07 Sigels Beverages # Dallas TX Card 8280 | 44.36 |
| 01/09 | Card Purchase With Pin  01/07 Kroger Dallas TX Card 8280 | | 25.53 |
| 01/09 | Card Purchase | 01/08 Legal Grounds Dallas TX Card 8280 | 13.99 |
| 01/09 | Card Purchase With Pin  01/08 Central Market #552 Dallas TX Card 8280 | | 107.66 |
| 01/09 | Card Purchase With Pin  01/08 Exxonmobil Dallas TX Card 8280 | | 10.15 |
| 01/09 | Card Purchase With Pin  01/08 Cvs 06824 Dallas TX Card 8280 | | 15.00 |
| 01/09 | Card Purchase With Pin  01/08 Oreilly Auto Parts 171 Dallas TX Card 8280 | | 5.62 |
| 01/09 | Card Purchase With Pin  01/08 Lowe's #2779 Richardson TX Card 8280 | | 13.34 |
| 01/10 | Card Purchase | 01/09 Dallas Palomar Hotel Dallas TX Card 8280 | 169.50 |
| 01/11 | Card Purchase | 01/09 Sfuzzi Dallas TX Card 8280 | 10.00 |
| 01/11 | Card Purchase | 01/10 Corner Bakery 01101559 Dallas TX Card 8280 | 20.73 |
| 01/11 | Card Purchase | 01/10 Goodnights Automotive Garland TX Card 8280 | 63.37 |
| 01/11 | Card Purchase | 01/10 Del Frisco Gri00087023 Dallas TX Card 8280 | 39.94 |
| 01/11 | Card Purchase With Pin  01/11 Exxonmobil Dallas TX Card 8280 | | 40.15 |
| 01/11 | Card Purchase With Pin  01/11 The Mens Wearhouse Dallas TX Card 8280 | | 21.64 |
| 01/11 | Card Purchase With Pin  01/11 Office Depot 0 Dallas TX Card 8280 | | 51.81 |
| 01/11 | ATM Withdrawal | 01/11 9049 Forest Lane Dallas TX Card 8280 | 100.00 |
| 01/13 | Card Purchase | 01/11 Kubys Sausage House CO Dallas TX Card 8280 | 76.25 |
| 01/17 | Card Purchase | 01/12 Campisi's Pizz22253231 Dallas TX Card 8280 | 9.69 |
| 01/17 | Card Purchase | 01/14 Houstonian Hotel Houston TX Card 8280 | 296.16 |
| 01/17 | Card Purchase | 01/14 Salum Restaurant Dallas TX Card 8280 | 118.45 |
| 01/17 | Card Purchase | 01/15 Fina 7-Eleven #77 Abilene TX Card 8280 | 48.78 |
| 01/17 | Card Purchase | 01/15 One Guy From Italy Lubbock TX Card 8280 | 19.35 |
| 01/17 | Card Purchase With Pin  01/17 Usps 485396955 Lubbock TX Card 8280 | | 5.90 |

**Total ATM & Debit Card Withdrawals** $5,149.80


CHASE ◯

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | 12/22 Online Payment 2404140736 To Leslie Hoskins | $1,100.00 |
| 12/29 | American Express ACH Pmt   A8424       Web ID: 9493560001 | 5.00 |
| 01/03 | Citi Payment    Online Pmt 540633605961828 Web ID: Citicops | 1,990.56 |
| 01/03 | Song Kai       lat Paypal 4T4225H73M9Ly   Web ID: 770510487C | 11.53 |
| 01/04 | Belva  H.K.  CO. lat Paypal 4T4225H9Prfva   Web ID: 770510487C | 55.00 |
| 01/04 | Paypal        Inst Xfer  4T4225H8G8676   Web ID: Paypalsi66 | 28.50 |
| 01/04 | Promise Internat lat Paypal 4T4225H9Prefs   Web ID: 770510487C | 13.99 |
| 01/05 | JPMorgan Chase  Ext Trnsfr        PPD ID: 9200502231 | 3,000.00 |
| 01/06 | Culligan of Lubb 1201051003       PPD ID: 5330903620 | 27.50 |
| 01/17 | Paypal        Inst Xfer  4T4225Jfukcsa   Web ID: Paypalsi66 | 94.95 |
| 01/17 | Cyril Cattiaux  lat Paypal 4T4225Jcmkck6   Web ID: 770510487C | 6.51 |

**Total Electronic Withdrawals**                                                                **$6,333.54**

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were  $678.34. Note: some deposits may be listed on your previous statement)

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank

Exhibit B-Respondent's Motion for New Trial



## IMGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



004790133524 DEC 20 #0000000770 $200.00

231-538847-13



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

Il.ullldudalaullll..uldudll.dld.l.ull.ld.l.lll
00010948 DRI 201 141 04612 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,173.28 | $7,936.81 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $3,199.29 | $7,962.82 |
| TOTAL ASSETS | | $3,199.29 | $7,962.82 |

All **Summary Balances** shown are as of February 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:    Step 1 Balance:  $ _____

2. List and total all deposits & additions   not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:   $ _____

3. Add Step 2 Total to Step 1 Balance.    Step 3 Total:   $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

Step 4 Total:   -$ _____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC





## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $3,173.28 |
| Deposits and Additions | 9,562.90 |
| Checks Paid | - 100.00 |
| ATM & Debit Card Withdrawals | - 2,809.32 |
| Electronic Withdrawals | - 1,890.05 |
| Ending Balance | $7,936.81 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.07 |
| Interest Paid Year-to-Date | $0.10 |

Interest paid in 2011 for account 000301104984965 was $0.45.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 01/18 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | $7,562.50 |
| 01/30 | Remote Online Deposit | 1 | 1,400.00 |
| 01/30 | Paypal      Transfer | PPD ID: Paypalsd11 | 600.33 |
| 02/14 | Interest Payment | | 0.07 |
| **Total Deposits and Additions** | | | **$9,562.90** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
| --- | --- | --- | --- |
| 777  ^ | | 02/02 | $60.00 |
| 779  * ^ | | 02/02 | 40.00 |
| **Total Checks Paid** | | | **$100.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/19 | Card Purchase 01/17 Sally Beauty #0216 Lubbock TX Card 8280 | $60.23 |
| 01/20 | Card Purchase 01/18 Larue Tactical 512-2591585 TX Card 8280 | 143.46 |
| 01/20 | Card Purchase 01/18 Southwes 08004359792 TX Card 8280 | 5.00 |
| 01/20 | Card Purchase W/Cash 01/20 Usps 485396049 Lubbock TX Card 8280 Purchase $7.23 Cash Back $50.00 | 57.23 |
| 01/20 | Card Purchase With Pin 01/20 Office Depot 0 Lubbock TX Card 8280 | 112.26 |
| 01/20 | Card Purchase With Pin 01/20 Sam's Club Lubbock TX Card 8280 | 188.50 |
| 01/20 | Card Purchase With Pin 01/20 Sam's Club Lubbock TX Card 8280 | 204.59 |
| 01/23 | Card Purchase 01/20 Supercuts TX 80493 Lubbock TX Card 8280 | 15.50 |
| 01/23 | Card Purchase With Pin 01/22 The Home Depot #6827 Lubbock TX Card 8280 | 50.78 |
| 01/23 | Card Purchase With Pin 01/23 Walgreens Lubbock TX Card 8280 | 19.87 |
| 01/25 | Card Purchase 01/20 Panasonic Specialize 08008339626 NJ Card 8280 | 208.76 |
| 01/25 | Card Purchase With Pin 01/25 Usps 485396049 Lubbock TX Card 8280 | 22.43 |
| 01/27 | Card Purchase With Pin 01/27 Cvs 08343 Lubock TX Card 8280 | 31.91 |
| 01/30 | Card Purchase 01/27 O'Hana Sushi Bar Lubbock TX Card 8280 | 58.32 |
| 01/30 | Card Purchase With Pin 01/30 Usps 485396955 Lubbock TX Card 8280 | 10.95 |
| 01/31 | Card Purchase 01/29 Southwes 08004359792 TX Card 8280 | 195.60 |
| 02/01 | Card Purchase W/Cash 02/01 Usps 485396049 Lubbock TX Card 8280 Purchase $42.30 Cash Back $295.00 | 337.30 |
| 02/02 | Card Purchase 02/01 Lubbock Shooters Group Lubbock TX Card 8280 | 50.00 |
| 02/03 | Card Purchase 02/02 Houston Armory 281-2084867 TX Card 8280 | 127.12 |
| 02/03 | Card Purchase With Pin 02/03 Office Depot 0 Lubbock TX Card 8280 | 6.48 |
| 02/06 | Card Purchase 02/02 Manventure Outpost L 888-3404349 FL Card 8280 | 59.13 |
| 02/06 | Card Purchase 02/03 Spikes Tactical Llc 407-928-2666 FL Card 8280 | 154.77 |
| 02/06 | Card Purchase 02/02 Brownells Inc 641-6235401 IA Card 8280 | 170.96 |
| 02/06 | Card Purchase 02/03 UPS (800) 811-1648 Lubbock TX Card 8280 | 47.07 |
| 02/06 | Card Purchase With Pin 02/03 Shell Service Station Sweetwater TX Card 8280 | 51.85 |
| 02/06 | Card Purchase 02/05 Sonic Drive IN #6107 Merkel TX Card 8280 | 5.99 |
| 02/06 | Card Purchase 02/05 Allsups 61 Post TX Card 8280 | 81.06 |
| 02/08 | Card Purchase W/Cash 02/08 Usps 485396049 Lubbock TX Card 8280 Purchase $4.57 Cash Back $158.00 | 162.57 |
| 02/09 | Card Purchase 02/08 Panasonic Specialize 08008339626 NJ Card 8280 | 3.19 |
| 02/13 | Card Purchase 02/11 Las Brisas Steaks Lubbock TX Card 8280 | 166.44 |

**Total ATM & Debit Card Withdrawals** **$2,809.32**

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/19 | Paypal Inst Xfer 4T4225Jm29V2G Web ID: Paypalsi66 | $19.95 |
| 01/23 | Paypal Inst Xfer 4T4225Juc48Dl Web ID: Paypalsi66 | 6.99 |
| 01/24 | Paypal Inst Xfer 4T4225Jywppx2 Web ID: Paypalsi66 | 177.77 |
| 01/26 | 01/26 Online Payment 2445340122 To Leslie Hoskins | 1,100.00 |
| 01/30 | American Express ACH Pmt A2266 Web ID: 9493560001 | 5.00 |
| 01/31 | Paypal Echeck 4T4225Kpc2Ecu Web ID: Paypalec77 | 199.00 |
| 02/01 | Paypal Inst Xfer 4T4225Krlbdy4 Web ID: Paypalsi66 | 250.00 |
| 02/02 | Paypal Inst Xfer 4T4225Kwqy644 Web ID: Paypalsi66 | 18.85 |



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/06 | Paypal | Inst Xfer 4T4225L3Fxj7L Web ID: Paypalsi66 | 67.00 |
| 02/07 | Culligan of Lubb 1202060916 | PPD ID: 5330903620 | 27.50 |
| 02/08 | Paypal | Inst Xfer 4T4225Lggubka Web ID: Paypalsi66 | 17.99 |
| **Total Electronic Withdrawals** | | | **$1,890.05** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $8,162.83 Note: some deposits may be listed on your previous statement)



## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



001590108641 FEB 02 #0000000777 $60.00          001590108640 FEB 02 #0000000779 $40.00

Exhibit B-Respondent's Motion for New Trial



## Additional discounts just for being a checking customer.

Make the most of your Chase checking account - Refinance your car loan and receive up to 0.75% off standard car loan rates. Learn more at chase.com/AutoRefi.

Subject to credit approval by JPMorgan Chase Bank, N.A. Other terms and conditions apply.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 15, 2012 through March 14, 2012
Primary Account: **000301104984965**



Ili...Ili.hul.il..il.Ili....il.Ii..il.il.Ii.Ii...Ili.il.il.Ii.il.il
00019211 DRE 201 141 07512 NNNNNNNNNNNN T 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

### Important Information about Chase Personal Checking and Savings Accounts

Starting March 19, 2012, we will lower the following fees [1] on our checking and savings accounts:

· Overdraft Protection Transfer Fee to $10.
· Stop Payment Fee to $30 per request made with a banker.
· Stop Payment Fee via **chase.com** or Chase by Phone® automated phone system to $25 per request.

We are also extending how long a stop payment will be in effect. Stop payments made on or after March 19, 2012, on checks will now be effective for one year rather than 180 days. Depending on how your stop payment was originated (request made with a banker, via **chase.com** or Chase by Phone®), we will send a confirmation of your stop payment.

On ACH transactions, your stop payment will last for a minimum of 18 months or until we have determined that the debit is no longer occurring, whichever is longer. When making a stop payment request, you must tell us if the payment is a recurring debit card transaction or an ACH payment and must give us the bank account number, the exact amount of the payment, and the designated payee name.

These changes will be updated in the Deposit Account Agreement and Additional Banking Services and Fees for Chase personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at 1-800-935-9935 or visit your nearest Chase branch.

[1] These fees may be waived with certain account types.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
| --- | --- | --- | --- |
| Chase Workplace Checking | 000301104984965 | $7,936.81 | $1,797.66 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $7,962.82 | $1,823.67 |

| TOTAL ASSETS | | $7,962.82 | $1,823.67 |
| --- | --- | --- | --- |

**All Summary Balances** shown are as of March 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## BALANCING YOUR CHECKBOOK

Note: **Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  Step 1 Balance: $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Step 2 Total:   $_____

3. Add Step 2 Total to Step 1 Balance.   Step 3 Total:   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:   -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC





## CHASE WORKPLACE CHECKING

DONALD J MCCOY        Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $7,936.81 |
| Deposits and Additions | 0.04 |
| ATM & Debit Card Withdrawals | - 2,807.97 |
| Electronic Withdrawals | - 3,319.22 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,797.66 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.14 |

Interest paid in 2011 for account 000301104984965 was $0.45.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Interest Payment | $0.04 |
| **Total Deposits and Additions** | | **$0.04** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/15 | Card Purchase | 02/13 Maui Jim Sunglasses 800-444-0248 IL Card 8280 | $74.95 |
| 02/15 | Card Purchase | 02/14 Ottos Granary Lubbock TX Card 8280 | 99.11 |
| 02/15 | Card Purchase | 02/14 Devault Floral Lubbock TX Card 8280 | 102.84 |
| 02/21 | Card Purchase | 02/18 Cvs Pharmacy #8343 Q03 Lubbock TX Card 8280 | 93.59 |
| 02/21 | Card Purchase | 02/18 LA Michoacana #1L Lubbock TX Card 8280 | 24.25 |
| 02/23 | Card Purchase | 02/22 Lubbock Shooters Group Lubbock TX Card 8280 | 25.00 |
| 02/23 | Card Purchase With Pin | 02/23 Usps 485396049 Lubbock TX Card 8280 | 19.50 |
| 03/01 | Card Purchase | 02/29 Dickeys TX161 Lubbock TX Card 8280 | 31.88 |
| 03/02 | Card Purchase | 02/29 Law School Kiosk Lubbock TX Card 8280 | 1.94 |
| 03/05 | Card Purchase | 03/03 Sport Clips TX-712 Lubbock TX Card 8280 | 18.00 |
| 03/05 | Card Purchase | 03/03 Sally Beauty #0216 Lubbock TX Card 8280 | 46.53 |
| 03/05 | Card Purchase | 03/03 Burger House - Lubbock Lubbock TX Card 8280 | 7.40 |
| 03/05 | Card Purchase | 03/03 Dmb Warehouse Tkts 434-984-6850 VA Card 8280 | 335.50 |
| 03/09 | Card Purchase With Pin | 03/09 Billabong 316 Dallas TX Card 8280 | 120.16 |
| 03/09 | Card Purchase With Pin | 03/09 Nordstrom 723 Dallas TX Card 8280 | 148.84 |
| 03/09 | Card Purchase With Pin | 03/09 Bedbath&Beyond Dallas TX Card 8280 | 20.68 |

Exhibit B-Respondent's Motion for New Trial



**CHASE** 

February 15, 2012 through March 14, 2012
Primary Account: 000301104984965

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/12 | Card Purchase | 03/09 Smu Athletics 214-768-4263 TX Card 8280 | 680.00 |
| 03/12 | Card Purchase | 03/08 Food Court Lbb20533006 Lubbock TX Card 8280 | 17.89 |
| 03/12 | Card Purchase | 03/08 Cocktail Loung20530010 Lubbock TX Card 8280 | 16.08 |
| 03/12 | Card Purchase | 03/09 Palm Beach Tan Dfw003 Dallas TX Card 8280 | 22.99 |
| 03/12 | ATM Withdrawal | 03/10 9401 L B J Fwy Dallas TX Card 8280 | 500.00 |
| 03/12 | Card Purchase | 03/10 Buckaroo Dallas Ai Dallas TX Card 8280 | 75.00 |
| 03/12 | Card Purchase | 03/10 Costco Los Cabos Los Cabos Card 8280 | 325.84 |
| | Mx Nu Peso | 4095.81 X 0.0772374 (Exchg Rte) + 9.49 (Exchg Rte ADJ) | |
| | | | **$2,807.97** |

**Total ATM & Debit Card Withdrawals**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/24 | 02/24 Online Payment 2495704608 To Leslie Hoskins | | $1,100.00 |
| 02/24 | Citi Payment | Online Pmt 540678533602231 Web ID: Citicops | 2,186.72 |
| 02/27 | American Express ACH Pmt A7166 | Web ID: 9493560001 | 5.00 |
| 03/06 | Culligan of Lubb 1203051102 | PPD ID: 5330903620 | 27.50 |
| | | | **$3,319.22** |

**Total Electronic Withdrawals**

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/14 | Service Fee | $12.00 |
| | | **$12.00** |

**Total Fees & Other Withdrawals**

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

**Stop in today and explore all Chase has to offer.**

Exhibit B-Respondent's Motion for New Trial



This Page Intentionally Left Blank



## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901



### SAVINGS SUMMARY

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 15, 2012 through April 13, 2012
Primary Account: **000301104984965**



Il..ll.l..l.l..lll...l.l...ll.ll.l.l...ll.l.l..l.ll
00010887 DRI 201 141 10512 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

**Important Information About Your Account Statement**

We understand the value of being able to easily read your statements and the benefit
of balancing your account. To make your statement easier to follow, effective
March 19, 2012, we moved the Balancing Your Checkbook page to the last page
of the statement. This page may be used to balance your account for a given statement
period. If you have any questions, please call us at the number on this statement or
visit your branch.

### Important Information about Chase Personal Checking and Savings Accounts

Starting March 19, 2012, we will lower the following fees [1] on our checking and savings accounts:

- Overdraft Protection Transfer Fee to $10.
- Stop Payment Fee to $30 per request made with a banker.
- Stop Payment Fee via **chase.com** or Chase by Phone® automated phone system to $25 per request.

We are also extending how long a stop payment will be in effect. Stop payments made on or after March 19, 2012, on
checks will now be effective for one year rather than 180 days. Depending on how your stop payment was originated
(request made with a banker, via **chase.com** or Chase by Phone®), we will send a confirmation of your stop payment.

On ACH transactions, your stop payment will last for a minimum of 18 months or until we have determined that the debit is
no longer occurring, whichever is longer. When making a stop payment request, you must tell us if the payment is a
recurring debit card transaction or an ACH payment and must give us the bank account number, the exact amount of the
payment, and the designated payee name.

These changes will be updated in the Deposit Account Agreement and Additional Banking Services and Fees for Chase
personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any
questions, please call us at 1-800-935-9935 or visit your nearest Chase branch.

[1] These fees may be waived with certain account types.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,797.66 | $1,185.41 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $1,823.67 | $1,211.42 |

Exhibit B-Respondent's Motion for New Trial

# CHASE

March 15, 2012 through April 13, 2012
Primary Account: **000301104984965**

## CONSOLIDATED BALANCE SUMMARY (continued)

| | | |
|---|---|---|
| TOTAL ASSETS | $1,823.67 | $1,211.42 |

**All Summary Balances** shown are as of April 13, 2012 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,797.66 |
| Deposits and Additions | 1,500.00 |
| Checks Paid | - 101.06 |
| ATM & Debit Card Withdrawals | - 827.73 |
| Electronic Withdrawals | - 1,171.46 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,185.41 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.14 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/19 | Remote Online Deposit | 1 | $1,400.00 |
| 03/19 | Remote Online Deposit | 1 | 100.00 |
| **Total Deposits and Additions** | | | **$1,500.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 807 ^ | | 03/21 | $101.06 |
| **Total Checks Paid** | | | **$101.06** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial

# CHASE ⬡

March 15, 2012 through April 13, 2012
Primary Account: 000301104984965

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/15 | Card Purchase<br>Mx Nu Peso<br>749.00 X 0.0786515 (Exchg Rte) + 1.77 (Exchg Rte ADJ) | 03/14 Cabostyle Paraiso Cabo San Luca Card 8280 | $60.68 |
| 03/15 | Card Purchase<br>Mx Nu Peso<br>640.00 X 0.0786406 (Exchg Rte) + 1.51 (Exchg Rte ADJ) | 03/14 Looby Bar And Cigar Los Cabos BC Card 8280 | 51.84 |
| 03/15 | Card Purchase<br>Mx Nu Peso<br>855.00 X 0.0786432 (Exchg Rte) + 2.02 (Exchg Rte ADJ) | 03/14 Rest The Bistro Los Cabos Bcs Card 8280 | 69.26 |
| 03/16 | Card Purchase | 03/14 Snack Golf Ti San Jose Del Card 8280 | 197.10 |
| 03/16 | Card Purchase<br>Mx Nu Peso<br>1465.00 X 0.0791535 (Exchg Rte) + 3.48 (Exchg Rte ADJ) | 03/15 Rest LA Frida Los Cabos Bcs Card 8280 | 119.44 |
| 03/16 | Card Purchase With Pin 03/16 Walgreens Dallas TX Card 8280 | | 7.29 |
| 03/19 | Card Purchase<br>Mx Nu Peso<br>156.00 X 0.0789102 (Exchg Rte) + 0.37 (Exchg Rte ADJ) | 03/16 Burger King San Jose Los Cabos B Card 8280 | 12.68 |
| 03/19 | Card Purchase | 03/16 Brownells Inc 641-6235401 IA Card 8280 | 30.34 |
| 03/19 | Card Purchase | 03/16 Uncle Julio's Lemmon Dallas TX Card 8280 | 35.03 |
| 03/21 | Card Purchase | 03/20 Double Nickel Steakhou Lubbock TX Card 8280 | 112.81 |
| 03/26 | Card Purchase | 03/24 One Guy From Italy Lubbock TX Card 8280 | 25.46 |
| 03/27 | Card Purchase | 03/26 T.T.U.H.S.C. Lubbock TX Card 8280 | 31.39 |
| 03/30 | Card Purchase | 03/29 Fina 7-Eleven #400 Lubbock TX Card 8280 | 11.32 |
| 04/09 | Card Purchase With Pin 04/07 Usps 485396049 Lubbock TX Card 8280 | | 4.62 |
| 04/09 | Card Purchase | 04/07 Manna Bread And Wine Lubbock TX Card 8280 | 53.08 |
| 04/12 | Card Purchase | 04/10 Law School Kiosk Lubbock TX Card 8280 | 5.39 |
| **Total ATM & Debit Card Withdrawals** | | | **$827.73** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/19 | Paypal Inst Xfer 4T4225Q8KY52Q Web ID: Paypalsi66 | | $38.96 |
| 03/26 | 03/26 Online Payment 2541152345 To Leslie Hoskins | | 1,100.00 |
| 03/29 | American Express ACH Pmt A6286 Web ID: 9493560001 | | 5.00 |
| 04/06 | Culligan of Lubb 1204051019 PPD ID: 5330903620 | | 27.50 |
| **Total Electronic Withdrawals** | | | **$1,171.46** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/13 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

# CHASE

March 15, 2012 through April 13, 2012
Primary Account: **000301104984965**

## WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

006770160755 MAR 21 #0000000807 $101 06

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 14, 2012 through May 14, 2012
Primary Account: **000301104984965**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



Ilonlliliolodonllllooddonlllolllilolooollloldodolll

00010872 DRI 201 141 13612 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## IMPORTANT INFORMATION REGARDING ATM TRANSFERS

Please note that we are extending our ATM cutoff time for transfers between Chase accounts to better serve you. For transfers and deposits at most Chase ATMs, the cutoff time is 11 p.m. Eastern time. For ATMs with an earlier cutoff, the ATM screen will notify you of the cutoff time. We hope you enjoy this added convenience.

This change updates your Deposit Account Agreement under the Funds Availability Policy section, the second bullet under "When Your Deposit is Received." This change applies to Chase personal checking and savings accounts as well as Chase business checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please refer to the phone number on your statement or visit your nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,185.41 | $482.74 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $1,211.42 | $508.75 |
| | | | |
| TOTAL ASSETS | | $1,211.42 | $508.75 |

**All Summary Balances** shown are as of May 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE WORKPLACE CHECKING

Account Number: 000301104984965

DONALD J MCCOY

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,185.41 |
| Deposits and Additions | 1,047.39 |
| ATM & Debit Card Withdrawals | - 565.05 |
| Electronic Withdrawals | - 1,173.01 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $482.74 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.14 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/20 | Remote Online Deposit 1 | $1,000.00 |
| 04/23 | Amazon.Com Retail Dis T8Vgtayq3Ed25R9 CCD ID: 2710938319 | 47.39 |
| | Total Deposits and Additions | $1,047.39 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | Card Purchase With Pin 04/14 Wal-Mart Super Center Lubbock TX Card 8280 | $61.56 |
| 04/16 | Card Purchase 04/15 Hayashi Lubbock TX Card 8280 | 52.78 |
| 04/18 | Card Purchase 04/17 Usps 485396049306011669 Lubbock TX Card 8280 | 2.80 |
| 04/23 | Card Purchase 04/20 Lubbock Power & Ligu1 8067752509 TX Card 8280 | 302.00 |
| 04/30 | Card Purchase 04/27 Kfc H160010 28300101 Lubbock TX Card 8280 | 17.76 |
| 05/07 | Card Purchase 05/05 Double Nickel Steakhou Lubbock TX Card 8280 | 100.17 |
| 05/07 | Card Purchase 05/05 Sport Clips TX-712 Lubbock TX Card 8280 | 18.00 |
| 05/14 | Card Purchase With Pin 05/13 Fina 7-Eleven #409 Lubbock TX Card 8280 | 9.98 |
| | Total ATM & Debit Card Withdrawals | $565.05 |

Exhibit B-Respondent's Motion for New Trial



## Chase checking customers may receive up to 0.75% off standard auto loan rates.

Spring into savings! Learn about refinancing your car loan and see if you can save money by reducing your monthly payment. Plus, checking customers may receive up to an additional 0.75% off standard rates. Find out more and apply by visiting Chase.com/SpringIntoAutoSavings today.

Subject to credit approval by JPMorgan Chase Bank, N.A. Other terms and conditions apply.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/19 | Paypal    Inst Xfer 4T4225T2Hhcee  Web ID: Paypalsi66 | $40.51 |
| 04/25 | 04/25 Online Payment 2590171432 To Leslie Hoskins | 1,100.00 |
| 04/30 | American Express ACH Pmt  A9952     Web ID: 9493560001 | 5.00 |
| 05/08 | Culligan of Lubb 1205070944    PPD ID: 5330903620 | 27.50 |
| | **Total Electronic Withdrawals** | **$1,173.01** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/14 | Service Fee | $12.00 |
| | **Total Fees & Other Withdrawals** | **$12.00** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $47.39. Note: some deposits may be listed on your previous statement)

Stop in today and explore all Chase has to offer.



## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|------|--------|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

May 15, 2012 through June 14, 2012
Primary Account: 000301104984965



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00010760 DRI 201 141 16712 NNNNNNNYNYN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## No overdraft fees for purchases of $5 or less

Good news, we're making changes to help you avoid fees. For purchases of $5 or less that overdraw your account, we'll no longer charge you an Insufficient Funds Fee, Returned Item Fee, or Overdraft Protection Transfer Fee. This is in addition to our current policy of not charging those fees if your account is overdrawn by $5 or less at the end of the business day.

Effective July 22, 2012, these changes will be incorporated into the "Additional Banking Services and Fees" document as follows:

In the **Additional Banking Services and Fees,**

In the section called "Insufficient Funds, Returned Items, and Stop Payments" the fee descriptions will be changed to:

*Insufficient Funds and Returned Item Fees*
*We will not charge an Insufficient Funds Fee if your ending account balance is overdrawn by $5 or less. Additionally, even if your ending account balance is overdrawn we will not charge an Insufficient Funds or Returned Item Fee for any item that is $5 or less.*

*Overdraft Protection Transfer Fee*
*We will not charge an Overdraft Protection Transfer Fee if your ending account balance, before any Overdraft Protection Transfers are made, is overdrawn by $5 or less or the Overdraft Protection transfer resulted from transactions that are all $5 or less.*

Please note that there will be no change to the amount of these fees. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## Change in fees for non-Chase ATM transactions

Good news. Starting July 22, 2012, we will reduce the number of non-Chase ATM fees charged when you perform balance inquiries or account transfers at a non-Chase ATM. For transactions performed by the same card at the same terminal within a 15 minute time period, balance inquiries and account transfers will not incur a fee if done in conjunction with a withdrawal. If only transfers and inquiries are performed only one non-Chase ATM fee will be charged. Other than this reduction in the number of fees charged for inquiries and transfers, there are no other changes to the Non-Chase ATM fee. As a reminder, the owner of the non-Chase ATM may impose an additional charge.

These changes will be reflected in your account agreement. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

Exhibit B-Respondent's Motion for New Trial



## Lower Fees for Counter Checks

Beginning July 22, 2012, we will charge $2 per sheet (3 checks to a page) of Counter Checks, instead of $2 per check. Also, we may waive this Counter Check fee for certain types of accounts.

These changes will be updated in the Additional Banking Services and Fees for Chase personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $482.74 | $3,122.60 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $508.75 | $3,148.61 |

| TOTAL ASSETS | | $508.75 | $3,148.61 |
|---|---|---|---|

**All Summary Balances** shown are as of June 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $482.74 |
| Deposits and Additions | 9,340.97 |
| ATM & Debit Card Withdrawals | - 2,226.62 |
| Electronic Withdrawals | - 1,428.49 |
| Fees and Other Withdrawals | - 3,046.00 |
| Ending Balance | $3,122.60 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.16 |

Exhibit B-Respondent's Motion for New Trial

# CHASE ○



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/21 | Remote Online Deposit | 1 | $1,000.00 |
| 05/23 | ATM Check Deposit | | 3,000.00 |
| 05/25 | Insufficient Funds Fee Refund | | 34.00 |
| 05/25 | Remote Online Deposit | 1 | 1,000.00 |
| 05/25 | Credit For Debit Dispute | | 12.95 |
| 05/29 | ATM Check Deposit | | 3,000.00 |
| 05/29 | ATM Cash Deposit | | 310.00 |
| 05/29 | Credit For Od Fee | | 34.00 |
| 06/05 | Remote Online Deposit | 1 | 950.00 |
| 06/14 | Interest Payment | | 0.02 |

**Total Deposits and Additions** $9,340.97

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/15 | Card Purchase | 05/15 Intuit *Turbotax 800-446-8848 CA Card 8280 | $119.02 |
| 05/16 | Card Purchase | 05/14 Mcdonald's M7782 of Lubbock TX Card 8280 | 3.25 |
| 05/16 | Card Purchase | 05/15 Pizza Hut 144702544732 Lubbock TX Card 8280 | 16.99 |
| 05/18 | Card Purchase | 05/16 East Moon Asian Bistro Lubbock TX Card 8280 | 33.98 |
| 05/21 | Card Purchase | 05/19 Tom And Bingos Lubbock TX Card 8280 | 11.75 |
| 05/21 | Card Purchase | 05/19 Hosting Service 8885930344 TX Card 8280 | 12.95 |
| 05/21 | Card Purchase | 05/19 Lubbock Shooters Group Lubbock TX Card 8280 | 20.00 |
| 05/21 | Card Purchase With Pin | 05/19 Market Street Lubbock TX Card 8280 | 35.86 |
| 05/21 | Card Purchase | 05/21 Redbox *Dvd Rental 866-733-2693 IL Card 8280 | 3.25 |
| 05/29 | Card Purchase With Pin | 05/28 Wal-Mart Super Center Rockwall TX Card 8280 | 61.90 |
| 05/29 | Card Purchase | 05/28 Sonic Drive IN#6037 MT Pleasant TX Card 8280 | 4.85 |
| 05/30 | Card Purchase | 05/29 Sonic Drive IN #3012 Texarkana TX Card 8280 | 8.10 |
| 05/30 | Card Purchase With Pin | 05/30 Sam's Club Texarkana TX Card 8280 | 919.74 |
| 06/04 | Card Purchase | 05/31 Shell Oil 57544584006 Redwater TX Card 8280 | 66.50 |
| 06/04 | Card Purchase | 06/02 Magnolia Cinema Dallas TX Card 8280 | 22.00 |
| 06/07 | Card Purchase | 06/06 Exxonmobil 453499 Douglassvil TX Card 8280 | 12.01 |
| 06/08 | Card Purchase | 06/07 Roadway Food Mart Texarkana TX Card 8280 | 63.72 |
| 06/08 | Card Purchase With Pin | 06/08 Lowe's #174 Texarkana TX Card 8280 | 48.05 |
| 06/11 | Card Purchase | 06/10 Hamlund Tactical Llc 05125372715 TX Card 8280 | 285.29 |
| 06/11 | Card Purchase With Pin | 06/10 Exxonmobil Douglass TX Card 8280 | 4.13 |
| 06/11 | Card Purchase With Pin | 06/11 Tractor Supply 5001 No Texarkana TX Card 8280 | 154.07 |
| 06/13 | Card Purchase | 06/12 St Bar TX Annual Mtg Austin TX Card 8280 | 100.00 |
| 06/13 | Card Purchase | 06/11 TX Dps Dl Office 512-424-2600 TX Card 8280 | 11.00 |
| 06/14 | Card Purchase | 06/13 Roadway Food Mart Texarkana TX Card 8280 | 62.22 |
| 06/14 | Card Purchase | 06/13 Acusight Mead WA Card 8280 | 42.00 |
| 06/14 | Non-Chase ATM Withdraw | 06/14 1204 Caroline Stre Houston TX Card 8280 | 103.99 |

**Total ATM & Debit Card Withdrawals** $2,226.62

Exhibit B-Respondent's Motion for New Trial

 CHASE

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/21 | Golden Rule Ins  Ins. Prem. | PPD ID: 9005900018 | $136.24 |
| 05/24 | 05/24 Online Payment 2637798024 To Leslie Hoskins | | 1,100.00 |
| 05/29 | American Express ACH Pmt    A2558 | Web ID: 9493560001 | 5.00 |
| 06/06 | Culligan of Lubb 1206051012 | PPD ID: 5330903620 | 27.50 |
| 06/11 | Golden Rule Ins  Ins. Prem. | PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | | **$1,428.49** |

# FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/24 | DR Due To ATM/Dep Error | $3,000.00 |
| 05/24 | Insufficient Funds Fee For A $1,100.00 Item - Details: Online Payment 2637798024 To Leslie Hoskins | 34.00 |
| 06/14 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$3,046.00** |

WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

# OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $34.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| Total Refunds for Overdraft or Returned Item Fees Identified above: | $34.00 | $34.00 |

# CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

# SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 15, 2012 through July 16, 2012
Primary Account: **000301104984965**

00010687 DRI 201 141 19912 NNNNNNNNNNN  P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,122.60 | $3,819.34 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $3,148.61 | $3,845.35 |
| | | | |
| TOTAL ASSETS | | $3,148.61 | $3,845.35 |

**All Summary Balances** shown are as of July 16, 2012 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $3,122.60 |
| Deposits and Additions | 2,812.38 |
| ATM & Debit Card Withdrawals | - 657.59 |
| Electronic Withdrawals | - 1,446.05 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $3,819.34 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.18 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/18 | Remote Online Deposit | 1 | $50.00 |
| 06/27 | Remote Online Deposit | 1 | 1,100.00 |
| 07/02 | Card Purchase Return 06/28 Kmart 07309 Texarkana TX Card 8280 | | 162.36 |
| 07/06 | Remote Online Deposit | 1 | 1,100.00 |
| 07/12 | ATM Check Deposit | | 400.00 |
| 07/16 | Interest Payment | | 0.02 |
| **Total Deposits and Additions** | | | **$2,812.38** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/15 | Card Purchase | 06/14 Kung Fu Saloon-Houston Houston TX Card 8280 | $35.00 |
| 06/18 | Card Purchase | 06/14 Mia Bella Tratorria Houston TX Card 8280 | 65.82 |
| 06/18 | Card Purchase | 06/16 Apl*Apple Itunes Sto 866-712-775 CA Card 8280 | 3.24 |
| 06/20 | Card Purchase | 06/18 Kmart 07309 Texarkana TX Card 8280 | 162.36 |
| 06/20 | Card Purchase With Pin 06/20 Lowe's #174 Texarkana TX Card 8280 | | 69.18 |
| 06/25 | Card Purchase | 06/22 Lowes #01117* 623-776-3382 NC Card 8280 | 41.23 |
| 06/25 | Card Purchase With Pin 06/23 Uptown Carwash Dallas TX Card 8280 | | 6.05 |
| 06/25 | Card Purchase With Pin 06/25 #04135 Albertsons Texarkana TX Card 8280 | | 8.99 |
| 06/28 | Card Purchase | 06/27 Kk Sales Llc Altanta TX Card 8280 | 20.00 |
| 06/28 | Card Purchase W/Cash 06/28 Academy Ltd Texarkana TX Card 8280 Purchase $10.81 Cash Back $20.00 | | 30.81 |
| 06/29 | Card Purchase With Pin 06/29 Usps 4889280504/500 N Texarkana TX Card 8280 | | 1.50 |
| 07/05 | Card Purchase | 07/03 Megalo Liquor Dallas TX Card 8280 | 34.59 |

# CHASE

## CHASE MONEY MARKET SAVINGS

Account Number: 000301104984901

DONALD J MCCOY

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial





## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | Card Purchase With Pin  07/07 Academy Ltd Dallas TX Card 8280 | 57.86 |
| 07/16 | Card Purchase        07/12 Parking Company of Ame Dallas TX Card 8280 | 75.00 |
| 07/16 | Card Purchase W/Cash   07/14 Walgreens 8310 Abrams Dallas TX Card 8280 Purchase $25.96 Cash Back $20.00 | 45.96 |

| Total ATM & Debit Card Withdrawals | $657.59 |
|---|---|

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/25 | 06/25 Online Payment 2684276371 To Leslie Hoskins | $1,100.00 |
| 06/28 | Paypal        Inst Xfer  4T4225Zhadu9N   Web ID: Paypalsi66 | 15.00 |
| 06/28 | American Express ACH Pmt   A3298        Web ID: 9493560001 | 5.00 |
| 07/05 | Paypal        Inst Xfer  4T422622839Dq  Web ID: Paypalsi66 | 45.00 |
| 07/06 | Culligan of Lubb 1207050925        PPD ID: 5330903620 | 29.50 |
| 07/09 | Paypal        Inst Xfer  4T42262Jfxvfq  Web ID: Paypalsi66 | 91.80 |
| 07/10 | Golden Rule Ins  Ins. Prem.        PPD ID: 9005900018 | 159.75 |

| Total Electronic Withdrawals | $1,446.05 |
|---|---|

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/16 | Service Fee | $12.00 |

| Total Fees & Other Withdrawals | $12.00 |
|---|---|

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |
|---|---|---|

Exhibit B-Respondent's Motion for New Trial



## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $3,819.34 |
| Deposits and Additions | 1,351.01 |
| ATM & Debit Card Withdrawals | - 1,613.15 |
| Electronic Withdrawals | - 1,372.19 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $2,173.01 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.19 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/02 | Remote Online Deposit | 1 | $1,000.00 |
| 08/02 | Remote Online Deposit | 1 | 101.00 |
| 08/14 | Remote Online Deposit | 1 | 250.00 |
| 08/14 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$1,351.01** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/17 | Card Purchase | 07/15 Tenison Park Golf Cour Dallas TX Card 8280 | $74.86 |
| 07/20 | Card Purchase | 07/18 Max Buchwald Dds Richardson TX Card 8280 | 183.79 |
| 07/20 | Card Purchase | 07/19 Walgreens #6660 Dallas TX Card 8280 | 30.28 |
| 07/23 | Card Purchase | 07/21 Wal-Mart #2427 Dallas TX Card 8280 | 84.44 |
| 07/24 | Card Purchase | 07/23 Apl*Apple Itunes Stor 866-712-7753 CA Card 8280 | 1.07 |
| 07/24 | Card Purchase | 07/23 Usps 48220802030202956 Dallas TX Card 8280 | 16.95 |
| 07/24 | Card Purchase With Pin | 07/24 Qt 933 Dallas TX Card 8280 | 2.26 |
| 07/25 | Card Purchase | 07/24 Express Shop Dallas TX Card 8280 | 3.20 |
| 07/26 | Card Purchase | 07/24 Qt 933    08009334 Dallas TX Card 8280 | 80.71 |
| 07/26 | Card Purchase | 07/25 Stein-Mart #0123 Dallas TX Card 8280 | 81.15 |
| 07/27 | Card Purchase | 07/26 Walgreens #5162 Dallas TX Card 8280 | 15.00 |
| 07/30 | Card Purchase | 07/27 Cantina Laredo 180 Dallas TX Card 8280 | 101.26 |
| 07/30 | Card Purchase | 07/28 Academy Sports #78 Dallas TX Card 8280 | 37.87 |
| 07/31 | Card Purchase | 07/30 Starbucks Corp00006924 Dallas TX Card 8280 | 1.89 |
| 08/01 | Card Purchase | 07/31 Express Shop Dallas TX Card 8280 | 5.22 |
| 08/02 | Card Purchase | 08/01 Murphys Deli Dallas TX Card 8280 | 8.96 |

Exhibit B-Respondent's Motion for New Trial



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 17, 2012 through August 14, 2012
Primary Account: **000301104984965**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

||..oll.l..l.l..l..llll....l.l..ll.ll.l.l....ll.l..l.l.ll

00010539 DRI 201 141 22812 NNNYNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,819.34 | $2,173.01 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $3,845.35 | $2,199.02 |
| | | | |
| TOTAL ASSETS | | $3,845.35 | $2,199.02 |

**All Summary Balances** shown are as of August 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 6

# CHASE



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/03 | Card Purchase | 08/02 Starbucks Corp00006924 Dallas TX Card 8280 | 2.11 |
| 08/06 | Card Purchase | 08/04 Amazon.Com Amzn.Com/Bill WA Card 8280 | 25.78 |
| 08/06 | Card Purchase | 08/05 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8280 | 34.46 |
| 08/06 | Card Purchase | 08/04 Gui Koreanjapn Bistro Dallas TX Card 8280 | 137.31 |
| 08/06 | Card Purchase | 08/05 Natl Conf Bar Examiner 608-2808550 WI Card 8280 | 35.00 |
| 08/08 | Card Purchase | 08/08 Red*Envelope Com 877-733-3683 CA Card 8280 | 99.83 |
| 08/08 | Card Purchase | 08/07 Express Shop Dallas TX Card 8280 | 4.22 |
| 08/09 | Card Purchase | 08/07 Southwes 08004359792 TX Card 8280 | 97.80 |
| 08/09 | Card Purchase | 08/08 Exxonmobil 47958947 Dallas TX Card 8280 | 17.77 |
| 08/09 | Card Purchase | 08/08 Starbucks Corp00006924 Dallas TX Card 8280 | 3.84 |
| 08/10 | Card Purchase | 08/09 Fedexoffice 00001263 Dallas TX Card 8280 | 16.18 |
| 08/10 | Card Purchase With Pin | 08/10 Splash N Dash Car Wash Dallas TX Card 8280 | 2.16 |
| 08/10 | Card Purchase With Pin | 08/10 Splash N Dash Car Wash Dallas TX Card 8280 | 39.75 |
| 08/10 | Card Purchase W/Cash | 08/10 7-Eleven Dallas TX Card 8280 Purchase $9.16 Cash Back $10.00 | 19.16 |
| 08/13 | Card Purchase | 08/10 Mcdonald's F13745 Dallas TX Card 8280 | 4.10 |
| 08/13 | Card Purchase | 08/10 Racetrac423 00004234 Garland TX Card 8280 | 18.53 |
| 08/13 | Card Purchase | 08/10 Capitol Pubs Llc Dallas TX Card 8280 | 7.00 |
| 08/13 | Card Purchase | 08/10 Cyclone Anaya's - Dallas TX Card 8280 | 110.20 |
| 08/13 | Card Purchase | 08/10 The Grapevine Dallas TX Card 8280 | 57.00 |
| 08/13 | Card Purchase | 08/11 Del Frisco Gri00087023 Dallas TX Card 8280 | 62.18 |
| 08/13 | Card Purchase | 08/11 Javiers Dallas TX Card 8280 | 77.75 |
| 08/14 | Card Purchase | 08/13 Starbucks Corp00006924 Dallas TX Card 8280 | 5.30 |
| 08/14 | Card Purchase | 08/13 Murphys Deli Dallas TX Card 8280 | 6.84 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,613.15** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/26 | 07/26 Online Payment 2733564510 To Leslie Hoskins | $1,150.00 |
| 07/30 | American Express ACH Pmt A6422 Web ID: 9493560001 | 5.00 |
| 08/06 | Paypal Inst Xfer 4T422653Eydw6 Web ID: Paypalsi66 | 27.94 |
| 08/07 | Culligan of Lubb 1208061100 PPD ID: 5330903620 | 29.50 |
| 08/10 | Golden Rule Ins Ins. Prem. PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | **$1,372.19** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

Exhibit B-Respondent's Motion for New Trial



WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

Stop in today and explore all Chase has to offer.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |
|---|---|---|

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.



# CHASE WORKPLACE CHECKING

Account Number: 000301104984965

DONALD J MCCOY

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $2,173.01 |
| Deposits and Additions | 20,518.02 |
| ATM & Debit Card Withdrawals | - 1,739.30 |
| Electronic Withdrawals | - 11,551.16 |
| Fees and Other Withdrawals | - 5.00 |
| Ending Balance | $9,395.57 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.21 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/15 | ATM Check Deposit | | $2,000.00 |
| 09/04 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | 10,118.00 |
| 09/10 | Remote Online Deposit 1 | | 1,400.00 |
| 09/17 | Deposit 397095504 | | 7,000.00 |
| 09/17 | Interest Payment | | 0.02 |
| | Total Deposits and Additions | | $20,518.02 |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/16 | Card Purchase | 08/14 Southwes 08004359792 TX Card 8280 | $33.00 |
| 08/16 | Card Purchase | 08/15 Cinemark Theatres 2Qps Lubbock TX Card 8280 | 14.00 |
| 08/17 | Non-Chase ATM Withdraw 08/17 8009 University Ave (U Lubbock TX Card 8280 | | 502.50 |
| 08/20 | Card Purchase | 08/16 Lg Outdoors Montgomery AL Card 8280 | 186.76 |
| 08/20 | Card Purchase | 08/17 LA Diosa Cellars Lubbock TX Card 8280 | 90.79 |
| 08/20 | Card Purchase W/Cash 08/18 Usps 4853960493/5014 G Lubbock TX Card 8280 Purchase $15.65 Cash Back $50.00 | | 65.65 |
| 08/20 | Card Purchase With Pin 08/18 The Home Depot #6827 Lubbock TX Card 8280 | | 138.86 |
| 08/20 | Card Purchase | 08/18 Bed Bath & Beyond #632 Lubbock TX Card 8280 | 30.30 |
| 08/20 | Card Purchase | 08/18 Ulta #232 Lubbock TX Card 8280 | 57.36 |
| 08/20 | Card Purchase | 08/18 Samsclub #8270 Lubbock TX Card 8280 | 2.84 |
| 08/20 | Card Purchase | 08/19 Internet Tele Provide 212-413-7077 NY Card 8280 | 47.90 |
| 08/21 | Card Purchase | 08/19 Cvs Pharmacy #8343 Q03 Lubbock TX Card 8280 | 22.49 |
| 08/23 | Card Purchase | 08/21 Cvs Pharmacy #8343 Q03 Lubbock TX Card 8280 | 15.00 |
| 08/27 | Card Purchase With Pin 08/25 Academy Ltd Lubbock TX Card 8280 | | 34.62 |

**CHASE 🔿**

231-538847-13

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 15, 2012 through September 17, 2012
Primary Account: **000301104984965**



00010613 DRI 201 141 26212 NNNNNNNNNNN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

Enjoy a new benefit that comes with your Chase Workplace Checking(SM) account.

Chase Liquid(SM) is our new reloadable card with the security and convenience that Chase offers. When you link this card to your Chase Workplace Checking account, the Monthly Service Fee on Chase Liquid is waived. All other terms of your account agreement remain the same. If you have any questions, please call us at the number on this statement or visit your nearest branch. Visit chase.com/Liquid to learn more about Chase Liquid.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $2,173.01 | $9,395.57 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 26.01 |
| Total | | $2,199.02 | $9,421.58 |

| TOTAL ASSETS | | | |
|---|---|---|---|
| | | $2,199.02 | $9,421.58 |

**All Summary Balances** shown are as of September 17, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | Card Purchase With Pin  08/27 Office Max Lubbock TX Card 8280 | 115.81 |
| 08/28 | Card Purchase      08/28 Le Creuset 800-827-1798 SC Card 8280 | 40.60 |
| 08/28 | Card Purchase      08/27 Dickeys TX161 Lubbock TX Card 8280 | 25.44 |
| 08/29 | Card Purchase      08/28 Experian   *Freecredr Infofcr.Com CA Card 8280 | 1.00 |
| 08/31 | Card Purchase      08/29 Law School Kiosk Lubbock TX Card 8280 | 4.32 |
| 08/31 | Non-ATM Cash      08/30 Bank of America TX1647 Lubbock TX Card 8280 | 25.00 |
| 09/04 | Card Purchase W/Cash   09/04 Usps 4853960493/5014 G Lubbock TX Card 8280  Purchase $53.00 Cash Back $50.00 | 103.00 |
| 09/05 | Recurring Card Purchase 09/04 Experian   *Freecredr Infofcr.Com CA Card 8280 | 18.05 |
| 09/13 | Card Purchase      09/11 Goodwill Ecommerce 512-6813343 TX Card 8280 | 164.01 |
| **Total ATM & Debit Card Withdrawals** | | **$1,739.30** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/16 | Paypal      Inst Xfer  4T422666Dwuey  Web ID: Paypalsi66 | $25.00 |
| 08/17 | Paypal      Inst Xfer  4T42266Aahzuu  Web ID: Paypalsi66 | 96.98 |
| 08/20 | Paypal      Inst Xfer  4T42266Fjerha  Web ID: Paypalsi66 | 2.99 |
| 08/23 | Paypal      Inst Xfer  4T42266TI5Gk4  Web ID: Paypalsi66 | 44.00 |
| 08/24 | 08/24 Online Payment 2782933422 To Leslie Hoskins | 1,150.00 |
| 08/24 | Paypal      Inst Xfer  4T42266Xbhyws  Web ID: Paypalsi66 | 22.95 |
| 08/29 | Citi Card Online Payment   110839749914491 Web ID: Citictp | 1,000.00 |
| 08/29 | American Express ACH Pmt   A6900      Web ID: 9493560001 | 5.00 |
| 09/06 | Citi Card Online Payment   110847003669925 Web ID: Citictp | 9,000.00 |
| 09/06 | Culligan of Lubb 1209051008      PPD ID: 5330903620 | 29.50 |
| 09/07 | Paypal      Inst Xfer  4T422688Wlh9L  Web ID: Paypalsi66 | 14.99 |
| 09/10 | Golden Rule Ins  Ins. Prem.      PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | **$11,551.16** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/31 | Non-ATM Cash Fee | $5.00 |
| **Total Fees & Other Withdrawals** | | **$5.00** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $10,118.00. Note: some deposits may be listed on your previous statement)

Exhibit B-Respondent's Motion for New Trial

# CHASE

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Ending Balance | $26.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial

**CHASE**

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $9,395.57 |
| Deposits and Additions | 2,960.28 |
| ATM & Debit Card Withdrawals | - 4,370.74 |
| Electronic Withdrawals | - 6,930.76 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,042.35 |
| | |
| Annual Percentage Yield Earned This Period | 0.06% |
| Interest Earned This Period | $0.08 |
| Interest Paid Year-to-Date | $0.29 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/18 | Remote Online Deposit | 1 | $108.39 |
| 09/18 | Credit For Debit Dispute | | 164.01 |
| 09/18 | Interest Refund | | 0.07 |
| 09/24 | Purchase Return | 09/22 Office Max Lubbock TX Card 6005 | 115.81 |
| 09/24 | Card Purchase Return | 09/23 Gamestop #3752 Lubbock TX Card 6005 | 113.63 |
| 09/24 | Online Transfer From Mma ...4901 Transaction#: 2877314240 | | 900.00 |
| 10/01 | Card Purchase Return | 09/28 Best Buy 00002261 Lubbock TX Card 6005 | 974.23 |
| 10/01 | Card Purchase Return | 09/30 Lowes #00271* Lubbock TX Card 6005 | 21.58 |
| 10/04 | Card Purchase Return | 10/03 Gander Mountain Lubbock TX Card 6005 | 324.74 |
| 10/04 | Card Purchase Return | 10/04 Lowes #00271* Lubbock TX Card 6005 | 8.09 |
| 10/09 | Paypal Transfer | PPD ID: Paypalsd11 | 110.00 |
| 10/10 | Paypal Transfer | PPD ID: Paypalsd11 | 119.72 |
| 10/15 | Interest Payment | | 0.01 |
| **Total Deposits and Additions** | | | **$2,960.28** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/19 | Card Purchase | 09/19 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 09/19 | Card Purchase With Pin 09/19 Citibank, N.A. Sioux Falls SD Card 6005 | | 2,000.00 |
| 09/24 | Card Purchase | 09/22 Usps 48539695520602686 Lubbock TX Card 6005 | 25.75 |
| 09/24 | Card Purchase With Pin 09/22 Gamestop #3752 Lubbock TX Card 6005 | | 113.63 |
| 09/24 | Card Purchase | 09/22 Best Buy 00002261 Lubbock TX Card 6005 | 974.23 |
| 09/24 | Card Purchase | 09/22 Office Max Lubbock TX Card 6005 | 64.97 |
| 09/24 | Card Purchase | 09/22 Overton Hotel & Confr Lubbock TX Card 6005 | 134.02 |

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

||..||.|..|.|..|..|||.....||.|..||.|||.|.|..|..||.|.|.|.|||

00010396 DRI 201 14129012 NNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $9,395.57 | $1,042.35 |
| Chase Money Market Savings | 000301104984901 | 26.01 | 126.01 |
| Total | | $9,421.58 | $1,168.36 |

| TOTAL ASSETS | | | |
|---|---|---|---|
| | | $9,421.58 | $1,168.36 |

All Summary Balances shown are as of October 15, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/24 | Card Purchase With Pin  09/24 Usps 4853960493/5014 G Lubbock TX Card 6005 | 8.80 |
| 09/25 | Card Purchase       09/22 AT&T X11C 10394 Lubbock TX Card 6005 | 432.99 |
| 09/28 | Card Purchase With Pin  09/28 Walgreens 3404 Indiana Lubbock TX Card 6005 | 4.99 |
| 10/01 | Card Purchase       09/28 Pei Wei #0110    Qps Lubbock TX Card 6005 | 25.54 |
| 10/01 | Card Purchase       09/28 Lowes #00271* Lubbock TX Card 6005 | 47.61 |
| 10/01 | Card Purchase       09/30 Gander Mountain Lubbock TX Card 6005 | 324.74 |
| 10/01 | Card Purchase W/Cash   09/30 Lowe's #271 Lubbock TX Card 6005  Purchase $12.39 Cash Back $20.00 | 32.39 |
| 10/01 | Card Purchase       09/30 Baker Brothers-12 Slid Lubbock TX Card 6005 | 11.71 |
| 10/02 | Card Purchase       10/01 Abuelos Lubbock Lubbock TX Card 6005 | 20.83 |
| 10/03 | Card Purchase With Pin  10/03 Lowe's #271 Lubbock TX Card 6005 | 2.67 |
| 10/09 | Card Purchase       10/07 Starbucks Corp00099341 Lubbock TX Card 6005 | 6.71 |
| 10/09 | Card Purchase       10/07 Taco Bell #2427 Lubbock TX Card 6005 | 15.56 |
| 10/09 | Card Purchase W/Cash   10/09 Usps 4853960493/5014 G Lubbock TX Card 6005  Purchase $23.50 Cash Back $45.00 | 68.50 |
| 10/09 | Card Purchase With Pin  10/09 Usps 4853960493/5014 G Lubbock TX Card 6005 | 1.50 |
| 10/09 | Card Purchase With Pin  10/09 Samsclub #8270 Lubbock TX Card 6005 | 7.96 |
| 10/11 | Card Purchase       10/10 Starbucks Corp00099341 Lubbock TX Card 6005 | 3.84 |
| 10/12 | Card Purchase       10/10 Cafe J Lubbock TX Card 6005 | 26.73 |

**Total ATM & Debit Card Withdrawals**     **$4,370.74**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/19 | 09/19 Online Transfer To  Mma ...4901 Transaction#: 2872262422 | $1,000.00 |
| 09/19 | Chase      Epay    1408290800    Web ID: 5760039224 | 4,000.00 |
| 09/25 | 09/25 Online Payment 2829661486 To Leslie Hoskins | 1,150.00 |
| 09/26 | Paypal    Inst Xfer 4T4226A4Hvhkg  Web ID: Paypalsi66 | 1.99 |
| 09/28 | American Express ACH Pmt  A5076    Web ID: 9493560001 | 100.00 |
| 10/05 | Paypal    Inst Xfer 4T4226Avptc38  Web ID: Paypalsi66 | 64.00 |
| 10/09 | Paypal    Inst Xfer 4T4226B8K5Za6  Web ID: Paypalsi66 | 250.00 |
| 10/09 | Paypal    Inst Xfer 4T4226B268Uv2  Web ID: Paypalsi66 | 50.00 |
| 10/09 | Culligan of Lubb 1210051129    PPD ID: 5330903620 | 29.50 |
| 10/09 | Paypal    Inst Xfer 4T4226B5Mesbl  Web ID: Paypalsi66 | 25.90 |
| 10/09 | Paypal    Inst Xfer 4T4226B5M9Hjn  Web ID: Paypalsi66 | 15.94 |
| 10/09 | Paypal    Inst Xfer 4T4226B32J3CA  Web ID: Paypalsi66 | 11.99 |
| 10/09 | Paypal    Inst Xfer 4T4226B32J4Fe  Web ID: Paypalsi66 | 4.95 |
| 10/10 | Golden Rule Ins  Ins. Prem.    PPD ID: 9005900018 | 159.75 |
| 10/11 | Paypal    Inst Xfer 4T4226Bfa65Zj  Web ID: Paypalsi66 | 11.09 |
| 10/11 | Paypal    Inst Xfer 4T4226Bf9Uj6S  Web ID: Paypalsi66 | 4.45 |
| 10/12 | Paypal    Inst Xfer 4T4226Blkddkj  Web ID: Paypalsi66 | 10.00 |
| 10/15 | Paypal    Inst Xfer 4T4226Bq4Fb96  Web ID: Paypalsi66 | 41.20 |

**Total Electronic Withdrawals**     **$6,930.76**

Exhibit B-Respondent's Motion for New Trial        



# CHASE

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/15 | Service Fee | $12.00 |
| | Total Fees & Other Withdrawals | $12.00 |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $229.72. Note: some deposits may be listed on your previous statement)

Stop in today and explore all Chase has to offer.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $26.01 |
| Deposits and Additions | 1,000.00 |
| Electronic Withdrawals | - 900.00 |
| Ending Balance | $126.01 |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $26.01 |
| 09/19 | Online Transfer From Chk ...4965 Transaction#: 2872262422 | 1,000.00 | 1,026.01 |
| 09/24 | 09/22 Online Transfer To Chk ...4965 Transaction#: 2877314240 | - 900.00 | 126.01 |
| | Ending Balance | | $126.01 |

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 16, 2012 through November 15, 2012
Primary Account: **000301104984965**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



||..ol|ol.o.|.o|..o|||||......|ol.o.o.|||.o|lo|ol.o.o.o.o.||lo|lol.o.|.o.|l||

00010415 DRI 201 141 32112 YNNNNNNYNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

You will see more information about your ATM deposits on your account statement.

Tracking your ATM deposits will be even easier beginning November 12, 2012. In the Deposits and Additions section of your statement, you will see the date you made your deposit (in addition to the date we posted it to your account), the street address of the ATM, and the last four digits of the card number for each ATM deposit. You will see these changes on all ATM deposits that post to your account on and after November 12. Please note that any ATM deposit transactions that post to your account before November 12, 2012 will not show this additional information and will not be included in the ATM & Debit Card Summary section at the end of your statement.

If you have questions, please call us at the number on this statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,042.35 | $1,018.16 |
| Chase Money Market Savings | 000301104984901 | 126.01 | 126.01 |
| Total | | $1,168.36 | $1,144.17 |
| **TOTAL ASSETS** | | $1,168.36 | $1,144.17 |

**All Summary Balances** shown are as of November 15, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial

**CHASE**

# CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $1,042.35 |
| Deposits and Additions | 13,200.76 |
| Checks Paid | - 10.00 |
| ATM & Debit Card Withdrawals | - 527.50 |
| Electronic Withdrawals | - 12,687.45 |
| Ending Balance | $1,018.16 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.31 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION |  | AMOUNT |
| --- | --- | --- | --- |
| 10/19 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | $12,743.94 |
| 10/22 | Paypal      Transfer | PPD ID: Paypalsd11 | 94.51 |
| 11/02 | Remote Online Deposit        1 | | 362.29 |
| 11/15 | Interest Payment | | 0.02 |
| **Total Deposits and Additions** | | | **$13,200.76** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
| --- | --- | --- | --- |
| 753   ^ | | 11/13 | $10.00 |
| **Total Checks Paid** | | | **$10.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial





## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | Card Purchase W/Cash   10/17 Usps 4853960493/5014 G Lubbock TX Card 6005 Purchase $27.83 Cash Back $479.00 | $506.83 |
| 10/18 | Card Purchase      10/18 Internet Tele Provide 212-413-7077 NY Card 6005 | 15.07 ¢ |
| 10/22 | Card Purchase With Pin  10/19 Pilot #0367 Cado Mills TX Card 6005 | 5.60 |
| | **Total ATM & Debit Card Withdrawals** | **$527.50** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22 | Citi Card Online Payment   120885041577573 Web ID: Citictp | $5,000.00 |
| 10/24 | 10/24 Online Payment 2928319138 To Citibank Credit Card | 600.00 |
| 10/24 | Chase        Epay    1429318316     Web ID: 5760039224 | 700.00 |
| 10/25 | Citi Card Online Payment   120889432067180 Web ID: Citictp | 5,000.00 |
| 10/26 | 10/26 Online Payment 2880340881 To Leslie Hoskins | 1,150.00 |
| 10/29 | American Express ACH Pmt   A9166      Web ID: 9493560001 | 5.00 |
| 10/31 | Paypal       Inst Xfer  4T4226Dkl5C5N  Web ID: Paypalsi66 | 10.00 |
| 11/05 | Paypal       Inst Xfer  4T4226Dvqqpv4  Web ID: Paypalsi66 | 33.20 |
| 11/06 | Culligan of Lubb 1211050943       PPD ID: 5330903620 | 29.50 ¢ |
| 11/13 | Golden Rule Ins  Ins. Prem.       PPD ID: 9005900018 | 159.75 |
| | **Total Electronic Withdrawals** | **$12,687.45** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $12,838.45. Note: some deposits may be listed on your previous statement)

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |
|---|---|---|

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $126.01 |
| Ending Balance | $126.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

ACCOUNT # 000301104984965

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

004580487135 NOV 13 #0000000753 $10.00

Exhibit B-Respondent's Motion for New Trial

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

**231-538847-13**

November 16, 2012 through December 14, 2012
Primary Account: **000301104984965**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
00010328 DRI 201 14135012 NNNNNNNYNYN P 1 000000000 10 0000
DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,018.16 | $1,624.15 |
| Chase Money Market Savings | 000301104984901 | 126.01 | 126.01 |
| Total | | $1,144.17 | $1,750.16 |

### TOTAL ASSETS

| | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|
| | $1,144.17 | $1,750.16 |

All Summary Balances shown are as of December 14, 2012 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
| --- | --- |
| Beginning Balance | $1,018.16 |
| Deposits and Additions | 2,429.68 |
| Checks Paid | - 200.00 |
| ATM & Debit Card Withdrawals | - 95.48 |
| Electronic Withdrawals | - 1,516.21 |
| Fees and Other Withdrawals | - 12.00 |
| Ending Balance | $1,624.15 |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.31 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 11/19 | Paypal      Transfer | PPD ID: Paypalsd11 | $238.07 |
| 11/21 | Remote Online Deposit | 1 | 1,000.00 |
| 11/26 | Remote Online Deposit | 1 | 1,000.00 |
| 11/29 | Paypal      Transfer | PPD ID: Paypalsd11 | 191.61 |
| **Total Deposits and Additions** | | | **$2,429.68** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
| --- | --- | --- | --- |
| 752  ^ | | 12/12 | $200.00 |
| **Total Checks Paid** | | | **$200.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial





## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/19 | Card Purchase | 11/17 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 12/06 | Card Purchase | 12/05 Abuelos Lubbock Lubbock TX Card 6005 | 30.06 |
| 12/07 | Card Purchase | 12/05 Ice Cream Shoppe Lubbock TX Card 6005 | 7.56 |
| 12/13 | Card Purchase | 12/11 Gardskis Lubbock TX Card 6005 | 42.79 |
| **Total ATM & Debit Card Withdrawals** | | | **$95.48** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/20 | Paypal | Inst Xfer 4T4226Fhmdjf2 Web ID: Paypalsi66 | $70.00 |
| 11/20 | Paypal | Inst Xfer 4T4226Fhivb8N Web ID: Paypalsi66 | 52.00 |
| 11/23 | 11/23 Online Payment 2931311450 To Leslie Hoskins | | 1,150.00 |
| 11/28 | American Express ACH Pmt A7518 Web ID: 9493560001 | | 5.00 |
| 11/29 | Paypal | Inst Xfer 4T4226Gp2Q73C Web ID: Paypalsi66 | 49.96 |
| 12/06 | Culligan of Lubb 1212050931 PPD ID: 5330903620 | | 29.50 |
| 12/10 | Golden Rule Ins Ins. Prem. PPD ID: 9005900018 | | 159.75 |
| **Total Electronic Withdrawals** | | | **$1,516.21** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/14 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $429.68. Note: some deposits may be listed on your previous statement)

Stop in today and explore all Chase has to offer.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| Total Refunds for Overdraft or Returned Item Fees Identified above: | $.00 | $34.00 |

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $126.01 |
| Ending Balance | $126.01 |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

009590298331 DEC 12 #0000000752 $200.00

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 15, 2012 through January 15, 2013
Primary Account: **000301104984965**



||..||.|..|.|..|..|||....|.|..|.|..||.||.|.|..||.|.|.||.|.||

00010434 DRI 201 14101613 YNNNNNNYNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## IMPORTANT UPDATES TO THE DEPOSIT ACCOUNT AGREEMENT

We will be making the following changes to the Deposit Account Agreement for Chase
checking and savings accounts, effective March 24, 2013.

We have:
- Added the following language to the Important Definitions section: Debit card
  transaction: Includes any purchase from a merchant using your ATM card or debit card.
- Modified the agreement to clarify that we will only send one copy of any notice
  relating to your account, even if the account has more than one owner.
- Revised our Funds Availability Policy. Under Longer Delays May Apply, we describe
  circumstances where funds may not be available until the seventh business day after the
  day of deposit. We are deleting the sentence saying that the first $200 from your
  deposit will be available on the next business day, so if we delay availability in
  those cases the delay may apply to the full amount of the deposit.

All other terms of your account agreement remain the same. If you have questions about
the changes, please call us at the number on this statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,624.15 | $9,540.19 |
| Chase Money Market Savings | 000301104984901 | 126.01 | 5,276.06 |
| Total | | $1,750.16 | $14,816.25 |

| | | | |
|---|---|---|---|
| TOTAL ASSETS | | $1,750.16 | $14,816.25 |

**All Summary Balances** shown are as of January 15, 2013 unless otherwise stated. For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for
annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness
or accuracy.

Exhibit B-Respondent's Motion for New Trial

# CHASE

## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $1,624.15 |
| Deposits and Additions | 39,034.84 |
| Checks Paid | - 25.00 |
| ATM & Debit Card Withdrawals | - 21.55 |
| Electronic Withdrawals | - 28,072.25 |
| Fees and Other Withdrawals | - 3,000.00 |
| Ending Balance | $9,540.19 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.04 |
| Interest Paid Year-to-Date | $0.04 |

Interest paid in 2012 for account 000301104984965 was $0.31.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/02 | Deposit    392559233 | | $10,000.00 |
| 01/07 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | 13,384.45 |
| 01/08 | ATM Cash Deposit    01/07 Card 6005 | | 2,800.00 |
| 01/11 | Online Transfer From  Mma ...4901 Transaction#: 3058560971 | | 10,000.00 |
| 01/14 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | 2,850.35 |
| 01/15 | Interest Payment | | 0.04 |
| **Total Deposits and Additions** | | | **$39,034.84** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 778 ^ | | 01/15 | $25.00 |
| **Total Checks Paid** | | | **$25.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/17 | Card Purchase | 12/17 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 12/19 | Card Purchase | 12/17 Sally Beauty #1700 Dallas TX Card 6005 | 6.48 |
| **Total ATM & Debit Card Withdrawals** | | | **$21.55** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/24 | 12/24 Online Payment 2976277386 To Leslie Hoskins | $1,150.00 |
| 12/31 | American Express ACH Pmt  A3070     Web ID: 9493560001 | 5.00 |
| 01/07 | 01/05 Online Transfer To  Mma ...4901 Transaction#: 3048388235 | 15,000.00 |
| 01/07 | 01/07 Payment To Chase Card Ending IN 7512 | 528.00 |
| 01/07 | 01/07 Online Payment 3051254984 To Citibank Credit Card | 700.00 |
| 01/09 | Culligan of Lubb 1301071110     PPD ID: 5330903620 | 29.50 |
| 01/10 | Paypal       Inst Xfer  4T4226Mmg8Cjy   Web ID: Paypalsi66 | 190.00 |
| 01/10 | Golden Rule Ins  Ins. Prem.     PPD ID: 9005900018 | 159.75 |
| 01/14 | Citi Card Online Payment   130957773899812 Web ID: Citictp | 10,000.00 |
| 01/14 | Paypal       Inst Xfer  4T4226Mscgmhy   Web ID: Paypalsi66 | 310.00 |
| **Total Electronic Withdrawals** | | **$28,072.25** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/07 | 01/05 Withdrawal | $3,000.00 |
| **Total Fees & Other Withdrawals** | | **$3,000.00** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $16,234.80. Note: some deposits may be listed on your previous statement)

Exhibit B-Respondent's Motion for New Trial

 CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $126.01 |
| Deposits and Additions | 15,150.05 |
| Electronic Withdrawals | - 10,000.00 |
| Ending Balance | $5,276.06 |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.05 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $126.01 |
| 01/07 | Online Transfer From Chk ...4965 Transaction#: 3048388235 | 15,000.00 | 15,126.01 |
| 01/11 | 01/11 Online Transfer To Chk ...4965 Transaction#: 3058560971 | - 10,000.00 | 5,126.01 |
| 01/15 | Remote Online Deposit          1 | 150.00 | 5,276.01 |
| 01/15 | Interest Payment | 0.05 | 5,276.06 |
| | Ending Balance | | $5,276.06 |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial

 CHASE

**IMALES** _____ ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



007290646244 JAN 15 #0000000778 $25.00



001280508433 JAN 07 #0000000000 $3,000.00



Exhibit B-Respondent's Motion for New Trial                    Page 122 of 269

 CHASE

## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance: $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | | |

Step 2 Total:  $_____

Step 3 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  JPMorgan Chase Bank, N.A. Member FDIC

Exhibit B-Respondent's Motion for New Trial

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

January 16, 2013 through February 14, 2013
Primary Account: **000301104984965**



||...||.|...|.|...|||....|.|...||.||.|.|...||.|.|..|.||

00010284 DRI 201 141 04613 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $9,540.19 | $4,406.37 |
| Chase Money Market Savings | 000301104984901 | 5,276.06 | 6,401.15 |
| **Total** | | **$14,816.25** | **$10,807.52** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$14,816.25** | **$10,807.52** |

**All Summary Balances** shown are as of February 14, 2013 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial


## CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$9,540.19** |
| Deposits and Additions | 349.28 |
| Checks Paid | - 370.00 |
| ATM & Debit Card Withdrawals | - 147.85 |
| Electronic Withdrawals | - 1,965.25 |
| Fees and Other Withdrawals | - 3,000.00 |
| **Ending Balance** | **$4,406.37** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.09 |

Interest paid in 2012 for account 000301104984965 was $0.31.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/14 | Paypal Transfer | PPD ID: Paypalsd11 | $319.23 |
| 02/14 | Texas Tech Unive SBS Rfnd | PPD ID: 3756002622 | 30.00 |
| 02/14 | Interest Payment | | 0.05 |
| **Total Deposits and Additions** | | | **$349.28** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 757 ^ | | 02/05 | $370.00 |
| **Total Checks Paid** | | | **$370.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

Exhibit B-Respondent's Motion for New Trial




## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/16 | Card Purchase      01/16 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 01/30 | Card Purchase W/Cash    01/30 Usps 4853960493/5014 G Lubbock TX Card 6005 Purchase $28.16 Cash Back $100.00 | 128.16 |
| 02/04 | Card Purchase With Pin  02/02 Exxonmobil POS Log Cabi TX Card 6005 | 4.62 |
| **Total ATM & Debit Card Withdrawals** | | **$147.85** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/16 | Paypal        Inst Xfer  4T4226N8Dujre   Web ID: Paypalsi66 | $221.00 |
| 01/25 | 01/25 Online Payment 3027891338 To Leslie Hoskins | 1,150.00 |
| 01/29 | American Express ACH Pmt    A2360        Web ID: 9493560001 | 5.00 |
| 02/06 | Culligan of Lubb 1302050918        PPD ID: 5330903620 | 29.50 |
| 02/08 | 02/08 Online Payment 3106480707 To Citibank Credit Card | 200.00 |
| 02/08 | 02/08 Payment To Chase Card Ending IN 7512 | 200.00 |
| 02/11 | Golden Rule Ins  Ins. Prem.        PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | **$1,965.25** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/31 | 01/31 Withdrawal | $3,000.00 |
| **Total Fees & Other Withdrawals** | | **$3,000.00** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account.  You can continue to avoid this fee by having direct deposits totaling  $500.00 or more during your statement period.
(Your total direct deposits this period were  $3,199.58. Note: some deposits may be listed on your previous statement)


## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY                                    Account Number: 000301104984901

## SAVINGS SUMMARY

|                                          | AMOUNT     |
|------------------------------------------|-----------:|
| **Beginning Balance**                    | **$5,276.06** |
| Deposits and Additions                   | 1,125.09   |
| **Ending Balance**                       | **$6,401.15** |
| Annual Percentage Yield Earned This Period | 0.02%    |
| Interest Earned This Period              | $0.09      |
| Interest Paid Year-to-Date               | $0.14      |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE  | DESCRIPTION              |   | AMOUNT | BALANCE   |
|-------|-------------------------|---|-------:|----------:|
|       | **Beginning Balance**   |   |        | **$5,276.06** |
| 01/17 | Remote Online Deposit   | 1 | 75.00  | 5,351.06  |
| 01/30 | Remote Online Deposit   | 1 | 700.00 | 6,051.06  |
| 02/13 | Remote Online Deposit   | 1 | 350.00 | 6,401.06  |
| 02/14 | Interest Payment        |   | 0.09   | 6,401.15  |
|       | **Ending Balance**      |   |        | **$6,401.15** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



009870489859 FEB 05 #0000000757 $370.00        008870568035 JAN 31 #0000000000 $3,000.00



# CHASE 🔾

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

231-538847-13

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
00010094 DRI 201 14107413 NNNNNNNNNNN  P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $4,406.37 | $3,932.43 |
| Chase Money Market Savings | 000301104984901 | 6,401.15 | 6,401.25 |
| **Total** | | **$10,807.52** | **$10,333.68** |
| **TOTAL ASSETS** | | **$10,807.52** | **$10,333.68** |

**All Summary Balances** shown are as of March 14, 2013 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial


## CHASE WORKPLACE CHECKING

DONALD J MCCOY     Account Number: 000301104984965

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,406.37** |
| Deposits and Additions | 5,500.02 |
| Checks Paid | - 3,018.25 |
| ATM & Debit Card Withdrawals | - 1,221.31 |
| Electronic Withdrawals | - 1,722.40 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$3,932.43** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.02 |
| Interest Paid Year-to-Date | $0.11 |

Interest paid in 2012 for account 000301104984965 was $0.31.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Online Transfer From Mma ...4901 Transaction#: 3141455832 | $1,000.00 |
| 03/08 | Deposit 467880776 | 4,500.00 |
| 03/14 | Interest Payment | 0.02 |
| **Total Deposits and Additions** | | **$5,500.02** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 756 ^ | | 02/27 | $1,918.25 |
| 758 * ^ | | 02/26 | 250.00 |
| 759 ^ | | 03/01 | 850.00 |
| **Total Checks Paid** | | | **$3,018.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.





# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/15 | Card Purchase        02/15 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 02/21 | Card Purchase With Pin  02/21 Usps 4853960493/5014 G Lubbock TX Card 6005 | 21.79 |
| 02/22 | Card Purchase W/Cash    02/22 The Home Depot 505 Lubbock TX Card 6005 Purchase $6.28 Cash Back $40.00 | 46.28 |
| 02/25 | Card Purchase With Pin  02/23 Academy Ltd Lubbock TX Card 6005 | 167.76 |
| 02/25 | Card Purchase        02/23 Samsclub #8270 Lubbock TX Card 6005 | 143.01 |
| 02/25 | Card Purchase With Pin  02/24 Cvs 07277 07277--3402 Lubbock TX Card 6005 | 3.49 |
| 02/27 | Card Purchase        02/25 Huntemup.Com Lake IN The H IL Card 6005 | 25.04 |
| 02/27 | Card Purchase        02/27 Gun Dog Supply 662-324-2410 MS Card 6005 | 59.73 |
| 03/04 | Card Purchase With Pin  03/03 Petsmart Inc 188 Lubbock TX Card 6005 | 43.28 |
| 03/11 | ATM Withdrawal       03/11 240 Royal St New Orleans LA Card 6005 | 500.00 |
| 03/12 | Card Purchase        03/10 Galatoires Restaurant New Orleans LA Card 6005 | 146.61 |
| 03/13 | Card Purchase        03/11 Keep IN Touch New Orleans LA Card 6005 | 27.25 |
| 03/14 | Card Purchase        03/12 Port of Call New Orleans LA Card 6005 | 22.00 |
| **Total ATM & Debit Card Withdrawals** | | **$1,221.31** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/22 | 02/22 Online Payment 3079961963 To Leslie Hoskins | $1,150.00 |
| 02/25 | Paypal        Inst Xfer  4T4226Sqh2Jhc   Web ID: Paypalsi66 | 26.92 |
| 02/25 | Paypal        Inst Xfer  4T4226Squed48   Web ID: Paypalsi66 | 24.95 |
| 02/25 | Paypal        Inst Xfer  4T4226Sqr6Gwq   Web ID: Paypalsi66 | 24.11 |
| 02/26 | Paypal        Inst Xfer  4T4226Sue574J   Web ID: Paypalsi66 | 143.70 |
| 02/26 | Paypal        Inst Xfer  4T4226Suutkul   Web ID: Paypalsi66 | 8.94 |
| 02/26 | American Express ACH Pmt    A2756        Web ID: 9493560001 | 5.00 |
| 02/27 | Paypal        Inst Xfer  4T4226Szg9Uxy   Web ID: Paypalsi66 | 69.99 |
| 03/01 | Paypal        Inst Xfer  4T4226T95MT2G   Web ID: Paypalsi66 | 24.99 |
| 03/01 | Paypal        Inst Xfer  4T4226T94Rxjy   Web ID: Paypalsi66 | 22.95 |
| 03/01 | Paypal        Inst Xfer  4T4226T96U39A   Web ID: Paypalsi66 | 11.97 |
| 03/01 | Paypal        Inst Xfer  4T4226T96U4Yn   Web ID: Paypalsi66 | 9.99 |
| 03/01 | Paypal        Inst Xfer  4T4226T94Rvss   Web ID: Paypalsi66 | 5.89 |
| 03/01 | Paypal        Inst Xfer  4T4226T96U6Ps   Web ID: Paypalsi66 | 3.75 |
| 03/06 | Culligan of Lubb 1303050958        PPD ID: 5330903620 | 29.50 |
| 03/11 | Golden Rule Ins  Ins. Prem.        PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | **$1,722.40** |

# FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/14 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

Exhibit B-Respondent's Motion for New Trial


**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $349.23. Note: some deposits may be listed on your previous statement)

**Stop in today and explore all Chase has to offer.**

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,401.15** |
| Deposits and Additions | 1,000.10 |
| Electronic Withdrawals | - 1,000.00 |
| **Ending Balance** | **$6,401.25** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.10 |
| Interest Paid Year-to-Date | $0.24 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$6,401.15** |
| 02/25 | Remote Online Deposit          1 | **1,000.00** | 7,401.15 |
| 03/01 | 03/01 Online Transfer To Chk ...4965 Transaction#: 3141455832 | - 1,000.00 | 6,401.15 |
| 03/14 | Interest Payment | **0.10** | 6,401.25 |
|  | **Ending Balance** |  | **$6,401.25** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

Exhibit B-Respondent's Motion for New Trial



**IMAGES**

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



006080197640 FEB 27 #0000000756 $1,918.25

009490801995 FEB 26 #0000000758 $250.00

005980084819 MAR 01 #0000000759 $850.00


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  **Write in the Ending Balance shown on this statement:**    Step 1 Balance:  $_____

2.  **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:  $_____

3.  **Add Step 2 Total to Step 1 Balance.**    Step 3 Total:  $_____

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:  -$_____

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
*   Your name and account number
*   The dollar amount of the suspected error
*   A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING LENDER    **JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE** ❖

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

231-538847-13

March 15, 2013 through April 12, 2013
Primary Account: **000301104984965**



‖₋₋‖ₗ‖₋₋ₗₗₗₗₗₗ₋₋‖‖‖ₗₗₗₗₗₗₗₗ₋₋‖ₗₗ‖₋ₗₗ₋₋₋‖ₗₗ‖ₗ₋‖‖‖

00010080 DRI 201 141 10313 NNNNNNNYYNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

We have reduced our Legal Processing Fee.

On March 24, 2013, we reduced the Legal Processing Fee to a maximum of $75 per order. This fee is assessed for the processing of any garnishment, tax levy, or other court or administrative order against an account. This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,932.43 | $1,292.89 |
| Chase Money Market Savings | 000301104984901 | 6,401.25 | 6,101.36 |
| **Total** | | **$10,333.68** | **$7,394.25** |
| **TOTAL ASSETS** | | **$10,333.68** | **$7,394.25** |

**All Summary Balances** shown are as of April 12, 2013 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


| CHASE WORKPLACE CHECKING | |
|---|---|

DONALD J MCCOY                                Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$3,932.43** |
| Deposits and Additions | 4,000.00 |
| Checks Paid | - 200.00 |
| ATM & Debit Card Withdrawals | - 489.69 |
| Electronic Withdrawals | - 5,937.85 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$1,292.89** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.11 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | Online Transfer From Mma ...4901 Transaction#: 3184482994 | $3,000.00 |
| 04/03 | Remote Online Deposit      1 | 1,000.00 |
| **Total Deposits and Additions** | | **$4,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 809  ^ | | 03/27 | $200.00 |
| **Total Checks Paid** | | | **$200.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 03/15 | Card Purchase | 03/13 Oceana Grill New Orleans LA Card 6005 | $65.00 | |
| 03/15 | Card Purchase | 03/13 Pat Obriens Bar New Orleans LA Card 6005 | 109.00 | |
| 03/15 | Card Purchase | 03/13 Irene's Cuisine New Orleans LA Card 6005 | 129.10 | |
| 03/15 | Card Purchase With Pin  03/15 Usps 4853960493/5014 G Lubbock TX Card 6005 | | 18.60 | |
| 03/15 | Card Purchase With Pin  03/15 The Home Depot #6827 Lubbock TX Card 6005 | | 19.15 | |
| 03/18 | Card Purchase | 03/15 Samsclub 8270 Gas Lubbock TX Card 6005 | 35.43 | |
| 03/18 | Card Purchase | 03/17 Internet Tele Provide 212-413-7077 NY Card 6005 | 15.07 | |



# ATM & DEBIT CARD WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|-------:|
| 03/21 | Card Purchase | 03/19 Cvs Pharmacy #8343 Q03 Lubbock TX Card 6005 | 15.00 |
| 03/25 | Card Purchase | 03/21 Domino's 6870 806-698-8801 TX Card 6005 | 17.05 |
| 03/29 | Card Purchase With Pin | 03/29 Cvs 08343 08343--3801 Lubock TX Card 6005 | 20.29 |
| 04/01 | Card Purchase | 03/29 Taco Bell #2427 Lubbock TX Card 6005 | 10.26 |
| 04/05 | Card Purchase | 04/04 Market Street Fuel Lubbock TX Card 6005 | 35.74 |
| **Total ATM & Debit Card Withdrawals** | | | **$489.69** |



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/18 | 03/16 Online Transfer To Mma ...4901 Transaction#: 3169296315 | $2,000.00 |
| 03/18 | Paypal       Inst Xfer  4T4226V57C2Vq   Web ID: Paypalsi66 | 44.90 |
| 03/18 | Paypal       Inst Xfer  4T4226V4Qtwql   Web ID: Paypalsi66 | 30.92 |
| 03/18 | Paypal       Inst Xfer  4T4226V57Bzvy   Web ID: Paypalsi66 | 15.47 |
| 03/18 | Olivier Campeau  lat Paypal 4T4226V2Cuum6   Web ID: 770510487C | 4.66 |
| 03/26 | 03/26 Online Payment 3184485126 To Leslie Hoskins | 1,150.00 |
| 03/26 | 03/26 Online Payment 3128213582 To Leslie Hoskins | 1,150.00 |
| 03/26 | Citi Payment     Online Pmt 201020828695554 Web ID: Citiorcibs | 1,000.00 |
| 03/29 | American Express ACH Pmt    A8396        Web ID: 9493560001 | 5.50 |
| 04/03 | Paypal       Inst Xfer  4T4226Wrzefxu   Web ID: Paypalsi66 | 73.47 |
| 04/05 | Paypal       Inst Xfer  4T4226X4Sgkhy   Web ID: Paypalsi66 | 40.00 |
| 04/05 | Paypal       Inst Xfer  4T4226X35M3Tc   Web ID: Paypalsi66 | 39.50 |
| 04/08 | Paypal       Inst Xfer  4T4226X9T6Q8W   Web ID: Paypalsi66 | 126.23 |
| 04/08 | Paypal       Inst Xfer  4T4226X6Zwmr4   Web ID: Paypalsi66 | 67.95 |
| 04/08 | Culligan of Lubb 1304051121         PPD ID: 5330903620 | 29.50 |
| 04/10 | Golden Rule Ins  Ins. Prem.       PPD ID: 9005900018 | 159.75 |
| **Total Electronic Withdrawals** | | **$5,937.85** |

# FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/12 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

_One of our bankers can help you set up direct deposit in just a few minutes._

**Stop in today and explore all Chase has to offer.**

Exhibit B-Respondent's Motion for New Trial



# CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,401.25** |
| Deposits and Additions | 2,700.11 |
| Electronic Withdrawals | - 3,000.00 |
| **Ending Balance** | **$6,101.36** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.11 |
| Interest Paid Year-to-Date | $0.35 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$6,401.25** |
| 03/18 | Remote Online Deposit          1 | **700.00** | 7,101.25 |
| 03/18 | Online Transfer From Chk ...4965 Transaction#: 3169296315 | **2,000.00** | 9,101.25 |
| 03/26 | 03/26 Online Transfer To Chk ...4965 Transaction#: 3184482994 | - 3,000.00 | 6,101.25 |
| 04/12 | Interest Payment | **0.11** | 6,101.36 |
|  | **Ending Balance** |  | **$6,101.36** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

 CHASE

231-538847-13

---

## IMAGES

ACCOUNT # 000301104984965

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.







003170994062 MAR 27 #0000000809 $200.00

---


## IMPORTANT INFORMATION FOR CONSUMERS ABOUT YOUR
## PERSONAL CHASE CHECKING ACCOUNT

### WHAT YOU NEED TO KNOW ABOUT OVERDRAFTS AND OVERDRAFT FEES

An <u>overdraft</u> occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have <u>standard overdraft practices</u> that come with your account.
2. We also offer <u>overdraft protection plans</u>, such as a link to a savings or credit card account, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

This notice explains our <u>standard overdraft practices</u>.

### What are the <u>standard overdraft practices</u> that come with my account?

We <u>do</u> authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Recurring debit card transactions

We <u>do not</u> authorize and pay overdrafts for the following type of transaction unless you ask us to:
- Everyday debit card transactions

We pay overdrafts at our discretion, which means <u>we do not guarantee</u> that we will always authorize and pay any type of transaction.

If we do <u>not</u> authorize and pay an overdraft, your transaction will be declined.

### What fees will I be charged if Chase pays my overdraft?

Under our standard overdraft practices:
- We will charge you a fee of $34 each time we pay an overdraft.
- Also, each time your account is overdrawn for 5 consecutive business days, we will charge you an additional $15.
- There is a 3 per day limit on the above $34 fee we can charge you for overdrawing your account.



April 13, 2013 through May 14, 2013
Primary Account: **000301104984965**

| | |
|---|---|
| **CHASE WORKPLACE CHECKING** | |

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,292.89** |
| Deposits and Additions | 2,003.87 |
| Checks Paid | - 1,000.00 |
| ATM & Debit Card Withdrawals | - 420.10 |
| Electronic Withdrawals | - 282.96 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$1,581.70** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.11 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/26 | Online Transfer From Mma ...4901 Transaction#: 3238726140 | $2,000.00 |
| 05/08 | Overdraft Fee Legal Settlement Credit 1-877-552-1296 | 3.87 |
| **Total Deposits and Additions** | | **$2,003.87** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 780 ^ | | 04/29 | $1,000.00 |
| **Total Checks Paid** | | | **$1,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/15 | Card Purchase With Pin 04/13 Petsmart Inc 188 Lubbock TX Card 6005 | $143.92 |
| 04/16 | Card Purchase 04/16 Internet Tele Provide 212-413-7077 NY Card 6005 | 15.07 |
| 04/29 | Card Purchase 04/26 Lubbock Shooters Group Lubbock TX Card 6005 | 25.00 |
| 04/30 | Card Purchase 04/28 Stellas Deli Lubbock TX Card 6005 | 48.06 |
| 05/08 | Card Purchase W/Cash 05/08 Market Street #502 Lubbock TX Card 6005 Purchase $24.54 Cash Back $50.00 | 74.54 |

Exhibit B-Respondent's Motion for New Trial



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 13, 2013 through May 14, 2013
Primary Account: **000301104984965**

‖ııı‖ı‖ııı‖ı‖ıııı‖‖‖ıııı‖ı‖ıı‖ı‖‖ı‖ı‖ıııı‖ı‖ı‖ı‖‖

00010117 DRI 201 141 13513 NNNNNNYNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## Overdraft Fee Legal Settlement

Your checking account will show an "Overdraft Fee Legal Settlement Credit" on or before May 18, 2013. This is your share of the settlement of which you were notified last year and that we agreed to pay as part of checking account overdraft litigation. For more information, please visit **chaseoverdraftsettlement.com** or contact the Settlement Administrator at 1-877-552-1296.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,292.89 | $1,581.70 |
| Chase Money Market Savings | 000301104984901 | 6,101.36 | 4,101.44 |
| **Total** | | **$7,394.25** | **$5,683.14** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$7,394.25** | **$5,683.14** |

**All Summary Balances** shown are as of May 14, 2013 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial


## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/08 | Card Purchase W/Cash   05/08 Market Street #502 Lubbock TX Card 6005 Purchase $13.61 Cash Back $50.00 | 63.61 |
| 05/09 | Card Purchase      05/08 Market Street Fuel Lubbock TX Card 6005 | 49.90 |
| | **Total ATM & Debit Card Withdrawals** | **$420.10** |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/15 | Paypal       Inst Xfer  4T4226Xygq4Cn   Web ID: Paypalsi66 | $13.04 |
| 04/18 | Paypal       Inst Xfer  J22222226Zxbq   Web ID: Paypalsi66 | 17.90 |
| 04/22 | Paypal       Inst Xfer  4T4226Yqbqm76   Web ID: Paypalsi66 | 26.30 |
| 04/25 | Cab Internationa lat Paypal 4T4226Z4L6A4C   Web ID: 770510487C | 23.48 |
| 04/29 | American Express ACH Pmt   A7204       Web ID: 9493560001 | 5.50 |
| 05/06 | Paypal       Inst Xfer  4T4227235Ztpu   Web ID: Paypalsi66 | 7.49 |
| 05/07 | Culligan of Lubb 1305060949       PPD ID: 5330903620 | 29.50 |
| 05/10 | Golden Rule Ins  Ins. Prem.       PPD ID: 9005900018 | 159.75 |
| | **Total Electronic Withdrawals** | **$282.96** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/14 | Service Fee | $12.00 |
| | **Total Fees & Other Withdrawals** | **$12.00** |

### WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

**Stop in today and explore all Chase has to offer.**


## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$6,101.36** |
| Deposits and Additions | 0.08 |
| Electronic Withdrawals | - 2,000.00 |
| **Ending Balance** | **$4,101.44** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.08 |
| Interest Paid Year-to-Date | $0.43 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$6,101.36** |
| 04/26 | 04/26 Online Transfer To Chk ...4965 Transaction#: 3238726140 | - 2,000.00 | 4,101.36 |
| 05/14 | Interest Payment | **0.08** | 4,101.44 |
| | **Ending Balance** | | **$4,101.44** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



003280770041 APR 29 #0000000780 $1,000.00

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

231-538847-13

Primary Account: **000301104984965**

||...||.|...|.|...|||...|.|...||.||.|.|...||.|.|.|.||

00010012 DRI 201 141 16613 NNNNNNYNYNN  P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138



## CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,581.70 | $1,112.50 |
| Chase Money Market Savings | 000301104984901 | 4,101.44 | 2,101.47 |
| **Total** | | **$5,683.14** | **$3,213.97** |
| **TOTAL ASSETS** | | **$5,683.14** | **$3,213.97** |

**All Summary Balances** shown are as of June 14, 2013 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                    Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,581.70** |
| Deposits and Additions | 4,000.00 |
| Checks Paid | - 600.00 |
| ATM & Debit Card Withdrawals | - 2,110.51 |
| Electronic Withdrawals | - 1,746.69 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$1,112.50** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.11 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/21 | Online Transfer From Mma ...4901 Transaction#: 3281698614 | $3,000.00 |
| 06/10 | Remote Online Deposit          1 | 1,000.00 |
| **Total Deposits and Additions** | | **$4,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 781   ^ |  | 05/17 | $600.00 |
| **Total Checks Paid** | | | **$600.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | Card Purchase          05/16 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 05/20 | Non-Chase ATM Withdraw  05/19 Kroger 4142 Cedar Spri Dallas TX Card 6005 | 163.50 |
| 05/22 | Card Purchase With Pin  05/22 Petsmart Inc 1232 Dallas TX Card 6005 | 15.67 |
| 05/24 | Card Purchase          05/22 Abrams Royal Animal Cl Dallas TX Card 6005 | 191.50 |
| 05/24 | Card Purchase          05/23 Vudu.Com 04084921010 CA Card 6005 | 3.24 |
| 05/28 | Card Purchase With Pin  05/26 Academy Ltd Dallas TX Card 6005 | 277.46 |
| 06/03 | Card Purchase          06/01 Allsups 61 Post TX Card 6005 | 30.30 |

Exhibit B-Respondent's Motion for New Trial




## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/03 | Card Purchase | 06/01 Dairy Queen #42313 Post TX Card 6005 | 4.74 |
| 06/03 | Card Purchase | 06/02 Lowes #00271* Lubbock TX Card 6005 | 45.35 |
| 06/05 | Card Purchase | 06/04 Sport Clips TX-712 Lubbock TX Card 6005 | 20.00 |
| 06/07 | Card Purchase With Pin | 06/07 Lowe's #271 Lubbock TX Card 6005 | 639.73 |
| 06/10 | Card Purchase | 06/09 Www.Newegg.Com 800-390-1119 CA Card 6005 | 129.99 |
| 06/10 | Card Purchase | 06/09 Examsoft 8664298889 FL Card 6005 | 107.00 |
| 06/13 | Card Purchase | 06/12 Wal-Mart #3826 Lubbock TX Card 6005 | 30.87 |
| 06/14 | Card Purchase | 06/13 Petsmart Inc 1822 Lubbock TX Card 6005 | 73.59 |
| 06/14 | Non-Chase ATM Withdraw | 06/14 3880 Hulen FT Worth TX Card 6005 | 362.50 |
| **Total ATM & Debit Card Withdrawals** | | | **$2,110.51** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/23 | 05/23 Online Payment 3201582074 To Leslie Hoskins | | $1,150.00 |
| 05/29 | American Express ACH Pmt   A6076 | Web ID: 9493560001 | 5.50 |
| 05/30 | 05/30 Online Payment 3295462509 To William C. Jahn | | 369.02 |
| 06/06 | Culligan of Lubb 1306051032 | PPD ID: 5330903620 | 29.50 |
| 06/10 | Golden Rule Ins  Ins. Prem. | PPD ID: 9005900018 | 192.67 |
| **Total Electronic Withdrawals** | | | **$1,746.69** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/14 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

**Stop in today and explore all Chase has to offer.**

# CHASE

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,101.44** |
| Deposits and Additions | 1,000.03 |
| Electronic Withdrawals | - 3,000.00 |
| **Ending Balance** | **$2,101.47** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.46 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$4,101.44** |
| 05/21 | 05/21 Online Transfer To Chk ...4965 Transaction#: 3281698614 | - 3,000.00 | 1,101.44 |
| 06/10 | Remote Online Deposit          1 | **1,000.00** | 2,101.44 |
| 06/14 | Interest Payment | **0.03** | 2,101.47 |
|  | **Ending Balance** |  | **$2,101.47** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



003580619619 MAY 17 #0000000781 $600.00

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 15, 2013 through July 15, 2013

Primary Account: **000301104984965**

‖...‖..‖..‖..‖...‖‖‖...‖.‖..‖..‖.‖‖.‖..‖...‖.‖.‖..‖.‖‖

00009848 DRI 201 141 19713 NNNNNNNNNNN P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## We're clarifying a transaction and fee description

We're clarifying a transaction and fee description that we use on account statements and online activity.
Starting July 22, 2013, if you cash a check and it's returned to us without being paid, we will identify:
- The transaction as **Cashed Check Returned**, and
- The related fee as Cashed Check Returned Fee (not all checking products are charged a fee for this transaction but for those that are, this fee will still be $12).

**This is not a new transaction type or fee** , just a clearer description of this type of account activity. Today, we describe both deposited and cashed items that are returned to us without being paid as Deposited Item Returned. After July 22, we will use this description only for deposited checks that are returned.

All of the terms and conditions of your account remain the same. If you have questions, please call us toll-free at the number on this statement or visit any Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $1,112.50 | $3,124.68 |
| Chase Money Market Savings | 000301104984901 | 2,101.47 | 601.48 |
| **Total** | | **$3,213.97** | **$3,726.16** |
| | | | |
| **TOTAL ASSETS** | | **$3,213.97** | **$3,726.16** |

**All Summary Balances** shown are as of July 15, 2013 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.


## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                         Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,112.50** |
| Deposits and Additions | 5,000.01 |
| ATM & Debit Card Withdrawals | - 1,199.51 |
| Electronic Withdrawals | - 1,776.32 |
| Fees and Other Withdrawals | - 12.00 |
| **Ending Balance** | **$3,124.68** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.12 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | Online Transfer From Mma ...4901 Transaction#: 3329011171 | $1,000.00 |
| 06/27 | Online Transfer From Mma ...4901 Transaction#: 3344188573 | 500.00 |
| 07/08 | Deposit      501635444 | 3,500.00 |
| 07/15 | Interest Payment | 0.01 |
| **Total Deposits and Additions** | | **$5,000.01** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | Card Purchase      06/15 Internet Tele Provide 212-413-7077 NY Card 6005 | $15.07 |
| 06/17 | Card Purchase      06/14 Allsup #105 Cisco TX Card 6005 | 75.00 |
| 06/17 | Card Purchase      06/14 Mattito's Tex-Mex Dallas TX Card 6005 | 35.16 |
| 06/24 | Card Purchase      06/21 Braums #102 Greenville TX Card 6005 | 2.15 |
| 06/24 | Card Purchase W/Cash    06/24 Usps 4853960493/5014 G Lubbock TX Card 6005 Purchase $1.12 Cash Back $50.00 | 51.12 |
| 06/25 | Card Purchase      06/24 Dairy Queen #42313 Post TX Card 6005 | 4.74 |
| 06/28 | Card Purchase W/Cash    06/28 Usps 4853960493/5014 G Lubbock TX Card 6005 Purchase $1.20 Cash Back $500.00 | 501.20 |
| 07/08 | ATM Withdrawal      07/06 10501N Central Expressway Dallas TX Card 6005 | 500.00 |
| 07/15 | Card Purchase      07/15 Internet Tele Provide 212-413-7077 NY Card 6005 | 15.07 |
| **Total ATM & Debit Card Withdrawals** | | **$1,199.51** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/25 | 06/25 Online Payment 3284555136 To Leslie Hoskins | $1,150.00 |
| 06/28 | American Express ACH Pmt   A5142       Web ID: 9493560001 | 5.50 |
| 07/02 | Great Lakes     Student Ln       PPD ID: 1391090394 | 398.65 |
| 07/08 | Culligan of Lubb 1307050959       PPD ID: 5330903620 | 29.50 |
| 07/10 | Golden Rule Ins  Ins. Prem.       PPD ID: 9005900018 | 192.67 |
| **Total Electronic Withdrawals** | | **$1,776.32** |



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/15 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

**Stop in today and explore all Chase has to offer.**

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY

Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$2,101.47** |
| Deposits and Additions | 0.01 |
| Electronic Withdrawals | - 1,500.00 |
| **Ending Balance** | **$601.48** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.47 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.



# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$2,101.47** |
| 06/18 | 06/18 Online Transfer To Chk ...4965 Transaction#: 3329011171 | - 1,000.00 | 1,101.47 |
| 06/27 | 06/27 Online Transfer To Chk ...4965 Transaction#: 3344188573 | - 500.00 | 601.47 |
| 07/15 | Interest Payment | **0.01** | 601.48 |
| | **Ending Balance** | | **$601.48** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.



**CHASE O**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

Il..Il.I..I.I..IlII....I.I...Il.Il.I.I..Il.I.I.I.II

00009795 DRI 201 14122713 NNNNNNNNNNN  P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



We are limiting our Returned Item fees

Good News| We will charge only one Returned Item fee for any payment request
we return unpaid more than once per month, even if the biller submits the same request
multiple times.  This is just one of the ways that we are working to make banking easier
and less expensive for our customers.

We are here to help. If you have any questions, please call us at the number on this
statement or visit your nearest branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $3,124.68 | $2,638.49 |
| Chase Money Market Savings | 000301104984901 | 601.48 | 1,601.51 |
| **Total** | | **$3,726.16** | **$4,240.00** |
| **TOTAL  ASSETS** | | **$3,726.16** | **$4,240.00** |

**All Summary Balances** shown are as of August 14, 2013 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for
annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness
or accuracy.


## CHASE WORKPLACE CHECKING

DONALD J MCCOY                                                Account Number: 000301104984965

## CHECKING SUMMARY

|                                             | AMOUNT      |
| ------------------------------------------- | ----------- |
| **Beginning Balance**                       | **$3,124.68** |
| Deposits and Additions                      | 1,965.52    |
| Checks Paid                                 | - 475.00    |
| ATM & Debit Card Withdrawals                | - 1,000.34  |
| Electronic Withdrawals                      | - 976.37    |
| **Ending Balance**                          | **$2,638.49** |
| Annual Percentage Yield Earned This Period  | 0.01%       |
| Interest Earned This Period                 | $0.03       |
| Interest Paid Year-to-Date                  | $0.15       |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION                |   |                      | AMOUNT      |
| ----- | -------------------------- | - | -------------------- | ----------- |
| 07/16 | Remote Online Deposit      | 1 |                      | $1,200.00   |
| 07/31 | Paypal      Transfer       |   | PPD ID: Paypalsd11   | 765.49      |
| 08/14 | Interest Payment           |   |                      | 0.03        |
| **Total Deposits and Additions** |       |   |          | **$1,965.52** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT    |
| --------- | ----------- | --------- | --------- |
| 782  ^    |             | 07/16     | $475.00   |
| **Total Checks Paid** |  |           | **$475.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE  | DESCRIPTION                                                                          | AMOUNT   |
| ----- | ----------------------------------------------------------------------------------- | -------- |
| 08/06 | Card Purchase With Pin  08/06 U-Haul Moving & 1613 3 Lubbock TX Card 6005            | $74.70   |
| 08/08 | Card Purchase With Pin  08/08 Walgreens 3404 Indiana Lubbock TX Card 6005            | 4.54     |
| 08/09 | Non-Chase ATM Withdraw  08/09 6602 Quaker St Lubbock TX Card 6005                    | 503.00   |
| 08/12 | ATM Withdrawal       08/10 9401 Lyndon B Johnson Fw Dallas TX Card 6005              | 400.00   |
| 08/14 | Card Purchase       08/13 I.T.P 212-413-7077 NY Card 6005                            | 15.07    |





## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Card Purchase  08/13 Usps Change of66100959 Memphis TN Card 6005 | 1.00 |
| 08/14 | Card Purchase  08/14 TX Secretary of State 512-463-5598 TX Card 6005 | 1.00 |
| 08/14 | Card Purchase  08/14 TX Secretary of State 512-463-5598 TX Card 6005 | 1.03 |
| **Total ATM & Debit Card Withdrawals** | | **$1,000.34** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/26 | 07/26 Online Payment 3344197045 To Leslie Hoskins | $371.00 |
| 07/29 | American Express ACH Pmt   A8964        Web ID: 9493560001 | 5.50 |
| 08/02 | Great Lakes    Student Ln       PPD ID: 1391090394 | 398.65 |
| 08/07 | Culligan Water   Culligan       PPD ID: 204517610 | 8.55 |
| 08/12 | Golden Rule Ins  Ins. Prem.     PPD ID: 9005900018 | 192.67 |
| **Total Electronic Withdrawals** | | **$976.37** |

A monthly Service Fee was **not** charged to your Chase Workplace Checking account. You can continue to avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(Your total direct deposits this period were $765.49. Note: some deposits may be listed on your previous statement)

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY                                          Account Number: 000301104984901

### SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$601.48** |
| Deposits and Additions | 1,000.03 |
| **Ending Balance** | **$1,601.51** |
| | |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.50 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.


## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| | **Beginning Balance** | | | **$601.48** |
| 07/16 | Remote Online Deposit | 1 | 1,000.00 | 1,601.48 |
| 08/14 | Interest Payment | | 0.03 | 1,601.51 |
| | **Ending Balance** | | | **$1,601.51** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**

009670775344 JUL 16 #0000000782 $475.00



CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

231-538847-13

Primary Account: **000301104984965**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

00009784 DRI 201 14126013 NNNNNNNYNNN  P 1 000000000 10 0000

DONALD J MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



Deposit Account Agreement Update

We will update Section H in our Deposit Account Agreement titled Closing Your Account.

Effective July 21, 2013. If you have pending transactions on your account, or are overdrawn, we may not immediately close the account. However, if you ask us, we will restrict additional withdrawals from your account, other than the pending transactions. We will not pay any interest on the account after we have restricted your account.

This change will be reflected in your account agreement; all other terms remain the same. If you have questions, please call us at the telephone number listed on this account statement or visit the nearest Chase branch.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Workplace Checking | 000301104984965 | $2,638.49 | $864.83 |
| Chase Money Market Savings | 000301104984901 | 1,601.51 | 1,601.54 |
| **Total** | | **$4,240.00** | **$2,466.37** |
| | | | |
| **TOTAL ASSETS** | | **$4,240.00** | **$2,466.37** |

**All Summary Balances** shown are as of September 16, 2013 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Exhibit B-Respondent's Motion for New Trial



# CHASE WORKPLACE CHECKING

DONALD J MCCOY

Account Number: 000301104984965

## CHECKING SUMMARY

|  | AMOUNT |
| --- | --- |
| **Beginning Balance** | **$2,638.49** |
| Deposits and Additions | 574.52 |
| ATM & Debit Card Withdrawals | - 314.86 |
| Electronic Withdrawals | - 1,021.32 |
| Fees and Other Withdrawals | - 1,012.00 |
| **Ending Balance** | **$864.83** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.16 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/15 | Card Purchase Return   08/15 TX Secretary of State 512-463-5598 TX Card 6005 | $1.00 |
| 09/06 | Deposit     531076089 | 573.51 |
| 09/16 | Interest Payment | 0.01 |
| **Total Deposits and Additions** | | **$574.52** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/20 | Card Purchase          08/19 Macy's East #665 800-289-6229 TX Card 6005 | $18.24 |
| 08/21 | Card Purchase          08/19 Foodscience/MT Natural Essex Jct VT Card 6005 | 68.75 |
| 08/28 | Card Purchase With Pin  08/28 Petsmart Inc 1232 Dallas TX Card 6005 | 86.57 |
| 09/03 | Card Purchase With Pin  08/31 Exxonmobil POS Log Cabi TX Card 6005 | 31.49 |
| 09/03 | Card Purchase With Pin  08/31 Brookshires 20 Malakoff TX Card 6005 | 29.27 |
| 09/03 | Card Purchase          09/02 Sonic #4398 Dallas TX Card 6005 | 4.86 |
| 09/05 | Card Purchase With Pin  09/05 Petsmart Inc 1232 Dallas TX Card 6005 | 60.61 |
| 09/13 | Card Purchase          09/12 I.T.P 212-413-7077 NY Card 6005 | 15.07 |
| **Total ATM & Debit Card Withdrawals** | | **$314.86** |



231-538847-13

## ELECTRONIC WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/29 | American Express ACH Pmt   A9978        Web ID: 9493560001 | $5.00 |
| 09/03 | Great Lakes     Student Ln        PPD ID: 1391090394 | 398.65 |
| 09/10 | Golden Rule Ins  Ins. Prem.        PPD ID: 9005900018 | 192.67 |
| 09/11 | Paypal        Inst Xfer  J222222454Uwg   Web ID: Paypalsi66 | 225.00 |
| 09/13 | Paypal        Inst Xfer  J22222247Twby   Web ID: Paypalsi66 | 200.00 |
| **Total Electronic Withdrawals** | | **$1,021.32** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/06 | 09/06 Withdrawal | $1,000.00 |
| 09/16 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$1,012.00** |

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Workplace Checking account. You can avoid this fee by having direct deposits totaling $500.00 or more during your statement period.
(You did not have a direct deposit this statement period)

*One of our bankers can help you set up direct deposit in just a few minutes.*

**Stop in today and explore all Chase has to offer.**

## CHASE MONEY MARKET SAVINGS

DONALD J MCCOY                                                Account Number: 000301104984901

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| **Beginning Balance** | **$1,601.51** |
| Deposits and Additions | 0.03 |
| **Ending Balance** | **$1,601.54** |

| | |
|---|--------|
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Earned This Period | $0.03 |
| Interest Paid Year-to-Date | $0.53 |

The monthly service fee for this account was waived as an added feature of Chase Workplace Checking account.



# TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1,601.51** |
| 09/16 | Interest Payment | **0.03** | 1,601.54 |
| | **Ending Balance** | | **$1,601.54** |

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Workplace Checking account.

## IMAGES

ACCOUNT # 000301104984965

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**



004590898626 SEP 06 #0000000000 $1,000.00

# Citi®
## Platinum Select® /A*Advantage* Account

Account Activity
Mar 19-Apr 20, 2011

**Minimum Payment Due: New Balance:**
$30,267.02

Minimum Payment Due:
**$1,129.01**

Payment Due Date:
**05/16/2011** Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum Payment | 37 year(s) | $103,145 |
| $1,284 | 3 year(s) | $46,249 (Savings=$56,896) |

For information about credit counseling services, call 1-877-337-8187.

date paid _____ amount paid _____ check # _____

Detach and follow payment instructions on reverse

---

www.citicards.com

**How To Reach Us**
1-888-766-CITI(2484)

Customer Service
BOX 6062
SIOUX FALLS, SD
57117

www.citicards.com

Account Member
DONALD JASON MCCOY

Member Since 1997

Account Number
**** **** **** 1424

American Airlines AAdvantage® Miles

AAdvantage® Miles Reported To American Airlines: **851**

www.aa.com

See The American Airlines AAdvantage® Miles Update Section In This Statement

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $29,688.69 |
| Payments | -$1,100.00 |
| Other Credits | -$0.00 |
| Purchases | +$851.32 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$827.01 |
| New Balance | $30,267.02 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |
| Revolving Credit Limit | $42,200 |
| Avail. Revolving Credit | $11,932 |
| Cash Advance Limit | $21,100 |
| Available Cash Limit | $11,932 |
| Statement Closing Date | 04/20/2011 |
| Days in Billing Cycle | 33 |

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 04/14 | CLICK-TO-PAY PAYMENT, THANK YOU | 300.00 |
| | 04/16 | AUTOPAY 9999900000030747RAUTOPAY AUTO-PMT | 800.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 03/18 | 03/19 | OCEANA GRILL NEW ORLEANS LA | 235.30 |
| 03/19 | 03/19 | APL*ITUNES 866-712-7753 CA | 12.98 |
| 03/19 | 03/19 | ROYAL SONESTA HOTEL NE NEW ORLEANS LA | 1.49 |
| 03/19 | 03/19 | PHONE NUMBER: 5045860300 | .07 |
| | | FOLIO NUMBER: 0000088043 | |
| | | ARRIVE: 03/16/11 DEPART: 03/19/11 | |
| 03/25 | 03/25 | LOWES #00271* LUBBOCK TX | 1.00 |
| 03/25 | 03/25 | SAFECO INSURANCE CO 800-332-3226 WA | 2.98 |
| 04/03 | 04/03 | NF1*WWW.NETFLIX.COM/CC 800585931 CA | 43.72 |
| 04/04 | 04/04 | Amazon Payments 866-749-7545 WA | 148.76 |
| 04/04 | 04/04 | Amazon Payments 866-749-7545 WA | 1.00 |
| 04/04 | 04/04 | PAYPAL *TRUEALKASH 4029357733 CA | |
| 04/05 | 04/05 | ATT*BILL PAYMENT 800-288-2020 TX | |
| 04/06 | 04/06 | LUBBOCK POWER & LIGUIM 8067752509 TX | |
| 04/07 | 04/07 | SNACK SODA VENDING 8668995849 PA | |
| 04/11 | 04/11 | DMB WAREHOUSE 434-984-6850 VA | 35.00 |
| 04/13 | 04/13 | ATMOS ENFRGY 866-405-1926 TX | 56.01 |
| | | SAFECO INSURANCE CO 800 332 3226 WA | 30.08 |

### Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

1 of 2

---

Make check payable to: **Citi Cards**

0546616013924l424 0l12901 3026702 0080000 l404

New Balance:
**$30,267.02**

Minimum Payment Due:
**$1,129.01**

Payment Due Date:
**05/16/2011**

000000 PW 00 A 0
DONALD JASON MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

Print changes of address, phone number or email below.*

* If you provide an email address, we may use it to contact you about your account. We may also use your email address to send you information about products and services you might find useful.

**** **** **** 1424

Amount Enclosed:

Payment must be received by 5:00 PM local time on the payment due date.

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

231-538847-13



## Citi®
## Platinum Select® / A'Advantage® Account

Account Number
**** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062
SIOUX FALLS, SD 57117
Access your account online: www.citicards.com

**American Airlines AAdvantage® Miles Update**
AAdvantage® Miles - Accumulated This Month: 902

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 04/16/2011.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your Statement's Payment Due Date.

### Fees

| | Post | Description | Amount |
|---|---|---|---|
| Sale | 03/18 | MEMBERSHIP FEE MAR 11-FEB 12 | 85.00 |
| | | SEE REVERSE FOR MORE RENEWAL INFORMATION | |
| | | **TOTAL FEES FOR THIS PERIOD** | **85.00** |

### Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| | 03/18 | INTEREST CHARGED TO STANDARD PURCH | 681.85 |
| | | **TOTAL INTEREST FOR THIS PERIOD** | **681.85** |

### 2011 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2011 | $60.00 |
| Total Interest charged in 2011 | $2,066.85 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $29,639.62 (D) | $681.85 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

2 of 2

Citi®

# Platinum Select®/AAdvantage® Account

www.citicards.com

Account Member
DONALD JASON MCCOY
Member Since 1997

www.aa.com

Account Number
**** **** **** 1424

How To Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062
SIOUX FALLS, SD
57117

231-538847-13

**Account Activity**
Apr 21-May 19, 2011

**Minimum Payment Due:** $1,496.24
**New Balance:** $36,891.54

**Payment Due Date:** 06/16/2011

Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $125,553 |
| $1,551 | 3 year(s) | $56,198 (Savings=$69,355) |

For information about credit counseling services, call 1-877-337-8186

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $30,267.02 |
| Payments | $800.00 |
| Other Credits | -$0.00 |
| Purchases | +$6,625.29 |
| Cash Advances | +$0.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$774.23 |
| New Balance | $36,891.54 |
| Past Due Amount | $329.01 |
| | |
| Amt. Over Rev. Cr. Lt. | $0.00 |
| Revolving Credit Limit | $42,200 |
| Avail. Revolving Credit | $5,308 |
| Cash Advance Limit | $21,100 |
| Available Cash Limit | $5,308 |
| Statement Closing Date | 05/19/2011 |
| Days In Billing Cycle | 29 |

## American Airlines AAdvantage® Miles

AAdvantage® Miles Reported To American Airlines: **6,625**

See The American Airlines AAdvantage® Miles Update Section In This Statement

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 05/16 | AUTOPAY 99999000000367A7RAUTOPAY AUTO-PMT | 800.00 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 04/25 | 04/25 | SAFECO INSURANCE CO 800-332-3226 WA | 1,055 |
| 05/01 | | EAST MOON ASIAN BISTRO LUBBOCK TX | 205.65 |
| 05/03 | | NTI*WWW.NETFLIX.COM/CC 800585813l CA | |
| 05/04 | | ATT*BILL PAYMENT 800-288-2020 TX | 480.09 |
| 05/05 | | LUBBOCK POWER & LIGHM 8067752509 TX | 18.09 |
| 05/09 | | Amazon Payments 866-749-7545 WA | 35.74 |
| 05/11 | | ATMOS ENERGY 866-405-1926 TX | 6,102.41 |
| 05/12 | | TTU-STUDENT BUSINESS S LUBBOCK TX | 22.99 |
| 05/13 | | UT WEB TXSHOP AUSTIN TX | 30.08 |
| 05/13 | | SAFECO INSURANCE CO 800-332-3226 WA | 18.31 |
| 05/14 | | WM SUPERCENTER DALLAS TX | |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 05/19 | LATE FEE - APR PAYMENT PAST DUE | 25.00 |
| | | TOTAL FEES FOR THIS PERIOD | 25.00 |

## Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| | 05/19 | INTEREST CHARGED TO STANDARD PURCH | 774.23 |
| | | TOTAL INTEREST FOR THIS PERIOD | 774.23 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

1 of 2

---

date paid _____ amount paid _____ check # _____

Detach and follow payment instructions on reverse

Make check payable to: Citi Cards

www.citicards.com

0546616013924142401496243689154008000001402

New Balance:
**$36,891.54**
Minimum Payment Due:
**$1,496.24**
Payment Due Date:
**06/16/2011**

000000 PW 00 A 0
DONALD JASON MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

Print changes of address, phone number or email below.*

**** **** **** 1424

Amount Enclosed:

* If you provide an email address, we may use it to contact you about your account. We may also use your email address to send you information about products and services you might find useful.

Payment must be received by 5:00 PM local time on the payment due date.

CITI CARDS
Processing Center
Des Moines, IA 50363-0005



**citi**

231-538847-13

**Citi®**
**Platinum Select®/A⁴Advantage® Account**

Account Number
\*\*\*\* \*\*\*\* \*\*\*\* 1424

**How to Reach Us**
1-888-766-CITI(2484)
**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117
**Access your account online:** www.citicards.com

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

**Interest Charged**

| Post | Description | Amount |
|---|---|---|
| 04/20 | INTEREST CHARGED TO STANDARD PURCH | 827.01 |
| | TOTAL INTEREST FOR THIS PERIOD | 827.01 |

**2011 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2011 | $60.00 |
| Total interest charged in 2011 | $2,893.86 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $30,502.57 (D) | $827.01 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

**American Airlines AAdvantage® Miles Update**
AAdvantage® Miles  Accumulated This Month                851

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 05/16/2011.

2 of 2

# Citi®
## Platinum Select®/A˝Advantage® Account



**www.citicards.com**

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Citi®

Account Activity   06/20/2011
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$36,094.60** | **$1,313.44** | **07/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 07/16/2011.

Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $36,891.54 |
| Payments | -$2,300.00 |
| Other Credits | -$10.00 |
| Purchases | +$559.62 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$953.44 |
| New Balance | $36,094.60 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $123,226 |
| $1,532 | 3 year(s) | $55,154 (Savings=$68,072) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $6,105 |
| Avail. Revolving Credit | $6,105 | Statement Closing Date | 06/20/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 32 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | 550 | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 05/26 | ELECTRONIC PAYMENT-THANK YOU | -1,500.00 |
| | 06/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 06/13 | 06/13 | TTU-STUDENT BUSINESS S LUBBOCK    TX | -10.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 05/20 | 05/20 | VICTOR TANGO     DALLAS     TX | 16.50 |
| 05/31 | 05/31 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 1.26 |
| 06/01 | 06/01 | PIZZA HUT 144702544732 LUBBOCK     TX | 31.15 |
| 06/01 | 06/01 | PAYPAL *JUSTMISCSTU  4029357733   CA | 60.95 |
| 06/03 | 06/03 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 25.97 |
| 06/06 | 06/06 | ATT*BILL PAYMENT     800-288-2020  TX | 46.80 |
| 06/06 | 06/06 | LUBBOCK POWER & LIGU1M 8067752509   TX | 192.34 |
| 06/09 | 06/09 | ROYAL SONESTA HOTEL NE NEW ORLEANS   LA | 96.76 |
| 06/10 | 06/10 | WALGREENS #9063     NEW ORLEANS  LA | 5.45 |
| 06/10 | 06/10 | SOUTHWESTAIR*INFLIG   DALLAS     TX | 5.00 |
| 06/12 | 06/12 | ATMOS ENERGY     866-405-1926  TX | 17.37 |
| 06/13 | 06/13 | SAFECO INSURANCE CO  800-332-3226  WA | 30.08 |

231-538847-13



**Citi®**
**Platinum Select®/AAdvantage® Account**



Account Number
**** **** **** 1424

**How to Reach Us**
1-888-766-CITI(2484)
**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117
**Access your account online:** www.citicards.com

Your account is past due. Please pay the Minimum Payment Due shown. If you have already sent us this payment, thank you.

**2011 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $3,668.09 |

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $32,494.73 (D) | $774.23 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

**American Airlines AAdvantage® Miles Update**
AAdvantage® Miles - Accumulated This Month    6,625

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 06/16/2011.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

2 of 2

# Citi®
# Platinum Select®/A̋Advantage® Account



Account Number  **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|---|---|---|---|
| 06/18 | 06/18 | Amazon Video On Demand 866-216-1072 WA | 29.99 |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| | 06/20 | INTEREST CHARGED TO STANDARD PURCH | 953.44 |
| | | TOTAL INTEREST FOR THIS PERIOD | 953.44 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $4,621.53 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $36,264.49 (D) | $953.44 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                                                550

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

American Airlines, AAdvantage and AAdvantage with Flight Symbol Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial

# Citi®
## Platinum Select®/AAdvantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Account Activity    07/20/2011
Account Member
DONALD JASON MCCOY

Account Number    **** **** **** 1424    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$33,764.38** | **$1,237.55** | **08/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 08/16/2011.    Make a payment now! www.payonline.citicards.com

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $36,094.60 |
| Payments | -$6,800.00 |
| Other Credits | -$0.00 |
| Purchases | +$3,569.23 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$900.55 |
| New Balance | $33,764.38 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 38 year(s) | $115,187 |
| $1,433 | 3 year(s) | $51,594 (Savings=$63,593) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $8,435 |
| Avail. Revolving Credit | $8,435 | Statement Closing Date | 07/20/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 30 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | **3,569** | See the American Airlines AAdvantage® Miles Update section in this statement. www.aa.com |
|---|---|---|---|

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 07/13 | ELECTRONIC PAYMENT·THANK YOU | -6,000.00 |
| | 07/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 06/24 | 06/24 | EMERALD GRANDE        DESTIN      FL | 233.10 |
| | | PHONE NUMBER: 8503378100 | |
| | | FOLIO NUMBER: 00081714 | |
| | | ARRIVE: 06/24/11 DEPART: 06/24/11 | |
| 06/25 | 06/25 | IMPACT GUNS        OGDEN      UT | 662.99 |
| 06/26 | 06/26 | DOMINO'S 6870       806-698-8801 TX | 22.34 |
| 07/01 | 07/01 | O'HANA SUSHI BAR      LUBBOCK    TX | 53.66 |
| 07/02 | 07/02 | GANDER MOUNTAIN      LUBBOCK    TX | 21.62 |
| 07/03 | 07/03 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 25.97 |
| 07/04 | 07/04 | ATT*BILL PAYMENT     800-288-2020 TX | 46.80 |
| 07/04 | 07/04 | PAYPAL *MICHAEL KAN    4029357733   CA | 152.18 |
| 07/05 | 07/05 | LUBBOCK POWER & LIGU1M 8067752509   TX | 370.77 |
| 07/06 | 07/06 | PAYPAL *SDALZELL     402-935-7733 CA | 27.98 |

American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial

# Citi®
# Platinum Select®/AAdvantage® Account



Account Number  **** **** **** 1424

**How to Reach Us**
1-888-766-CITI(2484)
**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com

**citi®**

## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 07/06 | 07/06 | DOUBLE T BOOKSTORE #16 LUBBOCK     TX | 174.28 |
| 07/08 | 07/08 | THE LUCKY LOUNGE     AUSTIN     TX | 10.00 |
| 07/12 | 07/12 | ATMOS ENERGY     866-405-1926  TX | 17.29 |
| 07/12 | 07/12 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 33.99 |
| 07/12 | 07/12 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 78.93 |
| 07/13 | 07/13 | Amazon.com     AMZN.COM/BILL WA | 52.27 |
| 07/13 | 07/13 | SAFECO INSURANCE CO   800-332-3226  WA | 30.08 |
| 07/13 | 07/13 | IMPACT GUNS     OGDEN     UT | 248.96 |
| 07/13 | 07/13 | SILENT INDUSTRIES     MADISON     AL | 999.00 |
| 07/14 | 07/14 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 23.98 |
| 07/14 | 07/14 | Amazon.com     AMZN.COM/BILL WA | 34.28 |
| 07/15 | 07/15 | WALGREENS #5996     LUBBOCK     TX | 15.00 |
| 07/15 | 07/15 | OFFICE DEPOT #196   LUBBOCK     TX | 15.56 |
| 07/15 | 07/15 | BUDSGUNSHOPCOM BUDS PO 859-3680371  KY | 99.61 |
| 07/16 | 07/16 | QT 937     08009375 FRISCO     TX | 18.34 |
| 07/17 | 07/17 | PAYPAL *NEWYORKCAME   4029357733   PA | 99.00 |
| 07/18 | 07/18 | VEND AT COCA COLA   8668995849   PA | 1.25 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
|  |  | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| | Post | Description | Amount |
|--|------|-------------|--------|
|  | 07/20 | INTEREST CHARGED TO STANDARD PURCH | 900.55 |
|  |  | TOTAL INTEREST FOR THIS PERIOD | 900.55 |

| 2011 Totals Year-to-Date | |
|---------------------------|---------|
| Total Fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $5,522.08 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES |  |  |  |
| Standard Purch | 29.990% (V) | $36,536.29 (D) | $900.55 |
| ADVANCES |  |  |  |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                                    3,569

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

# Citi®
# Platinum Select®/AAdvantage® Account



Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD  57117
Access your account online: www.citicards.com



IMPORTANT NOTICE ABOUT YOUR ACCOUNT

Effective July 1, 2011, Citibank (South Dakota). N.A., is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

# Citi®
## Platinum Select®/A'Advantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Account Activity    08/18/2011
Account Member
DONALD JASON MCCOY

Account Number    **** **** **** 1424    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$34,286.40** | **$1,175.11** | **09/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 09/16/2011.    Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $33,764.38 |
| Payments | -$1,800.00 |
| Other Credits | -$0.00 |
| Purchases | +$1,488.91 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$833.11 |
| New Balance | $34,286.40 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on this statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 38 year(s) | $117,186 |
| $1,455 | 3 year(s) | $52,391 (Savings=$64,795) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $7,913 |
| Avail. Revolving Credit | $7,913 | Statement Closing Date | 08/18/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 29 |

**American Airlines AAdvantage® Miles**    AAdvantage® Miles Reported To American Airlines: **1,489**    www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement.

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 08/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| | 08/16 | CLICK-TO-PAY PAYMENT, THANK YOU | -1,000.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 07/20 | 07/21 | ACADEMY SPORTS #49   LUBBOCK   TX | 57.32 |
| 07/20 | 07/21 | PAYPAL *SUNDOWN CST  5302421732  CA | 112.94 |
| 07/20 | 07/21 | TNM SALES       9208363026  WI | 147.90 |
| 07/20 | 07/21 | GANDER MOUNTAIN   LUBBOCK   TX | 43.26 |
| 07/20 | 07/21 | 3 RIVERS PRECISION   MASCOUTAH   IL | 179.99 |
| 07/21 | 07/21 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 21.93 |
| 07/21 | 07/21 | MARKET STREET #502   LUBBOCK   TX | 36.28 |
| 07/21 | 07/21 | UNITED SUPERMARKET   LUBBOCK   TX | 25.33 |
| 07/21 | 07/21 | THE HOME DEPOT #6827  LUBBOCK   TX | 38.78 |
| 07/22 | 07/22 | Amazon.com       AMZN.COM/BILL WA | 40.57 |
| 08/01 | 08/01 | ATT*BILL PAYMENT   800-288-2020  TX | 46.80 |
| 08/03 | 08/03 | NFI*WWW.NETFLIX.COM/CC 8005858131  CA | 8.65 |
| 08/05 | 08/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 355.69 |

# Citi®
# Platinum Select®/A¨Advantage® Account



Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 08/05 | 08/05 | DOMINO'S 6870       806-698-8801 TX | 20.00 |
| 08/13 | 08/13 | ATMOS ENERGY       866-405-1926 TX | 17.02 |
| 08/13 | 08/13 | RENFIELDS CORNER   DALLAS    TX | 22.00 |
| 08/13 | 08/13 | TRULUCKS DALLAS    2401 MCKIN  TX | 87.92 |
| 08/13 | 08/13 | NOBU DALLAS        DALLAS    TX | 179.37 |
| 08/15 | 08/15 | SAFECO INSURANCE CO  800-332-3226 WA | 32.00 |
| 08/17 | 08/17 | NFI*WWW.NETFLIX.COM/CC 8005858131  CA | 15.16 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| Post | Description | Amount |
|------|-------------|--------|
| 08/18 | INTEREST CHARGED TO STANDARD PURCH | 833.11 |
| | TOTAL INTEREST FOR THIS PERIOD | 833.11 |

| 2011 Totals Year-to-Date | |
|--------------------------|--------|
| Total Fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $6,355.19 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $34,965.67 (D) | $833.11 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                                  1,489

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

IMPORTANT NOTICE ABOUT YOUR ACCOUNT

Effective July 1, 2011, Citibank (South Dakota), N.A., is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

# Citi®
## Platinum Select®/AAdvantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Account Activity   09/20/2011
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$40,009.96** | **$1,444.54** | **10/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 10/16/2011.

Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $34,286.40 |
| Payments | -$1,300.00 |
| Other Credits | -$1,243.63 |
| Purchases | +$7,222.65 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$1,044.54 |
| New Balance | $40,009.96 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $136,681 |
| $1,698 | 3 year(s) | $61,137 (Savings=$75,544) |

For information about credit counseling services, call 1-877-337-8187.

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $2,190 |
| Avail. Revolving Credit | $2,190 | Statement Closing Date | 09/20/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 33 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | 5,979 | See the American Airlines AAdvantage® Miles Update section in this statement. | www.aa.com |
|---|---|---|---|---|

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 09/13 | CLICK-TO-PAY PAYMENT, THANK YOU | -500.00 |
| | 09/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 08/28 | 08/28 | TARGET      00021907 LUBBOCK    TX | -39.50 |
| 08/28 | 08/28 | VARSITY BOOKSTORE    LUBBOCK    TX | -423.26 |
| 09/07 | 09/07 | PAYPAL *BRIAN     4029357733   CA | -735.89 |
| 09/12 | 09/12 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | -44.98 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 08/18 | 08/19 | AMMUNITION TO GO    979-2779676  TX | 381.47 |
| 08/19 | 08/19 | TARGET      00021907 LUBBOCK    TX | 39.50 |
| 08/19 | 08/19 | ACADEMY SPORTS #49   LUBBOCK    TX | 145.38 |
| 08/19 | 08/19 | MARKS MEN      3024387385   WV | 170.00 |
| 08/19 | 08/19 | VARSITY BOOKSTORE    LUBBOCK    TX | 609.18 |
| 08/21 | 08/21 | PAYPAL *STALKEROUTD  4029357733   TN | 60.00 |
| 08/21 | 08/21 | PAYPAL *JEREMIAHSJO  4029357733   CA | 143.49 |
| 08/21 | 08/21 | AMMUNITION TO GO    979-2779676  TX | 299.91 |
| 08/22 | 08/22 | PAYPAL *ONLINEPHOTO  402-935-7733 CA | 16.86 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
## Platinum Select®/A\*Advantage® Account



Account Number     **** **** **** 1424

**Make checks payable to: CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial

# Citi®
# Platinum Select®/AAdvantage® Account



**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 08/22 | 08/22 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 11.01 |
| 08/23 | 08/23 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 43.99 |
| 08/23 | 08/23 | PAYPAL *BRIAN     4029357733   CA | 735.89 |
| 08/24 | 08/24 | SNACK SODA VENDING   8668995849   PA | 2.65 |
| 08/25 | 08/25 | LUBBOCK SHOOTERS GROUP LUBBOCK    TX | 30.00 |
| 08/25 | 08/25 | MARKET STREET #502   LUBBOCK    TX | 67.88 |
| 08/26 | 08/26 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 11.49 |
| 08/26 | 08/26 | PAYPAL *COMBAT     4029357733   NV | 121.22 |
| 08/30 | 08/30 | PAYPAL *OPTICPLANET  4029357733   IL | 459.95 |
| 09/01 | 09/01 | ALEXANDER INDUSTRIES I RADFORD    VA | 1,086.03 |
| 09/02 | 09/02 | ATT*BILL PAYMENT    800-288-2020 TX | 46.80 |
| 09/03 | 09/03 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 8.65 |
| 09/03 | 09/03 | GEORGES KEY SHOP    LUBBOCK    TX | 17.32 |
| 09/03 | 09/03 | THE HOME DEPOT #6827  LUBBOCK    TX | 20.22 |
| 09/03 | 09/03 | LOWES #00271*    LUBBOCK   TX | 74.06 |
| 09/03 | 09/03 | U-HAUL 34TH & Q    LUBBOCK    TX | 2.70 |
| | | PHONE NUMBER: 8005280463 | |
| | | NAME: JASON MCCOY | |
| | | PICKUP: 09/03/11 | |
| | | RETURN: LUBBOCK      TX  09/05/11 | |
| | | AGREEMENT NUMBER: 96556749 | |
| 09/03 | 09/03 | U-HAUL 34TH & Q    LUBBOCK    TX | 26.95 |
| | | PHONE NUMBER: 8005280463 | |
| | | NAME: JASON MCCOY | |
| | | PICKUP: 09/03/11 | |
| | | RETURN: LUBBOCK      TX  09/05/11 | |
| | | AGREEMENT NUMBER: 96556749 | |
| 09/05 | 09/05 | THE HOME DEPOT 505   LUBBOCK    TX | 39.42 |
| 09/05 | 09/05 | THE HOME DEPOT #6827  LUBBOCK    TX | 113.47 |
| 09/06 | 09/06 | LUBBOCK POWER & LIGU1M 8067752509   TX | 316.18 |
| 09/07 | 09/07 | PAYPAL *SCOTSAM    4029357733   CA | 650.00 |
| 09/08 | 09/08 | ACADEMY SPORTS #49   LUBBOCK    TX | 231.30 |
| 09/09 | 09/09 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 44.98 |
| 09/10 | 09/10 | AREA 51 PRODUCTS    908-6861383  AL | 31.90 |
| 09/12 | 09/12 | VEND AT COCA COLA    8668995849   PA | 1.25 |
| 09/12 | 09/12 | FSI*ATMOS ENERGY    866-405-1926 TX | 15.47 |
| 09/13 | 09/13 | THE MENS WEARHOUSE #12 LUBBOCK    TX | 20.00 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 52.75 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS   877-252-7878 FL | |
| 09/13 | 09/13 | SAFECO INSURANCE CO  800-332-3226 WA | 32.00 |
| 09/13 | 09/13 | ANDAX INDSTRIES LLC   785-4370604  KS | 66.57 |
| 09/13 | 09/13 | PAYPAL *WEBSTORE11   9526461775  MN | 97.87 |
| 09/13 | 09/13 | PAYPAL *JC WHITNEY   4029357733   IL | 245.98 |
| 09/14 | 09/14 | VEND AT COCA COLA    8668995849   PA | 1.35 |
| 09/14 | 09/14 | SNACK SODA VENDING   8668995849   PA | 2.30 |
| 09/14 | 09/14 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 81.22 |
| 09/14 | 09/14 | TARGET HUNTING     TOMBALL    TX | 143.03 |

AmeExhibit BaRespondent's Motion for New Trial Eagle Design and Scissor Eagle Design are marks of American Airlines, inc.

# Citi®
## Platinum Select®/AAdvantage® Account



Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com

# citi®

### Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 09/15 | 09/15 | LA DIOSA CELLARS    LUBBOCK    TX | 60.00 |
| 09/16 | 09/16 | THE PLACE AT PERRY    DALLAS    TX | 232.61 |
| 09/18 | 09/18 | MILO BUTTERFINGERS INC DALLAS    TX | 31.23 |

### Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| | Post | Description | Amount |
|--|------|-------------|--------|
| | 09/20 | INTEREST CHARGED TO STANDARD PURCH | 1,044.54 |
| | | TOTAL INTEREST FOR THIS PERIOD | 1,044.54 |

| 2011 Totals Year-to-Date | |
|---------------------------|------|
| Total Fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $7,399.73 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $38,525.78 (D) | $1044.54 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month

5,979

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

IMPORTANT NOTICE ABOUT YOUR ACCOUNT

Effective July 1, 2011, Citibank (South Dakota), N.A., is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

# Citi®
## Platinum Select®/A"Advantage® Account





**www.citicards.com**

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD  57117

Account Activity   10/20/2011
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$36,758.36** | **$1,367.77** | **11/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank  account on 11/16/2011.

Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $40,009.96 |
| Payments | -$5,800.00 |
| Other Credits | -$482.81 |
| Purchases | +$2,030.44 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$1,000.77 |
| New Balance | $36,758.36 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $125,412 |
| $1,560 | 3 year(s) | $56,169 (Savings=$69,243) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $5,441 |
| Avail. Revolving Credit | $5,441 | Statement Closing Date | 10/20/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 30 |

**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported To American Airlines: **1,548**

www.aa.com

See the American Airlines AAdvantage® Miles Update section in this statement.

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 10/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| | 10/16 | CLICK-TO-PAY PAYMENT, THANK YOU | -5,000.00 |
| 09/20 | 09/21 | PAYPAL *COMBAT      4029357733   NV | -121.22 |
| 10/02 | 10/02 | EMERALD GRANDE      DESTIN      FL | -296.37 |
| 10/06 | 10/06 | SHARP SHOOTERS KNI   LUBBOCK     TX | -65.22 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 09/19 | 09/21 | WALGREENS #5996     LUBBOCK     TX | 33.38 |
| 09/20 | 09/21 | SAMSCLUB #8270     LUBBOCK     TX | 212.68 |
| 09/21 | 09/21 | PAYPAL *XCALIBERFIR  4029357733   CA | 13.66 |
| 09/22 | 09/22 | ACADEMY SPORTS #49   LUBBOCK     TX | 50.86 |
| 09/24 | 09/24 | WALGREENS #4821     LUBBOCK     TX | 12.97 |
| 09/24 | 09/24 | LOWE'S #84       LUBBOCK    TX | 13.28 |
| 09/24 | 09/24 | LOWES #00271*      LUBBOCK    TX | 22.74 |
| 09/24 | 09/24 | SHARP SHOOTERS KNI   LUBBOCK     TX | 65.22 |
| 09/26 | 09/26 | SNACK SODA VENDING   8668995849   PA | 1.15 |
| 09/26 | 09/26 | VEND AT COCA COLA   8668995849   PA | 1.35 |

American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial



# Citi®
# Platinum Select®/A"Advantage® Account

Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|---|---|---|---|
| 09/26 | 09/26 | PAYPAL *MSCHW04 EBA   4029357733   CA | 463.35 |
| 09/28 | 09/28 | DNC TRAVEL · GEORG   HOUSTON      TX | 20.44 |
| 09/28 | 09/28 | BROWNELLS INC      641-6235401  IA | 57.73 |
| 09/28 | 09/28 | CONTINEN00526034066644 LUBBOCK    TX | 25.00 |
|  |  | NAME: MCCOY   /FIRST CHECKED |  |
|  |  | DEPART: 09/28/11 |  |
|  |  | LBB  TO IAH  : CO: CLASS: ED: STOP: |  |
|  |  | IAH  TO VPS : CO: CLASS: ED: STOP: |  |
| 09/29 | 09/29 | FISHERMANS WHARF     DESTIN     FL | 110.00 |
| 10/01 | 10/01 | AJS SEAFOOD & OYSTER B DESTIN     FL | 39.28 |
| 10/01 | 10/01 | EMERALD GRANDE      DESTIN     FL | 63.27 |
|  |  | PHONE NUMBER: 8503378100 |  |
|  |  | FOLIO NUMBER: 00081714 |  |
|  |  | ARRIVE: 10/01/11 DEPART: 10/01/11 |  |
| 10/01 | 10/01 | EMERALD GRANDE      DESTIN     FL | 172.98 |
|  |  | PHONE NUMBER: 8503378100 |  |
|  |  | FOLIO NUMBER: 00075972 |  |
|  |  | ARRIVE: 09/28/11 DEPART: 10/01/11 |  |
| 10/03 | 10/03 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 8.65 |
| 10/03 | 10/03 | ATT*BILL PAYMENT    800-288-2020  TX | 46.80 |
| 10/05 | 10/05 | LUBBOCK POWER & LIGU1M 8067752033   TX | 276.16 |
| 10/08 | 10/08 | O'HANA SUSHI BAR    LUBBOCK    TX | 77.66 |
| 10/10 | 10/10 | SNACK SODA VENDING   8668995849   PA | 1.15 |
| 10/10 | 10/10 | VEND AT COCA COLA    8668995849   PA | 1.35 |
| 10/11 | 10/11 | FSI*ATMOS ENERGY    866-405-1926  TX | 20.43 |
| 10/12 | 10/12 | SNACK SODA VENDING   8668995849   PA | 1.15 |
| 10/12 | 10/12 | VEND AT COCA COLA    8668995849   PA | 1.35 |
| 10/13 | 10/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 53.74 |
| 10/13 | 10/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 81.07 |
| 10/15 | 10/15 | USPS 48539695520602686 LUBBOCK    TX | 10.25 |
| 10/17 | 10/17 | SNACK SODA VENDING   8668995849   PA | 1.15 |
| 10/17 | 10/17 | ABUELOS LUBBOCK    LUBBOCK   TX | 30.19 |
| 10/18 | 10/18 | PAYPAL *JOSHUAKELLO   4029357733   CA | 40.00 |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
|  |  | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
|  | 10/20 | INTEREST CHARGED TO STANDARD PURCH | 1,000.77 |
|  |  | TOTAL INTEREST FOR THIS PERIOD | 1,000.77 |

| 2011 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2011 | $85.00 |
| Total Interest charged in 2011 | $8,400.50 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial

# Citi®
## Platinum Select®/AAdvantage® Account



**www.citicards.com**

**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117

### Citi®

Account Activity    11/18/2011
Account Member
DONALD JASON MCCOY

Account Number    **** **** **** 1424    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$38,521.57** | **$1,404.79** | **12/16/2011** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 12/16/2011.

Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $36,758.36 |
| Payments | -$1,300.00 |
| Other Credits | -$87.99 |
| Purchases | +$2,199.18 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$917.02 |
| New Balance | $38,521.57 |
| Past Due Amount | $67.77 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $131,509 |
| $1,632 | 3 year(s) | $58,827 (Savings=$72,682) |

**For information about credit counseling services, call 1-877-337-8188.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $3,678 |
| Avail. Revolving Credit | $3,678 | Statement Closing Date | 11/18/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 29 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | 2,111 | See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

www.aa.com

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 11/15 | CLICK-TO-PAY PAYMENT, THANK YOU | -500.00 |
| | 11/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 11/01 | 11/01 | PAYPAL *PBWAREHOUSE   402-935-7733  AZ | -87.99 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 10/19 | 10/21 | BROWNELLS INC      641-6235401  IA | 169.25 |
| 10/20 | 10/21 | PAYPAL *SIRBUBBASSH   402-935-7733  CA | 80.52 |
| 10/21 | 10/21 | COSTCO.COM *ONLINE  800-955-2292  WA | 50.00 |
| 10/21 | 10/21 | PAYPAL *RANGEBALL    4029357733   CA | 189.94 |
| 10/21 | 10/21 | BROWNELLS INC      641-6235401  IA | 77.38 |
| 10/22 | 10/22 | PAYPAL *PBWAREHOUSE   402-935-7733  AZ | 123.94 |
| 10/24 | 10/24 | Amazon.com       AMZN.COM/BILL WA | 15.77 |
| 10/24 | 10/24 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 26.95 |
| 10/26 | 10/26 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 96.70 |
| 10/28 | 10/28 | USPS.COM CLICK66100611 WASHINGTON   DC | 4.95 |
| 11/01 | 11/01 | COSTCO.COM *ONLINE  800-955-2292  WA | 865.99 |
| 11/02 | 11/02 | ATT*BILL PAYMENT   800-288-2020  TX | 46.80 |

American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial

# Citi®
## Platinum Select®/A⁰Advantage® Account



**Account Number**  \*\*\*\* \*\*\*\* \*\*\*\* 1424

**How to Reach Us**
1-888-766-CITI(2484)
**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



---

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $40,602.61 (D) | $1000.77 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

AAdvantage® Miles · Accumulated This Month    1,548

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

### IMPORTANT NOTICE ABOUT YOUR ACCOUNT

Effective July 1, 2011, Citibank (South Dakota), N.A., is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

# Citi®
# Platinum Select®/AAdvantage® Account



Account Number   **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 11/03 | 11/03 | NFI*WWW.NETFLIX.COM/CC 8005858131 CA | 8.65 |
| 11/07 | 11/07 | LUBBOCK POWER & LIGU1M 8067752509 TX | 172.66 |
| 11/09 | 11/09 | VEND AT COCA COLA 8668995849 PA | 1.35 |
| 11/09 | 11/09 | FSI*ATMOS ENERGY 866-405-1926 TX | 39.24 |
| 11/14 | 11/14 | VEND AT COCA COLA 8668995849 PA | 1.35 |
| 11/14 | 11/14 | SNACK SODA VENDING 8668995849 PA | 1.50 |
| 11/14 | 11/14 | SNACK SODA VENDING 8668995849 PA | 2.30 |
| 11/14 | 11/14 | UNITRIN-KEMPER INS 877-252-7878 FL | 53.75 |
| 11/14 | 11/14 | UNITRIN-KEMPER INS 877-252-7878 FL | 81.07 |
| 11/15 | 11/15 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 32.99 |
| 11/16 | 11/16 | SNACK SODA VENDING 8668995849 PA | 1.15 |
| 11/16 | 11/16 | VEND AT COCA COLA 8668995849 PA | 1.35 |
| 11/17 | 11/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 25.65 |
| 11/17 | 11/17 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | 27.98 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | 11/18 | LATE FEE - OCT PAYMENT PAST DUE | 35.00 |
| | | TOTAL FEES FOR THIS PERIOD | 35.00 |

## Interest Charged

| Post | Description | Amount |
|------|-------------|--------|
| 11/18 | INTEREST CHARGED TO STANDARD PURCH | 917.02 |
| | TOTAL INTEREST FOR THIS PERIOD | 917.02 |

| 2011 Totals Year-to-Date | |
|--------------------------|-----------|
| Total Fees charged in 2011 | $120.00 |
| Total Interest charged in 2011 | $9,317.52 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $38,487.58 (D) | $917.02 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month     2,111

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
# Platinum Select®/A⁵Advantage® Account



Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



IMPORTANT NOTICE ABOUT YOUR ACCOUNT

Effective July 1, 2011, Citibank (South Dakota), N.A., is merged into Citibank, N.A.

Citibank, N.A., which is located in Sioux Falls, South Dakota, is the new issuer of your account. All references to Citibank (South Dakota), N.A., in your account documentation, including the Card Agreement, and in communications about your account should be deemed to refer to Citibank, N.A.

Any optional program provided by Citibank (South Dakota), N.A., is now provided by Citibank, N.A.

Your account is past due. Please pay the Minimum Payment Due shown. If you have already sent us this payment, thank you.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
## Platinum Select®/A¨Advantage® Account





Account Activity   12/21/2011
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

**www.citicards.com**

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD  57117

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$40,048.77** | **$1,990.56** | **01/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 01/16/2012.    Make a payment now! www.payonline.citicards.com

| Summary of Account Activity | |
|---|---|
| Previous Balance | $38,521.57 |
| Payments | $867.77 |
| Other Credits | -$35.00 |
| Purchases | +$1,341.43 |
| Cash Advances | +$0.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$1,063.54 |
| New Balance | $40,048.77 |
| Past Due Amount | $502.02 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 39 year(s) | $135,440 |

**For information about credit counseling services, call 1-877-337-8188.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $2,151 |
| Avail. Revolving Credit | $2,151 | Statement Closing Date | 12/21/2011 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 33 |

| **American Airlines AAdvantage® Miles** | AAdvantage® Miles Reported To American Airlines: | **1,341** | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 12/09 | PAYMENT THANK YOU | -67.77 |
| | 12/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| | 11/18 | REFUND LATE FEE | -35.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 11/21 | 11/21 | SNACK SODA VENDING     8668995849   PA | 1.15 |
| 11/21 | 11/21 | SNACK SODA VENDING     8668995849   PA | 1.15 |
| 11/21 | 11/21 | VEND AT COCA COLA      8668995849   PA | 1.35 |
| 11/22 | 11/22 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 27.02 |
| 11/22 | 11/22 | SNACK SODA VENDING     8668995849   PA | 1.15 |
| 11/22 | 11/22 | VEND AT COCA COLA      8668995849   PA | 1.35 |
| 11/22 | 11/22 | USPS 48539695520602686 LUBBOCK      TX | 8.60 |
| 11/23 | 11/23 | J & M BAR B-Q · 34TH S LUBBOCK      TX | 31.23 |
| 11/30 | 11/30 | SNACK SODA VENDING     8668995849   PA | 1.15 |
| 11/30 | 11/30 | VEND AT COCA COLA      8668995849   PA | 2.50 |
| 12/03 | 12/03 | NFI*WWW.NETFLIX.COM/CC 8005858131   CA | 8.65 |
| 12/03 | 12/03 | SAZON           LUBBOCK    TX | 21.61 |

# Citi®
## Platinum Select®/AAdvantage® Account



Account Number     **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



### Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 12/05 | 12/05 | ATT*BILL PAYMENT     800-288-2020  TX | 46.80 |
| 12/05 | 12/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 144.63 |
| 12/06 | 12/06 | VEND AT COCA COLA     8668995849  PA | 1.50 |
| 12/06 | 12/06 | LAW SCHOOL KIOSK     LUBBOCK     TX | 4.30 |
| 12/06 | 12/06 | DOMINO'S 6870       806-698-8801  TX | 19.22 |
| 12/11 | 12/11 | MCALISTERS DELI #51QPS LUBBOCK     TX | 11.14 |
| 12/11 | 12/11 | FSI*ATMOS ENERGY     866-405-1926  TX | 120.67 |
| 12/13 | 12/13 | UNITRIN-KEMPER INS   877-252-7878  FL | 53.75 |
| 12/13 | 12/13 | UNITRIN-KEMPER INS   877-252-7878  FL | 81.07 |
| 12/15 | 12/15 | ALEXANDER INDUSTRIES I RADFORD     VA | 348.50 |
| 12/16 | 12/16 | LUBBOCK SHOOTERS GROUP LUBBOCK     TX | 57.42 |
| 12/16 | 12/16 | PROPLUS RENEW41521102 800-843-5809  CT | 55.00 |
| 12/18 | 12/18 | DEL FRISCO GRI00087023 DALLAS     TX | 8.00 |
| 12/18 | 12/18 | DEL FRISCO GRI00087023 DALLAS     TX | 68.94 |
| 12/19 | 12/19 | MI COCINA LH  00002048 DALLAS     TX | 59.39 |
| 12/19 | 12/19 | WM SUPERCENTER     DALLAS     TX | 154.19 |

### Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
|  | 12/21 | LATE FEE - NOV PAYMENT PAST DUE | 25.00 |
|  |  | TOTAL FEES FOR THIS PERIOD | 25.00 |

### Interest Charged

| Post | Description | Amount |
|------|-------------|--------|
| 12/21 | INTEREST CHARGED TO STANDARD PURCH | 1,063.54 |
|  | TOTAL INTEREST FOR THIS PERIOD | 1,063.54 |

| 2011 Totals Year-to-Date | |
|--------------------------|--------|
| Total Fees charged in 2011 | $110.00 |
| Total Interest charged in 2011 | $10,381.06 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $39,226.39 (D) | $1063.54 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                1,341

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

# Citi®
## Platinum Select®/A˟Advantage® Account



Account Number  **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117

Access your account online: www.citicards.com



You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Your account is past due. Please pay the Minimum Payment Due shown. If you have already sent us this payment, thank you.

**Make checks payable to:  CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

# Citi®
## Platinum Select®/A´Advantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Account Activity   01/19/2012
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$41,636.72** | **$1,398.57** | **02/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 02/16/2012.

Make a payment now! www.payonline.citicards.com

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $40,048.77 |
| Payments | -$2,790.56 |
| Other Credits | -$82.98 |
| Purchases | +$3,478.92 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$982.57 |
| New Balance | $41,636.72 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 40 year(s) | $142,503 |
| $1,767 | 3 year(s) | $63,623 (Savings=$78,880) |

For information about credit counseling services, call 1-877-337-8187.

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $563 |
| Avail. Revolving Credit | $563 | Statement Closing Date | 01/19/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 29 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | **3,396** | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 01/01 | PAYMENT THANK YOU | -1,990.56 |
| | 01/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 01/03 | 01/03 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -78.99 |
| 01/16 | 01/16 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -3.99 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 12/22 | 12/22 | AMERICAN00123011180690 DALLAS      TX NAME: MCCOY/DONALD DEPART: 03/10/12 DFW  TO SJD  : AA: CLASS: K : STOP:O SJD   TO DFW  : AA: CLASS: S : STOP: | 750.21 |
| 12/22 | 12/22 | AMERICAN00123011180700 DALLAS      TX NAME: MCCOY/ELENA DEPART: 03/10/12 DFW  TO SJD  : AA: CLASS: K : STOP:O SJD   TO DFW  : AA: CLASS: S : STOP: | 750.21 |
| 12/24 | 12/24 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 78.99 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
## Platinum Select®/ÅAdvantage® Account



Account Number      **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



### Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|---|---|---|---|
| 12/29 | 12/29 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 51.46 |
| 12/29 | 12/29 | Amazon.com        AMZN.COM/BILL WA | 54.49 |
| 01/02 | 01/02 | ATT*BILL PAYMENT     800-288-2020 TX | 46.80 |
| 01/03 | 01/03 | NFI*WWW.NETFLIX.COM/CC 8005858131  CA | 8.65 |
| 01/05 | 01/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 171.32 |
| 01/10 | 01/10 | ATV VIDEO CENTER    SACRAMENTO  CA | 600.00 |
| 01/11 | 01/11 | FSI*ATMOS ENERGY    866-405-1926 TX | 125.89 |
| 01/12 | 01/12 | PAYPAL *COMPSOURCE   4029357733  OH | 250.99 |
| 01/13 | 01/13 | CAFE HOSTING       8775409611  NY | 14.95 |
| 01/13 | 01/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 53.75 |
| 01/13 | 01/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 81.07 |
| 01/14 | 01/14 | SOUTHWESTAIR*INFLIG   DALLAS    TX | 5.00 |
| 01/16 | 01/16 | ASI*SAURIKIT CYDIA   866-749-7545 WA | 7.99 |
| 01/16 | 01/16 | PAYPAL *SJOVAN2     4029357733  CA | 139.50 |
| 01/17 | 01/17 | PAYPAL *HANOVERTILD  4029357733  CA | 193.50 |
| 01/18 | 01/18 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 94.15 |

### Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| Post | Description | Amount |
|---|---|---|
| 01/19 | INTEREST CHARGED TO STANDARD PURCH | 982.57 |
| | TOTAL INTEREST FOR THIS PERIOD | 982.57 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $0.00 |
| Total Interest charged in 2012 | $982.57 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $41,238.53 (D) | $982.57 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                           3,396

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

Exhibit B, Respondent's Motion for New Trial
American Airlines, AAdvantage, AAdvantage and Flight Symbol logo, Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
## Platinum Select®/A'Advantage® Account



Account Number    **** **** **** 1424



How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**Make checks payable to: CITI CARDS**
Processing Center
Des Moines, IA 50363-0005

Exhibit B-Respondent's Motion for New Trial

Citi®
**Platinum Select®/A⁺Advantage® Account**



Account Activity   02/20/2012
Account Member
DONALD JASON MCCOY

Account Number   **** **** **** 1424   Member Since 1997

**www.citicards.com**

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD  57117

Make checks payable to:
CITI CARDS Processing Center
Des Moines, IA  50363-0005



| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$43,001.74** | **$2,988.46** | **03/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 03/16/2012.    Make a payment now! www.payonline.citicards.com

| Summary of Account Activity | |
|---|---|
| Previous Balance | $41,636.72 |
| Payments | -$800.00 |
| Other Credits | -$0.00 |
| Purchases | +$1,006.87 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$1,123.15 |
| New Balance | $43,001.74 |
| Past Due Amount | $598.57 |
| Amt. Over Rev. Cr. Lt. | $766.74 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 40 year(s) | $143,330 |

**For information about credit counseling services, call 1-877-337-8188.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $0 |
| Avail. Revolving Credit | $0 | Statement Closing Date | 02/20/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 32 |

| **American Airlines AAdvantage® Miles** | AAdvantage® Miles Reported To American Airlines: | **1,007** | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 02/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 01/19 | 01/20 | VEND AT COCA COLA    8668995849    PA | 1.50 |
| 01/19 | 01/20 | SNACK SODA VENDING   8668995849    PA | 2.30 |
| 01/19 | 01/20 | SNACK SODA VENDING   8668995849    PA | 2.65 |
| 01/23 | 01/23 | PAYPAL *OPTICPLANET   800-504-5897  IL | 217.88 |
| 01/24 | 01/24 | MTM INC LEVO BOOK HOL 863-8157077  FL | 203.99 |
| 01/26 | 01/26 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 41.99 |
| 01/26 | 01/26 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 42.99 |
| 01/27 | 01/27 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | 30.99 |
| 01/30 | 01/30 | CAPRESSO, INC.    2017673999   NJ | 63.00 |
| 02/01 | 02/01 | ATT*BILL PAYMENT    800-288-2020  TX | 46.80 |
| 02/06 | 02/06 | LUBBOCK POWER & LIGU1M 8067752033   TX | 119.43 |
| 02/11 | 02/11 | FSI*ATMOS ENERGY    866-405-1926 TX | 74.33 |
| 02/13 | 02/13 | VEND AT COCA COLA    8668995849    PA | 1.50 |
| 02/13 | 02/13 | SNACK SODA VENDING   8668995849    PA | 2.30 |

# Citi®
# Platinum Select®/AAdvantage® Account



Account Number    **** **** **** 1424

**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117

Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 02/13 | 02/13 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 18.90 |
| 02/13 | 02/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 53.75 |
| 02/13 | 02/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 81.07 |
| 02/16 | 02/16 | SNACK SODA VENDING   8668995849  PA | 1.50 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | 02/20 | LATE FEE - JAN PAYMENT PAST DUE | 35.00 |
| | | TOTAL FEES FOR THIS PERIOD | 35.00 |

## Interest Charged

| | Post | Description | Amount |
|---|------|-------------|--------|
| | 02/20 | INTEREST CHARGED TO STANDARD PURCH | 1,123.15 |
| | | TOTAL INTEREST FOR THIS PERIOD | 1,123.15 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $35.00 |
| Total Interest charged in 2012 | $2,105.72 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $42,719.62 (D) | $1123.15 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

AAdvantage® Miles - Accumulated This Month                                1,007

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 03/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

The minimum payment due displayed on this statement includes your past due, the purch/adv minimum payment due, and transactions that exceed your revolving credit line.

Good news! Your last year's Annual Account Summary is now available for you to request online. Go to Account Online and on the Account Activity tab, select "Account Activity" in the drop-down menu. On the Account Activity page, go to "Request an Annual Account Summary" at the bottom of the page, and click on the Request button. A notification email will be sent in 24-48 hours when your summary is available to view and download online.

American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial                                Page 203 of 269

Citi®
Platinum Select®/A⁰Advantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Account Activity    03/21/2012

Account Member
DONALD JASON MCCOY

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Make checks payable to:
CITI CARDS Processing Center
Des Moines, IA 50363-0005

Account Number    **** **** **** 1424    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$44,635.40** | **$3,922.43** | **04/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 04/16/2012.    Make a payment now! www.payonline.citicards.com

Summary of Account Activity

| | |
|---|---|
| Previous Balance | $43,001.74 |
| Payments | -$2,986.72 |
| Other Credits | -$94.15 |
| Purchases | +$3,576.98 |
| Cash Advances | +$0.00 |
| Fees Charged | +$96.52 |
| Interest Charged | +$1,041.03 |
| New Balance | $44,635.40 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $2,350.40 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 40 year(s) | $146,740 |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $0 |
| Avail. Revolving Credit | $0 | Statement Closing Date | 03/21/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 30 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | **3,483** | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 02/23 | PAYMENT THANK YOU | -2,186.72 |
| | 03/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 02/21 | 02/21 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -94.15 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 02/21 | 02/21 | BUY.COM*          888-3289266  CA | 93.52 |
| 02/28 | 02/28 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 14.97 |
| 02/28 | 02/28 | SNACK SODA VENDING   8668995849  PA | 2.30 |
| 02/29 | 02/29 | VEND AT COCA COLA    8668995849  PA | 1.35 |
| 03/01 | 03/01 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 25.88 |
| 03/02 | 03/02 | ATT*BILL PAYMENT    800-288-2020  TX | 50.08 |
| 03/05 | 03/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 163.02 |
| 03/06 | 03/06 | SNACK SODA VENDING   8668995849  PA | 1.15 |
| 03/06 | 03/06 | SNACK SODA VENDING   8668995849  PA | 1.50 |
| 03/06 | 03/06 | SNACK SODA VENDING   8668995849  PA | 2.40 |
| 03/10 | 03/10 | BEST BUY@ZOOMSHOP (BBA 800-718-8788  TX | 108.19 |
| 03/12 | 03/12 | FSI*ATMOS ENERGY    866-405-1926  TX | 100.94 |

Exhibit B-Respondent's Motion for New Trial Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.



# Citi®
# Platinum Select®/AAdvantage® Account

Account Number    **** **** **** 1424

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 03/13 | 03/13 | UNITRIN-KEMPER INS    877-252-7878  FL | 53.75 |
| 03/13 | 03/13 | UNITRIN-KEMPER INS    877-252-7878  FL | 81.08 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 32.50 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 100.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 100.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 260.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 500.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 500.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 500.00 |
| 03/15 | 03/15 | CCBill.com    888-5969279  AZ | 500.00 |
| 03/16 | 03/16 | AVIS RENT A CAR    SAN JOSE DEL  MEX | 267.57 |
| 03/16 | 03/16 | LA ESTANCIA RECEPCION  LOS CABOS    MEX | |
| | | 1,478.37 MEXICAN PESO    = | 116.78 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | 03/21 | MEMBERSHIP FEE MAR 12-FEB 13 | |
| | | SEE REVERSE FOR MORE RENEWAL INFORMATION | 85.00 |
| | 03/21 | FOREIGN TRANSACTION FEE | 11.52 |
| | | TOTAL FEES FOR THIS PERIOD | 96.52 |

## Interest Charged

| | Post | Description | Amount |
|------|------|-------------|--------|
| | 03/21 | INTEREST CHARGED TO STANDARD PURCH | 1,041.03 |
| | | TOTAL INTEREST FOR THIS PERIOD | 1,041.03 |

| 2012 Totals Year-to-Date | |
|--------------------------|----------|
| Total Fees charged in 2012 | $131.52 |
| Total Interest charged in 2012 | $3,146.75 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $42,235.95 (D) | $1041.03 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 04/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

# Citi®
## Platinum Select®/AAdvantage® Account





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Make checks payable to:
CITI CARDS Processing Center
Des Moines, IA 50363-0005

Account Activity    04/19/2012
Account Member
DONALD JASON MCCOY

Account Number    **** **** **** 5474    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$42,494.14** | **$2,455.41** | **05/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 05/16/2012.

Make a payment now! www.payonline.citicards.com

| Summary of Account Activity | |
|---|---|
| Previous Balance | $44,635.40 |
| Payments | -$800.00 |
| Other Credits | -$2,518.38 |
| Purchases | +$126.88 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$1,015.24 |
| New Balance | $42,494.14 |
| Past Due Amount | $686.66 |
| Amt. Over Rev. Cr. Lt. | $259.14 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 40 year(s) | $142,876 |

**For information about credit counseling services, call 1-877-337-8188.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $0 |
| Avail. Revolving Credit | $0 | Statement Closing Date | 04/19/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 29 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | 0 | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 04/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 03/27 | 03/27 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | -25.88 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -32.50 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -100.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -100.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -260.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -500.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -500.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -500.00 |
| 03/21 | 03/22 | CCBill.com        888-5969279  AZ | -500.00 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 03/23 | 03/23 | LEGO SHOP AT HOME      8008354386  CT | 109.24 |
| 04/03 | 04/03 | SNACK SODA VENDING     8668995849  PA | 2.30 |
| 04/05 | 04/05 | SNACK SODA VENDING     8668995849  PA | 1.15 |
| 04/10 | 04/10 | VEND AT COCA COLA      8668995849  PA | 1.35 |
| 04/10 | 04/10 | VEND AT COCA COLA      8668995849  PA | 1.35 |

American Airlines, AAdvantage, Platinum Select, Flight Symbol, Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Exhibit B-Respondent's Motion for New Trial



# Citi®
# Platinum Select®/ÅAdvantage® Account

Account Number     **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com





## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 04/10 | 04/10 | SNACK SODA VENDING   8668995849   PA | 1.50 |
| 04/18 | 04/18 | Amazon Services-Kindle 866-321-8851  WA | 9.99 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | 04/19 | LATE FEE - MAR PAYMENT PAST DUE | 35.00 |
| | | **TOTAL FEES FOR THIS PERIOD** | 35.00 |

## Interest Charged

| | Post | Description | Amount |
|--|------|-------------|--------|
| | 04/19 | INTEREST CHARGED TO STANDARD PURCH | 1,015.24 |
| | | TOTAL INTEREST FOR THIS PERIOD | 1,015.24 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $166.52 |
| Total Interest charged in 2012 | $4,161.99 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $42,609.90 (D) | $1015.24 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 05/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

The minimum payment due displayed on this statement includes your past due, the purch/adv minimum payment due, and transactions that exceed your revolving credit line.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.



# Citi®
## Platinum Select®/AAdvantage® Account



www.citicards.com

**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117

Account Activity    05/21/2012
Account Member
DONALD JASON MCCOY

**Make checks payable to:**
CITI CARDS Processing Center
Des Moines, IA 50363-0005

Account Number    **** **** **** 5474    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$12,414.48** | **$435.73** | **06/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 06/16/2012.    Make a payment now! www.payonline.citicards.com

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $42,494.14 |
| Payments | -$30,800.00 |
| Other Credits | -$2,476.10 |
| Purchases | +$839.09 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$2,357.35 |
| New Balance | $12,414.48 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 year(s) | $41,980 |
| $526 | 3 year(s) | $18,970 (Savings=$23,010) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $21,100 |
| Avail. Revolving Credit | $29,785 | Statement Closing Date | 05/21/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 32 |

**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported To American Airlines: **116**

www.aa.com
See the American Airlines AAdvantage® Miles Update section in this statement.

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 04/27 | PAYMENT THANK YOU | -30,000.00 |
| | 05/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| | 04/19 | FOREIGN TRANS FEE*ADJUST | -8.02 |
| | 04/19 | REFUND LATE FEE | -35.00 |
| | 04/19 | SECURITY CREDIT-WOAVIS RENT A CAR | -267.57 |
| | 04/25 | SECURITY INTEREST CHARGE CREDIT | -1,041.03 |
| | 04/19 | SECURITY CREDIT-CBLEGO SHOP AT HOME | -109.24 |
| | 04/25 | SECURITY INTEREST CHARGE CREDIT | -1,015.24 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 04/22 | 04/22 | WM SUPERCENTER#3826   LUBBOCK    TX | 109.67 |
| 04/24 | 04/24 | VEND AT COCA COLA     MALVERN    PA | 1.35 |
| 04/26 | 04/26 | SNACK SODA VENDING    MALVERN    PA | 1.15 |
| 05/02 | 05/02 | ATT*BILL PAYMENT      800-288-2020 TX | 100.16 |
| 05/03 | 05/03 | SNACK SODA VENDING    MALVERN    PA | 2.30 |
| 05/03 | 05/03 | UNITRIN-KEMPER INS    877-252-7878 FL | 131.50 |
| 05/03 | 05/03 | UNITRIN-KEMPER INS    877-252-7878 FL | 186.16 |

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, inc.

Make check payable to: **Citi Cards**

05466160299535474 0245541 4249414 0080000 1402

New Balance:
$42,494.14

Minimum Payment Due:
$2,455.41

Payment Due Date:
05/16/2012

\*\*\*\* \*\*\*\* \*\*\*\* 5474
Amount Enclosed:

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

We encourage you to pay online, but if you prefer to pay by mail, please remove this coupon and include with your payment.

# Citi®
# Platinum Select®/AAdvantage® Account



Account Number    **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com

Citi®

## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 05/03 | 05/03 | LAW SCHOOL KIOSK     LUBBOCK      TX | 4.09 |
| 05/04 | 05/04 | Best Buy    00002261 LUBBOCK      TX | 162.36 |
| 05/07 | 05/07 | LUBBOCK POWER & LIGU1M 8067752509   TX | 103.05 |
| 05/13 | 05/13 | SNACK SODA VENDING    MALVERN     PA | 2.30 |
| 05/15 | 05/15 | DMB WAREHOUSE       434-984-6850  VA | 35.00 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| | Post | Description | Amount |
|--|------|-------------|--------|
| | 04/26 | reverse excess interest charge given | 2,045.62 |
| | 05/21 | INTEREST CHARGED TO STANDARD PURCH | 311.73 |
| | | TOTAL INTEREST FOR THIS PERIOD | 2,357.35 |

| 2012 Totals Year-to-Date | |
|--------------------------|--------|
| Total Fees charged in 2012 | $123.50 |
| Total Interest charged in 2012 | $6,519.34 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $11,856.67 (D) | $311.73 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

## American Airlines AAdvantage® Miles Update

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 06/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Exhibit B-Respondent's Motion for New Trial

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

Page 210 of 269

Make check payable to: **Citi Cards**

05466160299535474 0043573 1241448 0080000 1402

New Balance:
$12,414.48

Minimum Payment Due:
$435.73

Payment Due Date:
06/16/2012

**** **** **** 5474

Amount Enclosed:

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

We encourage you to pay online, but if you prefer to pay by mail, please remove this coupon and include with your payment.

# Citi®
## Platinum Select®/AAdvantage® Account





www.citicards.com
How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Make checks payable to:
CITI CARDS Processing Center
Des Moines, IA 50363-0005

Account Activity    06/20/2012
Account Member
DONALD JASON MCCOY

Account Number    **** **** **** 5474    Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$16,674.25** | **$538.62** | **07/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 07/16/2012.    Make a payment now! www.payonline.citicards.com

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $12,414.48 |
| Payments | -$800.00 |
| Other Credits | -$0.00 |
| Purchases | +$4,687.15 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$372.62 |
| New Balance | $16,674.25 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 32 year(s) | $56,739 |
| $707 | 3 year(s) | $25,479 (Savings=$31,260) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $21,100 |
| Avail. Revolving Credit | $25,525 | Statement Closing Date | 06/20/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 30 |

| American Airlines AAdvantage® Miles | AAdvantage® Miles Reported To American Airlines: | **4,687** | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 06/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |

## Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 05/21 | 05/22 | SNACK SODA VENDING    MALVERN    PA | 1.15 |
| 05/21 | 05/22 | VEND AT COCA COLA    MALVERN    PA | 1.35 |
| 05/21 | 05/22 | SNACK SODA VENDING    MALVERN    PA | 1.50 |
| 05/21 | 05/22 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.00 |
| 05/21 | 05/22 | THE HOME DEPOT #6827  LUBBOCK    TX | 5.11 |
| 05/21 | 05/22 | O'HANA SUSHI BAR    LUBBOCK    TX | 29.95 |
| 05/22 | 05/22 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.25 |
| 05/22 | 05/22 | SHINSEI    DALLAS    TX | 149.79 |
| 05/22 | 05/22 | SHELL OIL 930034005QPS SNYDER    TX | 10.78 |
| 05/22 | 05/22 | SHELL OIL 930034005QPS SNYDER    TX | 73.61 |
| 05/23 | 05/23 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.25 |
| 05/25 | 05/25 | OCEANAIRE #82    DALLAS    TX | 161.06 |
| 05/25 | 05/25 | NEEDLE IN A HAYSTACK  DALLAS    TX | 20.57 |
| 05/25 | 05/25 | OFFICE DEPOT #322    DALLAS    TX | 27.05 |

American Airlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

# Citi®
## Platinum Select®/A⁴Advantage® Account



Account Number    **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



### Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 05/27 | 05/27 | CEDAR CREST GOLF COURS DALLAS      TX | 173.02 |
| 05/30 | 05/30 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.25 |
| 05/31 | 05/31 | TTU-STUDENT BUSINESS S LUBBOCK      TX | 1,475.10 |
| 06/01 | 06/01 | ATT*BILL PAYMENT     800-288-2020  TX | 50.08 |
| 06/02 | 06/02 | J BLACKS          HENDERSON    TX | 52.07 |
| 06/05 | 06/05 | ADVANCED ARMAMENT CORP 07709259988   GA | 31.00 |
| 06/05 | 06/05 | ALBERTSONS #4135     TEXARKANA    TX | 34.78 |
| 06/05 | 06/05 | LUBBOCK POWER & LIGU1M 8067752509   TX | 197.22 |
| 06/05 | 06/05 | SNIPER COUNTRY00 OF 00 610-3236543  PA | 154.91 |
| 06/06 | 06/06 | HOTELS.COM US      800-219-4606  WA | |
| 06/06 | 06/06 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.25 |
| 06/10 | 06/10 | EXXONMOBIL    45349966 DOUGLASSVILLE TX | 30.81 |
| 06/10 | 06/10 | MIDWAY USA        800-2433220  MO | 274.91 |
| 06/10 | 06/10 | MIDWAY USA        800-2433220  MO | 279.37 |
| 06/11 | 06/11 | WAL-MART #0468      TEXARKANA    AR | 7.03 |
| 06/11 | 06/11 | WAL-MART #0468      TEXARKANA    AR | 248.26 |
| 06/12 | 06/12 | FSI*ATMOS ENERGY      866-405-1926  TX | 79.90 |
| 06/12 | 06/12 | ALEXANDER INDUSTRIES I RADFORD      VA | 117.52 |
| 06/13 | 06/13 | USPS.COM PAYME36101764 WASHINGTON    DC | 15.25 |
| 06/13 | 06/13 | UNITRIN-KEMPER INS    877-252-7878  FL | 53.75 |
| 06/13 | 06/13 | EXXONMOBIL    47944004 CONROE      TX | 62.90 |
| 06/13 | 06/13 | UNITRIN-KEMPER INS    877-252-7878  FL | 81.08 |
| 06/13 | 06/13 | ALEXANDER INDUSTRIES I RADFORD      VA | 103.76 |
| 06/15 | 06/15 | HILTON LOBBY BAR     HOUSTON     TX | 37.00 |
| 06/16 | 06/16 | THE LANCASTER HOTEL   HOUSTON     TX | 177.42 |
| | | PHONE NUMBER: 8002310226 | |
| | | FOLIO NUMBER: 1000410270 | |
| | | ARRIVE: 06/13/12 DEPART: 06/16/12 | |

### Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| | Post | Description | Amount |
|--|------|-------------|--------|
| | 06/20 | INTEREST CHARGED TO STANDARD PURCH | 372.62 |
| | | TOTAL INTEREST FOR THIS PERIOD | 372.62 |

| 2012 Totals Year-to-Date | |
|--------------------------|--------|
| Total Fees charged in 2012 | $123.50 |
| Total Interest charged in 2012 | $6,891.96 |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)**'s the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $15,117.81 (D) | $372.62 |

# Citi®
## Platinum Select®/A˘Advantage® Account



Account Number    **** **** **** 5474

**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062 SIOUX FALLS, SD 57117

Access your account online: www.citicards.com

**Citi®**

| Interest Charge Calculation (continued) | | | |
|---|---|---|---|
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 07/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Exhibit B-Respondent's Motion for New Trial

Make check payable to: **Citi Cards**

05466160299535474 0053862 1667425 0080000 1401

New Balance:
$16,674.25

**** **** **** 5474

Minimum Payment Due:
$538.62

Amount Enclosed:

Payment Due Date:
07/16/2012

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

We encourage you to pay online, but if you prefer to pay by mail, please remove this coupon and include with your payment.

**Citi®**
**Platinum Select®/A'Advantage® Account**





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Make checks payable to:
CITI CARDS Processing Center
Des Moines, IA 50363-0005

Account Activity  07/19/2012
Account Member
DONALD JASON MCCOY

Account Number  **** **** **** 5474   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$18,608.88** | **$617.44** | **08/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 08/16/2012.

Make a payment now! www.payonline.citicards.com

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $16,674.25 |
| Payments | -$800.00 |
| Other Credits | -$126.88 |
| Purchases | +$2,430.07 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$431.44 |
| New Balance | $18,608.88 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 33 year(s) | $63,389 |
| $789 | 3 year(s) | $28,435 (Savings=$34,954) |

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $21,100 |
| Avail. Revolving Credit | $23,591 | Statement Closing Date | 07/19/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 29 |

**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported To American Airlines: **2,303**

www.aa.com
See the American Airlines AAdvantage® Miles Update section in this statement.

**Payments, Credits and Adjustments**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 07/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 06/29 | 06/29 | LOWES #00174*     TEXARKANA   TX | -29.48 |
| 07/04 | 07/04 | LOWES #01802*     MOUNT PLEASAN TX | -97.40 |

**Standard Purchases**

| Sale | Post | Description | Amount |
|---|---|---|---|
| 06/20 | 06/21 | USPS.COM PAYME36101764 WASHINGTON   DC | 15.25 |
| 06/20 | 06/21 | ROADWAY FOOD MART    TEXARKANA   TX | 52.83 |
| 06/20 | 06/21 | MPRE REGISTRATION FEE 319-3412500  IA | 70.00 |
| 06/20 | 06/21 | PAYPAL *GANTIQUE    4029357733  CA | 135.00 |
| 06/20 | 06/21 | SUBWAY    00224113 TEXARKANA   TX | 6.33 |
| 06/21 | 06/21 | PAYPAL *BARMART     4029357733  CA | 10.20 |
| 06/21 | 06/21 | PAYPAL *CEDARCLIFFC  4029357733  CA | 10.25 |
| 06/21 | 06/21 | ACF-NY        POUGHKEEPSIE NY | 19.80 |
| 06/21 | 06/21 | LOWES #00174*     TEXARKANA   TX | 23.86 |
| 06/22 | 06/22 | BOWIE CASS ELECTRIC CO 770-4148400  TX | 50.00 |
| 06/23 | 06/23 | AA CTR-CONCES 10133056 DALLAS    TX | 13.00 |
| 06/23 | 06/23 | SALLY BEAUTY #1700   DALLAS    TX | 16.50 |



# Citi®
## Platinum Select®/A'Advantage® Account

Account Number  **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|---|---|---|---|
| 06/23 | 06/23 | TM *COLDPLAY      800-653-8000  FL | 131.78 |
| 06/25 | 06/25 | LOWES #00174*     TEXARKANA   TX | 53.78 |
| 06/26 | 06/26 | MIDWAY USA      800-2433220  MO | 65.47 |
| 06/27 | 06/27 | USPS.COM PAYME36101764 WASHINGTON   DC | 15.25 |
| 06/27 | 06/27 | WAL-MART #0226     ATLANTA   TX | 17.67 |
| 06/28 | 06/28 | GANDER MOUNTAIN    TEXARKANA   TX | 5.39 |
| 06/28 | 06/28 | EXXONMOBIL  45349966 DOUGLASSVILLE TX | 30.49 |
| 06/28 | 06/28 | ROADWAY FOOD MART    TEXARKANA   TX | 48.56 |
| 06/30 | 06/30 | LOWES #01802*    MOUNT PLEASAN TX | 178.70 |
| 07/03 | 07/03 | PILOT    00001578 SULPHUR SPRGS TX | 15.36 |
| 07/04 | 07/04 | USPS.COM PAYME36101764 WASHINGTON   DC | 15.25 |
| 07/04 | 07/04 | WM SUPERCENTER#2427  DALLAS     TX | 33.99 |
| 07/04 | 07/04 | EATZI'S MARKET & BAKER DALLAS    TX | 45.00 |
| 07/05 | 07/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 136.97 |
| 07/06 | 07/06 | PLAT PARKING - LOT 109 214-871-6061 TX | 4.00 |
| 07/06 | 07/06 | THE SEAT SHOP     CARROLLTON   TX | 303.10 |
| 07/07 | 07/07 | ROYAL CLEANING & LAUND DALLAS    TX | 4.32 |
| 07/07 | 07/07 | ROYAL CLEANING & LAUND DALLAS    TX | 8.38 |
| 07/07 | 07/07 | NEIGHBORHOOD SERVI   DALLAS    TX | 140.00 |
| 07/08 | 07/08 | THE PLACE AT PERRYS   DALLAS    TX | 33.01 |
| 07/09 | 07/09 | LAVA GRILL      EULESS    TX | 20.05 |
| 07/11 | 07/11 | USPS.COM PAYME36101764 WASHINGTON   DC | 15.25 |
| 07/11 | 07/11 | ALEXANDER INDUSTRIES I RADFORD     VA | 441.03 |
| 07/13 | 07/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 53.75 |
| 07/13 | 07/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 81.08 |
| 07/13 | 07/13 | MI-T-FINE CAR WASH - # DALLAS    TX | 8.99 |
| 07/13 | 07/13 | AUTOZONE #5788    DALLAS   TX | 15.24 |
| 07/14 | 07/14 | TENISON PARK GOLF COUR DALLAS    TX | 55.94 |
| 07/15 | 07/15 | BREAD WINNERS CAFE   DALLAS    TX | 24.00 |
| 07/18 | 07/18 | USPS.COM PAYME36101764 WASHINGTON   DC | 15.25 |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| | 07/19 | INTEREST CHARGED TO STANDARD PURCH | 431.44 |
| | | TOTAL INTEREST FOR THIS PERIOD | 431.44 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $123.50 |
| Total Interest charged in 2012 | $7,323.40 |

# Citi®
## Platinum Select®/AAdvantage® Account



Account Number     **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Access your account online: www.citicards.com



| Interest Charge Calculation | | | |
|---|---|---|---|
| Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | | | |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $18,107.70 (D) | $431.44 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines AAdvantage® Miles Update

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Your next Autopay automated payment of $800.00 will be deducted from your designated bank account on 08/16/2012.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Make check payable to: **Citi Cards**

05466160299535474 0061744 1860888 0080000 1408

New Balance:
$18,608.68

\*\*\*\* \*\*\*\* \*\*\*\* 5474

Minimum Payment Due:
$617.44

Amount Enclosed:

Payment Due Date:
08/16/2012

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

We encourage you to pay online, but if you prefer to pay by mail, please remove this coupon and include with your payment.



**citi**®
## Platinum Select®/A'Advantage® Account



www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Make checks payable to:
CITI CARDS PO Box 183113
Columbus OH 43218-3113

Account Activity  08/21/2012
Account Member
DONALD JASON MCCOY

Account Number  **** **** **** 5474  Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$32,098.81** | **$892.90** | **09/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 09/16/2012.

Make a payment now! www.payonline.citicards.com

| Summary of Account Activity | |
|---|---|
| Previous Balance | $18,608.88 |
| Payments | -$800.00 |
| Other Credits | -$99.99 |
| Purchases | +$13,817.02 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$572.90 |
| New Balance | $32,098.81 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 38 year(s) | $110,189 |
| $1,362 | 3 year(s) | $49,048 (Savings=$61,141) |

For information about credit counseling services, call 1-877-337-8187.

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $42,200 | Available Cash Limit | $10,101 |
| Avail. Revolving Credit | $10,101 | Statement Closing Date | 08/21/2012 |
| Cash Advance Limit | $21,100 | Days in Billing Cycle | 33 |

www.aa.com

| American Airlines A'Advantage® Miles | AAdvantage® Miles Reported To American Airlines: | **13,717** | See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

### Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 08/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 07/25 | 07/25 | MIDWAY USA MO      COLUMBIA     MO | -99.99 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 07/25 | 07/25 | USPS.C0M PAYME36101764 WASHINGTON   DC | 15.25 |
| 07/26 | 07/26 | CENTRAL MARKET #653   DALLAS      TX | 54.24 ✪ |
| 08/01 | 08/01 | USPS.C0M PAYME36101764 WASHINGTON   DC | 15.25 |
| 08/06 | 08/06 | LUBBOCK POWER & LIGU1M 8067752509   TX | 117.33 ✪ |
| 08/06 | 08/06 | RACETRAC498  00004986 DALLAS      TX | 30.55 |
| 08/07 | 08/07 | STARBUCKS CORP00063297 DALLAS       TX | 10.55 |
| 08/08 | 08/08 | ZOOM DRY CLEANING     DALLAS     TX | 24.48 |
| 08/10 | 08/10 | FORTY FIVE TEN        DALLAS    TX | 22.76 |
| 08/10 | 08/10 | CROSSROADS DINER      DALLAS     TX | 29.15 |
| 08/13 | 08/13 | UNITRIN-KEMPER INS    877-252-7878 FL | 53.76 # |
| 08/13 | 08/13 | UNITRIN-KEMPER INS    877-252-7878 FL | 81.08 ✪ |
| 08/13 | 08/13 | ALON 7-ELEVEN #58     EASTLAND    TX | 25.98 |

# Citi®
## Platinum Select®/A°Advantage® Account



Account Number  **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



### Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 08/16 | 08/16 | POWERSELLER      BROOKLYN   NY | 2,816.43 |
| 08/16 | 08/16 | TTU-STUDENT BUSINESS S LUBBOCK     TX | 8,513.41 |
| 08/17 | 08/17 | OFFICE MAX      LUBBOCK    TX | 583.99 |
| 08/18 | 08/18 | PAYPAL *DREWSECUREC  4029357733  CA | 39.94 |
| 08/18 | 08/18 | PAYPAL *MAUIJACK    4029357733   CA | 132.00 |
| 08/18 | 08/18 | SAMSCLUB #8270    LUBBOCK    TX | 319.86 |
| 08/19 | 08/19 | VARSITY BOOKSTORE    LUBBOCK    TX | 689.17 |
| 08/20 | 08/20 | CHEGG *EDUCATION SVC  WWW.CHEGG.COM CA | 77.13 |
| 08/20 | 08/20 | PAYPAL *HUPPINSHIFI  4029357733   WA | 109.92 |
| 08/21 | 08/21 | AMAZON MKTPLACE PMTS  AMZN COM/BILL WA | 54.79 |

### Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

### Interest Charged

| Post | Description | Amount |
|------|-------------|--------|
| 08/21 | INTEREST CHARGED TO STANDARD PURCH | 572.90 |
| | TOTAL INTEREST FOR THIS PERIOD | 572.90 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $123.50 |
| Total Interest charged in 2012 | $7,896.30 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $21,130.38 (D) | $572.90 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

### American Airlines A°Advantage® Miles Update

AAdvantage® Miles - Accumulated This Month

13,717

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

American A... Exhibit B Respondent's Motion for New Trial ...esign and Scissor Eagle Design are marks of American Airlines, Inc.

**Citi®**
**Platinum Select®/A˝Advantage® Account**





www.citicards.com

How to Reach Us
1-888-766-CITI(2484)

Customer Service
BOX 6062 SIOUX FALLS, SD 57117

Account Activity   09/20/2012
Account Member
DONALD JASON MCCOY

Make checks payable to:
CITI CARDS PO Box 183113
Columbus OH 43218-3113

Account Number   **** **** **** 5474   Member Since 1997

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$24,116.06** | **$928.31** | **10/16/2012** |

Your next AutoPay payment of $800.00 will be deducted from your bank account on 10/16/2012.

Make a payment now! www.payonline.citicards.com

| Summary of Account Activity | |
|---|---|
| Previous Balance | $32,098.81 |
| Payments | -$10,800.00 |
| Other Credits | -$551.23 |
| Purchases | +$2,681.17 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$687.31 |
| New Balance | $24,116.06 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 35 year(s) | $81,999 |
| $1,023 | 3 year(s) | $36,850 (Savings=$45,149) |

For information about credit counseling services, call 1-877-337-8187.

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $33,120 | Available Cash Limit | $0 |
| Avail. Revolving Credit | $9,003 | Statement Closing Date | 09/20/2012 |
| Cash Advance Limit | $0 | Days in Billing Cycle | 30 |

| American Airlines A˝Advantage® Miles | AAdvantage® Miles Reported To American Airlines: | 2,130 | www.aa.com See the American Airlines AAdvantage® Miles Update section in this statement. |
|---|---|---|---|

**Payments, Credits and Adjustments**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 08/28 | CLICK-TO-PAY PAYMENT, THANK YOU | -1,000.00 |
| | 09/05 | CLICK-TO-PAY PAYMENT, THANK YOU | -9,000.00 |
| | 09/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -800.00 |
| 08/29 | 08/29 | VARSITY BOOKSTORE     LUBBOCK     TX | -401.23 |
| 08/31 | 08/31 | POWERSELLER     BROOKLYN     NY | -150.00 |

**Standard Purchases**

| Sale | Post | Description | Amount |
|---|---|---|---|
| 08/21 | 08/22 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | 53.99 |
| 08/21 | 08/22 | VALOREBOOKS.COM     SAN DIEGO   CA | 58.75 |
| 08/24 | 08/24 | Amazon.com     AMZN.COM/BILL WA | 48.06 |
| 08/24 | 08/24 | Amazon.com     AMZN.COM/BILL WA | 51.39 |
| 08/27 | 08/27 | PAYPAL *HOMESECURIT  4029357733   CA | 187.90 |
| 08/29 | 08/29 | VEND AT COCA COLA     MALVERN     PA | 1.35 |
| 08/29 | 08/29 | PAYPAL *DONATIONS2D  4029357733   OH | 1,011.55 |
| 09/01 | 09/01 | ATT*BILL PAYMENT     800-288-2020 TX | 69.21 ♪ |
| 09/02 | 09/02 | WALGREENS #4821     LUBBOCK     TX | 19.99 ✆ |

Citi®
Platinum Select®/A˄Advantage® Account



Account Number    **** **** **** 5474

How to Reach Us
1-888-766-CITI(2484)
Customer Service
BOX 6062 SIOUX FALLS, SD 57117
Access your account online: www.citicards.com



## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
| 09/05 | 09/05 | LUBBOCK POWER & LIGU1M 8067752509  TX | 132.10 |
| 09/09 | 09/09 | Amazon.com       AMZN.COM/BILL WA | 11.88 |
| 09/09 | 09/09 | DOUBLE NICKEL STEAKHOU LUBBOCK    TX | 167.32 |
| 09/10 | 09/10 | REDBOX *DVD RENTAL   866-733-2693 IL | 4.87 |
| 09/10 | 09/10 | REDBOX *DVD RENTAL   866-733-2693 IL | 4.87 |
| 09/11 | 09/11 | SAMSCLUB #8270    LUBBOCK    TX | 19.11 |
| 09/11 | 09/11 | SAMSCLUB #8270    LUBBOCK    TX | 121.03 |
| 09/12 | 09/12 | CHEEZIES OF LUBBOCK   LUBBOCK    TX | 61.20 |
| 09/13 | 09/13 | UNITED EXPRESS FUE    LUBBOCK    TX | 36.14 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 61.16 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS   877-252-7878 FL | 86.66 |
| 09/13 | 09/13 | SAMSCLUB #8270    LUBBOCK    TX | 211.26 |
| 09/13 | 09/13 | TACO BELL #20213    LUBBOCK    TX | 12.08 |
| 09/13 | 09/13 | SOUTHWES5262467811682 08004359792  TX | 185.60 |
|  |  | NAME: DREWS/ELIZABETH |  |
|  |  | DEPART: 10/10/12 |  |
|  |  | AUS  TO LBB  : WN: CLASS: N : STOP: |  |
|  |  | LBB  TO AUS  : WN: CLASS: N : STOP: |  |
| 09/15 | 09/15 | MONTICELLO LIQUOR & WI DALLAS    TX | 7.57 |
| 09/15 | 09/15 | ARAMARK SMU ATHLETICS DALLAS    TX | 8.00 |
| 09/16 | 09/16 | VICTOR TANGO     DALLAS   TX | 10.26 |
| 09/18 | 09/18 | PAYPAL *ASWU    4029357733  CA | 5.90 |
| 09/18 | 09/18 | PAYPAL *JULIAAZIZI  4029357733  CA | 9.98 |
| 09/18 | 09/18 | PAYPAL *TERESAWILLO  4029357733  CA | 21.99 |

## Fees

| Sale | Post | Description | Amount |
|------|------|-------------|--------|
|  |  | TOTAL FEES FOR THIS PERIOD | 0.00 |

## Interest Charged

|  | Post | Description | Amount |
|--|------|-------------|--------|
|  | 09/20 | INTEREST CHARGED TO STANDARD PURCH | 687.31 |
|  |  | TOTAL INTEREST FOR THIS PERIOD | 687.31 |

| 2012 Totals Year-to-Date | |
|---------------------------|--------|
| Total Fees charged in 2012 | $123.50 |
| Total Interest charged in 2012 | $8,583.61 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| PURCHASES |  |  |  |
| Standard Purch | 29.990% (V) | $27,884.97 (D) | $687.31 |
| ADVANCES |  |  |  |
| Standard Adv | 29.990% (V) | $0.00 (D) | $0.00 |

**World MasterCard®**

**200 YEARS CITI**

DONALD JASON MCCOY
Member Since 1997 Account number ending in: 5474
Billing Period:09/21/12-10/19/12

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $785.82 |
| New balance: | $20,042.26 |
| Payment due date: | 11/16/12 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 34 year(s) | $68,006 |
| $850 | 3 year(s) | $30,625 (Savings=$37,381) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 11/16/2012. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

### Account Summary

| | |
|---|---|
| Previous balance | $24,116.06 |
| Payments | -$8,500.00 |
| Credits | -$348.59 |
| Purchases | +$4,188.97 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$585.82 |
| New balance | $20,042.26 |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $13,077 |



**American Airlines
A'Advantage® Miles**

A'Advantage® Miles Reported to
American Airlines: **3,840**

» See page 3 for more information
about your A'Advantage Miles

---

 Pay online www.citicards.com

 Pay by phone 1-888-766-CITI(2484)

 Pay by mail Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $785.82 |
| New balance | $20,042.26 |
| Payment due date | 11/16/12 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
PO Box 183113
Columbus OH 43218-3113

Exhibit B-Respondent's Motion for New Trial

# Information About Your Account.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. Certain balance transfer offers may take away the grace period on purchases. If that is the case, the balance transfer offer will describe what happens. We will begin charging interest on cash advances and balance transfers on the transaction date.

**How We Calculate Your Balance Subject to Interest Rate.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Balance Transfers.** Balance Transfer amounts are included in the "Purchases" line in the Summary of Account Activity.

**Variable APRs.** APRs followed by (V) may vary.

**Minimum Interest Charge.** If you are charged interest, the charge will be no less than 50 cents.

**Membership Fee.** To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Credit Reporting Disputes.** If you think we reported inaccurate information to a credit bureau, write us at the Customer Service address shown on the front.

**Report a Lost or Stolen Card Immediately.** Call the Customer Service number shown on the front.

**What To Do if You Think You Find a Mistake on Your Statement**

If you think there is an error on your statement, write to us at the Customer Service address shown on the front. If you use the form below, please call Customer Service for assistance.

---

## Notification of Disputed Item

**Please call Customer Service before completing this form.**

Please sign and return this form (or a copy) to the Customer Service address on this statement. If you use this form, record the information on the reverse for your records. Don't mail the form with your payment. You authorize us to send information you provide regarding this dispute to the merchant. Please print in blue or black ink.

CASE ID:

Name (Please Print)

Signature/Date

Account #

Reference #                                     Amount of Dispute $

Merchant

I examined the charges on my account and dispute a charge for the following reason:

☐ 1. Neither I nor anyone authorized by me made the charge listed above or received the goods and services represented by this charge. **(If you don't recognize a sale, choose this option and call Customer Service immediately).**

☐ 2. I participated in a transaction with the merchant, but was billed for _____ transaction(s) totaling $_____ that I didn't engage in, nor did anyone else authorized by me. I have all my cards in my possession. **Enclose copy of the Authorized sales slip.**

☐ 3. I haven't received the merchandise. Expected delivery date was ___/___/_____. I contacted the merchant on ___/___/_____. The response was _____

_____

(You must contact the merchant.)

☐ 4. I returned/canceled(circle one) merchandise on ___/___/_____ because _____

_____

**Enclose copy of return receipt, postal receipt or proof of refund.**

☐ 5. The attached credit slip was listed as a charge.

☐ 6. I was issued a credit slip for $_____ on ___/___/_____. It was not shown on my statement. **Enclose copy of credit slip.**

☐ 7. Merchandise shipped to me arrived damaged and/or defective on ___/___/_____. I returned it on ___/___/_____. Merchant response was _____

**Enclose copy of postal receipt and/or credit slip.**

☐ 8. My account was charged $_____, but I should have been billed $_____. **Enclose copy of the sales receipt and/or other documents showing correct amount.**

☐ 9. Other—Attach letter describing dispute.

---

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the Customer Service address shown on the front.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

## Important Payment Instructions.

**Crediting Payments.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the statement. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash or foreign currency please.
- **Include** your name and account number on the front of your check or money order.

**If you send an eligible check, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Copy Fee.** We charge $3 for each copy of a billing statement that dates back 3 months or more. We waive the fee if your request for the copy relates to a billing error or disputed purchase.

**Payment Options Other Than Regular Mail.**
- **Online Bill Payment Service.** If you enroll in this service, you can make payments online. Sign on to Account Online every month and pay your bill electronically using your checking or savings account. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day. For security reasons, you may be unable to pay your entire New Balance with your first Online Bill Payment.
- **AutoPay Service.** If you enroll in this service, your payment amount will be deducted automatically from the account you pick. Your card account will be credited on the due date with that amount. To enroll in AutoPay, visit Account Online today.
- **Pay by Phone Service.** You may use this service any time to make a payment by phone. You will be charged $14.95 if a representative of ours helps expedite your payment. Call by 5 p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day. We may process your payment electronically after we verify your identity.
- **Express Payments.** You can send payment by courier or express mail to the Express Payments Address. This address is: Citi Cards, Attention: Payments Department, 1500 Boltonfield Street, Columbus, OH 43228. Payment must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

DONALD JASON MCCOY

## Account Summary



**American Airlines**
**AAdvantage® Miles**

AAdvantage® Miles Reported to
American Airlines: **3,840**

| Purchase Miles | 3,840 |
|---|---|
| Accumulated This Month | 3,840 |

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 10/04 | PAYMENT THANK YOU | -$2,700.00 |
| | 10/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| | 10/19 | CLICK-TO-PAY PAYMENT, THANK YOU | -$5,000.00 |
| 10/15 | 10/15 | MIDWAY USA MO      COLUMBIA    MO | -$19.78 |
| 10/16 | 10/16 | JABTAC COM       AUSTIN      TX | -$82.98 |
| 10/17 | 10/17 | THE HOME DEPOT #6827  LUBBOCK     TX | -$40.07 |
| 10/18 | 10/18 | PAYPAL *OPTICPLANET  8005045897   IL | -$129.99 |
| 09/22 | 09/22 | OFFICE MAX      LUBBOCK     TX | -$75.77 |

**Standard Purchases**

| 09/19 | 09/21 | PAYPAL *TOPSHELFUSA   4029357733   CA | $23.94 |
| 09/20 | 09/21 | PAYPAL *FIVESTARSTO   4029357733   CA | $13.99 |
| 09/22 | 09/22 | PAYPAL *CELCASESUSA   4029357733   CA | $34.95 |
| 09/25 | 09/25 | FSI*ATMOS ENERGY    866-405-1926 TX | $44.57 |
| 09/26 | 09/26 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $17.98 |
| 09/27 | 09/27 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $39.50 |
| 09/28 | 09/28 | Best Buy   00002261 LUBBOCK    TX | $22.87 |
| 09/29 | 09/29 | APL*APPLE ITUNES STORE 866-712-7753 CA | $27.05 |
| 09/30 | 09/30 | REDBOX *DVD RENTAL    866-733-2693 IL | $3.25 |
| 09/30 | 09/30 | PIZZA HUT 144702544732 LUBBOCK    TX | $15.99 |
| 10/01 | 10/01 | ATT*BILL PAYMENT    800-288-2020 TX | $50.08 |
| 10/02 | 10/02 | PAYPAL *ADMACCESSOR   4029357733   NY | $81.00 |
| 10/02 | 10/02 | AR15.COM       FARMINGTON  NY | $24.00 |
| 10/03 | 10/03 | SAMSCLUB 8270 GAS   LUBBOCK    TX | $80.50 |
| 10/03 | 10/03 | SAMSCLUB #8270     LUBBOCK    TX | $127.69 |
| 10/03 | 10/03 | PAYPAL *OPTICPLANET  8005045897   IL | $129.99 |
| 10/03 | 10/03 | PAYPAL *GLENNREHBER   4029357733   CA | $1,044.74 |
| 10/04 | 10/04 | CHICK-FIL-A #03055   LUBBOCK    TX | $30.84 |
| 10/05 | 10/05 | PAYPAL *FREEDOMFIRE   4029357733   CA | $77.03 |
| 10/05 | 10/05 | LUBBOCK POWER & LIGU1M 8067752509   TX | $260.50 |
| 10/05 | 10/05 | LONE STAR OYSTER BAR S LUBBOCK    TX | $17.50 |
| 10/06 | 10/06 | ADVANCED ARMAMENT CORP 07709259988 GA | $99.00 |
| 10/07 | 10/07 | MIDWAY USA       800-2433220  MO | $243.59 |
| 10/07 | 10/07 | PAYPAL *EUSCEGU     4029357733   CA | $195.81 |
| 10/07 | 10/07 | PAYPAL *SATELIZ INC   4029357733   GA | $292.00 |
| 10/08 | 10/08 | ON TARGET AMMUNITION L GRAIN VALLEY MO | $57.77 |
| 10/08 | 10/08 | ABLES SPORTING INC   HUNTSVILLE  TX | $54.84 |
| 10/08 | 10/08 | BROWNELLS INC     641-6235401  IA | $124.14 |
| 10/08 | 10/08 | JABTAC COM      AUSTIN     TX | $315.98 |
| 10/09 | 10/09 | SAMSCLUB #8270     LUBBOCK    TX | $123.91 |
| 10/12 | 10/12 | PAYPAL *LEELER8131   4029357733   CA | $21.00 |
| 10/12 | 10/12 | THE HOME DEPOT #6827  LUBBOCK    TX | $45.03 |
| 10/13 | 10/13 | FSI*ATMOS ENERGY    866-405-1926 TX | $19.86 |
| 10/13 | 10/13 | CHEF LIN`S TO GO    LUBBOCK    TX | $29.55 |
| 10/13 | 10/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $61.16 |
| 10/13 | 10/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.66 |
| 10/14 | 10/14 | OVERTON HOTEL & CONFR LUBBOCK    TX | $32.79 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler SM status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

DONALD JASON MCCOY

Standard Purchases, cont'd

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|
| 10/16 | 10/16 | CVS PHARMACY #8343 Q03 LUBBOCK    TX | $15.00 |
| 10/17 | 10/17 | USPS 48539695520602686 LUBBOCK    TX | $2.97 |
| 10/17 | 10/17 | BOTACH TACTICAL3232945 LOS ANGELES   CA | $199.95 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/19 | INTEREST CHARGED TO STANDARD PURCH | $585.82 |
| Total interest charged in this billing period | | $585.82 |

## 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $123.50 |
| Total interest charged in 2012 | $9,169.43 |

## Interest charge calculation

Days in billing cycle:29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99%(V) | $24,587.22 (D) | $585.82 |
| ADVANCES | | | |
| Standard Adv | 29.99%(V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account Messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors _in writing_. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or _in writing_ at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**
You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AA1012

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

Payments must be received in proper form at the proper address by 5p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

Citi® Platinum Select® / A'Advantage® World MasterCard®

**DONALD JASON MCCOY**
Member Since 1997  Account number ending in: 5474
Billing Period:10/20/12-11/20/12

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $648.96 |
| New balance: | $16,552.53 |
| Payment due date: | 12/16/12 |

Make a payment now! www.payonline.citicards.com

Your next AutoPay payment of $800.00 will be deducted from your bank account on 12/16/2012. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 32 year(s) | $56,065 |
| $702 | 3 year(s) | $25,293 (Savings=$30,772) |

For information about credit counseling services, call 1-877-337-8187.

### Account Summary

| | |
|---|---|
| Previous balance | $20,042.26 |
| Payments | -$8,700.00 |
| Credits | -$329.37 |
| Purchases | +$5,055.68 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$483.96 |
| New balance | $16,552.53 |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $16,567 |



American Airlines
A'Advantage® Miles

A'Advantage® Miles Reported to
American Airlines: **4,726**

» See page 3 for more information about your A'Advantage Miles

 **Pay online** www.citicards.com

 **Pay by phone** 1-888-766-CITI(2484)

 **Pay by mail** Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $648.96 |
| New balance | $16,552.53 |
| Payment due date | 12/16/12 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY

## Account Summary

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 10/30 | PAYMENT THANK YOU | -$900.00 |
| | 11/15 | PAYMENT THANK YOU | -$2,000.00 |
| | 10/24 | CLICK-TO-PAY PAYMENT, THANK YOU | -$5,000.00 |
| | 11/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 10/22 | 10/22 | THE HOME DEPOT #6827 LUBBOCK TX | -$16.38 |
| 10/23 | 10/23 | PAYPAL *SATELIZ INC 4029357733 GA | -$282.00 |
| 10/23 | 10/23 | BROWNELLS INC 641-6235401 IA | -$7.05 |
| 10/29 | 10/29 | PAYPAL *TOPSHELFUSA 4029357733 CA | -$23.94 |
| | | **Standard Purchases** | |
| 10/17 | 10/20 | OPTICS PLANET INC 8005045897 IL | $2,134.97 |
| 10/19 | 10/20 | OPTICS PLANET INC 8005045897 IL | $28.99 |
| 10/19 | 10/20 | WAL-MART #0427 GREENVILLE TX | $118.85 |
| 10/19 | 10/20 | THE HOME DEPOT #6827 LUBBOCK TX | $29.31 |
| 10/19 | 10/20 | PILOT 00003673 CADDO MILLS TX | $39.89 |
| 10/21 | 10/21 | JIMMY JOHN'S # 824 - E LUBBOCK TX | $14.75 |
| 10/22 | 10/22 | USPS 48539604930611669 LUBBOCK TX | $17.30 |
| 10/22 | 10/22 | PAYPAL *IMAGEWAREHO 4029357733 CA | $115.99 |
| 10/24 | 10/24 | BAGGAGE CART OF AMERIC DALLAS TX | $4.00 |
| 10/24 | 10/24 | SALLY BEAUTY #0216 LUBBOCK TX | $29.78 |
| 10/24 | 10/24 | ALEXANDER INDUSTRIES I RADFORD VA | $210.99 |
| 10/26 | 10/26 | Amazon.com AMZN.COM/BILL WA | $36.95 |
| 10/26 | 10/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $5.46 |
| 10/26 | 10/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $17.98 |
| 10/26 | 10/26 | AMAZON MKTPLACE PMTS AMZN.COM/BILL WA | $19.99 |
| 10/26 | 10/26 | PAYPAL *BISHOP914NY 4029357733 CA | $44.95 |
| 10/26 | 10/26 | THE VINE - TX LUBBOCK TX | $95.00 |
| 10/27 | 10/27 | SPORT CLIPS TX-712 LUBBOCK TX | $21.00 |
| 10/27 | 10/27 | SAMSCLUB #8270 LUBBOCK TX | $80.05 |
| 10/27 | 10/27 | OPTICS PLANET INC 8005045897 IL | $173.18 |
| 10/29 | 10/29 | PAYPAL *LFCROCK 4029357733 CA | $27.99 |
| 10/29 | 10/29 | CHEF LIN'S TO GO LUBBOCK TX | $29.09 |
| 10/30 | 10/30 | ATT*BILL PAYMENT 800-288-2020 TX | $50.08 |
| 10/31 | 10/31 | WALGREENS #4821 LUBBOCK TX | $10.81 |
| 10/31 | 10/31 | LUBBOCK SHOOTERS GROUP LUBBOCK TX | $25.00 |
| 10/31 | 10/31 | TOM AND BINGOS LUBBOCK TX | $16.45 |
| 10/31 | 10/31 | LARUE TACTICAL 512-2591585 TX | $72.37 |
| 11/01 | 11/01 | LUBBOCK SHOOTERS GROUP LUBBOCK TX | $25.00 |
| 11/02 | 11/02 | UPS*1Z198T320392439293 800-811-1648 GA | $39.45 |
| 11/02 | 11/02 | UPS*1Z198T320391136880 800-811-1648 GA | $41.59 |
| 11/03 | 11/03 | APL*APPLE ITUNES STORE 866-712-7753 CA | $1.07 |
| 11/03 | 11/03 | PAYPAL *BMOON5 4029357733 CA | $33.20 |
| 11/05 | 11/05 | PAYPAL *TIDE702 4029357733 CA | $58.54 |
| 11/05 | 11/05 | PAYPAL *SKATEADAYPA 4029357733 CA | $136.46 |
| 11/05 | 11/05 | LUBBOCK POWER & LIGU1M 8067752509 TX | $174.87 |
| 11/06 | 11/06 | PAYPAL *400JEWELRYL 4029357733 GA | $167.50 |



**American Airlines
A˝Advantage® Miles**

**A˝Advantage® Miles Reported to
American Airlines: 4,726**

| | |
|---|---|
| Purchase Miles | 4,726 |
| Accumulated This Month | 4,726 |

**» Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite- status qualification or Million Mile℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

DONALD JASON MCCOY

Standard Purchases, cont'd

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|
| 11/08 | 11/08 | OPTICS PLANET INC     8005045897   IL | $79.99 |
| 11/08 | 11/08 | PAYPAL *RANCHODELUX   4029357733   CA | $106.95 |
| 11/08 | 11/08 | MIDWAY USA          800-2433220  MO | $244.41 |
| 11/08 | 11/08 | LUBBOCK NORET PREMIERE BIG SPRING    TX | $15.75 |
| 11/08 | 11/08 | LUBBOCK NORET PREMIERE BIG SPRING    TX | $33.00 |
| 11/11 | 11/11 | APL*APPLE ITUNES STORE 866-712-7753  CA | $25.97 |
| 11/11 | 11/11 | FSI*ATMOS ENERGY     866-405-1926 TX | $36.94 |
| 11/12 | 11/12 | BEST PRICE NUTRITION  708-478-8143 IL | $195.90 |
| 11/13 | 11/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $61.16 |
| 11/13 | 11/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.66 |
| 11/17 | 11/17 | USPS 48539604930611669 LUBBOCK     TX | $20.10 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/20 | INTEREST CHARGED TO STANDARD PURCH | $483.96 |
| | Total interest charged in this billing period | $483.96 |

## 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $123.50 |
| Total interest charged in 2012 | $9,653.39 |

## Interest charge calculation

Days in billing cycle:32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $18,407.55 (D) | $483.96 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account Messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**
You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AA1012

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

> Citi Cards
> Attention: Payments Department
> 1500 Boltonfield Street
> Columbus, OH 43228

Payments must be received in proper form at the proper address by 5p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**



**Citi® Platinum Select® / AAdvantage® World MasterCard®**

DONALD JASON MCCOY
Member Since 1997  Account number ending in: 5474
Billing Period:11/21/12-12/20/12

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $634.83 |
| New balance: | $18,883.26 |
| Payment due date: | 01/16/13 |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 33 year(s) | $64,290 |
| $801 | 3 year(s) | $28,854 (Savings=$35,436) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 01/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

**Account Summary**

| | |
|---|---|
| Previous balance | $16,552.53 |
| Payments | -$800.00 |
| Credits | -$276.09 |
| Purchases | +$2,959.99 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$446.83 |
| New balance | $18,883.26 |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $14,236 |



**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported to American Airlines: **2,684**

» See page 3 for more information about your AAdvantage Miles

 **Pay online** www.citicards.com

 **Pay by phone** 1-888-766-CITI(2484)

 **Pay by mail** Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $634.83 |
| New balance | $18,883.26 |
| Payment due date | 01/16/13 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

Exhibit B-Respondent's Motion for New Trial

DONALD JASON MCCOY

## Account Summary



| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 12/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 11/28 | 11/28 | MIDWAY USA MO      COLUMBIA     MO | -$119.99 |
| 12/04 | 12/04 | OPTICS PLANET INC   8005045897   IL | -$102.00 |
| 12/13 | 12/13 | ACADEMY SPORTS #78   DALLAS     TX | -$54.10 |

**Standard Purchases**

| 11/20 | 11/21 | MIDWAY USA        800-2433220  MO | $393.54 |
| 11/21 | 11/21 | SAMSCLUB 8270 GAS    LUBBOCK    TX | $57.42 |
| 11/21 | 11/21 | SAMSCLUB #8270      LUBBOCK    TX | $175.90 |
| 11/23 | 11/23 | THE UPS STORE 4212   LUBBOCK    TX | $12.51 |
| 11/25 | 11/25 | APL*APPLE ITUNES STORE 866-712-7753  CA | $16.23 |
| 11/27 | 11/27 | ASI*SAURIKIT CYDIA    866-749-7545  WA | $4.99 |
| 11/27 | 11/27 | TACO BELL #2427      LUBBOCK    TX | $10.37 |
| 11/28 | 11/28 | SKYMALL*SKYMALL.COM   800-759-6255  AZ | $116.09 |
| 11/29 | 11/29 | USPS 48539604930611669 LUBBOCK    TX | $2.29 |
| 11/29 | 11/29 | SONIC DRIVE IN #3496  LUBBOCK    TX | $7.56 |
| 11/29 | 11/29 | LAW SCHOOL KIOSK     LUBBOCK    TX | $1.07 |
| 12/01 | 12/01 | ATT*BILL PAYMENT     800-288-2020 TX | $50.08 |
| 12/01 | 12/01 | PAYPAL *ERICKLARRIV   4029357733   CA | $67.00 |
| 12/03 | 12/03 | PAYPAL *COLECTITEMS   4029357733   TX | $494.50 |
| 12/03 | 12/03 | CHEF LIN'S TO GO     LUBBOCK    TX | $28.09 |
| 12/04 | 12/04 | APL*APPLE ITUNES STORE 866-712-7753  CA | $16.23 |
| 12/04 | 12/04 | ONE GUY FROM ITALY   LUBBOCK    TX | $20.40 |
| 12/05 | 12/05 | LUBBOCK POWER & LIGU1M 8067752509   TX | $177.51 |
| 12/08 | 12/08 | USPS 48539695520602686 LUBBOCK    TX | $3.31 |
| 12/08 | 12/08 | SPORT CLIPS TX-712   LUBBOCK    TX | $19.00 |
| 12/08 | 12/08 | SAMSCLUB #8270      LUBBOCK    TX | $143.42 |
| 12/08 | 12/08 | ACADEMY SPORTS #49   LUBBOCK    TX | $241.42 |
| 12/11 | 12/11 | USPS.COM PAYME36101764 WASHINGTON DC | $15.00 |
| 12/11 | 12/11 | FSI*ATMOS ENERGY     866-405-1926 TX | $60.39 |
| 12/12 | 12/12 | USPS.COM PAYME36101764 WASHINGTON DC | $15.25 |
| 12/12 | 12/12 | SWEETWATER CONOCO    SWEETWATER TX | $60.25 |
| 12/12 | 12/12 | ACADEMY SPORTS #49   LUBBOCK    TX | $129.86 |
| 12/12 | 12/12 | SALLY BEAUTY #0216   LUBBOCK    TX | $16.63 |
| 12/12 | 12/12 | SWEETWATER TRUCK STOP SWEETWATER TX | $17.72 |
| 12/13 | 12/13 | APL*APPLE ITUNES STORE 866-712-7753  CA | $24.99 |
| 12/13 | 12/13 | UNITRIN-KEMPER INS    877-252-7878  FL | $61.16 |
| 12/13 | 12/13 | UNITRIN-KEMPER INS    877-252-7878  FL | $86.66 |
| 12/13 | 12/13 | ACADEMY SPORTS #78   DALLAS     TX | $188.83 |
| 12/17 | 12/17 | EDDIE V'S   00085084 DALLAS     TX | $50.24 |
| 12/18 | 12/18 | HOPDODDY PRESTON     DALLAS     TX | $23.65 |
| 12/18 | 12/18 | Red*Envelope.com    877-733-3683  CA | $129.78 |
| 12/19 | 12/19 | SIGELS BEVERAGES #    DALLAS     TX | $5.40 |
| 12/19 | 12/19 | USPS.COM PAYME36101764 WASHINGTON DC | $15.25 |

## American Airlines A\*Advantage® Miles

### A\*Advantage® Miles Reported to American Airlines: **2,684**

| | |
|---|---|
| Purchase Miles | 2,684 |
| Accumulated This Month | 2,684 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite- status qualification or Million Mile℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/20 | INTEREST CHARGED TO STANDARD PURCH | $446.83 |
| Total interest charged in this billing period | | $446.83 |

### 2012 totals year-to-date

| Total fees charged in 2012 | $123.50 |
|---|---|
| Total interest charged in 2012 | $10,100.22 |

### Interest charge calculation

Days in billing cycle:30

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99%(V) | $18,128.31(D) | $446.83 |
| ADVANCES | | | |
| Standard Adv | 29.99%(V) | $0.00(D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account Messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**
You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**
You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AA1012

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

Payments must be received in proper form at the proper address by 5p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

**Citi Platinum Select / AAdvantage World MasterCard**

DONALD JASON MCCOY
Member Since 1997  Account number ending in: 5474
Billing Period:12/21/12-01/18/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $595.23 |
| New balance: | $14,131.66 |
| Payment due date: | 02/16/13 |

Make a payment now!  www.payonline.citicards.com

Your next AutoPay payment of $800.00 will be deducted from your bank account on 02/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 31 year(s) | $47,648 |
| $599 | 3 year(s) | $21,593 (Savings=$26,055) |

For information about credit counseling services, call 1-877-337-8187.

## Account Summary

| | |
|---|---|
| Previous balance | $18,883.26 |
| Payments | -$10,800.00 |
| Credits | -$0.00 |
| Purchases | +$5,594.17 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$454.23 |
| New balance | $14,131.66 |

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $18,988 |



American Airlines
A'Advantage® Miles

A'Advantage® Miles Reported to
American Airlines: **5,594**

» See page 3 for more information
about your A'Advantage Miles

 Pay online www.citicards.com

 Pay by phone 1-888-766-CITI(2484)

Pay by mail  Use this coupon
• Enclose a valid check or money order payable to CITI CARDS. No cash or foreign currency
• Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $595.23 |
| New balance | $14,131.66 |
| Payment due date | 02/16/13 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY



American Airlines
A'Advantage® Miles

## Account Summary

| Trans. Date | Post Date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 01/11 | CLICK-TO-PAY PAYMENT, THANK YOU | -$10,000.00 |
| | 01/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| | | **Standard Purchases** | |
| 12/21 | 12/21 | EUROOPTIC LTD       MONTOURSVILLE PA | $1,824.00 |
| 12/22 | 12/22 | RENFIELDS CORNER     DALLAS     TX | $18.00 |
| 12/24 | 12/24 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $13.98 |
| 12/26 | 12/26 | BOWL & BARREL       DALLAS     TX | $42.00 |
| 12/26 | 12/26 | BOWL & BARREL       DALLAS     TX | $76.83 |
| 12/27 | 12/27 | ACADEMY SPORTS #78   DALLAS     TX | $126.58 |
| 12/27 | 12/27 | DALLAS LOT 29       DALLAS     TX | $6.00 |
| 12/30 | 12/30 | SONIC #4398       DALLAS     TX | $4.86 |
| 12/30 | 12/30 | SAMSCLUB #6372       DALLAS     TX | $8.48 |
| 12/30 | 12/30 | MCDONALD'S F5927     MOUNT PLEASAN TX | $3.77 |
| 12/30 | 12/30 | MILO BUTTERFINGERS INC DALLAS     TX | $48.00 |
| 01/01 | 01/01 | ATT*BILL PAYMENT     800-288-2020 TX | $50.08 |
| 01/02 | 01/02 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $43.99 |
| 01/06 | 01/06 | BREAD WINNERS II C   DALLAS     TX | $42.53 |
| 01/07 | 01/07 | LUBBOCK POWER & LIGU1M 8067752509   TX | $146.67 |
| 01/08 | 01/08 | CINEMARK THEATRES 2QPS LUBBOCK     TX | $10.25 |
| 01/08 | 01/08 | LUBBOCK SHOOTERS GROUP LUBBOCK TX | $25.00 |
| 01/08 | 01/08 | ALON 7-ELEVEN #58     EASTLAND   TX | $39.35 |
| 01/08 | 01/08 | METRO COFFEE GROUPPE   GRAND PRAIRIE TX | $99.95 |
| 01/09 | 01/09 | CARRIERCOMP       PENSACOLA   FL | $196.75 |
| 01/12 | 01/12 | SALLY BEAUTY #0216   LUBBOCK   TX | $11.22 |
| 01/12 | 01/12 | GANDER MOUNTAIN     LUBBOCK   TX | $21.63 |
| 01/12 | 01/12 | SAMSCLUB #8270     LUBBOCK   TX | $365.02 |
| 01/13 | 01/13 | SAMSCLUB #8270     LUBBOCK   TX | $13.46 |
| 01/13 | 01/13 | SPORT CLIPS TX-712   LUBBOCK   TX | $20.00 |
| 01/13 | 01/13 | FSI*ATMOS ENERGY     866-405-1926 TX | $66.56 |
| 01/14 | 01/14 | WWW OUTLINEDEPOT COM  03107026952  CA | $22.99 |
| 01/14 | 01/14 | UNITRIN-KEMPER INS   877-252-7878 FL | $61.17 |
| 01/14 | 01/14 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.67 |
| 01/14 | 01/14 | DOUBLE NICKEL STEAKHOU LUBBOCK   TX | $186.29 |
| 01/14 | 01/14 | BESTBUY.COM  00009944 RICHFIELD   MN | $216.48 |
| 01/15 | 01/15 | SOUTHWES5262491681889 800-435-9792 TX | $636.40 |
| | | NAME: MCCOY/ELENA | |
| | | DEPART: 03/10/13 | |
| | | DAL  TO MSY  : WN: CLASS: O : STOP: | |
| | | MSY  TO DAL  : WN: CLASS: S : STOP:O | |
| | | DAL  TO LBB  : WN: CLASS: S : STOP:X | |
| 01/16 | 01/16 | MIDWAY USA       800-2433220  MO | $120.49 |
| 01/16 | 01/16 | HOTELS.COM US     800-219-4606 WA | $938.72 |

X 2

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

A'Advantage® Miles Reported to
American Airlines: **5,594**

| | |
|---|---|
| Purchase Miles | 5,594 |
| Accumulated This Month | 5,594 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite- status qualification or Million Mile℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Interest charged

| Date | Description | Amount |
|------|-------------|--------|
| 01/18 | INTEREST CHARGED TO STANDARD PURCH | $454.23 |
| Total interest charged in this billing period | | $454.23 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | $454.23 |

### Interest charge calculation

Days in billing cycle:29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|--------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $19,064.28 (D) | $454.23 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account Messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

Payments must be received in proper form at the proper address by 5p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

**CITI Platinum Select /AAdvantage World MasterCard**

**DONALD JASON MCCOY**
Member Since 1997  Account number ending in: 5474
Billing Period: 01/19/13-02/20/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $812.02 |
| New balance: | $24,176.08 |
| Payment due date: | 03/16/13 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 35 year(s) | $82,479 |
| $1,026 | 3 year(s) | $36,942 (Savings = $45,537) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 03/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary

| | |
|---|---|
| Previous balance | $14,131.66 |
| Payments | -$800.00 |
| Credits | -$0.00 |
| Purchases | +$10,273.40 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$571.02 |
| **New balance** | **$24,176.08** |

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $8,943 |



**American Airlines
A'Advantage® Miles**

A'Advantage® Miles Reported to
American Airlines:   **10,273**

» See page 3 for more information
about your A'Advantage Miles



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Your Account is
enrolled in AutoPay.**

| | |
|---|---|
| Minimum payment due | $812.02 |
| New balance | $24,176.08 |
| Payment due date | 03/16/13 |
| Amount enclosed: $ | . |

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 02/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| | | **Standard Purchases** | |
| 01/18 | 01/19 | THE LAW OFFICES OF NOR  DALLAS      TX | $5,250.00 |
| 01/21 | 01/21 | PAYPAL *GODIRECT    4029357733   FL | $11.99 |
| 01/22 | 01/22 | PAYPAL *THOMASTEREN  4029357733  CA | $72.00 |
| 01/25 | 01/25 | SAMSCLUB 8270 GAS   LUBBOCK    TX | $66.44 |
| 01/26 | 01/26 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $13.98 |
| 01/26 | 01/26 | LUBBOCK NORET PREMIERE BIG SPRING   TX | $18.00 |
| 01/26 | 01/26 | TEXAS RDHSELUBBOCK LT  LUBBOCK     TX | $19.41 |
| 01/28 | 01/28 | CFG LUBBOCK      LUBBOCK     TX | $1.25 |
| 01/28 | 01/28 | PAYPAL *CORLOMOSKI   4029357733   CA | $178.99 |
| 01/29 | 01/29 | APL*APPLE ITUNES STORE 866-712-7753  CA | $32.48 |
| 01/29 | 01/29 | DEEP RUN FARM      GOLDVEIN    VA | $157.50 |
| 01/29 | 01/29 | OAK HILL ACADEMY    DALLAS     TX | $200.00 |
| 01/30 | 01/30 | MCDONALD'S F25155    POST      TX | $12.97 |
| 01/30 | 01/30 | SOUTHWES5262494882267 800-435-9792 TX | $85.90 |
| | | NAME: MCCOY/DONALD J | |
| | | DEPART: 03/07/13 | |
| | | LBB  TO DAL : WN: CLASS: T : STOP: | |
| 01/30 | 01/30 | SOUTHWES5262494881279 800-435-9792 TX | $190.90 |
| | | NAME: MCCOY/DONALD J | |
| | | DEPART: 02/04/13 | |
| | | DAL  TO LBB : WN: CLASS: Y : STOP: | |
| 01/31 | 01/31 | STARBUCKS #00677 DALLA Dallas     TX | $6.71 |
| 01/31 | 01/31 | OFFICE DEPOT #2220   DALLAS     TX | $32.45 |
| 01/31 | 01/31 | ATT*BILL PAYMENT    800-288-2020 TX | $50.08 |
| 02/01 | 02/01 | DSG ARMS       FORTH WORTH  TX | $33.51 |
| 02/02 | 02/02 | EXXONMOBIL  47958947 DALLAS      TX | $31.15 |
| 02/02 | 02/02 | KIRBY'S STEAKHOUSE LTD DALLAS      TX | $39.02 |
| 02/05 | 02/05 | WWW OUTLINEDEPOT COM  03107026952  CA | $39.99 |
| 02/05 | 02/05 | CITY OF LUBBOCK    08067752148  TX | $124.94 |
| 02/06 | 02/06 | ASI*SAURIKIT CYDIA   866-749-7545 WA | $4.99 |
| 02/08 | 02/08 | USPS 48539695520602686 LUBBOCK     TX | $13.56 |
| 02/10 | 02/10 | PAYPAL *MELLIZA64   4029357733   CA | $32.98 |
| 02/10 | 02/10 | WATERFI LLC     6194380058   CA | $159.94 |
| 02/11 | 02/11 | FSI*ATMOS ENERGY    866-405-1926 TX | $96.17 |
| 02/13 | 02/13 | APL*APPLE ITUNES STORE 866-712-7753 CA | $1.07 |
| 02/13 | 02/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $61.17 |
| 02/13 | 02/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.67 |
| 02/13 | 02/13 | SMU ATHLETICS     214-768-4263 TX | $690.00 |
| 02/13 | 02/13 | CHEF LIN'S TO GO    LUBBOCK    TX | $29.04 |
| 02/14 | 02/14 | VEND AT COCA COLA    MALVERN    PA | $1.35 |
| 02/14 | 02/14 | MARKET STREET #553   LUBBOCK    TX | $5.40 |
| 02/14 | 02/14 | SAMSCLUB #8270     LUBBOCK    TX | $51.70 |
| 02/14 | 02/14 | OPTICS PLANET INC   8005045897   IL | $218.49 |
| 02/14 | 02/14 | LAW SCHOOL KIOSK    LUBBOCK    TX | $4.32 |
| 02/15 | 02/15 | WWW GUNBROKER COM   07202230164  GA | $2.00 |
| 02/15 | 02/15 | USPS 48539604930611669 LUBBOCK     TX | $9.50 |

**American Airlines A'Advantage® Miles**

**A'Advantage® Miles Reported to American Airlines:**     **10,273**

| | |
|---|---|
| Purchase Miles | 10,273 |
| Accumulated This Month | 10,273 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

Standard Purchases, cont'd

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| 02/15 | 02/15 | SPORT CLIPS TX-712    LUBBOCK     TX | $19.00 |
| 02/15 | 02/15 | MIDWAY USA MO          COLUMBIA   MO | $34.26 |
| 02/16 | 02/16 | CUTTING EDGE       LUBBOCK    TX | $10.77 |
| 02/16 | 02/16 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $25.96 |
| 02/16 | 02/16 | TEXAS RDHSELUBBOCK LT  LUBBOCK     TX | $26.18 ℮ |
| 02/16 | 02/16 | DOUBLE NICKEL STEAKHOU LUBBOCK     TX | $177.10 ℮ |
| 02/17 | 02/17 | LUBBOCK NORET PREMIERE BIG SPRING   TX | $33.00 |
| 02/17 | 02/17 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $55.42 |
| 02/18 | 02/18 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $9.82 |
| 02/18 | 02/18 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $14.04 |
| 02/18 | 02/18 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $29.38 |
| 02/18 | 02/18 | GUN DOG SUPPLY        662-324-2410 MS | $43.95 |
| 02/18 | 02/18 | GUN DOG SUPPLY        662-324-2410 MS | $966.68 |
| 02/18 | 02/18 | HOBBY-LOBBY #0044     LUBBOCK     TX | $4.18 |
| 02/19 | 02/19 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $11.95 |
| 02/19 | 02/19 | AMAZON MKTPLACE PMTS   AMZN.COM/BILL WA | $15.65 |
| 02/19 | 02/19 | BOWWOWFLIX           8666130756   WA | $16.95 |
| 02/19 | 02/19 | CABELA'S.COM INC      8002374444   NE | $93.01 |
| 02/19 | 02/19 | PAYPAL *LIMIT TIME    4029357733  IA | $133.50 |
| 02/19 | 02/19 | PAYPAL *RC STORE      4029357733  SD | $149.99 |
| 02/19 | 02/19 | DEEP RUN FARM        GOLDVEIN    VA | $264.60 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 02/20 | INTEREST CHARGED TO STANDARD PURCH | $571.02 |
| Total interest charged in this billing period | | $571.02 |

## 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $0.00 |
| Total interest charged in 2013 | $1,025.25 |

## Interest charge calculation

Days in billing cycle: 33

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $21,061.05 (D) | $571.02 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).



Citi® Platinum Select / A'Advantage® World MasterCard®

**DONALD JASON MCCOY**
Member Since 1997  Account number ending in: 5474
Billing Period: 02/21/13-03/21/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $905.83 |
| New balance: | $26,415.01 |
| Payment due date: | 04/16/13 |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 36 year(s) | $90,135 |
| $1,120 | 3 year(s) | $40,357 (Savings = $49,778) |

For information about credit counseling services, call 1-877-337-8188.

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $12.02.

### Account Summary
| | |
|---|---|
| Previous balance | $24,176.08 |
| Payments | -$800.00 |
| Credits | -$704.04 |
| Purchases | +$3,018.16 |
| Cash advances | +$0.00 |
| Fees | +$120.00 |
| Interest | +$604.81 |
| **New balance** | **$26,415.01** |

### Credit Limit
| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $6,704 |



**American Airlines A'Advantage® Miles**

A'Advantage® Miles Reported to American Airlines: **2,314**

» See page 3 for more information about your A'Advantage Miles

![Citi logo]

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $905.83 |
| New balance | $26,415.01 |
| Payment due date | 04/16/13 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY

## Account Summary



American Airlines
A̤Advantage® Miles

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Payments, Credits and Adjustments

| | 03/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 03/12 | 03/12 | HOTELS COM US        800-219-4606  WA | -$704.04 |

A̤Advantage® Miles Reported to
American Airlines:  **2,314**

| | |
|---|---|
| Purchase Miles | 2,314 |
| Accumulated This Month | 2,314 |

### Standard Purchases

| 02/19 | 02/21 | FOODSCIENCE/MT NATURAL ESSEX JCT    VT | $44.37 |
| 02/20 | 02/21 | COMPANION ANIMAL RE   08002527894  NC | $6.00 |
| 02/20 | 02/21 | MICROCHIP ID SYSTE    COVENTON    LA | $21.95 |
| 02/20 | 02/21 | AMERICAN KENNEL CLU   09192339767  NY | $71.00 |
| 02/20 | 02/21 | ACRES NORTH VETERINARY LUBBOCK      TX | $42.62 |
| 02/22 | 02/22 | PETSMART INC 188    LUBBOCK     TX | $50.64 |
| 02/22 | 02/22 | STEIN-MART #0050    LUBBOCK     TX | $58.37 |
| 02/24 | 02/24 | PAYPAL *SISHCHEN1    4029357733   CA | $33.99 |
| 02/24 | 02/24 | PAYPAL *CFTNURSERYI   4029357733   CA | $38.99 |
| 02/25 | 02/25 | BOWWOWFLIX       8666130756   WA | $10.00 |
| 02/25 | 02/25 | HARVILL TSCHUMY CLINIC DALLAS      TX | $35.00 |
| 02/25 | 02/25 | DESIGNING HEALTH    VALENCIA    CA | $16.19 |
| 02/26 | 02/26 | GUN DOG SUPPLY     662-324-2410 MS | $21.15 |
| 03/01 | 03/01 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $28.06 |
| 03/01 | 03/01 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $8.98 |
| 03/01 | 03/01 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $42.46 |
| 03/04 | 03/04 | ATT*BILL PAYMENT    800-288-2020 TX | $53.34 |
| 03/05 | 03/05 | LUBBOCK POWER AND LIGH 08067752148  TX | $150.41 |
| 03/06 | 03/06 | CFG LUBBOCK     LUBBOCK     TX | $1.25 |
| 03/06 | 03/06 | SPORT CLIPS TX-712   LUBBOCK     TX | $21.00 |
| 03/06 | 03/06 | SALLY BEAUTY #0216   LUBBOCK     TX | $57.44 |
| 03/08 | 03/08 | ASI*SAURIKIT CYDIA   866-749-7545  WA | $4.99 |
| 03/08 | 03/08 | USPS 48222702430204515 DALLAS      TX | $11.35 |
| 03/09 | 03/09 | ASI*SAURIKIT CYDIA   866-749-7545  WA | $1.99 |
| 03/10 | 03/10 | DMB FC TICKETS     434-8179390  VA | $174.50 |
| 03/10 | 03/10 | ROYAL SONESTA HOTEL NE NEW ORLEANS LA | $116.31 |
| 03/11 | 03/11 | FSI*ATMOS ENERGY    866-405-1926 TX | $96.25 |
| 03/11 | 03/11 | MONTELEONE CAROSEL LNG NEW ORLEANS LA | $51.49 |
| 03/11 | 03/11 | JACQUES IMO     NEW ORLEANS  LA | $110.64 |
| 03/12 | 03/12 | NOLA COUTURE     NEW ORLEANS  LA | $70.85 |
| 03/12 | 03/12 | BIG EASY OFF WILKINSON NEW ORLEANS   LA | $13.00 |
| 03/12 | 03/12 | PORT OF CALL     NEW ORLEANS  LA | $39.96 |
| 03/12 | 03/12 | ROYAL SONESTA HOTEL NE NEW ORLEANS LA | $49.74 |
| 03/12 | 03/12 | COMMANDERS PALACE    NEW ORLEANS  LA | $166.42 |
| 03/13 | 03/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $61.17 |
| 03/13 | 03/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.67 |
| 03/14 | 03/14 | ROYAL SONESTA HOTEL NE NEW ORLEANS LA | $948.39 |
| | | PHONE NUMBER: 5045860300 | |
| | | FOLIO NUMBER: 1401794 | |
| | | ARRIVE: 03/10/13 DEPART: 03/14/13 | |
| 03/15 | 03/15 | SAMSCLUB #8270    LUBBOCK     TX | $23.56 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler$^{SM}$ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

Standard Purchases, cont'd

| Trans date | Post date | Description | | | Amount |
|---|---|---|---|---|---|
| 03/19 | 03/19 | BOWWOWFLIX | 8666130756 | WA | $26.95 |
| 03/19 | 03/19 | GUN DOG SUPPLY | 662-324-2410 | MS | $150.72 |

## Fees charged

| Date | Description | Amount |
|---|---|---|
| 03/21 | MEMBERSHIP FEE MAR 13-FEB 14 | |
| | SEE REVERSE FOR MORE RENEWAL INFORMATION | $95.00 |
| 03/21 | LATE FEE - FEB PAYMENT PAST DUE | $25.00 |
| Total fees charged in this billing period | | $120.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 03/21 | INTEREST CHARGED TO STANDARD PURCH | $604.81 |
| Total interest charged in this billing period | | $604.81 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $1,630.06 |

### Interest charge calculation

Days in billing cycle: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $25,384.21 (D) | $604.81 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Your next AutoPay payment of $800.00 will be deducted from your bank account on 04/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number
- Dollar amount: The dollar amount of the suspected error
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true.

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

PDF-AA1012

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50 (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

Payments must be received in proper form at the proper address by 5p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

**Citi® Platinum Select® / A'Advantage® World MasterCard®**


DONALD JASON MCCOY
Member Since 1997 Account number ending in: 5474
Billing Period: 03/22/13-04/18/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $629.18 |
| New balance: | $7,726.82 |
| Payment due date: | 05/16/13 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 year(s) | $24,967 |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 05/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary
| | |
|---|---|
| Previous balance | $26,415.01 |
| Payments | -$21,800.00 |
| Credits | -$32.04 |
| Purchases | +$2,591.67 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$552.18 |
| New balance | $7,726.82 |

## Credit Limit
| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $25,393 |



**American Airlines A'Advantage® Miles**

A'Advantage® Miles Reported to American Airlines: **2,560**

» See page 3 for more information about your A'Advantage Miles

**citi®**
P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $629.18 |
| New balance | $7,726.82 |
| Payment due date | 05/16/13 |

Amount enclosed: $         .

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 03/25 | PAYMENT THANK YOU | -$1,000.00 |
| | 04/15 | PAYMENT THANK YOU | -$20,000.00 |
| | 04/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 03/23 | 03/23 | THE HOME DEPOT #6827   LUBBOCK      TX | -$26.04 |
| 04/09 | 04/09 | BOWWOWFLIX       8666130756   WA | -$6.00 |
| | | **Standard Purchases** | |
| 03/22 | 03/22 | APL*APPLE ITUNES STORE 866-712-7753  CA | $4.32 |
| 03/22 | 03/22 | THE HOME DEPOT #6827   LUBBOCK      TX | $9.37 |
| 03/22 | 03/22 | THE HOME DEPOT #6827   LUBBOCK      TX | $42.59 |
| 03/23 | 03/23 | THE HOME DEPOT #6827   LUBBOCK      TX | $27.25 |
| 03/25 | 03/25 | TEXAS RDHSELUBBOCK LT  LUBBOCK      TX | $23.36 |
| 03/27 | 03/27 | CFG LUBBOCK       LUBBOCK     TX | $1.25 |
| 03/27 | 03/27 | CFG LUBBOCK       LUBBOCK     TX | $1.25 |
| 03/27 | 03/27 | WWW GUNBROKER COM    07202230164  GA | $3.75 |
| 03/28 | 03/28 | CFG LUBBOCK       LUBBOCK     TX | $1.25 |
| 03/30 | 03/30 | GUN DOG SUPPLY     662-324-2410 MS | $308.10 |
| 03/30 | 03/30 | PAYPAL *WING SUPPLY   4029357733  KY | $292.92 |
| 03/31 | 03/31 | PAYPAL *GUNDOGSUPPL   4029357733  MS | $222.52 |
| 04/01 | 04/01 | ATT*BILL PAYMENT     800-288-2020 TX | $53.34 |
| 04/05 | 04/05 | APL*APPLE ITUNES STORE 866-712-7753  CA | $1.07 |
| 04/05 | 04/05 | LUBBOCK POWER AND LIGH 08067752148  TX | $150.47 |
| 04/07 | 04/07 | FSI*ATMOS ENERGY     866-405-1926 TX | $64.12 |
| 04/10 | 04/10 | OPTICS PLANET INC    8005045897   IL | $769.00 |
| 04/13 | 04/13 | USPS 48539604930611669 LUBBOCK     TX | $15.21 |
| 04/13 | 04/13 | UNITRIN-KEMPER INS    877-252-7878 FL | $61.17 |
| 04/13 | 04/13 | UNITRIN-KEMPER INS    877-252-7878 FL | $86.67 |
| 04/14 | 04/14 | NOLO         08007283555  CA | $42.99 |
| 04/15 | 04/15 | CFG LUBBOCK       LUBBOCK     TX | $1.25 |
| 04/15 | 04/15 | CFG LUBBOCK       LUBBOCK     TX | $1.25 |
| 04/16 | 04/16 | THE BETA COMPANY     08006692382  GA | $407.20 |

American Airlines
A°Advantage® Miles

A°Advantage® Miles Reported to
American Airlines:          **2,560**

| | |
|---|---|
| Purchase Miles | 2,560 |
| Accumulated This Month | 2,560 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 04/18 | INTEREST CHARGED TO STANDARD PURCH | $552.18 |
| | Total interest charged in this billing period | $552.18 |

## 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,182.24 |

## Interest charge calculation

Days in billing cycle: 28

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $24,002.91 (D) | $552.18 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2012 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AA1012

## Payments other than by mail

**Online** Go to the URL on the front of your statement to make a payment. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online. If we receive your request to make an Online Bill Payment by 5 p.m. Eastern time, we will credit your payment as of that day. If we receive your request to make an Online Bill Payment after that time, we will credit your payment as of the next day.

**Autopay** Sign up at Account Online to have your payment amount automatically deducted each month from the account you choose. Your card account will be credited on the due date with that amount.

**Phone** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps expedite your payment. We may process your payment electronically after we verify your identity. Call by 5p.m. Eastern time to have your payment credited as of that day. If you call after that time, your payment will be credited as of the next day.

**Express mail** Send payment by courier or express mail to:

Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

Payments must be received in proper form at the proper address by 5 p.m. Eastern time to be credited as of that day. All payments received in proper form at the proper address after that time will be credited as of the next day.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.



**Citi® Platinum Select® / AAdvantage® World MasterCard®**

DONALD JASON MCCOY
Member Since 1997  Account number ending in: 5474
Billing Period: 04/19/13-05/21/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $338.52 |
| New balance: | $10,246.35 |
| Payment due date: | 06/16/13 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 year(s) | $34,591 |
| $434 | 3 year(s) | $15,657 (Savings = $18,934) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 06/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

### Account Summary

| | |
|---|---|
| Previous balance | $7,726.82 |
| Payments | -$800.00 |
| Credits | -$60.94 |
| Purchases | +$3,143.95 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$236.52 |
| New balance | $10,246.35 |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $22,873 |



**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported to
American Airlines:  **3,083**

» See page 3 for more information about your AAdvantage Miles



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is
enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $338.52 |
| New balance | $10,246.35 |
| Payment due date | 06/16/13 |

Amount enclosed: $ .

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY

## Account Summary



**American Airlines AAdvantage® Miles**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 05/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 04/25 | 04/25 | GUN DOG SUPPLY        662-324-2410  MS | -$32.99 |
| 05/20 | 05/20 | BOWWOWFLIX        8666130756   WA | -$27.95 |
| | | **Standard Purchases** | |
| 04/18 | 04/19 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $59.99 |
| 04/19 | 04/19 | BOWWOWFLIX        8666130756   WA | $26.95 |
| 04/20 | 04/20 | SPORT CLIPS TX-712   LUBBOCK     TX | $19.00 |
| 04/21 | 04/21 | STRIPES 222      LUBBOCK     TX | $31.57 |
| 04/29 | 04/29 | DSG ARMS        FORTH WORTH  TX | $182.87 |
| 04/30 | 04/30 | ATT*BILL PAYMENT    800-288-2020 TX | $53.34 |
| 05/02 | 05/02 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $10.21 |
| 05/02 | 05/02 | Amazon.com       AMZN.COM/BILL WA | $15.70 |
| 05/02 | 05/02 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $38.99 |
| 05/03 | 05/03 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $7.06 |
| 05/03 | 05/03 | MIDWAY USA       800-2433220  MO | $49.29 |
| 05/06 | 05/06 | LUBBOCK POWER AND LIGH 08067752148  TX | $183.06 |
| 05/07 | 05/07 | MARKET STREET #553   LUBBOCK     TX | $52.22 |
| 05/07 | 05/07 | O'HANA JAPANESE STEAK  LUBBOCK     TX | $58.15 |
| 05/10 | 05/10 | ACADEMY SPORTS #49   LUBBOCK     TX | $23.80 |
| 05/10 | 05/10 | FSI*ATMOS ENERGY     866-405-1926  TX | $59.32 |
| 05/10 | 05/10 | ACADEMY SPORTS #49   LUBBOCK     TX | $150.41 |
| 05/11 | 05/11 | SUBWAY    00233064 CISCO     TX | $6.06 |
| 05/12 | 05/12 | PANDA EXPRESS #2041  LUBBOCK     TX | $7.13 |
| 05/12 | 05/12 | BASKIN #345342   Q35 LUBBOCK    TX | $6.37 |
| 05/14 | 05/14 | BARBRI, INC      248-624-3200  MI | $25.00 |
| 05/14 | 05/14 | UNITRIN-KEMPER INS   877-252-7878  FL | $61.17 |
| 05/14 | 05/14 | UNITRIN-KEMPER INS   877-252-7878  FL | $86.67 |
| 05/14 | 05/14 | GARY'S SERVICE CEN   LUBBOCK     TX | $1,396.37 |
| 05/14 | 05/14 | TOM AND BINGOS     LUBBOCK     TX | $15.45 |
| 05/15 | 05/15 | THE ORVIS COMPANY INC  800-635-7635  VA | $116.86 |
| 05/15 | 05/15 | CFG LUBBOCK      LUBBOCK     TX | $1.60 |
| 05/15 | 05/15 | SAMSCLUB 8270 GAS    LUBBOCK     TX | $66.04 |
| 05/15 | 05/15 | WHATABURGER 525   Q26 LUBBOCK    TX | $8.92 |
| 05/15 | 05/15 | RACER CLASSIC CARWASH  LUBBOCK     TX | $22.00 |
| 05/16 | 05/16 | SHELL OIL 57544953409 EASTLAND    TX | $62.05 |
| 05/18 | 05/18 | APL*APPLE ITUNES STORE 866-712-7753  CA | $1.40 |
| 05/19 | 05/19 | BOWWOWFLIX        8666130756   WA | $27.95 |
| 05/19 | 05/19 | WAL-MART #5823     DALLAS     TX | $55.49 |
| 05/19 | 05/19 | Tribute 665 F&B     The Colony   TX | $10.00 |
| 05/19 | 05/19 | Tribute 665 F&B     The Colony   TX | $27.48 |
| 05/19 | 05/19 | TRIBUTE AT THE COLONY  THE COLONY   TX | $118.01 |

**AAdvantage® Miles Reported to American Airlines: 3,083**

| | |
|---|---|
| Purchase Miles | 3,083 |
| Accumulated This Month | 3,083 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million MilerSM status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

DONALD JASON MCCOY

## Interest charged

| Date | Description | Amount |
|------|-------------|--------|
| 05/21 | INTEREST CHARGED TO STANDARD PURCH | $236.52 |
| | Total interest charged in this billing period | $236.52 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,418.76 |

### Interest charge calculation                Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|--------------|------------------------------|----------------------------------|-----------------|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $8,723.61 (D) | $236.52 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

We heard your payment deadline was too early and we agree  Now you have until midnight ET for payments made online and by phone.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and we add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

## Payment Amount

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2013 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AA0213

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment. When you enroll in Online Bill Pay you can schedule your payments up to ninety days in advance using the "Other" payment option. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online.

**Phone.** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps you expedite the payment.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your due date from the payment account you choose.

**Express mail.** Send payment by express mail to
Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day based on Eastern time, that we receive your payment request.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

Citi® Platinum Select® / AAdvantage® World MasterCard®

**DONALD JASON MCCOY**
Member Since 1997   Account number ending in: 5474
Billing Period: 05/22/13-06/20/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $213.58 |
| New balance: | $2,151.36 |
| Payment due date: | 07/16/13 |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $6,243 |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 07/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

**Account Summary**

| | |
|---|---|
| Previous balance | $10,246.35 |
| Payments | -$9,800.00 |
| Credits | -$0.00 |
| Purchases | +$1,512.43 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$192.58 |
| **New balance** | **$2,151.36** |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $30,968 |



**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported to American Airlines:   **1,512**

» See page 3 for more information about your AAdvantage Miles

![Citi logo]

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $213.58 |
| New balance | $2,151.36 |
| Payment due date | 07/16/13 |

Amount enclosed: $                           .

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY



## Account Summary

| Trans date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 06/11 | ELECTRONIC PAYMENT-THANK YOU | -$9,000.00 |
| | 06/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |

**American Airlines A'Advantage® Miles**

**A'Advantage® Miles Reported to American Airlines:** **1,512**

| | |
|---|---|
| Purchase Miles | 1,512 |
| Accumulated This Month | 1,512 |

**Standard Purchases**

| | | | |
|---|---|---|---|
| 05/23 | 05/23 | Amazon Video On Demand 866-216-1072 WA | $2.15 |
| 05/31 | 05/31 | ATT*BILL PAYMENT 800-288-2020 TX | $53.34 |
| 06/02 | 06/02 | SAMSCLUB 8270 GAS LUBBOCK TX | $54.23 |
| 06/02 | 06/02 | SAMSCLUB #8270 LUBBOCK TX | $101.72 |
| 06/03 | 06/03 | Amazon Video On Demand 866-216-1072 WA | $2.15 |
| 06/03 | 06/03 | OFFICE DEPOT #196 LUBBOCK TX | $52.85 |
| 06/04 | 06/04 | NATURAL GROCERS-LB LUBBOCK TX | $71.02 |
| 06/04 | 06/04 | DESIGNING HEALTH VALENCIA CA | $25.66 |
| 06/05 | 06/05 | LUBBOCK POWER AND LIGH 08067752509 TX | $193.77 |
| 06/06 | 06/06 | CFG LUBBOCK LUBBOCK TX | $1.25 |
| 06/06 | 06/06 | CFG LUBBOCK LUBBOCK TX | $1.25 |
| 06/06 | 06/06 | CFG LUBBOCK LUBBOCK TX | $1.25 |
| 06/06 | 06/06 | CFG LUBBOCK LUBBOCK TX | $1.25 |
| 06/06 | 06/06 | CHICK-FIL-A #03055 LUBBOCK TX | $8.21 |
| 06/07 | 06/07 | ALON 7-ELEVEN #409 LUBBOCK TX | $3.44 |
| 06/07 | 06/07 | TEXAS TECH 66 LUBBOCK TX | $3.40 |
| 06/07 | 06/07 | AMERICAN KENNEL CLU 09192339767 NY | $62.50 |
| 06/10 | 06/10 | FSI*ATMOS ENERGY 866-405-1926 TX | $22.64 |
| 06/10 | 06/10 | BOZEMAN ANIMAL CLINIC LUBBOCK TX | $98.90 |
| 06/11 | 06/11 | GUN DOG SUPPLY 662-324-2410 MS | $116.98 |
| 06/13 | 06/13 | AVID PETTRAC NORCO CA | $19.95 |
| 06/13 | 06/13 | UNITRIN-KEMPER INS 877-252-7878 FL | $61.17 |
| 06/13 | 06/13 | UNITRIN-KEMPER INS 877-252-7878 FL | $86.67 |
| 06/13 | 06/13 | MIDWAY USA MO COLUMBIA MO | $31.26 |
| 06/14 | 06/14 | WHATABURGER 525 Q26 LUBBOCK TX | $5.61 |
| 06/15 | 06/15 | FINGERPRINT SERVIC AUSTIN TX | $10.43 |
| 06/15 | 06/15 | CVSPHARMACY #7747 Q03 DALLAS TX | $28.65 |
| 06/15 | 06/15 | TXDPS CHL AUSTIN TX | $142.00 |
| 06/15 | 06/15 | TXDPS CHL AUSTIN TX | $142.00 |
| 06/16 | 06/16 | APL*APPLE ITUNES STORE 866-712-7753 CA | $10.81 |
| 06/17 | 06/17 | MCDONALD'S F32164 CADDOMILLS TX | $6.71 |
| 06/17 | 06/17 | EXXONMOBIL 97386593 OMAHA TX | $6.78 |
| 06/17 | 06/17 | LOWES #01802* MOUNT PLEASAN TX | $21.86 |
| 06/17 | 06/17 | PILOT 00003673 CADDO MILLS TX | $60.57 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage ® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 06/20 | INTEREST CHARGED TO STANDARD PURCH | $192.58 |
| Total interest charged in this billing period | | $192.58 |

DONALD JASON MCCOY

## 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,611.34 |

## Interest charge calculation

Days in billing cycle: 30

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $7,813.27 (D) | $192.58 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

We heard your payment deadline was too early and we agree. Now you have until midnight ET for payments made online and by phone.

## About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use the **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take the balance at the end of the previous day, add the interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of the daily balances. We use the **average daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying the average daily balance by the monthly periodic rate, or by the daily periodic rate and by the number of days in the billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

## Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights if You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or in writing at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting the customer service number on the top of this page.

## Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and the last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying this fee, notify us that you are closing your account within 30 days of the mailing or delivery date of the statement on which the fee is billed.

**Copy Fee.** If you request a copy of a statement that dates back 3 months or more, we will charge $3 for each copy. We will waive this fee if your request relates to a billing error or disputed purchase.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

## Payment Amount

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2013 Citibank, N.A. Citi, Citi with Arc Design are registered service marks of Citigroup Inc.

AmericanAirlines, AAdvantage, AAdvantage with Scissor Eagle Design and Scissor Eagle Design are marks of American Airlines, Inc.

PDF-AAO213

## Payments other than by mail

**Online.** Go to the URL on the front of your statement to make a payment. When you enroll in Online Bill Pay you can schedule your payments up to ninety days in advance using the "Other" payment option. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online.

**Phone.** Call the phone number on the front of your statement to make a payment. You will be charged $14.95 if our representative helps you expedite the payment.

**AutoPay.** Visit autopay.citicards.com to enroll in AutoPay and have your payment amount automatically deducted each month on your due date from the payment account you choose.

**Express mail.** Send payment by express mail to:
Citi Cards
Attention: Payments Department
1500 Boltonfield Street
Columbus, OH 43228

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.

**Citi Platinum Select / AAdvantage World MasterCard**

DONALD JASON MCCOY
Member Since 1997  Account number ending in: 5474
Billing Period: 06/21/13-07/19/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| Minimum payment due: | $96.33 |
|---|---|
| New balance: | $2,803.75 |
| Payment due date: | 08/16/13 |

Make a payment now!  www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 year(s) | $8,866 |
| $119 | 3 year(s) | $4,284 (Savings = $4,582) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 08/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary
| | |
|---|---|
| Previous balance | $2,151.36 |
| Payments | -$800.00 |
| Credits | -$110.04 |
| Purchases | +$1,494.10 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$68.33 |
| New balance | $2,803.75 |

## Credit Limit
| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $30,316 |



American Airlines
AAdvantage® Miles

AAdvantage® Miles Reported to
American Airlines:     **1,466**

» See page 3 for more information
   about your AAdvantage Miles

---

CITI
P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is
enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $96.33 |
| New balance | $2,803.75 |
| Payment due date | 08/16/13 |

Amount enclosed: $            .

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK  TX  79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

DONALD JASON MCCOY

## Account Summary



**American Airlines
AAdvantage® Miles**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 07/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 06/28 | 06/28 | GUN DOG SUPPLY 662-324-2410 MS | -$27.99 |
| | 06/28 | CREDIT MONITORING RFND ADJ 800-950-5114 | -$82.05 |

**Standard Purchases**

| | | | |
|---|---|---|---|
| 06/21 | 06/21 | 7-ELEVEN 35662 FORT WORTH TX | $75.34 |
| 06/23 | 06/23 | ALBERTSONS #4106 EULESS TX | $32.46 |
| 06/24 | 06/24 | LOVE S COUNTRY00002709 RANGER TX | $44.29 |
| 06/25 | 06/25 | USPS 48539604930611669 LUBBOCK TX | $9.28 |
| 06/25 | 06/25 | GUN DOG SUPPLY 662-324-2410 MS | $136.81 |
| 06/25 | 06/25 | BOZEMAN ANIMAL CLINIC LUBBOCK TX | $114.50 |
| 06/26 | 06/26 | PIZZA HUT #029288 LUBBOCK TX | $18.16 |
| 06/28 | 06/28 | BARBRI, INC 310-287-2360 CA | $99.00 |
| 06/28 | 06/28 | UNCLE CHIENS LUBBOCK TX | $34.60 |
| 06/29 | 06/29 | WALGREENS #4821 LUBBOCK TX | $2.70 |
| 06/29 | 06/29 | MCDONALD'S M7782 OF LUBBOCK TX | $4.21 |
| 07/02 | 07/02 | APL*APPLE ITUNES STORE 866-712-7753 CA | $10.81 |
| 07/02 | 07/02 | ATT*BILL PAYMENT 800-288-2020 TX | $53.34 |
| 07/02 | 07/02 | MAUI JIM SUNGLASSES PEORIA IL | $10.00 |
| 07/03 | 07/03 | SHINSEI DALLAS TX | $134.45 |
| 07/05 | 07/05 | MIDWAY USA MO COLUMBIA MO | $147.56 |
| 07/05 | 07/05 | LUBBOCK POWER AND LIGH 08067752509 TX | $237.60 |
| 07/08 | 07/08 | FSI*ATMOS ENERGY 866-405-1926 TX | $19.27 |
| 07/13 | 07/13 | UNITRIN-KEMPER INS 877-252-7878 FL | $61.17 |
| 07/13 | 07/13 | UNITRIN-KEMPER INS 877-252-7878 FL | $86.67 |
| 07/16 | 07/16 | FOODSCIENCE/MT NATURAL ESSEX JCT VT | $57.05 |
| 07/16 | 07/16 | DESIGNING HEALTH VALENCIA CA | $76.32 |
| 07/18 | 07/18 | EQUIFAX ECIS FA 888-567-8688 GA | $7.95 |
| 07/18 | 07/18 | APL*APPLE ITUNES STORE 866-712-7753 CA | $20.56 |

### AAdvantage® Miles Reported to American Airlines: **1,466**

| | |
|---|---|
| Purchase Miles | 1,466 |
| Accumulated This Month | 1,466 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 07/19 | INTEREST CHARGED TO STANDARD PURCH | $68.33 |
| Total interest charged in this billing period | | $68.33 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,679.67 |

## Citi® Platinum Select® / A'Advantage® World MasterCard®



**DONALD JASON MCCOY**
Member Since 1997  Account number ending in: 5474
Billing Period: 07/20/13-08/21/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $129.26 |
| New balance: | $3,816.04 |
| Payment due date: | 09/16/13 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 year(s) | $12,382 |
| $161 | 3 year(s) | $5,831 (Savings = $6,551) |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 09/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

### Account Summary

| | |
|---|---|
| Previous balance | $2,803.75 |
| Payments | -$800.00 |
| Credits | -$0.00 |
| Purchases | +$1,721.03 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$91.26 |
| **New balance** | **$3,816.04** |

### Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $29,303 |



**American Airlines
A'Advantage® Miles**

A'Advantage® Miles Reported to
American Airlines: **1,721**

» See page 2 for more information
about your A'Advantage Miles

---

# citi®

P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is
enrolled in AutoPay.

| | |
|---|---|
| Minimum payment due | $129.26 |
| New balance | $3,816.04 |
| Payment due date | 09/16/13 |

Amount enclosed: $         .

Account number ending in 5474

DONALD JASON MCCOY
3312 25TH ST
LUBBOCK TX 79410-2138

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

---

Exhibit B-Respondent's Motion for New Trial

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

**Payments, Credits and Adjustments**

| | 08/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
|---|---|---|---|

**Standard Purchases**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| 07/20 | 07/20 | MIDWAY USA        800-2433220  MO | $135.47 |
| 07/22 | 07/22 | APL*APPLE ITUNES STORE 866-712-7753 CA | $8.65 |
| 07/25 | 07/25 | APL*APPLE ITUNES STORE 866-712-7753 CA | $1.07 |
| 07/25 | 07/25 | APL*APPLE ITUNES STORE 866-712-7753 CA | $10.81 |
| 07/25 | 07/25 | APL*APPLE ITUNES STORE 866-712-7753 CA | $15.00 |
| 07/25 | 07/25 | APL*APPLE ITUNES STORE 866-712-7753 CA | $23.94 |
| 07/29 | 07/29 | APL*APPLE ITUNES STORE 866-712-7753 CA | $5.26 |
| 07/30 | 07/30 | ATT*BILL PAYMENT      800-288-2020 TX | $53.34 |
| 08/05 | 08/05 | MAGILLS GV GLOCKSTORE 8006018273  CA | $68.01 |
| 08/07 | 08/07 | LUBBOCK POWER AND LIGH 08067752509  TX | $215.81 |
| 08/08 | 08/08 | ACADEMY SPORTS #49   LUBBOCK     TX | $341.97 |
| 08/10 | 08/10 | FSI*ATMOS ENERGY     866-405-1926 TX | $18.99 |
| 08/13 | 08/13 | CANTINA LAREDO 183   DALLAS    TX | $16.00 |
| 08/13 | 08/13 | CANTINA LAREDO 183   DALLAS    TX | $18.46 |
| 08/13 | 08/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $86.67 |
| 08/13 | 08/13 | UNITRIN-KEMPER INS   877-252-7878 FL | $107.17 |
| 08/14 | 08/14 | REDBOX *DVDRESERVATION 866-733-2693 IL | $1.62 |
| 08/14 | 08/14 | FSI*ATMOS ENERGY     866-405-1926 TX | $16.54 |
| 08/14 | 08/14 | PETSMART INC 1232   DALLAS    TX | $60.61 |
| 08/15 | 08/15 | THE GOLF CLUB OF DALLA DALLAS    TX | $21.11 |
| 08/16 | 08/16 | RINGCENTRAL, INC   SAN MATEO   CA | $9.53 |
| 08/17 | 08/17 | CARMEL CAR WASH    DALLAS    TX | $24.95 |
| 08/17 | 08/17 | DEL FRISCOS-DA00086017 DALLAS     TX | $28.00 |
| 08/17 | 08/17 | ADY*UBER TECHNOLOGIES 866-5761039  CA | $32.00 |
| 08/17 | 08/17 | DEL FRISCOS-DA00086017 DALLAS     TX | $233.23 |
| 08/18 | 08/18 | ADY*UBER TECHNOLOGIES 866-5761039  CA | $37.00 |
| 08/18 | 08/18 | TARGET     00017848 DALLAS    TX | $39.91 |
| 08/19 | 08/19 | MAGILLS GV GLOCKSTORE 8006018273  CA | $89.91 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 08/21 | INTEREST CHARGED TO STANDARD PURCH | $91.26 |
| Total interest charged in this billing period | | $91.26 |

## 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,770.93 |



**American Airlines A⅄Advantage® Miles**

A⅄Advantage® Miles Reported to
American Airlines: **1,721**

| | |
|---|---|
| Purchase Miles | 1,721 |
| Accumulated This Month | 1,721 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

# Citi® Platinum Select®/ AAdvantage® World MasterCard®



DONALD JASON MCCOY
Member Since 1997  Account number ending in: 5474
Billing Period: 08/22/13-09/20/13

How to reach us
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| Minimum payment due: | $146.44 |
|---|---|
| New balance: | $4,215.43 |
| Payment due date: | 10/16/13 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 year(s) | $13,755 |
| $178 | 3 year(s) | $6,441 (Savings = $7,314) |

For information about credit counseling services, call 1-877-337-8187

Your next AutoPay payment of $800.00 will be deducted from your bank account on 10/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary

| | |
|---|---|
| Previous balance | $3,816.04 |
| Payments | -$800.00 |
| Credits | -$0.00 |
| Purchases | +$1,094.95 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$104.44 |
| **New balance** | **$4,215.43** |

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $28,904 |



American Airlines
A'Advantage® Miles

A'Advantage® Miles Reported to American Airlines:

**1,095**

» See page 2 for more information about your A'Advantage Miles



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

Your Account is
enrolled in AutoPay.

| Minimum payment due | $146.44 |
|---|---|
| New balance | $4,215.43 |
| Payment due date | 10/16/13 |

Amount enclosed: $

Account number ending in 5474

DONALD JASON MCCOY
9228 MOSS TRL
DALLAS TX 75231-1408

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

## Interest charge calculation

Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $3,366.01 (D) | $91.26 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.



American Airlines
A Advantage® Miles

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 09/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| | | **Standard Purchases** | |
| 08/20 | 08/22 | PAYPAL *PROTHERAPYS 4029357733 GA | $74.99 |
| 08/20 | 08/22 | THE GOLF CLUB OF DALLA DALLAS TX | $8.66 |
| 08/20 | 08/22 | THE GOLF CLUB OF DALLA DALLAS TX | $24.29 |
| 08/31 | 08/31 | ATT*BILL PAYMENT 800-288-2020 TX | $53.34 |
| 09/05 | 09/05 | LUBBOCK POWER AND LIGH 08067752509 TX | $115.43 |
| 09/05 | 09/05 | MILO BUTTERFINGERS INC DALLAS TX | $27.00 |
| 09/05 | 09/05 | BOZEMAN ANIMAL CLINIC LUBBOCK TX | $94.33 |
| 09/06 | 09/06 | TIME OUT TAVERN DALLAS TX | $58.00 |
| 09/06 | 09/06 | CHEVRON 0304266 TYLER TX | $58.52 |
| 09/07 | 09/07 | ADY*UBER TECHNOLOGIES 866-5761039 CA | $24.00 |
| 09/08 | 09/08 | SKYCADDIE 08667594653 MS | $99.95 |
| 09/12 | 09/12 | GB PARK LANE 4620 DALLAS TX | $29.25 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS 877-252-7878 FL | $92.50 |
| 09/13 | 09/13 | UNITRIN-KEMPER INS 877-252-7878 FL | -$310.16 |
| 09/14 | 09/14 | MESO MAYA DALLAS TX | $15.00 |
| 09/16 | 09/16 | RINGCENTRAL, INC SAN MATEO CA | $9.53 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 09/20 | INTEREST CHARGED TO STANDARD PURCH | $104.44 |
| | Total interest charged in this billing period | $104.44 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,875.37 |

### Interest charge calculation

Days in billing cycle: **30**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 29.99% (V) | $4,237.21 (D) | $104.44 |
| **ADVANCES** | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date

**A Advantage® Miles Reported to American Airlines: 1,095**

| | |
|---|---|
| Purchase Miles | 1,095 |
| Accumulated This Month | 1,095 |

» **Visit aa.com/aadvantage to redeem miles, book flights and much more**

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

DONALD JASON MCCOY

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

You may pay all or part of your account balance at any time. However, you

# Citi® Platinum Select®/AAdvantage® World MasterCard®



**DONALD JASON MCCOY**
Member Since 1997  Account number ending in: 5474
Billing Period: **09/21/13-10/21/13**

**How to reach us**
www.citicards.com
1-888-766-CITI(2484)
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | **$134.72** |
| New balance: | **$1,972.16** |
| Payment due date: | **11/16/13** |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 year(s) | $5,803 |

For information about credit counseling services, call 1-877-337-8187.

Your next AutoPay payment of $800.00 will be deducted from your bank account on 11/16/2013. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary

| | |
|---|---|
| Previous balance | $4,215.43 |
| Payments | -$4,800.00 |
| Credits | -$2.16 |
| Purchases | +$2,443.17 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$115.72 |
| New balance | $1,972.16 |

## Credit Limit

| | |
|---|---|
| Revolving Credit limit | $33,120 |
| Includes $0 cash advance limit | |
| Available Revolving credit | $31,147 |



**American Airlines**
**AAdvantage® Miles**

AAdvantage® Miles Reported to
American Airlines: **2,441**

**» See page 2 for more information about your AAdvantage Miles**

---



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Your Account is enrolled in AutoPay.**

| | |
|---|---|
| Minimum payment due | $134.72 |
| New balance | $1,972.16 |
| Payment due date | 11/16/13 |

**Amount enclosed: $**

Account number ending in 5474

DONALD JASON MCCOY
9228 MOSS TRL
DALLAS  TX  75231-1408

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

---

Exhibit B-Respondent's Motion for New Trial

DONALD JASON MCCOY

## Account Summary



American Airlines
A*Advantage® Miles

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | **Payments, Credits and Adjustments** | |
| | 10/11 | ELECTRONIC PAYMENT-THANK YOU | -$4,000.00 |
| | 10/16 | AUTOPAY 999990000030747RAUTOPAY AUTO-PMT | -$800.00 |
| 10/04 | 10/04 | RADIOSHACK COR00181370 DALLAS      TX | -$2.16 |
| | | **Standard Purchases** | |
| 09/26 | 09/26 | CAPITOL PUBS LLC      DALLAS      TX | $53.49 |
| 09/27 | 09/27 | VIP AUTO INC      05409996062  VA | $2,000.00 |
| 10/04 | 10/04 | RADIOSHACK COR00181370 DALLAS      TX | $28.11 |
| 10/04 | 10/04 | PROGRESSIVE *INSURANCE 800-776-4737 OH | $197.05 |
| 10/06 | 10/06 | Amazon Video On Demand 866-216-1072 WA | $10.81 |
| 10/10 | 10/10 | AMAZON MKTPLACE PMTS  AMZN.COM/BILL WA | $51.68 |
| 10/14 | 10/14 | UNITRIN-KEMPER INS    877-252-7878 FL | $92.50 |
| 10/16 | 10/16 | RINGCENTRAL, INC    SAN MATEO    CA | $9.53 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/21 | INTEREST CHARGED TO STANDARD PURCH | $115.72 |
| Total interest charged in this billing period | | $115.72 |

### 2013 totals year-to-date

| | |
|---|---|
| Total fees charged in 2013 | $120.00 |
| Total interest charged in 2013 | $2,991.09 |

### Interest charge calculation

Days in billing cycle: 31

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $4,543.56 (D) | $115.72 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

### A*Advantage® Miles Reported to American Airlines: 2,441

| | |
|---|---|
| Purchase Miles | 2,441 |
| Accumulated This Month | 2,441 |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage

AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.

## Exhibit C

## Dr. Mitchell's Deposition Transcript


CAUSE NO. 231-538847-13

IN THE MATTER OF          ) IN THE DISTRICT COURT
THE MARRIAGE OF           )
                          ) 231ST JUDICIAL DISTRICT
ELENA K. McCOY            )
AND                       )
DONALD JASON McCOY        ) TARRANT COUNTY, TEXAS

ORAL DEPOSITION

DR. MONTE M. MITCHELL

FEBRUARY 18, 2015

ORAL DEPOSITION OF DR. MONTE M. MITCHELL, produced as a witness at the instance of the Respondent and duly sworn, was taken in the above-styled and numbered cause on February 18, 2015, from 10:10 a.m. to 11:10 a.m., before Katharene McCulley, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Kenneth McAlister, 2800 S. Hulen, Suite 210, Fort Worth, Texas  76109 , pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

231-538847-13

APPEARANCES


FOR PETITIONER:


        ROBERT D. HOOVER
        ATTORNEY AT LAW
        113 N. Houston Street
        Fort Worth, Texas   76102


FOR RESPONDENT:

        KENNETH McALISTER
        McALISTER & GARCIA
        2800 S. Hulen
        Suite 210
        Fort Worth, Texas   76109

INDEX

PAGE

DR. MONTE M. MITCHELL

Examination by Mr. McAlister ....................4

Cross-Examination by Mr. Hoover ................21

Redirect Examination by Mr. McAlister ..........42

Recross-Examination by Mr. Hoover .............44

Signature Page ...............................49

Court Reporter's Certificate ..................51

**EXHIBITS**

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Photographs | 18 |
| 2 | Final Decree of Divorce | 20 |

**Katharene McCulley, CSR**
**(817) 907-6525**

## PROCEEDINGS

COURT REPORTER:  Under the rules?

MR. MCALISTER:  We're taking them by agreement.  Use certified copy at the time of trial.

MR. HOOVER:  That's fine.

MR. MCALISTER:  Any notary.

**DR. MONTE M. MITCHELL,**

having been first duly sworn, testified as follows:

### DIRECT EXAMINATION

Q    (By Mr. McAlister)  Would you tell us your name, please?

A    My name is Monte Mark Mitchell.

Q    Monte is spelled M O N T E.

A    M O N T E, M A R K, M I T C H E L L.

Q    Dr. Mitchell, where do you reside?

A    I live at 7220 Craig Street, Fort Worth, Texas.

Q    How long have you been in Fort Worth?

A    Except for maybe a year of my life -- well, a year when I was in California as a child and maybe a year going to medical school, traveling around, I've been in Fort Worth my whole life.

Q    Okay.  You have a couple of professional licenses, do you not?

A    I do.

Q    Can you tell us what they are?

A    Sure.  I am a physician and surgeon, graduated University of North Texas Health Science Center in 1983. Also, Spartan Health Science Center in 1984.  And so, I have a D.O. and an M.D. degree.

Q    Okay.

A    And licensed as a D.O.

Q    Where is Spartan?

A    El Paso, actually, but its -- the home base is in the Caribbean.

Q    Okay.  All right.  Do you have any other license?

A    I do.

Q    Besides your driver's license, I'm not talking about that.

A    I'm licensed as an attorney with the State of Texas.

Q    When did you do that?

A    I did that, started at Texas Wesleyan in 1991, graduated in 1994.

Q    Okay.  Both of your licenses, your D.O. license, your -- yeah, you said a D.O. license and your --

A    J.D..

Q    -- yeah, your attorney's license, are they both in good standing?

A    Yes.

Q    Okay.

A    Okay.  I'm also licensed as a security officer, body guard and I have a -- I'm a private investigator, as well.

Q    Okay.  What do you primarily do to earn a living?

A    I primarily work as a physician and an attorney.

Q    Okay.

A    I do both of those.

Q    All right.  As far as your physician experience, what do you -- what do you do mostly?

A    Well, I was trained to be a surgeon.  I did three years of a four-year -- four-year surgical residency.  Then I'm -- now I'm board certified in family, emergency and hospital medicine -- well, I gave up my board certification for hospital medicine, so I'm board certified in family and emergency medicine.

Q    All right.  Are you married, sir?

A    Yes.

Q    Do you have children?

A    No children.

Q    How many times have you been married?

A    Twice.

Q   And to whom are you married now?

A   Hannah Elizabeth Young.

Q   Okay.  How long have y'all been married?

A   Since August the 1st.  Newlyweds.

Q   Ah, congratulations.

A   Yes, thank you.

Q   Previously, who were you married to?

A   Tatiana Yevgenia Khorokhorina.

Q   You're going to need to spell that, please.

A   Tatiana, T A T I A N A, I'm not sure I can spell Yevgenia, it's Eugene, I E V E N, I think.  And then, Khorokhorina, K H O R O K H O R I N A, I believe.

Q   Okay.  And when did you and Tatiana get married?

A   We were married December 15th of 2001.

Q   Okay.

A   And divorced August of 2005.

Q   All right.  Does Tatiana have a sister?

A   Yes.

Q   Do you know her?

A   Yes.

Q   What's her name?

A   She has a twin sister named Elena.

Q   How did you come to know -- have you met Elena?

A   Yes.

Q    How did you come to know her?

A    I saw Elena on a trip that I made to St. Petersburg, Russia when I was trying to start a nurse agency --

Q    Okay.

A    -- and get nurses for my business.  And met Tatiana, but saw Elena as she walked by and that's the first time I ever saw her.

Q    Did you confuse them?

A    Excuse me?

Q    Did you confuse the two of them?

A    Yes.

Q    Okay.

A    Yes.  I did.  Not knowing who was who. Eventually met Tatiana and we began to date and shortly after met her sister and her family.

Q    Okay.  How did Tatiana get to the United States?

A    She --

Q    Excuse me, I should have asked this question first.  Where did y'all get married?

A    We got married in the United States.

Q    Okay.  In Fort Worth?

A    Yes.

Q    Okay.  How did she get over here?

A     K-1 Visa.

Q     What's a K-1 Visa?

A     That's a immigration Visa. It's a Visa where you become a fiancée, you meet in the country, you get to know each other and you bring her over and she has 90 days with which to get married. If she gets married within 90 days, then she can have a resident alien card and continue the process of immigration into United States.

Q     Okay. So, did you arrange for Tatiana to get the K-1 Visa?

A     Yes.

Q     And brought her over here?

A     Yes.

Q     How long was she here before y'all got married?

A     Two-and-a-half months.

Q     Okay. Did she live with you during that period of time?

A     Yes.

Q     Okay. And your -- you said you divorced her in 2005?

A     Yes, sir.

Q     Okay. Was that -- where was that divorce?

A     In Fort Worth.

Q     Okay. Let's go back to Elena.

A     Uh-huh.

Q     You told us that you met her in St. Petersburg --

A     Yes.

Q     -- along with Tatiana's family.  Did you see --

A     Well, that's not really true.  I saw Elena first in St. Petersburg.

Q     Okay.

A     I actually met Elena and her family in Moscow some months later.

Q     Okay.  After Tatiana came to the United States, did Tatiana visit with you?

A     Did Tatiana --

Q     I'm sorry, did Elena visit with you?

A     Yes.

Q     Okay.  Once or more than once?

A     Well, to be honest with you, after -- after we got married?

Q     Uh-huh.

A     Then, yes.  What happened is Elena began -- well, they would come and visit about once a year, I guess, something like that.  Her mother also was -- was at my house four to six months out of the year when we were married.

Q     Okay.  Four to six months?

A    Yes.

Q    Okay.  Came and stayed?

A    Yes.

Q    Did Elena come and stay?

A    For short periods, but she was married to Eric Carlson from Virginia at the time, and so, she stayed less time.

Q    Did Tatiana and Elena come into the country about the same time?

A    Yes, they did.

Q    I mean, was it on the same flight or was it just about the same time?

A    No, actually they had different K Visa's based on Eric Carlson and myself.  But, the United States immigration has rules to where if there are twins that are trying to immigrate, then they go through the -- the immigration interview at the same time.  Because they're twins, they don't want there to be any foul play.  And so, they interviewed at the same time and Elena came first, via Eric Carlson, and then Tatiana waited about two weeks before she came.

Q    Okay.  Were you ever approached by Elena about her getting a divorce and her legal resident status?

A    I think so.

Q    Tell us why you think so?

A    Well, approximately February of 2003, I was approached after work one day, Elena was with her mother at my house, with Tatiana as well, and they said they wanted to talk with me and ask me a question.  And they approached me with a hypothetical that said could -- could I tell them what I thought if a foreign woman wanted to divorce while still in the process of the immigration procedure.  In other words --

Q    Why, why is that important?

A    I --

Q    Okay.  Let me ask the question a different direction.  The immigration procedure.

A    Uh-huh.

Q    Somebody comes in on a K-1 or K whatever Visa, they get married, they get a green card, I guess is what it is, a non-resident alien card.

A    Right.

Q    Okay.  And they get to stay in the country.

A    Right.  But, during -- during the period, that doesn't -- the green card doesn't happen for about two years or so.

Q    Okay.

A    And so, what happens is, they come in based on the non-immigrants -- in other words, the citizen's petition.

Q    Okay.

A    And so -- and so, say, in the petition -- say, in the -- in the event that Tatiana and I, you know, Tatiana was here on my petition for -- for status.  And then after she gets her green card, then -- then, you know, she can apply for other things, as well.

Q    Like citizenship.

A    Yes.

Q    Okay.  Work permit.  Is a green card a work permit?

A    Well, basically.

Q    Okay.

A    Basically, even though it's --

Q    The non-resident alien card, is that not a work permit or can they work while they're --

A    Yes, yes, they can.

Q    Okay.  But, it takes two years, approximately, or is that a deadline?

A    No, it's -- it's approximately.  Sometimes it's three -- up to three and a half, but sometimes it's a little quicker, depending on which regional office you're dealing with.

Q    Okay.  The circumstances surrounding, you said, that Elena and her mother approached you --

A    Uh-huh.

Q    -- and asked you about this.

A    They --

Q    What were those circumstances; I mean, where were y'all?

A    We were at my house and they were sitting on my sofa and --

Q    Okay.

A    -- and just asked me, again, what I thought could be done if a foreign woman wanted a divorce during this process, but still wanted to be in the country.

Q    You were licensed as an attorney at that time; is that correct?

A    Yes.

Q    Were they seeking legal advice from you the way you saw it, were you her lawyer?

A    No, I -- I was not her lawyer.

Q    Okay.  What did you tell them?

A    I told them that -- that, first off, I wasn't an immigration attorney, but that, to my knowledge, there's only one way that you can do a self petition as a foreigner.  In other words, come out from underneath the -- the citizen's petition and -- and be on your own and that's through the Violence Against Women Act of, I think it's 1996, or something like that.  It may have been -- I can't remember actually which -- which act it

was, which year it was, but it was under that act. That actually says that if there's any kind of physical and, actually having studied that act a little bit down the line, it's actually emotional abuse as well. But, at the time, I just warned them about physical abuse.

Q    All right. Had you heard anything from Elena or her mother that Elena was suffering from any kind of abuse at the hands of Eric Carlson?

A    No.

Q    Okay. Did they ask you any other follow-up questions about what was -- what it was you were talking about?

A    Well, yeah, they -- they said, well, what -- what do you mean? What do you mean physical abuse? Does it have to be, you know, what kind of abuse is that? You know, and -- and I just explained that there has to be some kind of evidence of physical abuse. And -- and I also mentioned that -- that, generally speaking, somebody that's undergoing physical abuse would -- would have documentation from a physician, as well as the police, as well as other particular agencies, you know, so that that could be followed and those reports could be submitted via the Violence Against Women Act and they can self petition.

Q    Was Tatiana in the room while y'all were doing

all this?

A    Yes, uh-huh.

Q    Okay.  And did she chime in at any point in time saying, hey, Elena, you know, is this happening to you or anything like that?

A    Not that I know of.

Q    Okay.

A    Not that I remember.

Q    Did Elena ever say that she was trying to figure out how to get divorced from Eric Carlson to you at that time?

A    No.  Not really, no.

Q    Okay.  At that point in time in the spring of 2003, was there any indication from anything that her marriage to Eric Carlson wasn't hunky-dory, wasn't just fine?

A    No, there was really no evidence to that.  I -- I -- through the conversations with Tatiana, there was some evidence of marital discord because Eric wasn't the provider that he had once said that he was.

Q    Okay.

A    And so --

Q    This is stuff that Tatiana is telling you?

A    Yes, yes.  Hearsay, obviously.

Q    Yeah.

A    And so --

Q    After that, was there any point in time when you heard a claim that there was physical abuse in the marriage?

A    Yes.  A few months later, I can't really remember exactly when that was, but a few months later there was an episode where -- and I believe it was prior to the divorce institution --

Q    Okay.

A    -- initiation, I should say.  And one night we got called.  And what I was told was that either during or in and around a evening of intimacy, there was some physical abuse.

Q    Okay.  Do you think that was somewhere around August of 2003?

A    I -- I believe --

Q    Or could it have been as early as May?

A    Yeah, it could have been, I believe that you're correct.  It was a few -- it was a month or a few months before the divorce, I think.

Q    Okay.  At some point in time did Elena show you photographs about -- that she had had taken of herself?

A    Yes.

Q    What did she tell you about the photographs at the time that she was showing them to you?

A     She told me that they were -- that what happened is after the abuse, she called the police.

Q     Uh-huh.

A     And then somebody took pictures.

Q     Okay.

A     She didn't really tell me who it was.

Q     Same night, later time, what was it?

A     Same night -- same night within probably an hour, hour-and-a-half of the -- of the alleged abuse.

(Exhibit No. 1 marked.)

Q     (By Mr. McAlister) I'm going to show you what's been marked as Exhibit No. 1, there's three pages of photographs.  Do those appear to be the same photographs that you were shown in 2003?

A     Yes.

Q     I assume that you have some experience looking at bruises and contusions?

A     Yes.

Q     In the emergency rooms and such?

A     Yes, sir, I do.

Q     Okay.  What did you -- was there anything about these photographs that stood out to you?

A     Well, at the time not really.  But, I had a chance to look at these over the course of, say, a month or, you know, at different times and initially I

thought, well, it was a pretty good beating --

Q    Uh-huh.

A    -- is what I initially thought.  Over the course of the next month, I didn't really say anything to anybody, but did I say -- I did say, and maybe even to -- I can't remember whether I told Tatiana or not, but that it would be very unusual for somebody to have this amount of bruising within an hour-and-a-half of -- of that situation.  It's usually later, usually seen several hours later.

Q    Did -- did she -- excuse me.

Did Elena claim directly to you that she had been raped at that point in time?

A    I don't believe so.

Q    Okay.  What do those bruises look like to you?

A    Well, the bruises to me -- it's actually very difficult to say because these aren't up-close pictures, you know, if I had more up-close pictures, I could say definitively, but it looks to me like the -- the bruises are linear, in other words, they're in sort of a line and it looks to me like somebody beat her with maybe, I don't know, a roll of coins or something in a sock, something like that, I don't know.  I really have -- it would be very difficult for me to a give accurate --

Q    Do you think -- do you think they could have

been self-inflicted?

A    I guess it's possible.

Q    Okay.  Was the alleged abuse that she told you about ever confirmed to you?

A    No.

Q    Okay.  Did you know Eric Carlson?

A    Oh, yes.  Eric and I talked on the phone.

Q    Before -- before all of this -- before the, I guess, it was August of 2003?

A    Before and after.

Q    Okay.  Did he deny that he abused her?

A    Absolutely.

(Exhibit No. 2 marked.)

Q    (By Mr. McAlister)  I'm going to show you what's been marked as Exhibit No. 2.  First question, have you ever seen that before?

A    No.

Q    Okay.  Did you have any idea of what was going on as far as the divorce between Eric and Elena?

A    Yes, I got, like, periodic updates via Tatiana on what was going on.

Q    Okay.  Assume for a moment that that's the copy of the divorce decree between Elena and Eric Carlson. It shows that Eric Carlson was the petitioner in that case.

A    Uh-huh.

Q    Were you aware that Eric Carlson had filed for divorce, as opposed to Elena?

A    No, not really.

MR. MCALISTER:  Okay.  I pass the witness, thank you.

### CROSS-EXAMINATION

Q    (By Mr. Hoover)  Do you prefer to go by Dr. Mitchell?

A    Whatever you like, as long as you don't, you know, use any pet names, I'm okay.

Q    You might not like what I -- what have you done to prepare for this deposition today?

A    Nothing.

Q    Have you talked to Mr. McAlister before today?

A    We -- we've talked.

Q    When is the first time you talked with him?

A    Oh, face-to-face last week.

Q    Okay.

A    Before that, maybe two weeks, I -- two, three weeks before that.

Q    Have you given him, prior to today, any of the information you've testified about?

A    Some of the -- of the information that I've talked about today.

Q    Can you specifically --

A    Not all.

Q    -- tell us what you've talked to him about before, that you've testified to today?

A    We discussed the information that -- that was requested from me by Elena and her mother.  And -- and some of the -- let me see, and the circumstances surrounding the divorce.

Q    Your divorce or Elena's divorce?

A    Elena's.

Q    Are there any circumstances that you've discussed with Mr. McAlister before today about the circumstances of her divorce that you've not testified to?

A    I don't believe so.

Q    Okay.  When is the last time you talked with Mr. Carlson?

A    Oh, gosh, I guess the last time I talked to Eric was probably maybe a year, six months after their divorce.

Q    Okay.  Does he have any knowledge from you that you're testifying in this divorce, current divorce for Elena?

A    Not that I know of.

Q    Have you read or looked at any documents other

than what Mr. McAlister has introduced today that pertain to this divorce?

A    Not that I recall.

Q    Okay.  Have you talked with Jason McCoy prior to today?

A    Yes.

Q    Okay.  When is the last time you talked with Jason?

A    Wow, I'd have to pull my phone records, but probably, maybe, a week before I talked with Mr. McAlister.

Q    Okay.  Did you know that you had been identified as a possible witness in this divorce case?

A    Well, when I talked to Jason, he asked me if I minded giving my testimony.

Q    Okay.  When -- how many times have you talked to Jason about your testimony you've given today?

A    Maybe twice.

Q    Okay.  And have you told Jason anything different other than what you've testified to today?

A    I don't believe so.

Q    Okay.  Have you read his deposition that he's given?

A    No.

Q    Have you read Elena's deposition?

A     No.

Q     And as a lawyer, you're familiar with what we call a Request for Disclosure; is that correct?

A     Uh-huh.

Q     And in responses to Jason's -- Jason McCoy's -- to our disclosure, his responses, he says that you have knowledge of some of the expenses incurred by him on behalf of, it says, petitioners, I think he means petitioner.  Are you aware of any expenses that Mr. McCoy has incurred on behalf of Elena?

A     Well, when -- when -- I'm remembering now coming to mem -- coming back to mind that Jason told me that he paid for Elena's law school tuition and such.

Q     Okay.  When did he tell you that?

A     On, I guess, our first conversation.

Q     Okay.  Did he tell you that he paid for all three years of her law school tuition?

A     He didn't really specify, he just said that he -- he paid for her law school tuition and I didn't -- I don't know how much of that was the case.

Q     Have you read the claim, the petition or counterclaim that Jason McCoy has filed in this divorce?

A     No, huh-uh.

Q     Why did he tell you or did he tell you what he wanted you to testify about?

A     No.

Q     Okay.  Now, you have -- as I understand, you're a licensed doctor of osteopathic; is that correct?

A     Yes.

Q     And you're a licensed attorney?

A     Yes.

Q     You have a driver's license; is that correct?

A     Yes.

Q     Has that ever been revoked or suspended?

A     Not that I recall.

Q     Okay.  Do you have your driver license with you today?

A     Yes.

Q     Would you take that out so we can read that into the record?

A     Of course.

Q     Okay.  You've handed me Texas driver's license, looks like number, 06475634; is that correct?

A     That is correct.

Q     Shows an expiration date of 8-29 of 2018.  And have I returned that to you, sir?

A     Yes, you have.

Q     Okay.  Have you ever been arrested, Dr. Mitchell?

A     Not to my knowledge.

Q    Your name is Monte Mark Mitchell; is that correct?

A    That is correct.

Q    Is your birth date February the 2nd, 1954?

A    No.

Q    Okay.  What is your birth date?

A    August the 29th, 1955.

Q    '55.

A    Uh-huh.

Q    Okay.  And you were divorced from, is it pronounced, Tatiana?

A    Yes.

Q    August the 9th of 2005; is that correct?

A    Well, I thought it was.

Q    Would you like to see a copy?

A    Oh, thank you so much.  Yes, that's -- that is correct.

Q    And was that divorce petition filed by you or by some other lawyer?

A    It was filed by me.

Q    Okay.  And was that divorce decree signed only by you and Tatiana and the Judge?

A    Yes.

Q    Okay.  And have there been any -- have there been any issues between you and Tatiana since your

divorce?

A    Not that I recall.

Q    Has she accused you of stalking her?

A    Not that I recall.

Q    Have you been interviewed or talked to by any police officer who claims that she claims that you have stalked her?

A    Not that I recall.

Q    Now, may I see that Exhibit No. 2 there that's handed to you.  And I believe you testified that's the final decree of divorce in Elena's divorce with Mr. Carlson; is that correct?

A    I have never --

Q    Is that what it appears to be?

A    That's what it appears to be.  I've never seen it --

Q    Okay.

A    -- before today.

Q    Did you see a copy of the protective order that was issued for two years against Mr. Carlson?

A    Not that I recall.

Q    Have you seen any of the medical records by doctors that actually saw her at the time of these bruising incidents, have you seen those medical records?

A    You know, I don't recall.  I may have seen

some, I -- I'm just not sure.

Q   Well, those records have been provided to Mr. McCoy, has he given you --

A   No.

Q   -- copies of those records?

A   I have not seen any from Mr. McCoy, no.

Q   Okay.  And what -- what is the purpose of your testimony, as far as you understand it, with regards to the immigration issue?

MR. MCALISTER:  I'm  going to object to the form.

MR. HOOVER:   Okay.

A   I -- I don't know.  I was asked to give my testimony on information that I had that was -- that I had gathered during my marriage with Tatiana.  And the testimony I give here today is primarily as a fact witness, as I understand it, to -- to talk about my knowledge of certain facts.

Q   (By Mr. Hoover)  Are you -- are you, as a lawyer, claiming that Elena has done something illegal?

A   No.

Q   As a doctor, are you claiming that she's done something illegal?

A   No.

Q   Now, how many times did you and Elena and --

and you said her mother, was her mother always present when you discussed this immigration issue?

A    I don't think she was always present.

Q    When you testified, as I understood you earlier, you always said "they", when you said "they", who were you referring to?

A    Well, on the initial conversation we had it was Elena and her mother, even though Tatiana was in the room.  Subsequently, I may have talked about Tatiana and Elena being together because after -- during -- during this process, Elena, as I recall, came and stayed with us.

Q    Okay.  During the divorce process?

A    Well, some of the divorce process.

Q    Okay.  Do you remember that being around October -- I mean, August of '03 or when do you recall that being?

A    You know, I -- I'm -- I'm going to say I think that's -- that's approximately correct.

Q    Okay.  And did -- when did Elena show you these pictures that are Exhibit No. 1, these photographs?

A    I'm going to say I saw the photographs probably a week after they were taken, something like that.

Q    Okay.  And did you see the actual photographs or did you see a copy like this (indicating), a Xerox

Katharene McCulley, CSR
(817) 907-6525

copy?

A You know, I'm -- I'm not exactly sure, to be honest with you.

Q Okay.

A I can't say.

Q Would you think the doctor that attended her and diagnosed her as being physically assaulted would be in a better position to know that than you -- than you might be?

MR. MCALISTER: I'm going to object to the form.

A Yes and no.

Q (By Mr. Hoover) Okay. Do you -- and tell me what you mean "yes"?

A Well, I mean, generally speaking, somebody who has the ability to see, touch, feel and ask questions directly to a patient has a better -- better degree of observation and can make a better informed decision based on all their senses and the art of medicine.

Q Did I understand your testimony earlier to be that the photographs you looked at, if they had been a closer image or a larger picture, it would have been easier for you to determine whether someone had been assaulted or whether someone inflicted that on themselves?

A   Well, what I -- yes.  What I said was that these picture -- these pictures that I was handed were not that clear, even though they did show a degree of bruising.

Q   Okay.  Now, you said you've talked with Mr. Jason McCoy, have you talked with his father?

A   No.

Q   Have you talked with his mother?

A   No.

Q   Have you talked at all with Jason McCoy about the wedding ring that he gave to Elena when they got -- before they got married?

A   You know, I -- I can't recall, I'm sorry to say.

Q   Okay.  Did you advise Elena to file a claim, claiming that she had been physically abused by her husband for immigration purposes?

A   No.

Q   Okay.  Did she tell you that she did that, that she'd faked a claim for immigration purposes?

A   Oh, she never said she faked a claim.

Q   Okay.  Now, when you gave her this advice, you said you weren't her attorney, is that -- did I understand you correctly?

A   Right.

Q    You -- you were an attorney when you --

A    Yes.

Q    -- gave her advice?

A    Yes.

Q    And had you read that statute at the time you gave her that advice?

A    Can you --

Q    Or had you already read the immigration statute that you refer to that if there's domestic violence, that may be an exception in a divorce?

A    I -- I'd read it previously to -- to talking with her.

Q    Why had you read that statute?

A    Because I wanted to be informed about all aspects of the K-1 Visa.

Q    Okay.  Had someone asked you to look at that statute?

A    No.

Q    Were you -- were you looking at it because you knew she was getting a divorce and you were going to see --

A    No.

Q    -- what was required?

        Why -- why would you look at it, just out of the clear blue, right before she comes to see you?

A    Well, I probably looked at it because I was curious. I -- I have -- I've been in several -- I have had several clients at the time who asked me to do K-1 Visas for them.

Q    Uh-huh.

A    And -- and even had clients that had domestic trouble during those -- those K-1 Visa processes. And so, it -- it makes sense that as an attorney I would be informed about all aspects of --

Q    So, it wasn't directed at Elena personally?

A    No.

Q    Okay. Did you give her any other advice other than the exception to the immigration statute on domestic violence?

A    You know, I -- I don't recall. I think I may have given her advice as to the -- like I said, the fact as to if -- if it was going to be reported, who should be involved.

Q    Okay. And before today, have you shared any of your advice that you gave her with Jason McCoy?

A    Yes.

Q    Okay. How many times have you shared that advice with him?

A    Oh, I think once on the phone.

Q    And do you recall when that was, sir?

A    I think a week before Mr. McAlister and I talked, maybe -- maybe two.

Q    Okay.  Did -- did Jason tell you why he wanted you to testify?

A    I don't know if we directly discussed why. The -- I mean, I understand he's getting a divorce.

Q    Well, do you understand he's trying to get an annulment?

A    Yes.

Q    Okay.  And do you understand that he's claiming that the wedding ring that he gave Elena, that there's a lien against that and that's really not hers, did you talk about that?

MR. MCALISTER:  Objection, form.

A    I don't believe we ever discussed a lien.

Q    (By Mr. Hoover)  Let me read you something out of -- this is Jason McCoy's deposition on December the 10th, 2014.  And I say here, I'm just going to read you some testimony that he said that you told him.  I asked, who this is and he said Monte Mitchell is the ex-husband of Elena's twin sister.

When is the last time you've talked with Monte Mitchell?

About two weeks ago.

And that would have been back in December,

okay?  Does that seem to be true so far?

A    Seems to be true, yeah.

Q    Okay.  And what was the purpose of that conversation?

His answer was:  To gather facts on Elena's previous divorce.

Question:  Tell me what he told you about his first divorce.

Mr. Mitchell told me that Elena became unhappy with her first husband's financial situation and she had not been at the time residing in the United States as a married U.S. citizen long enough to receive her permanent residency.  And although she desired a divorce, a divorce likely would have meant deportation.

Is that what you told Elena?

A    Eventually, eventually I did tell Elena -- well, I -- I didn't say it in those exact words, obviously.  But, eventually, I -- I did tell Elena that based on everything that had happened, that, yes, that -- that wasn't discussed in my initial meeting.

Q    Once you were aware of these photographs and the protective order against Mr. Carlson, did you tell her that you thought she had a good chance to stay in the United States?

A    I said -- I said that -- I told her that she

should talk to an attorney, you know, her attorney in Virginia who was doing the divorce case for her. But, that -- that I felt like she had a -- the best case that, you know, that I had seen regarding being able to self petition.

Q Okay. And then Mr. McCoy goes on to say: And so, she and her mother together came to Dallas and approached Mr. Mitchell, who is an attorney, and asked him what grounds for -- of divorce she could pursue that would allow -- would avoid deportation and allow her to keep her permanent residency status.

Do you remember telling Elena that?

A Well, not initially, no. On the first meeting it was --

Q Well, ever, did you ever tell her that?

A Can you repeat that again?

Q This is -- this is what Mr. McCoy says that when he talked to you in December says, Mr. Mitchell, who is an attorney --

A Uh-huh.

Q -- and asked him -- this is Elena -- asked him what grounds of divorces she could pursue that would allow -- avoid deportation and allow her to keep her permanent residency status.

Then I'll go on. Mr. Mitchell responded

to them: That her best, and probably only chance, would be to report a report of physical abuse. And Mr. Mitchell told me that after that conversation with Elena, this was her first allegation that Mr. Carlson was physically abusive to her.

Do you remember -- do you remember telling her that or do you remember telling Jason that?

A    I -- well, I remember we talked about the circumstances surrounding her first divorce.

Q    Okay. And that information, have you shared most of that with Jason McCoy?

A    Yes, to my knowledge.

Q    Have you shared that with Mr. McAlister --

A    Yes.

Q    -- in the deposition, as well as in a conference, correct?

A    Yes.

Q    Have you reviewed that -- what did you call it, Violence Against Women Act, have you reviewed that recently?

A    You know, I did look back on the act. I'd read an article that was published recently how the act has been expanded to include emotional abuse. And it's been expanded to where you can -- you can almost avoid the citizen Petitioner's support by using that act.

Q    Okay.

A    And for crazy reasons like jealousy or that the person is too picky and things like that.

Q    Okay.  Is there anything else today that you can recall that you have shared with Jason McCoy that Elena shared with you about her divorce from Mr. Carlson?

A    Would you rephrase, because I --

Q    Is there anything else maybe Mr. McAlister hasn't asked you the questions or maybe I haven't, is there anything else about Elena's divorce, information from Elena that she gave you that you have shared with Jason McCoy?

A    That I haven't said so far?

Q    Yeah.  Anything else you can recall that we were not maybe smart enough to ask about?

A    You know, not really.  I can't recall.

Q    And -- and when did Elena authorize you to discuss her divorce and the advice you were giving her with anyone else, when did she authorize you to discuss that with others?

A    Elena has not authorized me at all because I wasn't her attorney.

Q    Okay.  And is it your opinion you have to be hired by someone to be -- before you can be held to the

confidentiality?

A    Well, the -- as you well know, the law is fraught with particularities, and I -- I don't believe that you have to necessarily be hired.  But, at the same time, there has to be an expectation of representation.  And I never was under the expectation that there was representation between Elena Carlson and myself.  She had an attorney representing her in her divorce case that had all the knowledge of this in Virginia and I was not party to that.

Q    Okay.

A    I was party to secondhand communication between a sister -- or a brother-in-law and a twin sister.

Q    If you've read the Violence Against Women's Act, let me ask you, have you read the Texas Disciplinary Rules of Professional Conduct and specifically Rule 105, have you read that recently?

A    I don't believe I've read it recently, but I've read it.  I had a really good professor in law school.

Q    Do you know what that rule pertains to?

A    Probably representation.

Q    If I tell you confidentiality of information, would that -- would you agree with that?

A    Probably.

Q    Okay.  And have you recently read the Rule 503

of the Texas Rules of Evidence?

A    Well, I -- I can't say that I've read it recently, I guess it depends on your definition recent.

Q    Well, I'm simply asking you because someone asked you some legal advice, actually your sister-in-law, and I'm asking you whether or not you thought legally you could share that with others.  And I understand your answer is yes, you believe you can share that.

A    Well, I believe that under the circumstances that I was presented that there was no expectation of legal representation.  It was a question and I answered it.

Q    Okay.  Have you shared that information that you've testified to today with anyone other than Mr. McAlister and Mr. McCoy, Jason McCoy?

A    No, not that I know of.

Q    How would you describe your relationship with your former wife, Tatiana?

A    Nonexistent.

Q    Okay.  And I believe you testified earlier there weren't any issues between the two of you after your divorce, right?

A    Huh-uh.  Huh-uh.

Q    Did you have occasion to talk with Elena's

attorney in the divorce in Virginia?

A    I -- I believe I did.

Q    Do you recall?

A    On one case -- on one -- at one time.

Q    What was the substance or the topic of that conversation?

A    You know, I can't recall.  I, honestly, cannot recall.  I think it was more like, how are things going.

Q    Well, what would be the purpose of you calling Elena's divorce attorney?

A    I didn't call him.

Q    Did he call you?

A    I -- probably.

Q    You don't recall why?

A    I don't recall why.

Q    Don't know what he asked, don't remember what he asked you?

A    I, honestly, really don't.

Q    Do you recall the last time you talked to Elena?

A    No.  No, not really.

Q    Would you say you're more sympathetic to Jason McCoy or Elena McCoy?

A    I would say it's probably 50/50.

Q    Okay.  And as I understand, you -- you don't

believe you have any or that you had any ethical obligation to keep this information from Elena to yourself, is that right?

There was no ethical obligation to keep you from disclosing that?

A    I believe that is correct.

Q    Okay.  Did you feel any moral obligation to your sister-in-law, former sister-in-law?

A    Well, I mean, I don't really think I'm giving anything that's harmful to anybody, so I'm just really giving facts.  I don't think there's any moral or ethical dilemma.

Q    Excuse me, do you have any relationship with Elena today, any type of --

A    No.

Q    -- friendly?

A    I would if she wanted to be friendly, yeah.

MR. HOOVER:  Okay.  I'll pass the witness.  Thank you.

### REDIRECT EXAMINATION

Q    (By Mr. McAlister)  I have a few more questions, Dr. Mitchell.  Mr. Hoover, in many of his questions, asked you about giving advice to Elena.  The initial conversation that you had, who was present?

A    You mean with her and her mother?

Katharene McCulley, CSR
(817) 907-6525

Q    Yeah.

A    Elena, Elena's mother Natalia, Tatiana and myself.

Q    Okay.  And were all three of those ladies involved in the conversation with you?

A    Yes.

Q    And did Elena ever say to you, hey, I'm thinking about getting a divorce, how do I do this?

A    No.

Q    Okay.  Before she filed for divorce, did she ever say, hey, I'm thinking about filing for divorce, how do I do this?

A    I don't recall.  I don't think so.

Q    Okay.  Did Elena ever have a conversation with you in private where either her sister or her mother were not present about her divorce or her immigration status?

A    Oh, no, not that I recall.

Q    Okay.  Do you believe that Elena abused the system to get her legal status here in the United States?

A    Yes.

Q    Did you write a letter to the immigration naturalization service about that?

A    I -- I did not about that.

Q      What did you do?

A      I kept it to myself.

Q      Okay.  All right.  So, if I've got this correctly, you -- you talked to your sister-in-law with her mother or her sister present about what might happen, what-if kind of situations; is that correct?

A      Yes.

Q      Did she ever specifically say how do I do this; how do I do this?

A      No, huh-uh.

Q      Okay.  Even after she moved to Texas after --

A      Yes.

Q      -- she and Carlson broke up?

A      Yes.

Q      She was living with you?

A      Yes.

Q      Did she ever come to you at that point in time and say help me?

A      No, no, no, she -- she had an attorney in Virginia.

MR. MCALISTER:  Okay.  That's all the questions I have.

### RECROSS-EXAMINATION

Q      (By Mr. Hoover)  Did you say you did file something with the immigration system?

A    No.

Q    Well, what did you say then, I misunderstood you?

A    Well, Mr. McAlister asked me if I ever filed -- told the INS whether I thought there was -- this physical abuse was self-inflicted or not and I said no.

Q    No, you never told them that?

A    No, I never told them that.

Q    Did you write them a letter, you call it the INS?

A    Yes, INS.

Q    Did you write a letter to them about Elena?

A    No.

Q    Did you write a letter to them about anything?

A    Well, after I was divorced, I wrote a letter to -- I forgot, somebody, it may have been INS.

Q    Is there anything affecting your memory today? Why would you write a letter after your divorce to the INS?

A    Well, because -- because my nephew told me something that I thought would be pertinent.

Q    What is that?

A    My nephew told me that Elena and Tatiana had bought him as a minor alcohol.

Q    So, after your divorce from your wife, did you

file a complaint?

A    No, I never filed a complaint.

Q    What was the purpose of contacting INS after your divorce from your wife?

A    It was to give them information about what my nephew said.  I -- I felt like I had an obligation to my nephew as a minor to report anything.

Q    Were you trying to get either Elena or her sister kicked out of the country?

A    No.

Q    Do you understand the ethics to be that if a potential client comes into my office with, let's say, with her mother and I get a lot of information from this person, that her mother is sitting there listening to, listening to our conversation, and this person doesn't hire me, do you think I can disclose that information she's given me to anyone else?

A    No, huh-uh.

Q    Do you think her mother can give that information that she overheard to anyone else?

A    Her mother?

Q    (Nods head.)

A    Yes.

Q    Right.  Now, you said the -- one of Mr. McAlister's last questions, I think, you said you

believe Elena has abused the immigration system, did I understand that correct?

A    Yes.

Q    And tell me what you mean by that?

A    After all was said and done, and after considering the information that I had, given through her sister, through her, through everybody involved, I felt like the wounds were probably -- the wounds that Elena had were probably self-inflicted.  Now, I'm just -- this is my opinion, but it is my opinion, yes, I believe that to be the case.

Q    Okay.  Well, in your deposition earlier the word you used was it was possible?

A    Uh-huh, yes.

Q    And now you're saying it's probable?

A    Well, I mean --

Q    Which is it?

A    It's -- it's -- I believe it's both possible and probable.

Q    And when did you talk to the medical doctors that examined Elena on the different occasions that she was seen up there for assault?

A    I did not.

Q    Why wouldn't you do that if you were making a determination that she had abused the system?

A    Well, I didn't -- I didn't make this determination until after the fact, some -- some time after the fact.

Q    Wouldn't you think it's important, the doctors that actually examined her and saw her to talk with them before you make some conclusion about her?

A    Well, in the first place, this was after this was already over, everything was -- was concluded.

Q    Are you talking about your divorce or her divorce?

A    I'm talking about her divorce.

MR. HOOVER:  Okay.  I'll pass the witness. Thank you.

MR. MCALISTER:  Dr. Mitchell, thank you for giving your deposition today.

THE WITNESS:  Thank you so much.

(Proceedings concluded at 11:10 a.m.)

CHANGES AND SIGNATURE

WITNESS: DR. MONTE M. MITCHELL

PAGE LINE   CHANGE                          REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Katharene McCulley, CSR**
**(817) 907-6525**

I, DR. MONTE M. MITCHELL, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____

DR. MONTE M. MITCHELL

THE STATE OF _____)

COUNTY OF _____)

Before me, _____, on this day personally appeared DR. MONTE M. MITCHELL, known to me or proved to me on the oath of _____ or through _____ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed.

Given under my hand and seal of office on this _____ day of _____, _____.

_____

NOTARY PUBLIC IN AND FOR

THE STATE OF _____

My Commission Expires: _____

**Katharene McCulley, CSR**
**(817) 907-6525**

231-538847-13

CAUSE NO. 231-538847-13

IN THE MATTER OF ) IN THE DISTRICT COURT
THE MARRIAGE OF )
)231ST JUDICIAL DISTRICT
ELENA K. McCOY )
AND )
DONALD JASON McCOY )TARRANT COUNTY, TEXAS

REPORTER'S CERTIFICATE

ORAL DEPOSITION OF DR. MONTE M. MITCHELL

FEBRUARY 18, 2015

I, Katharene McCulley, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DR. MONTE M. MITCHELL, was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

That the deposition transcript was duly submitted on February 25, 2015 to the witness or to the attorney for the witness for examination, signature, and return to me by March 6, 2015.

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes all parties of record and the amount of time used by each party at the time of the deposition:

Kenneth McAlister (0h25m)
        Attorney for Respondent
Robert Hoover (0h38m)
        Attorney for Petitioner

**Katharene McCulley, CSR**
**(817) 907-6525**

That a copy of this certificate was served on all parties shown herein.

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Further certification requirements pursuant to Rule 203 of the Texas Code of Civil Procedure will be complied with after they have occurred.

Certified to by me on this 25th day of February, 2015.

_____
Katharene McCulley, CSR
Texas CSR 3206
Expiration: 12/31/2016
511 Glen Cove Court
Mansfield, Texas 76063
(817) 907-6525
kmcculley.csr@gmail.com

**Katharene McCulley, CSR**
**(817) 907-6525**

## Exhibit D

## Affidavit in Support of Motion for New Trial

CAUSE NO. 231-538847-13

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | 231ST JUDICIAL DISTRICT |
| ELENA K. MCCOY | § | |
| AND | § | TARRANT COUNTY, TEXAS |
| DONALD JASON MCCOY | § | |

## AFFIDAVIT OF DONALD J. McCOY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

BEFORE ME, the undersigned authority, personally appeared Donald W. McCoy, who being duly sworn, deposed as follows:

1.    "My name is Donald J. McCoy. I am the Plaintiff in the above-styled and numbered cause. I am at least 18 years of age and of sound mind. I have read the foregoing Motion for New Trial and the Exhibits attached thereto."

2.    "The facts contained in the Motion are within my personal knowledge and are just, true, and correct."

3.    "Exhibit A represents a just, true, and correct copy of the original Petitioner's Response to Respondents Request for Admissions."

4.    "Exhibit B represents a just, true, and correct copy of the my bank and credit card statements, which reflect joint expenses attributable to the Petitioner."

5.    "Exhibit C represents a just, true, and correct copy of the original transcript of Dr. Mitchell's deposition."

231-538847-13

**Donald J. McCoy, Affiant**

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, on this the
_____ day of _____, 20___

BRIDGETTE EBY SMILEY
My Commission Expires
August 27, 2017

Notary Public in and for the State of Texas